FILED - GR
March 20, 2025 8:47 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB SCANNED BY: JW 3-20

1:25-cv-308
Jane M. Beckering
U.S. District Judge

# THEY WILL TRY TO BREAK YOU

(FOREWORD BY DR TOBY TEN EYCK)

## $150 MILLION FEDERAL LAWSUIT

(SEE PAGE 3)

OFFICIALLY FILED 3/20/2025 BY:

MICHAEL S. DOHERTY




*"OUR CONSTITUTION WORKS. (BECAUSE) OUR GREAT REPUBLIC IS A GOVERNMENT OF LAWS, NOT OF MEN."*

**GERALD R. FORD**
38TH PRESIDENT

(PART I)

# OFFICIAL COMPLAINT

PAGE 1 OF 221 PAGES

## UNITED STATES OF AMERICA

## WESTERN DISTRICT FEDERAL COURT

GERALD R. FORD FEDERAL BLDG
110 MICHIGAN ST NW, SUITE #399
GRAND RAPIDS, MI 49503
616-456-2381

**CASE NO:** ____________________

**JUDGE:** ____________________

3/20/2025
**DATE**

**MICHAEL S. DOHERTY**
ARCHITECT / PRO SE
PO BOX 331. CHARLEVOIX, MI 49720
517-652-2614

THESE GUYS WERE SMART ENOUGH TO PASS THE BAR, BUT NOT TO BECOME REAL ATTORNEYS.

**THE PROBLEM IS, MOST PEOPLE DON'T FULLY UNDERSTAND WHAT A "RECEIVER" IS, LET ALONE HOW TO REGULATE ONE.**

COMBINED WITH THE NEGLIGENCE AND INDIFFERENCE WITHIN THE SYSTEM

**AND YOU HAVE THE PERFECT BREEDING GROUND FOR THESE WHITE-COLLAR CRIMINALS.**

# YOUR MOST HONORABLE SELF,

## FIRST OF ALL, IT TRULY IS AN HONOR.

ALTHOUGH THIS MAY SEEM LIKE A LONG COMPLAINT, MY GOAL HERE IS EFFICIENCY.

KNOW IT HAS TAKEN ME THOUSANDS OF HOURS COMPILING THIS FOR YOU, AND I APPRECIATE THE FEW IT WILL TAKE YOU TO GO THROUGH THIS.

**THERE ARE MANY ABUSERS INVOLVED HERE AS YOU WILL SEE. JUST AS IMPORTANT IF NOT MORE ALARMING ARE THE NUMBER OF ENABLERS THAT MADE THE ENTIRE THING POSSIBLE.**

I WAS LITERALLY ASSAULTED AT ONE POINT OVER ALL THIS AS YOU WILL SEE ON PG 89, AND WAS SCARED FOR MY LIFE ON MORE THAN ONE OCCASION.

**MY WIFE AND I HAVE BEEN ABSOLUTELY TERRORIZED OVER THIS THE PAST 3 YEARS, BY A GROUP OF WHITE-COLLAR CRIMINALS SO EMBEDDED IN THE SYSTEM THAT IT WAS DIFFICULT TO TELL WHO WAS WHAT AT TIMES.**

THESE PEOPLE HAVE LOST ALL CONCEPT OF WHAT IS RIGHT AND WRONG, AND NEED TO BE BROUGHT TO JUSTICE HERE, AND HELD ACCOUNTABLE TO THE FULLEST EXTENT OF THE LAW.

**OF WHICH I ASSURE YOU I CAN FULLY HANDLE, AND THIS DOCUMENT SHOULD BE A TESTAMENT TO THAT VERY THING.**

MY GOAL IS TO TAKE IT SLOW, AND DEAL WITH THESE INDIVIDUALS ONE AT A TIME. OF WHOM WILL TRY EVERY TRICK IN THE BOOK TO GET OUT OF THIS. INCLUDING MULTIPLE MOTIONS TO DISMISS, OF WHICH I ENCOURAGE YOU TO **DENY.**

**FOR ULTIMATELY FRAUD IS ILLEGAL, AND NEGLIGENCE TRUMPS ANY FORM OF IMMUNITY THESE PEOPLE MAY HAVE HAD.**

ONCE ALL OF THIS COMES OUT, MANY WILL ATTEMPT TO SETTLE. THE FBI WILL GET INVOLVED AND HELP SEND THE CORE ABUSERS TO PRISON FOR A VERY LONG TIME. AND WE WILL GO OUR SEPARATE WAYS, AFTER MY FAMILY AND I HAVE BEEN FAIRLY COMPENSATED FOR OUR TROUBLES.

**MEANWHILE, THANK YOU AGAIN FOR YOUR TIME AND CARE, AND I GREATLY LOOK FORWARD TO MEETING YOU IN PERSON.**

MICHAEL S. DOHERTY

# NAMING ABUSERS

## "A CRUCIAL STEP IN SEEKING JUSTICE, ACCOUNTABILITY, AND HEALING."

Naming abusers can be a crucial step in seeking justice, accountability, and healing, allowing survivors to share their stories, potentially prevent future harm, and find support within communities.

Here's a more detailed explanation of why naming abusers can be beneficial:

**Accountability and Justice:**

Naming abusers can hold them accountable for their actions and potentially lead to legal consequences or other forms of redress.

**Preventing Future Harm:**

By exposing abusers, you can warn others and potentially prevent them from harming future victims.

**Healing and Empowerment:**

Sharing your story and naming your abuser can be a powerful act of healing and empowerment, allowing survivors to reclaim their narrative and find a sense of agency.

**Building Support and Community:**

Naming abusers can connect survivors with others who have experienced similar trauma, fostering a sense of community and shared experience.

**Raising Awareness:**

By speaking out, you can raise awareness about the issue of abuse and help others understand the importance of seeking help and support.

**"BY SPEAKING OUT, YOU CAN RAISE AWARENESS ABOUT THE ABUSE, AND HELP OTHERS."**

# REAL JUDGES



*Victims in Larry Nassar Abuse Case Find a Fierce Advocate: The Judge*

Share full article 497

For Victims of Nassar, She's Judge and Therapist

1:46

After opening her courtroom to athletes, coaches and parents, Judge Rosemarie Aquilina has prompted dozens more to share their stories of sexual abuse by the former sports doctor Lawrence G. Nassar.
Matthew Dae Smith/Lansing State Journal, via Associated Press

By Scott Cacciola
Jan. 23, 2018

LANSING, Mich. — Judge Rosemarie Aquilina listened on Monday morning as yet another gymnast, one of scores coming



CNN
www.cnn.com

Larry Nassar case: Victims say an 'army' silenced them for years

Jan 23, 2018 — Some Olympic gymnasts as well as former and current athletes described how they moved quickly to report the ex-USA Gymnastics team doctor when ...

I DO NOT KNOW YOU YET YOUR HONOR, BUT I'M HOPING YOU'RE A CARING JUDGE AS WELL.

**JUDGE AQUILINA, WHO I'M HONORED TO HAVE PART OF THIS TOO, DID NOT HAVE TO LET OVER 150 VICTIMS SPEAK WITH NASSAR.**

BUT SHE KNEW THE IMPORTANCE OF EMPOWERMENT, AND TAKING BACK CONTROL OF SOMETHING THAT HAD BEEN WRONGFULLY STRIPPED FROM THEM IN THE FIRST PLACE.

**ESPECIALLY AFTER BEING "SILENCED BY AN ARMY" FOR YEARS.**

*THE ALARMING THING IS THAT THIS SAME "ARMY" WAS PRESENT AGAIN HERE IN INGHAM COUNTY.

# THE ENABLERS

## Abuse and the enablers

Something to think about

DR RACHEL TAYLOR
SEP 18, 2023

The role of the enabler in all abuse.

Enabling within abuse can take place within the following behaviours -

> Making excuses
>
> Cleaning up the mess
>
> Hiding an abuser's dysfunctional actions from public view
>
> Absorbing the negative consequences of someone else's abusive choices
>
> Refusing to confront when exposed to all types of abuse
>
> Regurgitating the Abuser's version of events without seeking evidence outside of their viewpoint
>
> Revictimising the abuser's victim by gaslighting, denial or skapegoating
>
> Keeping secrets for the abuser

Enablers make it so simple for abusers to carry on their behaviour and make it more difficult for the abused to be able to

**I WAS TOLD BY SEVERAL PEOPLE TO NARROW THE LIST OF DEFENDANTS DOWN TO KEEP THINGS SIMPLE.**

THE PROBLEM WAS, IT WAS NOT PAINTING THE FULL PICTURE. NOR GIVING ME THE PEACE AND HEALING I WAS LOOKING FOR.

***FOR WITHOUT THE ENABLERS, THE ABUSE WOULD NEVER HAVE OCCURRED.**

**ONE OF THE REASONS THESE PEOPLE HAVEN'T BEEN CAUGHT YET, IS THEY SPECIALIZE IN DESTROYING THEIR VICTIMS COMPLETELY.**

STRIPPING THEM OF ALL THEIR RESOURCES AND ABILITY TO FIGHT BACK.

***SOME HAVE EVEN KILLED THEMSELVES OVER THIS VERY CON.**

NO ONE HAS BEEN ABLE TO LEARN LAW, REPRESENT THEMSELVES AND BEAT THEM AT THEIR OWN GAME.

**UNTIL NOW.**

# THE "RECEIVER SCANDAL"

## A Story Of White Collar Crime, And The Negligence & Corruption Within The System That Makes It Possible.

Involving a Predatory Lender, hiring a Kill Team.
**Who specialize in illegally injecting their Receiver.**

**Using their "licenses" to bypass victims' rights, steal everything they own, and then leave them for dead.**

*These people are nothing more than debt collectors, or con-artists who have developed a Racketeering Scheme.

**Covering their tracks in the shadows for years through Fraud, Deprivation Of Rights, and Extreme Intimidation.**

# A GROUP LIKE THIS LEAVES A TRAIL A MILE WIDE.

# ALL YOU HAVE TO DO IS LOOK.

# TABLE OF CONTENTS

**INTRODUCTION……………….............................................1-23**
**INTRODUCTORY EXHIBITS…………….................................24-112**
COMPANY APPRAISAL………………………………………..…26
PREDATORY LENDER…………..............................................28
**"KILL TEAM"…………………….........................................29**
RACKETEERING…………………………………………...30
"GRIM REAPER" FLOYD GATES………..…………………....31
PARTNERS IN CRIME…………………….………………..35
"THE SPECIALIST" JOHN RUTHER………………………...36
SECURTIES FRAUD……………………………………………...37
**THE SMOKING GUN………………………......................41**
**CPA MALPRACTICE……………………………………….43**
PROPERTY TAX PAID……….........................................…44
ACTUAL DELINQUENT PROPERTY TAX……….…………..46
ILLEGAL EX-PARTE (ONE OF MANY)……………………47
VIOLATING DUE PROCESS……………………………..…49
HAD 28 DAYS, NOT 3………………………………………..51
FLAWED AT THE CORE…………………………………..…52
WRONGFULLY APPOINTING RECEIVER……..…………53
CONSPIRACY TO HARM……………………………………56
EQUAL PROTECTION OF LAW…..................................58
CORRUPT RECEIVER, POLDERMAN….............................59
**HARASSING DOHERTY'S WIFE……….........................60**
INTIMIDATION AT HOME………………………………..……62
**ABUSE OF LAW…………………………………………...63**
NOTICES OF FRAUD……………………...……………........65
POLDERMAN BEING TERMINATED……..........................67
FIRST PPO AGAINST POLDERMAN……………...............68
**"NO ONE WILL LISTEN"……………………………...…70**
WEAPONIZING THE LAW……………….............…….72
DEPRIVATION OF RIGHTS………………………………...74
RETALIATION…………………………..................................75
EMERGENCY MOTION, 10/12/23………...............................77
**UNLAWFUL IMPRISONMENT………….............................80**
"I DON'T FEEL SAFE"……………………………………....81
"JAILING YOU WAS BEST DAY OF MY CAREER"……..…82

**CULTURE OF ABUSE**……………………………………….....83
SEYMOUR RETIRES……………………………………………84
S.O.S. FROM JAIL…………………………………………………85
**TORTURE MCL 750.85**…………………………………………88
**DOHERTY IS ASSAULTED**………………………………………89
FAITH OVER FEAR………………………………………………90
**WHO'S ULTIMATELY RESPONSIBLE?**
**ASSAULT WITH INTENT TO HARM**……………………………91
**AIDING AND ABETTING**……………………………………………92
IGNORANCE IS NO EXCUSE……………………………………93
**ENTER PROSECUTOR JOHN J. DEWANE**………………………94
PROSECUTORIAL MISCONDUCT…………………………………95
**COERCION**……………………………………………………………96
CONCEALING EVIDENCE…………………………………………97
BLACKING OUT MOTIONS…………………………………………98
**IMPEACHMENT CHARGES**…………………………………………100
TAMPERING WITH EVIDENCE……………………………………104
DRAGANCHUK RESIGNS EARLY…………………………………108
INJUSTICE…………………………………………………………109
LOST ART OF PRO SE………………………………………………110
**$150 MILLION LAWSUIT**………………………………………………113
**LIST OF DEFENDANTS**……………………………………………114-188
EMAILS TO STATE REP WOZNIAK…………………………176
FOSTER SWIFT, CONFLICT OF INTEREST……………………180
SOLUTION: PRIVATIZE AND CONTRACT……………………186
ACLU DROPPING THE BALL……………………………………188
**SUMMARY OF ALLEGATIONS**……………………………………190-220
**PRAYER FOR RELIEF**………………………………………………221
**SUPPORTING EVIDENCE**……………………………………………223-378
SUMMARY OF SILENCED MOTIONS……………………………224
AIDING AND ABETTING……………………………………………231
**PPO AGAINST DRAGANCHUK**……………………………………236
NOTICE TO OTHER JUDGES………………………………………238
SELF REGULATED?…………………………………………………244
TO SCAO AND JTC……………………………………………………246
**JUDICIAL MISCONDUCT**……………………………………………248
LANSING POLICE DEPT………………………………………………249
3/8/23 HEARING………………………………………………………251
ONE QUESTION………………………………………………………253

LAW CLERKS, NOT REAL ATTORNEYS……………………254
**TITLE COMPANY FRAUD……………………………………255**
PERVERTING JUSTICE……………………………………257
ACTUAL OWNERSHIP……………………………………262
MCL 600.2927 (3)……………………………………263
MORE UNLAWFUL IMPRISONMENT……………………265
**“WAKE UP” JAIL TIME……………………………………266**
INTENTIONAL EMOTIONAL DISTRESS……………………267
“FAVORITE PART OF HER JOB IS THE POWER”……………268
**HEARING BASED ON FRAUD……………………………269**
“I DO NOT ANSWER YOUR QUESTIONS”……………………270
EGOMANIAC, AND TYRANT……………………………………271
FELLOW SCAVENGERS……………………………………274
**WITHOUT ETHICS……………………………………275**
CITY PULSE SMEAR CAMPAIGN……………………………277
**POLDERMAN LOSES $30 MILLION…………………………279**
SHOW CAUSE FOR POLDERMAN……………………………280
FRAUD ON TOP OF FRAUD……………………………………281
SNOWBALL OF CORRUPTION……………………………………282
**ILLEGALLY GAINING HOME ADDRESS…………………283**
MOTION TO COMPEL……………………………………284
2ND PPO AGAINST POLDERMAN……………………………285
“HE’S A MONSTER”……………………………………287
SHERIFF WRIGGELSWORTH……………………………………289
DELIBERATE INDIFFERENCE……………………………………291
“VICTIM’S ADVOCATE”……………………………………292
REFUSING TO INVESTIGATE……………………………………294
NEGLIGENCE……………………………………296
GOVERNMENTAL IMMUNITY……………………………………297
EXCEPTIONS TO QUALIFIED IMMUNITY……………………300
**MORE CORRUPTION……………………………………302**
MORE ABUSE OF POWER & INFLUENCE……………………303
PREDATORY WIFE & “RICH KID”……………………………305
DRUG DEALER JAMES NOYES……………………………………307
**DRUG TRAFFICKING……………………………………308**
NON CREDIBLE “WITNESSES”……………………………………310
EXCULPATORY EVIDENCE……………………………………311
GRAND THEFT……………………………………313
VIOLATING SAME ORDER……………………………………314
**CITY ATTORNEYS……………………………………316**

**FALSE POLICE REPORTS……………………………………….......……317**
CONSPIRING TOGETHER……………………………………………….320
DEVIL IS IN THE DETAILS……………………………………………321
UNCLEAN HANDS DOCTRINE…………………………………………322
**$900 OF MISSING EVIDENCE………………………………………..323**
BRADY VIOLATIONS…………………………………………………324
ATTORNEY GENERAL…………………………………………………325
NESSEL ORDERED TO RELEASE FOIA…………………………………326
AG OFFICIAL COMPLAINT……………………………………………327
**WILLFUL NEGLECT OF DUTY……………………………………………331**
NESSEL'S WINGMAN……………………………………………………332
RECORDING W/ AUBRY SARGENT………………………………………333
**LIKE THE NASSAR SCANDAL…………………………………………337**
"REMOVE ME FROM THIS THREAD!!"……………………………………338
COMMUNICATION W/ GOVERNOR………………………………………339
STOP PROTECTING YOUR BUDDIES……………………………………343
STANDARD OF CARE……………………………………………………344
**CONTACTING F.B.I……………………………………………………345**
WHO DOES NOTHING…………………………………………………346
ILLEGAL ORDER TO SILENCE…………………………………………347
**RIGHT TO BE HEARD…………………………………………………349**
POTTERVILLE POLICE DEPT……………………………………………350
CHIEF RICHARD BARRY…………………………………………………351
FALSE STATEMENTS……………………………………………………352
CHANGE IN DEMEANOR…………………………………………………353
**"WHY SHOULD I LISTEN, NO ONE ELSE IS?"…………………………356**
POTTERVILLE REFUSING FOIA…………………………………………358
POLICE MISCONDUCT……………………………………………………359
LPD REFUSES FOIA TOO…………………………………………………360
MAYOR ANDY SCHOR PROMOTES THEM…………………………………361
**INEFFECTIVE COUNSEL…………………………………………………363**
STRICKLAND VS. WASHINGTON…………………………………………365
BORISCH LOSES COMPANY………………………………………………366
**BEAUTIFUL TWIN BOYS…………………………………………………368**
**MANSLAUGHTER CHARGES……………………………………………370**
**DEATH CERTIFICATES…………………………………………………371**
**WILFUL KILLING OF QUICK CHILD……………………………………372**
BAD FAITH………………………………………………………………373
LPD STILL HAS DOHERTY'S PHONE……………………………………376
**TRUTH VS. TYRANNY…………………………………………………377**

# THIS PACKET HAS BEEN SENT THROUGH CERTIFIED MAIL TO THE FOLLOWING AGENCIES & BEYOND:

IN WHAT WILL BE KNOWN AS ONE OF THE BIGGEST WHITE-COLLAR SCANDALS OF OUR TIME.

**U.S. DEPARTMENT OF JUSTICE**
**PAMELA BONDI**
**US ATTORNEY GENERAL**
(Complaint # 563754-SRF)
950 Pennsylvania Ave NW
Washington DC, 20530
202-514-2000

Total $14.40
Priority Mail® 1 $14.40
Washington, DC 20530
Weight: 3 lb 10.10 oz
Expected Delivery Date
Mon 03/03/2025
Tracking #:
9505 5124 9021 5059 9607 80
Insurance $0.00
Up to $100.00 included
Total $14.40

**FBI HEADQUARTERS**
**KASH PATEL, DIRECTOR**
(Complaints filed on 2/28/23 & 1/28/25)
935 Pennsylvania Ave, NW
Washington DC, 20535
202-324-3000

Priority Mail® 1 $14.40
Washington, DC 20535
Weight: 3 lb 10.10 oz
Expected Delivery Date
Mon 03/03/2025
Tracking #:
9505 5124 9021 5059 9607 66
Insurance $0.00
Up to $100.00 included
Total $14.40

**FBI DETROIT OFFICE**
**CHEYVORYEA GIBSON**
(Complaints filed on 2/28/23 & 1/28/25)
477 Michigan Ave, 26th Floor
Detroit, MI 48226
313-965-2323

Priority Mail® 1 $13.25
Detroit, MI 48226
Weight: 3 lb 9.90 oz
Expected Delivery Date
Mon 03/03/2025
Tracking #:
9505 5124 9021 5059 9608 65
Insurance $0.00
Up to $100.00 included
Total $13.25

**FBI LANSING OFFICE**
**ANYONE BUT ASHCROFT**
(Complaints filed on 2/28/23 & 1/28/25)
2911 Eyde Pkwy
East Lansing, MI 48823
517-336-8367

Priority Mail® 1 $12.35
East Lansing, MI 48823
Weight: 3 lb 10.10 oz
Expected Delivery Date
Mon 03/03/2025
Tracking #:
9505 5124 9021 5059 9608 41
Insurance $0.00
Up to $100.00 included
Total $12.35

**SEC HEADQUARTERS**
**SECURITIES AND EXCHANGE COMMISSION**
**MARK T. UYEDA, CHAIRMAN**
(Complaint #17376-487-392-956)
100 F Street, NE
Washington DC, 20549
202-942-2950

Priority Mail® 1 $14.40
Washington, DC 20549
Weight: 3 lb 9.80 oz
Expected Delivery Date
Mon 03/03/2025
Tracking #:
9505 5124 9021 5059 9609 88
Insurance $0.00
Up to $100.00 included
Total $14.40

**FTC HEADQUARTERS**
**FEDERAL TRADE COMMISSION**
**ANDREW N. FERGUSON, CHAIR**
(Complaint # 183481352)
600 Pennsylvania Ave NW
Washington DC, 20580
877-382-4357

```
Priority Mail®          1                 $14.40
    Washington, DC 20580
    Weight: 3 lb 9.90 oz
    Expected Delivery Date
        Mon 03/03/2025
    Tracking #:
        9505 5124 9021 5059 9610 08
    Insurance                              $0.00
        Up to $100.00 included
Total                                     $14.40
------------------------------------------------
Grand Total:                             $274.80
```

**U.S. ATTORNEY'S OFFICE**
**JULIE A. BECK**
**ACTING US ATTORNEY**
211 W. Fort Street, Suite 2001
Detroit, MI 48226
313-226-9100

```
Priority Mail®          1                 $13.25
    Detroit, MI 48226
    Weight: 3 lb 9.90 oz
    Expected Delivery Date
        Mon 03/03/2025
    Tracking #:
        9505 5124 9021 5059 9609 40
    Insurance                              $0.00
        Up to $100.00 included
Total                                     $13.25
```

**BETTER BUSINESS BUREAU**
**SARA CARRIER**
**DIRECTOR OF OPERATIONS**
20300 W 12 Mile Rd #202
Southfield, MI 48076
866-788-5706

```
Priority Mail®          1                 $13.25
    Southfield, MI 48076
    Weight: 3 lb 9.30 oz
    Expected Delivery Date
        Mon 03/03/2025
    Tracking #:
        9505 5124 9021 5059 9608 27
    Insurance                              $0.00
        Up to $100.00 included
Total                                     $13.25
```

**STATE BAR OF MICHIGAN**
**JOSEPH P. MCGILL, PRESIDENT**
306 Townsend St
Lansing, MI 48933
517-346-6300

```
Priority Mail®          1                 $12.35
    Lansing, MI 48933
    Weight: 3 lb 9.70 oz
    Expected Delivery Date
        Mon 03/03/2025
    Tracking #:
        9505 5124 9021 5059 9608 03
    Insurance                              $0.00
        Up to $100.00 included
Total                                     $12.35
```

**ATTORNEY GRIEVANCE COMMISSION**
**THOMAS G. KIENBAUM**
**CHAIRPERSON**
755 W Big Beaver Rd #2100
Troy, MI 48084
313-961-6585

```
Priority Mail®          1                 $13.25
    Troy, MI 48084
    Weight: 3 lb 9.20 oz
    Expected Delivery Date
        Mon 03/03/2025
    Tracking #:
        9505 5124 9021 5059 9607 04
    Insurance                              $0.00
        Up to $100.00 included
Total                                     $13.25
```

**MLIVE MEDIA GROUP**
**JOHN HINER, PRESIDENT**
**KELLY FRICK, VICE PRESIDENT**
169 MONROE NW SUITE 100
GRAND RAPIDS, MI 49503
616-222-5400

Priority Mail® 1 $19.15
Med FR Box
Grand Rapids, MI 49503
Flat Rate
Expected Delivery Date
Mon 03/03/2025
Tracking #:
9505 5124 9021 5059 9609 02
Insurance $0.00
Up to $100.00 included
Total $19.15

**JTC, JUDICIAL TENURE COMMISSION**
**THOMAS J. RYAN, CHAIR**
3034 West Grand Blvd, Suite 8-350
Detroit, MI 48202
313-875-5110

Priority Mail® 1 $13.25
Detroit, MI 48202
Weight: 3 lb 10.70 oz
Expected Delivery Date
Mon 03/03/2025
Tracking #:
9505 5124 9021 5059 9606 67
Insurance $0.00
Up to $100.00 included
Total $13.25

**SCAO, STATE COURT ADMINISTRATIVE OFFICE**
**TOM BOYD, ADMINISTRATOR**
925 W. Ottawa St
Lansing, MI 48915
517-373-0130

Priority Mail® 1 $12.35
Lansing, MI 48915
Weight: 3 lb 10.70 oz
Expected Delivery Date
Mon 03/03/2025
Tracking #:
9505 5124 9021 5059 9606 81
Insurance $0.00
Up to $100.00 included
Total $12.35

**INGHAM COUNTY BOARD OF COMMISSIONERS**
**BECKY BENNETT, DIRECTOR**
**AND RYAN SEBOLT, CHAIR**
Ingham County Courthouse
P.O. Box 319, Mason, MI 48854
517-676-7200

Priority Mail® 1 $12.35
Mason, MI 48854
Weight: 3 lb 10.80 oz
Expected Delivery Date
Mon 03/03/2025
Tracking #:
9505 5124 9022 5059 1431 68
Insurance $0.00
Up to $100.00 included
Total $12.35

**MICHIGAN ASSOCIATION OF CERTIFIED PUBLIC ACCOUNTANTS**
**BOB DOYLE, PRESIDENT**
888 West Big Beaver Rd. Suite 550
Troy, MI 48084
248-267-3700

Priority Mail® 1 $13.25
Troy, MI 48084
Weight: 3 lb 11.60 oz
Expected Delivery Date
Mon 03/03/2025
Tracking #:
9505 5124 9021 5059 9609 26
Insurance $0.00
Up to $100.00 included
Total $13.25

**NEW YORK TIMES**
**MEREDITH KOPIT LEVIEN**
**CHIEF EXECUTIVE OFFICER**
620 Eighth Ave
New York, NY 10018
800-698-4637

Priority Mail® 1 $14.40
New York, NY 10018
Weight: 3 lb 9.60 oz
Expected Delivery Date
Mon 03/03/2025
Tracking #:
9505 5124 9021 5059 9607 42
Insurance $0.00
Up to $100.00 included
Total $14.40

**WALL STREET JOURNAL**
**EMMA TUCKER**
**EDITOR IN CHIEF**
1211 Avenue of the Americas
New York, NY. 10036
800-369-2834

Priority Mail® 1 $14.40
New York, NY 10036
Weight: 3 lb 8.80 oz
Expected Delivery Date
Mon 03/03/2025
Tracking #:
9505 5124 9021 5059 9608 89
Insurance $0.00
Up to $100.00 included
Total $14.40

**USA TODAY HEADQUARTERS**
**CAREN BOHAN**
**EDITOR IN CHIEF**
1675 Broadway, 23rd Floor
New York, NY. 10019
800-872-0001

Priority Mail® 1 $14.40
New York, NY 10019
Weight: 3 lb 9.90 oz
Expected Delivery Date
Mon 03/03/2025
Tracking #:
9505 5124 9021 5059 9607 28
Insurance $0.00
Up to $100.00 included
Total $14.40

**DETROIT FREE PRESS**
**NICOLE AVERY NICHOLS**
**CHIEF EDITOR**
160 W. Fort Street
Detroit, MI. 48226
800-395-3300

Priority Mail® 1 $19.15
Med FR Box
Detroit, MI 48226
Flat Rate
Expected Delivery Date
Mon 03/03/2025
Tracking #:
9505 5124 9021 5059 9609 64
Insurance $0.00
Up to $100.00 included
Total $19.15

**CRAINS GRAND RAPIDS**
**KC CRAIN, CEO**
161 OTTAWA NW SUITE 173
GRAND RAPIDS, MI. 49503
833-830-7446

Priority Mail® 1 $19.15
Med FR Box
Grand Rapids, MI 49503
Flat Rate
Expected Delivery Date
Mon 03/03/2025
Tracking #:
9505 5124 9021 5059 9606 43
Insurance $0.00
Up to $100.00 included
Total $19.15

# DOHERTY HAS SPENT $25K IN JUST COPYING AND SHIPPING COSTS, AND THOUSANDS OF MAN HOURS ON THIS.




TO MAKE SURE THESE WHITE-COLLAR CRIMINALS ARE BROUGHT TO JUSTICE, AND THAT NO OTHER FAMIILY HAS TO EXPERIENCE WHAT HIS DID.

# FOREWORD

## By Toby Ten Eyck, PHD

The right to a fair trial is guaranteed in the Sixth Amendment of the US Constitution. While this amendment is typically interpreted as applying to criminal cases, its application to all judicial trials is unquestioned. However, abuses of power within the courts continue to grow as practitioners – judges, attorneys, defendants and prosecutors – seek ways to use the courts to grow their own coffers and prestige.

This is the antithesis of the Lawyer's Oath that includes to solemnly swear to support the US Constitution, to faithfully discharge the duties of a lawyer, and to practice law with integrity and civility. Recognizing these duties is not only about practicing law, but maintaining a society in which the justice system is deemed trustworthy. Practicing law means protecting the individual, families, and those most in need of protection from oppressive forces. Instead, the Lawyer's Oath, in many cases, has become a motto to hide behind the rich stealing from everyone and giving it back to no one but themselves.

This trajectory of power can be seen in a lack of accountability to often found in late modernity, and what happens when courts and their players are no longer held accountable to the high standard of equal justice for all? They become a form of oppression, as those without the resources to challenge individuals with law degrees, judgeships, and so forth are at the mercy of those who have made a living off of using the courts for their own gains. This is not democracy but an attempt to use the principles of justice to create new groups of the haves and the have nots.

Michael Doherty has been fighting this kind of corruption within the Michigan legal system in an effort to protect resources he created through his own blood, sweat, and tears including business interests and family members. Instead of finding justice, he continually faces judges and lawyers who find it more impertinent to tip the scales of justice in their favor. Businesses do need to be held accountable for their actions when they cut corners or ignore safety regulations, but so do courts when they seek ways to hurt those who are trying to follow the American Dream of being a successful entrepreneur in ways that do follow rules and regulations.

The following pages contain documents and narratives compiled by Mr. Doherty regarding his experiences with the Michigan court system. As will become clear very quickly, his ability to defend himself and even given the right to voice his ideas and experiences have been checked at every corner. His journey is one that more people need to see as our court systems are *failing* those who are trying to use them to help maintain a civil society.

This is a story not just about one case either. It is a story of what is happening in many places throughout the US, as we try to find ways to hurt everyone who disagrees with us, and using the courts to justify these actions. It is a story that reminds us why checks and balances are so essential, along with overall accountability. And above all, for people to simply care. For the most dangerous thing to a civilized society of any kind is indifference.

**OF WHOM MR DOHERTY STARTED A PHD UNDER IN 2007 AT MSU.**

# INDIFFERENCE

The quote **"Indifference is the most dangerous thing"** is most commonly attributed to Elie Wiesel. He frequently spoke about the perils of indifference, stating that it is more dangerous than anger or hatred, **particularly in the context of witnessing injustice and suffering.**

Key points about the quote:

**Meaning:**

Indifference implies a lack of concern or action in the face of suffering, which can allow harmful situations to worsen without intervention.

**Source:**

**Eli Wiesel, a Holocaust survivor,** often used this phrase in his speeches and writings due to his **Personal experience with the devastating Consequences of apathy.**

**Full quote:**

"Indifference, after all, is more dangerous than anger and hatred. Anger can at times be creative. One can fight against hatred, but what can one do against indifference?".

***HIGHLIGHTED BY HOLOCAUST SURVIVOR.**

# INTRODUCTORY EXHIBITS

WHITE-COLLAR CRIMINALS ARE HIGHLY SOPHISTICATED. IT'S WHAT MAKES THEM SO DIFFICULT TO CATCH.

**ESPECIALLY WHEN THEIR CONS ARE UNIQUE.** ENFORCEMENT AGENCIES DON'T RECOGNIZE WHAT THEY'RE DEALING WITH, SO THEY SIMPLY LET IT GO.

# MAKING THE CRIMINALS PERFORMING THESE ACTS THAT MUCH MORE DANGEROUS.

COMBINED WITH AN ABUNDANCE OF NEGLIGENCE AND INDIFFERENCE THESE DAYS, WHICH CREATES THE PERFECT BREEDING GROUND FOR WHAT YOU'RE ABOUT TO READ THROUGH.

# THE COMPANY




500,000 SQ FT WAREHOUSE IN LANSING, MICHIGAN



**OF WHICH DOHERTY BOUGHT IN 2018, AND PUT OVER $25 MILLION INTO.**

# COMPANY APPRAISAL

Summary of Significant Factors (continued)

| | |
|---|---|
| IMPROVEMENTS: | The subject site is improved with a three story, industrial building under conversion to a cannabis cultivation facility, with a shipping dock, and dedicated office space |
| INTEREST APPRAISED: | Market Value of the Fee Simple Interest |
| INSPECTION DATE OF THE SUBJECT: | April 7, 2022 |
| EFFECTIVE DATE(S) OF THE APPRAISAL "AS IS": | April 7, 2022 |
| EFFECTIVE DATE(S) OF THE APPRAISAL "AS COMPLETE": | October 15, 2027 |
| OPINION OF THE MARKET VALUE OF THE SUBJECT PROPERTY "AS IS": | $33,000,000.00 |
| OPINION OF THE MARKET VALUE OF THE SUBJECT PROPERTY "AS COMPLETE": | $126,000,000.00 |
| APPRAISER(S): | GANNON GROUP, P.C.<br>Kern G. Slucter, MS, MAI, SRA<br>Certified General Real Estate Appraiser<br>State of Michigan #1205000009<br><br>9502 Walnut Highway<br>Dimondale, MI 48821<br>(517) 345-7500 |
| FILE #: | G21-001-PI |

This Summary of Significant Factors must remain attached to this report and is meant only as a summary of the attached appraisal report.

GANNON GROUP, P.C.
A PROFESSIONAL CORPORATION

ii

* ORIGINAL VALUE confirmed from 5 different angles.

performed by Kern Slutker of, Highly experienced & reputable, 40 yrs of experience

These guys take integr[ity] very seriously, as doe[s] ... court.

**PERFORMED BY HIGHLY REPUTABLE FIRM ON 4/7/2022.**

**CONCLUSION:** THE COMPANIES DOHERTY BUILT FROM THE GROUND UP, INVOLVING MD INDUSTRIES AND REHBEL LLC, WERE **WORTH AT LEAST $33 MILLION.**

**WITH A GROWTH POTENTIAL OF $126 MILLION.**

(DOHERTY HAD JUST COME OFF A RECORD YEAR OF GROSSING $10 MILLION IN 2021.)

# PREDATORY LENDER
# JON BORISCH



## WANTED IT FOR HIMSELF.

HIRES “**KILL TEAM**” IN 2022 TO FRAUDULENTLY STEAL THE COMPANY HE’D BEEN TRYING TO TAKE FOR YEARS.

## “THIS MAN IS TRYING TO KILL YOU.”

-DOHERTY’S FORMER INVESTMENT BANKER, WHEN HE FOUND OUT WHAT WAS GOING ON.

*THE AVERAGE PERSON DOESN’T UNDERSTAND THINGS LIKE THIS ACTUALLY HAPPEN IN REAL LIFE. ESPECIALLY WHEN YOU’RE TALKING IN THE MILLIONS.

# "UNFAIR, DECEPTIVE, OR FRAUDULENT."

## Predatory lending

Article Talk

**Predatory lending** refers to unethical practices conducted by lending organizations during a loan origination process that are unfair, deceptive, or fraudulent. While there are no internationally agreed legal definitions for predatory lending, a 2006 audit report from the office of inspector general of the US Federal Deposit Insurance Corporation (FDIC) broadly defines predatory lending as "imposing unfair and abusive loan terms on borrowers", though "unfair" and "abusive" were not specifically defined.[1] Though there are laws against some of the specific practices commonly identified as predatory, various federal agencies use the phrase as a catch-all term for many specific illegal activities in the loan industry. Predatory lending should not be confused with predatory mortgage servicing which is mortgage practices described by critics as unfair, deceptive, or fraudulent practices during the loan or mortgage servicing process, post loan

en m.wikipedia org

LIKE INVESTING IN A COMPANY WITH THE SOLE INTENTION OF TAKING IT OVER.

**LIKE BORISCH DID.**

# CON ARTISTS

## "SOMEONE WHO TRICKS OTHERS FOR FINANCIAL GAIN."

A "con artist" is someone who tricks others, often for financial gain, by gaining their trust and confidence through deception and manipulation. They are also known as confidence tricksters, grifters, or swindlers.

**Here's a more detailed look:**

**Definition:**

A con artist is a person who deceives others, usually for personal gain, by gaining their trust and confidence.

**How they operate:**

- They often use elaborate schemes and stories to manipulate their victims.
- They may impersonate someone of authority or wealth.
- They might promise unrealistic returns or quick riches.
- They may pressure victims into making quick decisions.
- They often use "official-looking" forms and language to lure victims.
- They can be hard to prosecute because they often skirt the line between unethical and illegal behavior.

**"THEY OFTEN USE "OFFICIAL-LOOKING" FORMS**

AND CAN BE HARD TO PROSECUTE BECAUSE THEY OFTEN SKIRT THE LINE BETWEEN UNETHICAL AND ILLEGAL BEHAVIOR."

# THE "KILL TEAM"




**(A) FLOYD GATES**
**(B) JOHN RUTHER**
**(C) JOHN POLDERMAN**

*THREE INDIVIDUALS WHO HAD NO BUSINESS BEING CONNECTED.

ILLEGALLY CONSPIRING TOGETHER TO TAKE OVER DOHERTY'S COMPANY THROUGH FRAUD AND RACKETEERING.

# RACKETEERING

**750.159g "Racketeering" defined.**
Sec 159g

As used in this chapter, "racketeering" means committing, attempting to commit, conspiring to commit, or aiding or abetting, soliciting, coercing, or intimidating a person to commit an offense for financial gain by obtaining money, property, or any other thing of value, involving any of the following:

(a) A felony violation of section 8 of the tobacco products tax act, 1993 PA 327, MCL 205.428, concerning tobacco product taxes, or section 9 of former 1947 PA 265, concerning cigarette taxes.

(b) A violation of section 11151(3) of the natural resources and environmental protection act, 1994 PA 451, MCL 324.11151, or section 48(3) of former 1979 PA 64, concerning felonious disposal of hazardous waste.

(c) A felony violation of part 74 of the public health code, 1978 PA 368, MCL 333.7401 to 333.7461, concerning controlled substances.

(d) A felony violation of section 7340, 7340c, or 17766c of the public health code, 1978 PA 368, MCL 333.7340, 333.7340c, and 333.17766c, concerning ephedrine or pseudoephedrine.

(e) A felony violation of section 60 of the social welfare act, 1939 PA 280, MCL 400.60, concerning welfare fraud.

(f) A violation of section 4, 5, or 7 of the medicaid false claim act, 1977 PA 72, MCL 400.604, 400.605, and 400 607, concerning Medicaid fraud.

(g) A felony violation of section 18 of the Michigan gaming control and revenue act, 1996 IL 1, MCL 432.218, concerning the business of gaming.

(h) A felony violation of section 909(4) of the Michigan liquor control code of 1998, 1998 PA 58, MCL 436.1909, concerning the illegal sale, delivery, or importation of spirits.

(i) A violation of section 508 of the uniform securities act (2002), 2008 PA 551, MCL 451.2508, concerning fraud.

legislature.mi.gov

**"CONSPIRING, COERCING, OR INTIMIDATING A PERSON FOR FINANCIAL GAIN BY OBTAINING MONEY, PROPERTY, OR ANY OTHER THING OF VALUE."**

# "GRIM REAPER"

## (THIS IS NOT A JOKE)



**AKA FLOYD GATES OF BODMAN PLC** HAS CAUSED SO MUCH DEATH AND DESTRUCTION THAT HIS COLLEAGUES LITERALLY REFER TO HIM AS **"THE GRIM REAPER".**

**OF WHICH HE PROUDLY CONFESSES TO HIS VICTIMS LIKE DOHERTY IN THEIR INITIAL MEETINGS IN ATTEMPTS TO INTIMIDATE THEM INTO SUBMISSION.**

PEOPLE ASSUME BECAUSE HE'S A LICENSED "PROFESSIONAL", HE CAN GET AWAY WITH **(FELONY) MURDER.**

***"IN ALL MY 40 YEARS OF PRACTICING LAW, I HAVE NEVER COME ACROSS SOMEONE LIKE FLOYD GATES."***

-JOHN FIFERIK, ATTORNEY FAMILIAR WITH CASE.

# EXAMPLE OF HOW THIS MAN OPERATES

## "THE BUILDING IS FULL OF LOADED GUNS!"

A GOOD EXAMPLE OF HOW THIS TEAM OPERATES.

Comments
[1] rp is here with "financial loaner" of the building ... and the owner will not let them in "
[2] says the building is "full of weapons"
[3] green F150...
[4] rp says he spoke to "south dispatch" and they said they would send police "right away" unk who he talked to
[5] told rp to wait in his veh for pd

False statement. He was let right in by my employee Brad at 3

## LPD INCIDENT REPORT FROM 3/23/22

[redacted] **THE DAY BORISCH'S KILL TEAM, FLOYD GATES, JOHN RUTHER, AND JOHN POLDERMAN ILLEGALLY TOOK OVER DOHERTY'S COMPANY.** [redacted]

FLOYD GATES. OUT OF CONTROL, WILLING TO ACHIEVE HIS GOAL BY ANY MEANS.

[6] says the building is full of concealed weapons...
[7] Backed up 3A29 with 3A26
[8] PER C5 - THIS IS A CIVIL ISSUE
[9] rp says he has a court order from dragonchuck
[10] PER C5 - SENDING PD TO DEESCALATE SITUATION
[11] 3A29 10-2

FRAUD

FLOYD GATES AND JOHN RUTHER HAD BEEN INVOLVED WITH THE BUILDING DAILY FOR A MONTH, AND KNEW THESE CLAIMS WERE 100% FALSE.

**HUNDREDS OF LIES AND FALSE STATEMENTS** WOULD FLOW FROM THIS MAN AFTER. INTENTIONAL FRAUD IS SIMPLY THE LANGUAGE THEY'VE LEARNED TO SPEAK.

# FALSE PRETENSES

**THE MICHIGAN PENAL CODE (EXCERPT)**
**Act 328 of 1931**

**750.218 False pretenses with intent to defraud; violation; penalty; enhanced sentence based on prior convictions; "false pretense" defined.**

Sec. 218.

(1) A person who, with the intent to defraud or cheat makes or uses a false pretense to do 1 or more of the following is guilty of a crime punishable as provided in this section:

(a) Cause a person to grant, convey, assign, demise, lease, or mortgage land or an interest in land.

(b) Obtain a person's signature on a forged written instrument.

(c) Obtain from a person any money or personal property or the use of any instrument, facility, article, or other valuable thing or service.

(d) By means of a false weight or measure obtain a larger amount or quantity of property than was bargained for.

(e) By means of a false weight or measure sell or dispose of a smaller amount or quantity of property than was bargained for.

(2) If the land, interest in land, money, personal property, use of the instrument, facility, article, or valuable thing, service, larger amount obtained, or smaller amount sold or disposed of has a value of less than $200.00, the person is guilty of a misdemeanor punishable by imprisonment for not more than 93 days or a fine of not more than $500.00 or 3 times the value, whichever is greater, or both imprisonment and a fine.

(3) If any of the following apply, the person is guilty of a misdemeanor punishable by imprisonment for not more than 1 year or a fine of not more than $2,000.00 or 3 times the value, whichever is greater, or both imprisonment and a

# "TURNAROUND" SCAM

## FLOYD GATES BRINGS IN HIS "INDEPENDENT" TURNAROUND SPECIALIST JOHN RUTHER. OF WHO HE FAILS TO DISCLOSE THEY'RE ACTUALLY CONNECTED.

TMA Menu

The Turnaround Management Association (TMA) is the most professionally diverse organization in the corporate restructuring, renewal, and corporate health space. Established in 1988, TMA has almost 10,000 members in 54 chapters worldwide, including 34 North American chapters. Members include turnaround practitioners, attorneys, accountants, advisors, liquidators, consultants, as well as academic, government employees, and members of the judiciary.

ALL THEIR CREDENTIALS CHECK OUT ONLINE. AND IT SEEMS AS IF THEY'RE REALLY INTERESTED IN TURNING A COMPANY AROUND?

(EVEN THOUGH DOHERTY DIDN'T NEED THESE PARTICULAR SERVICES.)

## ALL PART OF THEIR RUSE.

# PARTNERS IN CRIME





TMA

Personal Details

Mr Floyd Gates
Member
**Bodman PLC**

99 Monroe Ave NW Ste 300
Grand Rapids, MI 49503-2639

(616) 205-1860

**Primary Occupation:** Attorney/Legal

Primary Chapter
**TMA-West Michigan**

Firm Details

Bodman PLC
https://www.bodmanlaw.com/

1901 Saint Antoine St Fl 6
Detroit, MI 48226-2336

my.turnaround.org

TMA

Personal Details

Mr John Ruther
Managing Director
**O'Keefe**

146 Monroe Center St NW Ste 615
Grand Rapids, MI 49503-2815

(616) 233-8080

**Primary Occupation:** Financial Advisor
**Certifications:** CPA/ABV/CFF, CGMA

Primary Chapter
**TMA-West Michigan**

Firm Details

O'Keefe
https://www.okeefellc.com

2 Lone Pine Rd
Bloomfield Hills, MI 48304-3535

my.turnaround.org

# AKA, THUGS IN SUITS.

# "THE SPECIALIST"



**CPA JOHN RUTHER OF O'KEEFE CONSULTANTS.** APPEARING AS A "TURNAROUND SPECIALIST", JUST THERE TO HELP. BUT REALLY HE'S THERE TO BYPASS THEIR VICTIM'S RIGHT TO COUNSEL FOR WEEKS.

**ILLEGALLY FEEDING INFORMATION BACK TO HIS WINGMAN FLOYD GATES THE ENTIRE TIME, WHILE FAILING TO DISCLOSE THE CLEAR CONFLICT OF INTEREST AND THE FACT THAT THEY'RE CONNETED.**

UNTIL THEY FEEL THEY'VE FOUND THE LOOP-HOLE TO PUNCH THROUGH AND INJECT THEIR "TROJAN HORSE", AKA THE CORRUPT RECEIVER JOHN POLDERMAN.

WHO UNLAWFULLY TAKES CONTROL OF THE COMPANY BY ANY MEANS NECESSARY, AND GRADUALLY REMOVES DOHERTY AND HIS WIFE FROM THE COMPANY, WHILE HE AND HIS PARTNERS STEAL EVERYTHING HE OWNS.

**ALL 100% ILLEGAL, AND THE VERY DEFINITION OF A RACKET.**

# OFFICIAL MOTION SUBMITTED TO INGHAM COUNTY

## MOTION TITLE:

SECURITES FRAUD, MALPRACTICE, AND TORTURE. (MCL 600.2962, MCL 750.85). SHOW CAUSE AS TO WHY CPA JOHN RUTHER, CPA CHRIS STARK, JON BORISCH, DAVID BORISCH, FLOYD GATES, AND JOHN POLDERMAN SHOULD NOT BE HELD IN CONTEMPT FOR CRIMINAL CONSPIRACY, IIED, AND DECEIT WITH INTENT TO HARM INVOLVING PROPERTY TAX DETAIL, ETC.

**SEC 85 (1) FELONY PUNISHABLE BY IMPRISONMENT FOR LIFE.**

THESE MEN DID NOT SHOW UP TO THE OPERATION TO HELP AT ALL. JOHN RUTHER OF O'KEEFE & GVSU FALSLY PORTRAYED HIMSELF AS AN INDEPENDENT "TURNAROUND SPECIALIST" ON 2/23/22. VIOLATING SEC & CPA LAWS AND REGULATIONS FOR NOT DISCLOSING CONFLICT OF INTEREST, AND OPERATING UNETHICALLY. HE WAS THERE TO TRY TO FIND A WEAK SPOT, WHILE ILLEGALLY BYPASSING DEFENDANT'S RIGHT TO COUNSEL AND DUE PROCESS. THEN MR RUTHER SPECIFICALLY TOLD DEFENDANT NOT TO PAY THE PROPERTY TAXES UNTIL MONTHS DOWN THE ROAD. HE THEN PUT THAT PLAN IN THE 13 WEEK CASH FLOW SHEET OF WHICH HE COMPOSED AND DISTRIBUTED TO ALL GUILTY PARTIES TO ENSURE VICTIM WOULD NOT PAY THEM.

***INFORMING THEM OF EXTREME FRAUD. ONE OF MANY OF WHICH JOYCE DRAGANCHUK ILLEGALLY SILENCED AND SUPPRESSED.**

# "ILLEGAL EX-PARTE ORDERS"

WHEN THEY THEN TRIED TO USE THIS VERY DETAIL TO ILLEGALLY PENETRATE THE DEFENDANT'S BUILDING THROUGH THE LOBBY WITH AN ILLEGAL EX PARTE ORDER SIGNED ON FALSE PRETENSES, THE DEFENDANT SURPRISED THEM BY LETTING THEM KNOW HE AND HIS LEGAL TEAM HAD DISCOVERED THEIR CON PRIOR, AND THE PROPERTY TAXES WERE PAID BEFORE THE ORDER WAS ACTUALLY PRESENTED AND SIGNED.

UNFORTUNATELY, JUDGE DRAGANCHUK WAS TOO BUSY WORRYING ABOUT MAKING HERSELF LOOK BAD INSTEAD OF FORCING THE PLAINTIFF'S TEAM, INCLUDING THE CORRUPT AND CONNECTED RECEIVER, TO GO BACK TO THE DRAWING BOARD AND PLAY BY THE RULES. FROM THERE, A SNOW BALL OF CORRUPTION AND LIES HAS UNFORTUNATELY TRANSPIRED WITH THIS CASE. WHERE PEOPLE HAVE BEEN MORE CONCERNED ABOUT COVERING THEIR REARS THAN THE ACTUAL ADMINISTRATION OF TRUE & IMPARTIAL JUSTICE.

MCJC CANON 1-3, MCL 767.67, MCL 750.85, MCL 750.450, MCL 750.462A, MRPC 1.8, MRPC 2.4, MRPC 4.1-4.4, MRPC 5.1-5.6, MRPC 6.5, MRPC 8.1-8.5, RECEIVERSHIP ACT 16 OF 2018: 554.1016 SEC 6 (3)(2)(B), 554.1017, 554.1032, MCL 769.26, MCL 750.422-423, MCL 750.356, MCL 438.41, MCR 8.100, MCL ARTICLE I SEC 17, MCR 9.100, FEDERAL SECURITIES FRAUD 18 USC 1348, RACKATEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT, MCL 750.157A, MCL 750.218, MCL 750.349B, 18 USC 402, MCL 600.1715, MCL 771.1, MCR SUMMARY, MCR 1.109, MCR CHAPTER 8, MCL 750.411s, MCL 750.411h, MCL 750.411i, MCL 600.2962, MCL 750.85, ETC.

MICHAEL S. DOHERTY 7/13/2023

**"WHERE PEOPLE HAVE BEEN MORE CONCERNED ABOUT COVERING THEIR REARS THAN THE ACTUAL ADMINISTRATION OF TRUE AND IMPARTIAL JUSTICE."**

# SECURITIES FRAUD

## 18 U.S. Code § 1348 - Securities and commodities fraud

U.S. Code Notes

prev | next

Whoever knowingly executes, or attempts to execute, a scheme or artifice—

**(1)** to defraud any person in connection with any commodity for future delivery, or any option on a commodity for future delivery, or any security of an issuer with a class of securities registered under section 12 of the Securities Exchange Act of 1934 (15 U.S.C. 78l) or that is required to file reports under section 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78o(d)); or

**(2)** to obtain, by means of false or fraudulent pretenses, representations, or promises, any money or property in connection with the purchase or sale of any commodity for future delivery, or any option on a commodity for future delivery, or any security of an issuer with a class of securities registered under section 12 of the Securities Exchange Act of 1934 (15 U.S.C. 78l) or that is required to file reports under section 15(d) of the Securities Exchange Act of 1934 (15 U.S.C. 78o(d));

shall be fined under this title, or imprisoned not more than 25 years, or both.

"ALTHOUGH THE TERM "SECURITIES" IS COMMONLY ASSOCIATED WITH STOCKS, BONDS, AND SIMILAR INSTRUMENTS, **THE U.S. SUPREME COURT GIVES THE TERM A MUCH BROADER INTERPRETATION.** IN THE CASE OF **HOWEY VS. SEC (1946),** THE COURT FOUND THAT THE PLAINTIFF'S SALE OF LAND AND AGRICULTURAL SERVICES CONSTITUTED AN "INVESTMENT CONTRACT", EVEN THOUGH THERE WAS NO TRACE OF A STOCK OR BOND."

- "WHAT ARE FINANCIAL SECURITIES?" PUBLISHED IN INVESTOPIA MAY 31, 2024

**THE S.E.C. ALSO DEFINES DEBT AND MORTGAGES AS SECURITIES.**

**(1) "TO DEFRAUD ANY PERSON IN CONNECTION WITH ANY COMMODITY."**

**(2) "TO OBTAIN, BY MEANS OF FRAUDULENT PRETENSES, ANY MONEY OR PROPERTY."**

***IMPRISONMENT UP TO 25 YEARS.**

**"MOTIVE: IN LAW, THIS IS WHY ONE COMMITTED THE CRIME."**

THE INDUCEMENT, REASON, OR WILLFUL DESIRE AND PURPOSE BEHIND THE COMMISSION OF AN OFFENSE.

---

UNDERSTAND WHY THESE GUYS ARE FIGHTING WITH EVERYTHING THEY'VE GOT YET?

**THAT'S UP TO 25 YEARS IN PRISON JUST ON ONE CHARGE.**

FLOYD GATES, JOHN RUTHER, AND JOHN POLDERMAN WILL MOST LIKELY BE GOING TO PRISON FOR THE REST OF THEIR LIVES.

**THEY'RE CRAFTY, BUT THEY CAN'T BEAT THE FEDERAL GOVERNMENT.**

(ONCE IT AWAKENS)

# RUTHER'S CASH FLOW SHEET

## (AKA, "THE SMOKING GUN.")




WHERE RUTHER TOLD DOHERTY NOT TO PAY THE PROPERTY TAXES FOR ANOTHER 6 MONTHS, AND THEN TRIED TO USE THAT SAME DETAIL TO UNLAWFULLY TAKE OVER THE COMPANY.

# HAD PLENTY OF MONEY

IMG_7239.jpeg 3/8/23, 7:47 AM

12:30 BUSINESS.

PLAT BUS CHECK... (...0155)

All transactions Spending summary

Search or filter

MENARDS LANSING SOUTH M LANSING MI 02/01

$844,564.25 -$56.34

IBUY STORES INC 845-610-5093 NY 02/01

$844,620.59 -$1,200.01

ON THE CLOCK 888-7535999 MI 02/01

$845,820.60 -$136.30

FEDWIRE CREDIT VIA: UNION BANK/072404320 B/O: MD INDUSTRIES LLC LANSING MI 48910 REF: CHASE...

$845,956.90 $200,000.00

Feb 1, 2022

SERVICE CHARGES FOR THE MONTH OF JANUARY

$645,956.90 -$75.00

ORIG CO NAME:PAYROLL ORIG ID:1943345425 DESC DATE:220201 CO ENTRY DESCR:TAX SEC:CCD TRACE...

$646,031.90 -$4,185.75

ORIG CO NAME:UNUMGROUP955 ORIG ID:1010278678 DESC DATE:220128 CO ENTRY DESC...

$650,217.65 -$270.00

MENARDS LANSING WEST MI LANSING MI 01/31

$650,487.65 -$113.99

HAD PLENTY OF MONEY !!

$844,564 BUSINESS
+297,115 PERSONAL
$1,141,679

TOTAL IN MY ACCOUNTS AROUND THE TIME THE $375K PAYMENT WAS DUE. IF I REALLY THOUGHT IT WAS THAT URGENT, I WOULD'VE PAID IT.

PAST. PRECEDENT.

*DOHERTY HAD A HEALTHY COMPANY, AND HAD JUST MADE AN INTEREST PAYMENT OF $1.37 MILLION TO BORISCH LESS THAN 2 MONTHS PRIOR.

**THIS WAS NOT ABOUT THE MONEY.**

# CPA MALPRACTICE

MICHIGAN LEGISLATURE

Michigan Compiled Laws Complete Through PA ... 2023

House: Adjourned until Tuesday, July 18, 2023 ...
Senate: Adjourned until Tuesday, July 18, 2023 10:00:00 AM

NAVIGATE SECTIONS
MCL Chapter Index
Chapter 600
Act 236 of 1961
236-1961-29
Section 600.2962

**Section 600.2962**

friendly link
printer friendly

**REVISED JUDICATURE ACT OF 1961 (EXCERPT)**
**Act 236 of 1961**

**600.2962 Malpractice action against certified public accountant.**

Sec. 2962.

(1) This section applies to an action for professional malpractice against a certified public accountant. A certified public accountant is liable for civil damages in connection with public accounting services performed by the certified public accountant only in 1 of the following situations:

(a) Subject to subsection (2), a negligent act, omission, decision, or other conduct of the certified public accountant if the claimant is the certified public accountant's client.

(b) An act, omission, decision, or conduct of the certified public accountant that constitutes fraud or an intentional misrepresentation. *

AA legislature.mi.gov

https://mail.google.com/mail/u/0/

**"AN ACT OR CONDUCT OF THE CPA THAT CONSTITUTES FRAUD OR AN INTENTIONAL MISREPRESENTATION."**

# PROPERTY TAX PAID


IMAGE DETAILS

MD Industries, LLC
1305 S. Cedar St., Ste 303
Lansing, MI 48910

BANK ONE, NATIONAL ASSOCIATION

5527

03/21/2022

PAY TO THE ORDER OF Ingham County Treasurer $ **109,657.07

One hundred nine thousand six hundred fifty-seven and 07/100 DOLLARS

Ingham County Treasurer

MEMO Parcel 33-01-01-21-426-005 (1305 S CEDAR ST)

IMAGE DETAILS

MD Industries, LLC
Lansing, MI 48910

BANK ONE, NATIONAL ASSOCIATION

5530

03/21/2022

PAY TO THE ORDER OF Eaton County Treasurer $ **15,549.45

Fifteen thousand five hundred forty-nine and 45/100 DOLLARS

Eaton County Treasurer

Parcel 040-025-200-310-00 (5 Locust Lane)

***DOHERTY AND HIS LEGAL TEAM CAUGHT WIND OF WHAT THESE CON ARTISTS WERE UP TO, AND PAID THE PROPERTY TAXES ANYWAY. EVEN THOUGH THEY WERE INSTRUCTING HIM NOT TO.**

# DISPROVING WHAT FLOYD GATES BASED HIS ENTIRE EX-PARTE HOSTILE TAKEOVER ON:




WHICH WAS UNPAID PROPERTY TAXES. IN HIS EX PARTE "EMERGENCY" MOTION FILED ON 3/22/22, WHERE THE TAXES HAD ALREADY IN FACT BEEN PAID.

# **IRONICALLY ENOUGH, THE OPERATION** (NOW DEEMED INSOLVENT 3 YEARS LATER), **OWES OVER $300K IN UNPAID PROPERTY TAX.**

## INGHAM COUNTY DELINQUENT TAX NOTICE

Alan Fox
Ingham County Treasurer
PO Box 215
341 S Jefferson St
Mason, MI 48854
(517) 676-7220
afox@ingham.org
www.ingham.org

MD INDUSTRIES L L C

738 E KALAMAZOO ST
LANSING, MI 48912

**Delinquent Taxes Due**

| TAX YEAR | BASE TAX | TOTAL DUE IF PAID BY: 03/31/25 | TOTAL DUE IF PAID BY: 04/30/25 | TOTAL DUE IF PAID BY: 05/31/25 |
|---|---|---|---|---|
| 2023 | 125,575.97 | 155,406.33 | 157,289.97 | 159,173.61 |
| TOTAL | 125,575.97 | 155,406.33 | 157,289.97 | 159,173.61 |

**Property Information**

Parcel ID Number: 33-01-01-21-426-005

Property Address: 1305 S CEDAR
LANSING MI 48910-1520

Legal Description:

COM S 12DEG 12MIN W 14.98 FT FROM INT'N E & W 1/4 LINE & E R/W LINE S CEDAR ST, TH N 89DEG 44MIN E 540.51 FT, SE'LY 30.88 FT ALONG 1584.47 FT RAD CURVE TO RT CHORD BEARING S 89DEG 42MIN 30SCD E 30.88 FT, SE'LY 6.33 FT ALONG 480.62 FT RAD CURVE TO RT CHORD BEARING S 88DEG 46MIN 21SCD E 6.33 FT, S 00DEG 16MIN E 0.53 FT, SE'LY 176.89 FT ALONG 480.12 FT RAD CURVE TO RT CHORD BEARIN

If the 2024 Delinquent tax, interest, penalties and fees, are not paid before February 28, 2026, the property will be forfeited to the County Treasurer.

If 2023 Delinquent taxes, interest, penalties, and fees were not paid before March 1, 2025, the property was forfeited to the County Treasurer.

Any person who holds a legal interest in this property may lose that interest as a result of the forfeiture and any subsequent foreclosure.

If the 2023 Delinquent taxes, interest, penalties, and fees are not paid on or before March 31, 2026, after an uncontested judgment has been entered by a Circuit Court Judge absolute title to the property shall vest in the foreclosing governmental unit. All redemption rights will expire on March 31, 2026, after the Circuit Court enters this judgment.

**Tax Payments are Accepted at Two Locations:**

Ingham County Courthouse, 341 S Jefferson, Mason
Veterans Memorial Courthouse, 313 W Kalamazoo, Lansing

If you are having trouble paying your delinquent property taxes call us at 517-676-7220 to discuss programs and options that may be able to help you catch up your delinquent taxes.

****NEW****

The Treasurer is now offering automatic withdrawal (ACH) payments from your checking or savings account

For more information and to access the forms please visit our website at http://tr.ingham.org and click on the "ACH Authorization Form" under: Pay Your Delinquent Taxes link

Please detach bottom portion & keep the top portion for your records.

Pay this tax to

Alan Fox
Ingham County Treasurer
PO Box 215
341 S Jefferson St
Mason, MI 48854

PLEASE RETURN THIS PORTION WITH YOUR PAYMENT. THANK YOU

Parcel ID Number:
33-01-01-21-426-005

| | | |
|---|---|---|
| Due if paid by | 03/31/25 | 155,406.33 |
| Due if paid by | 04/30/25 | 157,289.97 |
| Due if paid by | 05/31/25 | 159,173.61 |

Property Address: 1305 S CEDAR
LANSING MI 48910-1520

Make check payable to:
**Ingham County Treasurer**

Amount Remitted: ____________

** Postmarks will not be accepted as date of payment **

MD INDUSTRIES L L C

738 E KALAMAZOO ST
LANSING, MI 48912

Date printed: [illegible]

*SAME AMOUNT IS STILL OWED FOR 2024 AS WELL.

# FLOYD GATES' ILLEGAL EX PARTE MOTION BASED ON 100% FALSE PRETENSES

Approved, SCAO

Original - Court
1st copy - Defendant
2nd copy - Plaintiff

| STATE OF MICHIGAN | EX PARTE MOTION FOR APPOINTMENT OF RECEIVER | CASE NO. |
|---|---|---|
| JUDICIAL DISTRICT<br>30TH JUDICIAL CIRCUIT<br>COUNTY PROBATE | | 22-0202-CB |

Court address
341 S. Jefferson, Mason, Michigan 48854

Court telephone no.
517-483-6500

| Plaintiff's name(s), address(es), and telephone no(s) | | Defendant's name(s), address(es), and telephone no(s) |
|---|---|---|
| JONATHAN AND MARY KAY BORISCH FAMILY FOUNDATION, and JLB MONARCH HOLDINGS, LLC | v | MD INDUSTRIES, LLC, REHBEL INDUSTRIES LLC, and MICHAEL S. DOHERTY |
| Plaintiff's attorney, bar no., address, and telephone no.<br>BODMAN PLC<br>Floyd E. Gates, Jr. (P54234)<br>99 Monroe Ave. NW, Suite 300<br>Grand Rapids, Michigan 49503<br>Phone: (616) 205-4330 | | Defendant's attorney, bar no., address, and telephone no. |

FILED
2022 MAR 22 P 2:35

Probate In the matter of ______

Instruction: For each item, provide the applicable page and paragraph reference in the accompanying brief. Attach a proposed order.

1. Plaintiffs (Name) request appointment of a receiver under the authority of: Page 3-11, ¶ ____

☑ Statutory section(s): MCL 554.1016(1)(a)(i) and (c); MCL 554.1016(2)(a) and (b); MCL 600.2926

☑ Other: MCR 2.622 and MCL 554.1013

2. The parties and other persons or entities interested in the receivership estate are: (Check all that apply.) Page 3-6, ¶ ____

☑ Plaintiff: JONATHAN AND MARY KAY BORISCH FAMILY FOUNDATION & JLB MONARCH

☑ Defendant: MD INDUSTRIES, LLC, REHBEL INDUSTRIES LLC, and MICHAEL S. DOHERTY

☑ Other: Access BIDCO LLC, Nicholas Freund Building, LLC, and CGFH 1305 South Cedar LLC

The nature of each person's or entity's interest is described in the accompanying brief.

3. The property that constitutes the receivership estate includes: (Check all that apply.) Page 3-6, ¶ ____

☑ Books, records, computers, computer data, and passwords
☐ Chattel paper
☐ Deposit accounts
☑ Equipment
☑ Fixtures
☐ Goods
☐ General intangibles
☑ Inventory
☑ Investment property
☐ Patents, trademarks, copyrights, and other intellectual property
☑ Real property (provide legal description in the accompanying brief)
☑ Rents
☐ Titled vehicles
☐ Other: ______

4. There is good cause supporting appointment of a receiver. Page 6-11, ¶ ____

MC 448 (8/17) MOTION FOR APPOINTMENT OF RECEIVER MCR 2.622

491658

*FILED 3/22/22. A MONTH AFTER THEY HAD BEEN INVOLVED WITH THE OPERATION, WITH NO LEGITIMATE REASON FOR AN EX-PARTE.

# EX PARTE COMMUNICATION IS ALMOST NEVER ALLOWED.

TO PREVENT PEOPLE FROM MANIPULATING THE SYSTEM LIKE THIS.

ABA

## Rule 2.9: Ex Parte Communications

Share

(A) A judge shall not initiate, permit, or consider ex parte communications, or consider other communications made to the judge outside the presence of the parties or their lawyers, concerning a pending* or impending matter,* except as follows:

(1) When circumstances require it, ex parte communication for scheduling, administrative, or emergency purposes, which does not address substantive matters, is permitted, provided:

(a) the judge reasonably believes that no party will gain a procedural, substantive, or tactical advantage as a result of the ex parte communication; and

**(a) "ONLY WHEN THE JUDGE REASONABLY BELIEVES THAT NO PARTY WILL GAIN AN ADVANTAGE."**

JOHN POLDERMAN WAS PARTAKING IN ILLEGAL EX PARTE COMMUNICATION ALL THROUGHOUT THE CASE AS WELL, WHICH IS A BIG PART OF THEIR CON. **COMPLETELY CONTROLLING THE PROCESS BEFORE DOHERTY EVEN KNEW WHAT WAS GOING ON.**

**AFTER ALL, HE'S "COURT APPOINTED" RIGHT?**

# VIOLATING DUE PROCESS

## *FLOYD GATES ADMITTED TO DOHERTY AND HIS ATTORNEY BEN PRICE ON 3/18/22 THAT HE HAD UNLAWFULLY INJECTED RECEIVERS MANY TIMES BEFORE.

**BASED ON VIOLATING VICTIM'S DUE PROCESS RIGHTS THROUGH FALSE PRETENSES.**

(GATES AND HIS CREW ARE GLORIFIED DEBT COLLECTORS. THEY COULDN'T CUT IT AS REAL ATTORNEYS, SO THEY FIGURED OUT HOW TO PLAY THE SYSTEM INSTEAD.)

**GATES WAS TRYING TO INTIMIDATE DOHERTY INTO SIGNING A FRAUDULENT FOREBEARANCE AGREEMENT THAT HE AND HIS ATTORNEY WERE REFUSING TO SIGN.**

AS IT WOULD HAVE PUT DOHERTY IMMEDIATELY IN DEFAULT FIVE DIFFERENT WAYS HAD HE DONE SO.

**(GOD ONLY KNOWS HOW MANY VICTIMS THIS MAN HAS STRONG ARMED INTO SIGNING THEIR OWN DEATH WARRANTS. HENCE THE NAME "GRIM REAPER".)**

SO GATES WENT WITH PLAN B, AND PUSHED HIS RECEIVER IN THROUGH AN "EMERGENCY" EX PARTE MOTION INSTEAD. (DEFINITION OF RACKET)

**WHICH WAS ULTIMATELY THEIR GOAL THE ENTIRE TIME. NEVER TO HELP, BUT TO INSTEAD TAKE CONTROL BY ANY MEANS NECESSARY.**

# "THE CONSTITUTION STATES ONLY ONE COMMAND TWICE."

## (THIS IS HOW IMPORTANT OUR FOREFATHERS VIEWED THE FOLLOWING CONCEPT):

Cornell Law School Search Cornell

LII Legal Information Institute Menu

## due process

### Introduction

The Constitution states only one command twice. The Fifth Amendment says to the federal government that no one shall be "deprived of life, liberty or property without due process of law." The Fourteenth Amendment, ratified in 1868, uses the same eleven words, called the Due Process Clause, to describe a legal obligation of all states. These words have as their central promise an assurance that all levels of American government must operate within the law ("legality") and provide fair procedures. Most of

# "NO ONE SHALL BE DEPRIVED OF LIFE, LIBERTY OR PROPERTY WITHOUT DUE PROCESS OF LAW."

due proc·ess | ˌdo͞o ˈpräˌses | (also due process of law)

noun fair treatment through the normal judicial system, especially as a citizen's entitlement

"FAIR TREATMENT THROUGH THE NORMAL JUDICIAL SYSTEM."

# DOHERTY LEGALLY HAD 28 DAYS TO FIGHT THE RECEIVERSHIP.

(ONE OF THE MOST IMPORTANT PAGES OF THIS DOCUMENT)

## Mich. Ct. R. 2.622

Download

As amended through November 20, 2024

Rule 2.622 - Receivers

(A) Appointment of Receiver. Upon the motion of a party or on its own initiative, and for good cause shown, the court may appoint a receiver as provided by law. A receiver

(D) Duties.

(1) Within 7 days after entry of the order of appointment, the receiver shall file an acceptance of receivership with the court. The acceptance shall be served on all parties to the action.

(2) Unless otherwise ordered, within 28 days after the filing of the acceptance of appointment, the receiver shall provide notice of entry of the order of appointment *

---

***TIME IS ULTIMATELY THE THING TO PAY ATTENTION TO HERE.** A KEY FACTOR IN **"DUE PROCESS".**

MR DOHERTY'S ATTORNEY KNEW ON 3/18/22 THEY TECHNICALLY **HAD 28 DAYS TO FIGHT THE RECEIVERSHIP.**

(B)(5). If the nonmoving party does not file an objection to the moving party's nominated receiver within 14 days after the petition or motion is served, or if the parties stipulate to the selection of a receiver, the court shall appoint the receiver nominated by the party or parties, unless the court finds that a different receiver should be appointed.

(2) Receiver Appointed Sua Sponte. If the court appoints a receiver on its own initiative, any party may file objection to the selected receiver and submit an alternative nominee for appointment as receiver within 14 days after the order appointing the receiver is served. The objecting party shall

---

DOHERTY EVEN ASKED HIM AT THE TIME IF THERE WAS **ANY WAY THEY COULD BY-PASS THIS RIGHT** AND HE SAID NO. LEGALLY THAT IS.

**THIS TEAM SPECIALIZES IN OPERATING OUTSIDE THE LAW,** AND WAS PHYSICALLY INJECTING THEIR RECEIVER INTO THE BLDG 3 DAYS LATER.

**TREATING THIS LIKE WAR,** AND USING AN UNLAWFUL **"SURPRISE ATTACK".** THE FIGHT BEING OVER BEFORE IT EVEN BEGAN.

## "THE FIGHT WAS OVER BEFORE IT EVEN BEGAN."

-DOHERTY'S LEGAL EXPERT AFTER REVIEWING THE CASE. (ALL PART OF THEIR CON)

# EXHIBIT

Motion for Appointment of Receiver (6/17) Page 2 of 2 Case No. ____________

5 The nominated receiver is Simon PLC, by it authorized agent, John Polderman
Name or entity

6 The nominated receiver has sufficient competence, qualifications, and experience to administer the receivership estate. Page 11, ¶ ____

7 None of the statements in MCR 2.622(B)(6) are true of the nominated receiver. Page 11, ¶ ____

8 The receiver will have those duties, authority, and powers set forth in the proposed order, including those required by MCR 2.622(D) and stated in MCR 2.622(E). See proposed order.

9 The proposed order contains the statements required by MCR 2.622(F)(2), including the source and method of the receiver's compensation. See proposed order.

10. ☐ a. The parties have agreed to a nominal bond of $ ____________ Page 11, ¶ ____

☑ b. The court should set bond at $ 10,000 ____________, based on the factors in MCR 2.622(G).

11 I REQUEST that the court enter the order attached to this motion and grant any other relief that is just and equitable.

3/22/22
Date

Movant/Attorney signature

*THERE ARE FLAWS WITHIN THE RECEIVERSHIP STATUTE ITSELF, ALONG WITH THE FACT THAT NO ONE IS ACTUALLY MONITORING THIS.

**HOW IN THE WORLD IS A RECEIVER SUPPOSED TO BE NEUTRAL WHEN THEY ARE INJECTED BY THE PLAINTIFF'S ATTORNEY FROM THE BEGINNING?**

(SEE #5 ABOVE, FILLED OUT BY FLOYD GATES)

*DOHERTY ACTUALLY MET WITH STATE REP DOUGLAS WOZNIAK ON THIS IN 2023 AS WELL. WHERE THEY HAD AN HOUR LONG CONVERSATION ABOUT WHAT NEEDED TO BE FIXED WITHIN THE RECEIVERSHIP STATUTE TO PREVENT ANY OTHER FURTHER FAMILIES FROM BEING ABUSED LIKE DOHERTY'S HAD.

**WOZNIAK AND HIS ASSISTANT ANDREW STOPPED COMMUNICATING WITH DOHERTY SHORTLY AFTER WHEN THEY REALIZED IT WASN'T GOING TO GET THEM ANY MORE VOTES.**

# EXHIBIT

## EX PARTE ORDER APPOINTING RECEIVER

At a session of said Court, held in the
Ingham County Circuit Court, State of Michigan

on March 23, 2022

PRESENT: Hon. JOYCE DRAGANCHUK
Ingham County Circuit Court Judge

Upon motion of Plaintiffs Jonathan and Mary Kay Borisch Family Foundation ("Foundation") and JLB Monarch Holdings, LLC ("Monarch" and together with Foundation, the "Lenders"), the Court having made the findings set forth below, and the Court being duly advised on the premises and following MCR 2.622, MCL 554.1013, MCL 554.1016(1)(a)(i) and (c), MCL 544.1016(2)(a) and (b), and MCL 554.1017, hereby appoints a receiver and imposes ancillary relief to assist the receiver as follows:

**FINDINGS**

* 1. The Court has reviewed Lenders' motion and supporting brief in this action and has determined that the factual allegations set forth in the motion are true and accurate.

2. The Court further finds that, under MCR 2.622, MCL 554.1013, MCL 554 1016(1)(a)(i) and (c), MCL 544 1016(2)(a) and (b), and MCL 600.2926 there is good and sufficient cause to appoint a receiver on an ex parte basis

3. The Court further finds that the parties interested in the receivership estate are MD Industries, LLC ("MD Industries"), Rehbel Industries LLC ("Rehbel Industries" and together "Receivership Defendants"), and Michael S Doherty

4 The Court further finds that the proposed receiver, Simon PLC, by its authorized agent, John Polderman, has sufficient competence, qualifications, and experience to administer the Receivership Estate (as that term is defined below)





***JOYCE DRAGANCHUK AND INGHAM COUNTY WRONGFULLY APPOINTED A RECEIVER BASED ON FALSE PRETENSES THEY WERE TOO CARELESS TO ACTUALLY VERIFY.**

# WRONGFULLY APPOINTING A RECEIVER IS A MAJOR DEAL.

# EXHIBIT

## WRONGFULLY APPOINTING A RECEIVER, AND LIABILITY FOR DAMAGES.

**RECEIVERSHIP ACT**
**Act 16 of 2018**

AN ACT to enact the receivership act; to provide for the appointment of receivers to take possession of commercial property of another and to receive, collect, care for, and dispose of the property or proceeds of the property; and to provide remedies related to the receiverships.

**History:** 2018, Act 16, Eff. May 7, 2018;—Am. 2020, Act 210, Imd. Eff. Oct. 15, 2020.

*The People of the State of Michigan enact:*

**554.1032 Removal of receiver; replacement; discharge; termination.**

10 of 11

Sec. 22. (1) The court may remove a receiver for cause.

(2) The court shall replace a receiver that dies, resigns, or is removed.

(3) If the court finds that a receiver that resigns or is removed, or the representative of a receiver that is deceased, has accounted fully for and turned over to the successor receiver all receivership property and has filed a report of all receipts and disbursements during the service of the replaced receiver, the replaced receiver is discharged.

(4) The court may discharge a receiver and terminate the court's administration of the receivership property if the court finds that appointment of the receiver was improvident or that the circumstances no longer warrant continuation of the receivership. If the court finds that the appointment was sought wrongfully or in bad faith, the court may assess both of the following against the person that sought the appointment:

(a) The fees and expenses of the receivership, including reasonable attorney fees and costs.

(b) Actual damages caused by the appointment, including reasonable attorney fees and costs.

**History:** 2018, Act 16, Eff. May 7, 2018.

**"IF THE COURT FINDS THAT THE APPOINTMENT WAS SOUGHT WRONGFULLY OR IN BAD FAITH, THE COURT MAY ASSESS THE FOLLOWING AGAINST THE PERSON THAT SOUGHT THE APPOINTMENT:**

**(B) ACTUAL DAMAGES CAUSED BY THE APPOINTMENT."**

*ESPECIALLY WHEN THE DAMAGES ARE IN THE TENS OF MILLIONS. **(MOTIVE?)**

# MEANWHILE,

## POLDERMAN STILL PAYS HIMSELF THOUSANDS OF DOLLARS A MONTH AFTER SINKING THE COMPANY.



Search Results

| Docket Date | Reference | Description |
|---|---|---|
| 2/13/2025 | | NOTICE OF APPLICATION FOR RCEIVER'S FEES AND EXPENSES PURSUANT TO MCR 2.622(F) AND ACCOUNTING AND NOTICE OF RIGHT TO OBJECT |
| 1/13/2025 | | NOTICE - OF APPLICATION FOR RECEIVERS FEES AND EXPENSES PURSUANT TO MCR AND ACCOUNTING AND NOTICE OF RIGHT TO OBJECT - PROOF OF SERVICE FILED |
| 1/2/2025 | | 2025 JUDICIAL CASELOAD REASSIGNMENT NOTICE The judge was changed from DRAGANCHUK, JOYCE A to JAMO, JAMES . |
| 12/9/2024 | | NOTICE OF APPLICATION FOR RECEIVER'S FEES AND EXPENSES PURSUANT TO MCR 2.622 (F) AND ACCOUNTING AND NOTICE OF RIGHT TO OBJECT W/ PS DATED 12/05/2024 |
| 11/15/2024 | | NOTICE OF APPLICATION FOR RECEIVER'S FEES AND EXPENSES PURSUANT TO MCR 2.622(F) AND ACCOUNT AND NOTICE OF RIGHT TO OBJECT |
| 11/15/2024 | | PROOF OF SERVICE RE: NOTICE OF APPLICATION FOR RECEIVER'S FEES AND EXPENSES PURSUANT TO MCR 2.622 (F) AND ACCOUNT AND NOTICE OF RIGHT TO OBJECT UPON |

DOHERTY FILED OFFICIAL OBJECTIONS TO THESE FEES MANY TIMES BASED ON FRAUD AND NEGLIGENCE.

***OF WHICH JOYCE DRAGANCHUK SILENCED AND SUPPRESSED WITHOUT A HEARING.**

# CONSPIRACY TO CAUSE HARM

**THE MICHIGAN PENAL CODE (EXCERPT)**
**Act 328 of 1931**

**750.157a Conspiracy to commit offense or legal act in illegal manner; penalty.**

Sec. 157a.

Any person who conspires together with 1 or more persons to commit an offense prohibited by law, or to commit a legal act in an illegal manner is guilty of the crime of conspiracy punishable as provided herein:

(a) Except as provided in paragraphs (b), (c) and (d) if commission of the offense prohibited by law is punishable by imprisonment for 1 year or more, the person convicted under this section shall be punished by a penalty equal to that which could be imposed if he had been convicted of committing the crime he conspired to commit and in the discretion of the court an additional penalty of a fine of $10,000.00 may be imposed.

(b) Any person convicted of conspiring to violate any provision of this act relative to illegal gambling or wagering or any other acts or ordinances relative to illegal gambling or wagering shall be punished by imprisonment in the state prison for not more than 5 years or by a fine of not more than $10,000.00, or both such fine and imprisonment.

(c) If commission of the offense prohibited by law is punishable by imprisonment for less than 1 year, except as provided in paragraph (b), the person convicted under this section shall be imprisoned for not more than 1 year nor fined more than $1,000.00, or both such fine and imprisonment.

(d) Any person convicted of conspiring to commit a legal act in an illegal manner shall be punished by imprisonment in the state prison for not more than 5 years or by a fine of not more than $10,000.00, or both such fine and

legislature.mi.gov

INGHAM COUNTY JOYCE DRAGANCHUK AND HER LAW CLERK LEWYCKY REFUSED TO ADMIT THEY HAD BEEN DUPED, OR LISTEN TO DOHERTY AND HIS ATTORNEYS IN ANY WAY.

**COMPLETELY BYPASSING MR DOHERTY'S DUE PROCESS, AND EQUAL PROTECTION OF THE LAW.**

BEGINNING HER EXTENSIVE JOURNEY OF AIDING AND ABETTING THIS GROUP OF WHITE-COLLAR CRIMINALS.

# EQUAL PROTECTION

## EQUAL PROTECTION OF THE LAW

(THESE THINGS WERE DESIGNED INTO OUR CORE FOR A REASON)

## * Fourteenth Amendment Equal Protection and Other Rights

Amdt14.1 Overview of Fourteenth Amendment, Equal Protection and Rights of Citizens

Amdt14.2 State Action Doctrine

### Section 1 Rights

All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.



# CORRUPT RECEIVER

## (AKA, THEIR "TROJAN HORSE")



JOHN POLDERMAN

**P 6 5 7 2 0**

## MASTER MANIPULATOR BEHIND THE SCENES.

SPECIALIZING IN FRAUD, AND ILLEGALLY SIPHONING THE POWERS OF THE COURTS TO SUPPRESS THEIR VICTIMS WHILE THEY STEAL EVERYTHING THEY OWN.

**"HE'S BEEN SNIVELING & CONNIVING SINCE GRADE SCHOOL."**
FELLOW CLASSMATE OF JOHN POLDERMAN'S

# DOHERTY'S WIFE




**12/9/22**

**POLDERMAN TRYING TO CONTACT MR DOHERTY'S WIFE, WITH NO LEGITIMATE REASON FOR DOING SO.**

**DOHERTY HAS TO SEND HIM A MESSAGE SAYING "JOHN, YOU ARE NOT TO CONTACT MY WIFE AGAIN IN ANY WAY."**

## "JOHN, YOU ARE NOT TO CONTACT MY WIFE AGAIN IN ANY WAY."

(AN EXAMPLE OF HOW OUTRAGEOUS THIS MAN IS)

# SHOW CAUSE

(OF WHICH DRAGANCHUK SILENCED AND SUPPRESSED)

## MOTION TITLE:

SHOW CAUSE FOR MR JOHN POLDERMAN OF SIMON PLC AS TO WHY HE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR ILLEGALLY TRYING TO CONTACT DEFENDANT'S WIFE MULTIPLE TIMES IN ATTEMPTS TO HARASS, MANIPULATE AND INTIMIDATE WHEN HE KNEW SHE WAS REPRESENTED BY COUNSEL.

SEE ATTACHED.

MCJC CANON 1-3, MCL 767.67, MCL 750.85, MCL 750.450, MCL 750.462A, MRPC 1.8, MRPC 2.4, MRPC 4.1-4.4, MRPC 5.1-5.6, MRPC 6.5, MRPC 8.1-8.5, AND RECEIVERSHIP ACT 16 OF 2018, MCL 769.26, MCL 750.422-423, MCL 750.356, MCL 438.41, MCR 8.100, MCL ARTICLE I SEC 17, MCR 9.100, FEDERAL SECURITIES FRAUD 18 USC 1348, RACKATEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT, MCL 750.157A, MCL 750.218, MCL 750.349B, 18 USC 402, MCL 600.1715, MCL 771.1, MCR SUMMARY, MCR 1.109, MCR CHAPTER 8, MCL 750.411s, MCL 750.411h, MCL 750.411i, ETC.

[signature] 7/7/23

MICHAEL S. DOHERTY

# INTIMIDATION

## POLDERMAN ABUSING THE LAW ONCE AGAIN, AND TRYING TO INTIMIDATE DOHERTY INTO GIVING UP HIS NEW HOME ADDRESS.

(PREVIOUS EMAIL SPECIFIED "HOME" ADDRESS)

**2/27/23**

**INTIMIDATION**
**ABUSE OF LAW**

John, John.
As I said, after you.
Meanwhile, your hours please.

Thanks,

MD

•••

John Polderman Feb 27
to me, Floyd, Philip

Michael,

You are refusing to comply with the Court rules. MCR 1.109(D)(1)(b)(vi) mandates that you provide your address as you are representing yourself. Why won't you comply with the Court rules?

•••

ONLY A PO BOX IS REQUIRED BASED ON THE SECTION HE QUOTED HERE.

me Feb 27
to John, Jbarisch, Floyd, Philip, bcc: Mi...

Floyd and Jon,

Do you approve of this kind of behavior?

The receiver has not provided me his hours submitted on 2/15, after about a week and multiple requests. And now instead of doing so, he's trying to demand my home address in an obvious attempt to intimidate?

•••

PERVERTING THE LAW ONCE AGAIN FOR HIS OWN SICK AGENDA

EVERYONE WENT SILENT AFTER THIS

AFTER POLDERMAN UNLAWFULLY KICKED DOHERTY OUT OF HIS PREVIOUS HOME. (SEE MCL 600.2927 (3), SHOWN LATER. WHICH CLEARLY STATES **"NO RECEIVER SHALL BE APPOINTED OVER A PERSON'S HOME ADDRESS."** AND YET THEY DID. ANYTHING WENT IN JOYCE DRAGANCHUK'S COURTROOM.

EVEN POLDERMAN ADMITTED THAT OUT OF 500 CASES HE'D BEEN INVOLVED WITH, THIS WAS THE FIRST TIME HE'D EVER BEEN APPOINTED OVER A PERSON'S HOME DWELLING. PROBABLY BECAUSE IT'S ILLEGAL.

# ABUSE OF LAW

Source
*18 USC § 1589(c)(1)

## * abuse or threatened abuse of law or legal process

(1) The term "abuse or threatened abuse of law or legal process" means the use or threatened use of a law or legal process, whether administrative, civil, or criminal, in any manner or for any purpose for which the law was not designed, in order to exert pressure on another person to cause that person to take some action or refrain from taking some action.

law.cornell.edu

Abuse of law, also known as legal abuse or litigation abuse, is the misuse of the legal system to control or harass another person.

**"THE MISUSE OF THE LEGAL SYSTEM TO CONTROL OR HARASS ANOTHER PERSON."**

# REQUEST FOR IMMEDIATE REMOVAL

## MOTION TITLE:

REQUEST FOR IMMEDIATE REMOVAL OF THE HIGHLY CORRUPTED AND BIASED RECEIVER JOHN POLDERMAN OF SIMON PLC FOR CAUSE. INCLUDING AN ENORMOUS AMOUNT OF INTENTIONAL FRAUD, GROSS NEGLIGENCE AND WASTE, SADISTIC BEHAVIOR, PERJURY, THEFT, CONSPIRING TO BY PASS DUE PROCESS, AND CONFLICTS OF INTEREST.

AFTER THE APPOINTMENT WAS SOUGHT WRONGFULLY AND IN BAD FAITH, THE RECEIVER CONTINUED WITH THE FOLLOWING:

- REPEATED CRIMINAL VIOLATIONS UNDER LARA.
- REPEATED VIOLATION OF CODE OF ETHICS.
- REPEATED MISCONDUCT ACCORDING TO ATTORNEY AND JUDICIAL CODES OF CONDUCT, ALL OF WHICH HAVE BEEN REPORTED.
- REPEATED VIOLATION AND CRIMINAL BEHAVIOR ACCORDING TO MICHIGAN LAW AND STATUTE.

**SEE ALL MOTIONS SUBMITTED, INCLUDING HUNDREDS OF PAGES OF DETAILED EXHIBITS AS EVIDENCE. MORE TO FOLLOW.**

"COURT APPOINTED" RECEIVER OPERATES AS IF HE IS ABOVE THE LAW, AND PROFESSES HIS IMMUNITY TO EVERYONE HE COMES INTO CONTACT WITH. HE OBVIOUSLY MISREAD THE FINE PRINT THAT CLEARLY STATES HE STILL CANNOT COMMIT ACTS OF INTENTIONAL FRAUD AND GROSS NEGLIGENCE.

**RECEIVERSHIP ACT 16 OF 2018, 554.1016 SEC 6 (3)(2)(B), 554.1017, 554.1032.**

MCJC CANON 1-3, MCL 767.67, MCL 750.85, MCL 750.450, MCL 750.462A, MRPC 1.8, MRPC 2.4, MRPC 4.1-4.4, MRPC 5.1-5.6, MRPC 6.5, MRPC 8.1-8.5, AND RECEIVERSHIP ACT 16 OF 2018, MCL 769.26, MCL 750.422-423, MCL 750.356, MCL 438.41, MCR 8.100, MCL ARTICLE I SEC 17, MCR 9.100, FEDERAL SECURITIES FRAUD 18 USC 1348, RACKATEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT, MCL 750.157A, MCL 750.218, MCL 750.349B, 18 USC 402, MCL 600.1715, MCL 771.1, MCR SUMMARY, MCR 1.109, MCR CHAPTER 8, MCL 750.411s, MCL 750.411h, MCL 750.411i, ETC.

[signature] 7/12/2023

MICHAEL S. DOHERTY

# *OF WHICH DRAGANCHUK SILENCED.

# DISQUALIFICATION NOTICES

## SENT TO ALL 8 SIMON PLC LOCATIONS

**ACCOUNTABILITY FOR CRIMINALS**
PO BOX 13126 LANSING, MI

*DOHERTY WAS FALSELY ARRESTED A WEEK AFTER THESE ARRIVED, BY AN ELABORATE SCHEME CONCOCTED ONCE AGAIN BY THE MASTER MANIPULATOR JOHN POLDERMAN.

**EMPLOYED BY SIMON PLC.**

10/02/2023

To Whom It May Concern,
Frank R. Simon, & The Administrator Of Simon PLC.

**YOU ARE EMPLOYING & ENABLING AN ABUSER, CON ARTIST, AND VERIFIED SADIST.**

You are receiving the following in relation to this matter:

1. **Official Notice of Disqualification.** Originally filed with the court on 7/24/2023.
2. **Official Notice of PPO Petition.** Filed against John Polderman of Simon PLC recently with the court as well, for continual acts of harassment & aggravated stalking. **See MCL 750.411i**

   **After he illegally used the powers of the court once again,** to unlawfully close a personal bank account to subpoena statements, for a home address he had been caught illegally trying to obtain multiple times prior. **See exhibits, and Official Police Report 2023-0169.**

   MCL 450.4907 (1) PROHIBITED ACTIVITIES: **"A Professional limited liability company shall not engage in any business other than the rendering of the professional services for which it was specifically organized."**

3. **Action Needed.** If this man is still employed by or associated with Simon PLC in any way shape or form after **October 31st 2023**, the proper authorities will be notified, and it will be requested for the entire firm and all locations to be dissolved immediately. See statute below:

   MCL 450.4906 DISQUALIFICATION: **"If a company's failure to comply with this section is brought to the attention of the administrator, he or she shall certify that fact to the attorney general for appropriate action to dissolve the company."**

   - **Sent through Certified Mail.** To all locations, and proper authorities.
   - **Over 5,000 pages of evidence** and documented exhibits have been officially submitted, proving extreme fraud, criminal negligence, and deceit with intent to harm from John Polderman of Simon PLC.
   - **Officially reported to FBI, SEC, DEA, & Attorney General for Fraud, Tax Obstruction, Grand Larceny, Harassment, & Trafficking Schedule 1 Substance. See Police Case No. 23-0121106**

INFORMING THEM OF ALL THE INTENTIONAL FRAUD AND ABUSE JOHN POLDERMAN WAS INVOLVED WITH.

# CERTIFIED TRACKING NUMBERS TO SIMON



7022 0410 0002 6701 2390
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
OFFICIAL USE
Certified Mail Fee $4.35
Extra Services & Fees: $0.00 $0.00 $0.00 $0.00 $0.00
Postage $10.20
Total Postage and Fees $14.55
0813 25
OCT - 5 2023
10/05/2023
Sent To Simon PLC
845 Third Ave 6th Floor
New York, NY 10022

7022 0410 0002 6701 2420
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
OFFICIAL USE
Certified Mail Fee $4.35
Extra Services & Fees: $0.00 $0.00 $0.00 $0.00 $0.00
Postage $10.95
Total Postage and Fees $15.30
0813 25
OCT - 5 2023
10/05/2023
Sent To Simon PLC
2002 Timberloch Place #200
The Woodlands, TX 77380

7022 0410 0002 6701 2437
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
OFFICIAL USE
Certified Mail Fee $4.35
Extra Services & Fees: $0.00 $0.00 $0.00 $0.00 $0.00
Postage $9.55
Total Postage and Fees $13.90
0813 25
OCT - 5 2023
10/05/2023
Sent To Simon PLC
363 Big Beaver Rd Ste 410
Troy, MI 48084

7022 0410 0002 6701 2406
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
OFFICIAL USE
Certified Mail Fee $4.35
Extra Services & Fees: $0.00 $0.00 $0.00 $0.00 $0.00
Postage $9.55
Total Postage and Fees $13.90
0813 25
OCT - 5 2023
10/05/2023
Sent To Simon PLC
1715 Indian Wood Circle #200
Maumee, OH 43537

7022 0410 0002 6701 2369
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
OFFICIAL USE
Certified Mail Fee $4.35
Extra Services & Fees: $0.00 $0.00 $0.00 $0.00 $0.00
Postage $11.75
Total Postage and Fees $16.10
0813 25
10/05/2023
Sent To Simon PLC
11811 N. TATUM BLVD #3031
Phoenix, Arizona 85028

7022 0410 0002 6701 2383
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
OFFICIAL USE
Certified Mail Fee $4.35
Extra Services & Fees: $0.00 $0.00 $0.00 $0.00 $0.00
Postage $10.95
Total Postage and Fees $15.30
0813 25
OCT - 5 2023
10/05/2023
Sent To Simon PLC
3706 N Roosevelt Blvd
Key West, FL 33040

7022 0410 0002 6701 2376
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
OFFICIAL USE
Certified Mail Fee $4.35
Extra Services & Fees: $0.00 $0.00 $0.00 $0.00 $0.00
Postage $9.85
Total Postage and Fees $14.20
0813 25
-5 2023
10/05/2023
Sent To Simon PLC
55 East Monroe St., Suite 3800
Chicago, IL 60603

7022 0410 0002 6701 2413
U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
OFFICIAL USE
Certified Mail Fee $4.35
Extra Services & Fees: $0.00 $0.00 $0.00 $0.00 $0.00
Postage $10.65
Total Postage and Fees $15.00
0813 25
OCT - 5 2023
10/05/2023
Sent To Simon PLC
10000 N. Central Expressway 400
Dallas, TX 75231 #400

# SIMON PLC TERMINATES POLDERMAN AFTER RECEIVING NOTICES

imited liability
ty,
LC d/b/a
rty,

SIMON PLC ATTORNEYS & COUNSELORS
John W. Polderman (P65720)
363 W. Big Beaver Rd., Suite 410
Troy, MI 48084
(248) 720-0290
jpolderman@simonattys.com
Attorneys for the Receiver

DINGS,
iny,

Case No.: 2022-000202-CB
Hon. Joyce Draganchuk

mited liability
.C a Michigan
L S.

FILED

Stevenson & Bullock
John W. Polderman (P65720)
26100 American Drive, Suite 500
Southfield, Michigan 48034
(248) 354-7906
jpolderman@sbplclaw.com
Court Appointed Receiver

*POLDERMAN FINDS A NEW COMPANY TO ABUSE HIS VICTIMS THROUGH.

# PPO FILED AGAINST POLDERMAN

FOR UNLAWFULLY USING THE SYSTEM TO GAIN DOHERTY'S HOME ADDRESS AFTER 3 FAILED ATTEMPTS PRIOR.

**POLDERMAN HIRES PERP TO UNLAWFULLY SHOW UP TO DOHERTY'S HOUSE TO FURTHER INTIMIDATE HIM AND HIS FAMILY.** DOHERTY FILES OFFICIAL AGGRAVATED STALKING CHARGES AGAINST POLDERMAN IN POTTERVILLE POLICE REPORT 23-0169 FILED ON 8/14/23.

STATE OF MICHIGAN
JUDICIAL CIRCUIT
COUNTY

PETITION FOR PERSONAL PROTECTION ORDER (NONDOMESTIC)

CASE NO. AND JUDGE
23-2183-PH

(P65726)

MICHAEL S. DOHERTY 44
PO Box 13126 LANSING, MI 48901
517-614-1939

JOHN POLDERMAN/SIMON PLC
363 W BIG BEAVER RD Ste 410
TROY, MI 48084

1. The petitioner and respondent have never been married, resided in the same household together, had a child in common, or had a dating relationship with one another. 313-585-5579/248-720-0290

2. ☐ The respondent is required to carry a firearm in the course of his/her employment. ☐ Unknown.

3. a. There ☒ are ☐ are not other pending actions in this or any other court regarding the parties.

| Case number | Name of court, county, and state or province | Name of judge |
|---|---|---|
| 22-000202-CB | 30th, Ingham, MI | DRAGANCHUK |

b. There ☒ are ☐ are not orders/judgments entered by this or any other court regarding the parties.

| Case number | Name of court, county, and state or province | Name of judge |
|---|---|---|
| 22-000202-CB | 30th, Ingham, MI | DRAGANCHUK |

4. I need a personal protection order because: Explain what has happened (attach separate sheets)

EXTREME RACKETEERING AND CORRUPTION ON THE HIGHEST LEVELS, INCLUDING JUDGE IMMEDIATELY ENDANGERING MY FAMILY + I. FBI IS NOW INVOLVED, AND WE ARE SEEKING EMERGENCY ASSISTANCE. - SEE ATTACHED

5. I make this petition under the authority of MCL 600.2950a(1) and ask the court to grant a personal protection order prohibiting the respondent from:

☒ a. stalking me as defined by MCL 750.411h and MCL 750.411i, which includes but is not limited to:
- ☒ following me or appearing within my sight.
- ☒ appearing at my workplace or residence.
- ☒ approaching or confronting me in a public place or on private property.
- ☒ entering onto or remaining on property owned, leased, or occupied by me.
- ☐ sending mail or other communications to me.
- ☒ contacting me by telephone.
- ☒ placing an object on or delivering an object to property owned, leased, or occupied by me.

☒ b. threatening to kill or physically injure me.
☒ c. purchasing or possessing a firearm.
☐ d. posting a message through the use of any medium of communication, including the Internet or a computer or any electronic medium, pursuant to MCL 750.411s.
☒ e. other: EXTREME DECEPTION, INTENTIONAL FRAUD, + ASSAULT WITH INTENT TO HARM TO STOP IMMEDIATELY

FILED - 30th CIRCUIT COURT
AUG 09 2023

Approved, SCAO
Form CC 377, Rev. 3/23
MCL 600.2950a, MCR 3.703
Page 1 of 2

Form Instructions

Distribute form to:
Court
Judge/Assignment clerk
Respondent
Petitioner
Return

**NO ONE WAS TAKING THE SITUATION SERIOUSLY.**

(LATER DOHERTY FINDS OUT THAT POTTERVILLE POLICE CHIEF RICHARD BARRY WAS TOLD TO STAND DOWN).

POLDERMAN GREW IN CONFIDENCE, AND PROCEEDED TO FILE MORE FALSE STATEMENTS AGAINST DOHERTY IN CLEAR RETALIATORY ACTS SHORTLY AFTER. **UNLAWFULLY IMPRISONING DOHERTY FOR THE SECOND TIME TO PREVENT FROM BEING EXPOSED.**

# DOHERTY ASKING INGHAM COUNTY FOR HELP,

## RIGHT BEFORE THEY UNLAWFULLY ARREST HIM BASED ON MORE FALSE PRETENSES FROM POLDERMAN.

ORIGINAL

STATE OF MICHIGAN

THIRTIETH JUDICIAL CIRCUIT COURT (INGHAM COUNTY)

In the matter of:

9/15/23

MICHAEL DOHERTY,
Petitioner,

File No. 23-2179-PH
Hon. Richard Garcia

v

SARAH HUYSER,
Respondent.

FILED
2023 SEP 15 PM 1:40
BARB BYRUM
CLERK OF THE 30TH
JUDICIAL CIRCUIT COURT
INGHAM COUNTY CLERK

RESPONDENT'S MOTION TO ENTER

BEFORE THE HONORABLE RICHARD GARCIA, CIRCUIT JUDGE

Lansing, Michigan - Friday, September 8, 2023

APPEARANCES:

For the Petitioner: MR. MICHAEL DOHERTY
*In Pro Per*
P.O. Box 13126
Lansing, Michigan 48901

For the Respondent: MS. SARAH HUYSER
*In Pro Per*
Michigan Department of Attorney General
P.O. Box 30758
Lansing, Michigan 48909

* RICHARD GARCIA ALREADY HAD HIS MIND MADE UP BEFORE MR DOHERTY EVEN WALKED INTO THE COURT ROOM.

GARCIA HAD GONE TO THE SAME UNIVERSITY (UOFM) AS BOTH JOYCE DRAGANCHUK, AND ATTORNEY GENERAL DANA NESSEL. TWO OTHER KEY INDIVIDUALS THAT WERE TRYING TO SILENCE AND SUPPRESS DOHERTY AT EVERY TURN.

# "NO ONE WILL LISTEN."

upon which the Court can issue a order of protection.

MR. DOHERTY: You're looking at the pieces, sir, respectfully, I'm --

THE COURT: But I only have piece.

MR. DOHERTY: Yep. And I'm trying to show you the full context in order to --

THE COURT: I don't need the full context --

MR. DOHERTY: -- in order to show you --

THE COURT: -- I have to look at the --

MR. DOHERTY: * the danger that my family and I have been under for months.

THE COURT: Right.

MR. DOHERTY: And no one will listen.

THE COURT: Well, I --

MR. DOHERTY: No one will listen.

THE COURT: Well, but Ms. Huyser --

MR. DOHERTY: And I'm gonna say that --

THE COURT: -- deserves to have --

MR. DOHERTY: -- one more time --

THE COURT: -- me listen.

MR. DOHERTY: No one will listen.

THE COURT: All right. You're gonna interrupt me again?

MR. DOHERTY: No, sir.

THE COURT: Okay. Your request for a Personal

11

*ONE MONTH BEFORE DOHERTY IS UNLAWFULLY IMPRISONED BY THE SAME COUNTY.

*CLEARLY NOT LISTENING, AS HE GOES TO DENY THE PPO ORDER.

# MOTION TO JUDGE COLE

## REGARDING 2ND PPO DOHERTY FILES AGAINST POLDERMAN WITH INGHAM COUNTY.

October 5, 2023

Your Most Honorable Self,
Judge Morgan Cole

It has been an adventure since the last time I was in your courtroom. I look forward to seeing you again in the morning.

What we have here is actually way above John Polderman, of whom this PPO is filed against. We're dealing with a highly sophisticated criminal enterprise that goes well beyond him. All the way up to a guy whose real name is obviously not "Frank". John is simply one of his fall guys...

John and his accomplices are highly connected and dangerous. For their art, as dark as it may be, consists of manipulation, gas lighting, and deceit with intent to steal as much as possible before moving on to their next victims.

I am absolutely scared for my safety and well being at the hands of this man, and all those connected. For we are talking about hundreds of millions of dollars at stake for these guys, and multiple firms across the country.

These people have proven in the following documents, of which is just a snippet, that they are willing to do anything to accomplish their mission.

And even worse, to cover their tracks.

John's latest move was to illegally close my personal bank account through Ms Joyce Draganchuk, who was too busy to actually pay attention to was was actually going on once again.

Mr Polderman then illegally subpoenaed the bank records to get my home address where my wife and child reside, of which he had been shut down and warned 3 different times for illegally trying this prior.

He then used that information to have someone illegally stalk and intimidate us at our new home. See official police report 2023-0169. And this is obviously only the beginning of the aggravated stalking.

This kind of behavior is 100% unacceptable. And unfortunately, as you read through these documents, you will see that this is a pattern that has been continuing on with zero checks and balances for 18 months now.

I'm done blowing the whistle. I need someone to actually hear me. Now. And even more importantly, do something, and this is where you come in. The Governor is now aware of this case as well fyi. See exhibit

I should also be having a witness with me tomorrow, named Daniel. Who was one of my employees, and has seen all of this go down firsthand, including the continued endangerment and harassment of my family and I. People have just been scared, knowing a judge has been enabling all this. We all have.

Thank you again,

[signature] 10/5/2023

# WEAPONIZING THE COLOR OF LAW




POLDERMAN SENDING LAW ENFORCEMENT TO THE ADDRESS HE ILLEGALLY OBTAINED, BASED ON MORE INTENTIONAL FRAUD.

# SECOND VISIT




SHOWING UP TWICE IN ONE DAY, INTIMIDATING DOHERTY AND HIS FAMILY A GREAT DEAL. WHO ALSO RECEIVED A CALL FROM THE INGHAM COUNTY SHERIFF'S DEPT AS WELL.

**THE ATTORNEY GENERAL THEN SENT THEIR OWN OFFICERS TO DOHERTY'S HOME DAYS LATER FOR A THIRD VISIT.**

BASED ON THE SAME PATTERN OF FRAUD FROM ONE MAN, JOHN POLDERMAN. OF WHOM DRAGANCHUK CONTINUED TO ENABLE.

# DEPRIVATION OF RIGHTS

Civil Rights Division
U.S. Department of Justice
Menu

## Deprivation Of Rights Under Color Of Law

- Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.

For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim.

# RETALIATION

JOHN POLDERMAN RETALIATES AGAINST DOHERTY FOR TRYING TO EXPOSE HIM BY ORCHESTRATING THE FILING OF FALSE POLICE REPORTS BY HIS CORE GROUP OF ACCOMPLICES.

INVOLVING 3 EX EMPLOYEES DOHERTY HAD TO FIRE FOR DRUG DEALING, DRUG USING, AND GRAND THEFT ON THE PREMISE.

ALONG WITH A TABLOID JOURNALIST, WHO HAD BEEN ILLEGALLY CONSPIRING WITH POLDERMAN TO WRITE SMEAR CAMPAIGN ARTICLES AGAINST DOHERTY FOR THE LAST YEAR.

NONE OF WHOM SHOULD HAVE BEEN TAKEN SERIOUS AS CREDIBLE WITNESSES.

***SEE MOTION #450, ON PG 163 OF PROSECUTION'S OWN DISCOVERY. WHERE DOHERTY IS CALLING THIS GROUP OF VICTIMIZERS OUT FOR TRYING TO PLAY THE VICTIMS BACK ON 7/24/23.**

**3 MONTHS BEFORE HE IS UNLAWFULLY ARRESTED AND IMPRISONED BASED ON THEM TRYING TO PLAY THE VICTIMS AGAIN.**

***BASED ON FALSE POLICE REPORTS FROM VICTIMIZERS TRYING TO PLAY THE VICTIMS ONCE AGAIN.**

# "INTENTIONALLY USE THE PERSON'S PROFESSIONAL POSITION OF AUTHORITY OVER ANOTHER

**750.483a Prohibited acts; penalties; "retaliate," "official proceeding," and "threaten or intimidate" defined.**

Sec. 483a.

(1) A person shall not do any of the following:

(a) Withhold or refuse to produce any testimony, information, document, or thing after the court has ordered it to be produced following a hearing.

(b) Prevent or attempt to prevent through the unlawful use of physical force another person from reporting a crime committed or attempted by another person.

(c) Intentionally use the person's professional position of authority over another person to prevent or attempt to prevent the other person from reporting a crime listed in section 136b, 520b, 520c, 520d, 520e, or 520g, that is committed or attempted by another person.

(d) Retaliate or attempt to retaliate against another person for having reported or attempted to report a crime committed or attempted by another person. As used in this subdivision, "retaliate" means to do any of the following:

(i) Commit or attempt to commit a crime against any person.

(ii) Threaten to kill or injure any person or threaten to cause property damage.

(2) A person who violates subsection (1) is guilty of a crime as follows:

(a) Except as provided in subdivision (b), the person is guilty of a misdemeanor punishable by imprisonment for not more than 1 year or a fine of not more than $1,000.00, or both.

(b) If the violation involves committing or attempting to commit a crime or a threat to kill or injure any person or to cause property damage, the person is guilty of a felony punishable by imprisonment for not more than 10 years or a fine of not more than $20,000.00, or both.

(3) A person shall not do any of the following:

(a) Give, offer to give, or promise anything of value to any

legislature.mi.gov

# TO PREVENT THE PERSON FROM REPORTING A CRIME."

# EMERGENCY

## MOTION TITLE:
## THIS IS AN EMERGENCY, AND I NEED HELP NOW.

10/12/2023

HONORABLE JUDGE MORGAN COLE,

I HAVE SOME NEW EVIDENCE YOU NEED TO SEE IMMEDIATELY. INCLUDING POLDERMAN SENDING POLICE TO MY NEW HOME ADDRESS TO INTIMIDATE MY WIFE AND I TWO DAYS AFTER HIS FIRM LOCATIONS RECEIVED DISQUALIFICATION NOTICES IN THE MAIL FOR HIS CRIMINAL BEHAVIOR. ALONG WITH HIS FIRM'S OVERALL CRIMINAL AND TERRORIST ACTS THAT ARE BEING EXPOSED AS WE SPEAK, HEADED BY DOMESTIC TERRORIST "FRANK" SIMON.

THEY WRONGFULLY USED THE COLOR OF LAW TO FURTHER TRY TO INTIMIDATE ME AS A WITNESS AND A VICTIM ONCE AGAIN.

ALONG WITH SOME OF MY EX EMPLOYEES WHO THEY TURNED AGAINST ME, AND THEN GAVE MY NEW ADDRESS OF WHERE MY WIFE, CHILD AND I NOW RESIDE. SEE EXHIBITS PROVING JAMES NOYES, REVEALING THAT HE KNOWS WE NOW LIVE IN POTTERVILLE. THERE IS NO LEGITIMATE WAY HE COULD'VE FOUND THIS OUT.

THIS IS WHY THE RESTRAINING ORDER IS FILED AGAINST THIS MAN, AND HIS ORGANIZATION. AND I WILL BE ADDING A NEW ONE AGAINST "FRANK" SIMON HIMSELF. FOR THEY THINK THEY KNOW HOW TO PLAY THE SYSTEM TO TERRORIZE THEIR VICTIMS, AND THEY'VE BEEN GETTING AWAY WITH IT FOR YEARS. BUT "FRANK" AND HIS TEAM OF WHITE COLLAR THUGS ARE NOT AS SMART AS THEY THINKS THEY ARE. AND THE CRACKS ARE STARTING TO SHOW.

JOHN POLDERMAN OF SIMON PLC, DIRECTED BY "FRANK" SIMON ABOVE, IS MENTALLY UNSTABLE, AND CURRENTLY UNRAVELING AS WE SPEAK. MAKING ALL KINDS OF DESPERATE MOVES TO TRY TO SAVE HIMSELF AND HIS CAREER. IF YOU PUT YOURSELF IN HIS SHOES, THERE'S NOTHING ELSE HE CAN DO AT THIS POINT BESIDES COMMIT MORE CRIME TO COVER UP HIS PAST CRIMES.

WE HAVE NOW COME TO A CROSS ROADS. EITHER YOU HELP PROTECT THE SAFETY OF MYSELF AND MY FAMILY IMMEDIATELY, OR YOU WILL BE RESONSIBLE FOR THE CONTINUED HARASSMENT AND INTIMIDATION THESE TERRIBLE MEN CONTINUE TO INFLICT UPON MYSELF AND MY FAMILY THROUGH ILLEGALLY USING THE COLOR OF LAW.

PLEASE. I'M DESPERATELY ASKING YOU FOR HELP AT THIS POINT, AND THIS IS WHY YOUR POSITION EXISTS IN THE FIRST PLACE. MY WIFE AND I ARE TERRIFIED OF WHAT THESE MONSTERS ARE CAPABLE OF.

**"JOHN POLDERMAN OF SIMON PLC IS MENTALLY UNSTABLE, AND CURRENTLY UNRAVELING AS WE SPEAK."**

**"MAKING ALL KINDS OF DESPERATE MOVES TO TRY TO SAVE HIMESELF AND HIS CAREER."**

# THEY THINK THEY'RE INVINCIBLE.

THEY THINK THEY'RE INVINCIBLE

THEY'VE GOTTEN AWAY WITH EVERYTHING BUT MURDER. AND ACTUALLY, THEY'VE EVEN GOTTEN AWAY WITH THAT. SEE MOTION CALLING OUT FLOYD GATES OF BODMAN LAW, AND JOHN RUTHER OF O'KEEFE FOR CAUSING ANOTHER MAN TO KILL HIMSELF. WHICH IS A VERIFIED HOMICIDE, OF WHICH I'VE REPORTED MULTIPLE TIMES NOW.

THESE MEN, LEAD AND MANIPULATED BY JOHN POLDERMAN AND "FRANK" SIMON OF SIMON PLC, JUST ILLEGALLY USED "COLOR OF LAW" AGAIN TO VIOLATE MY BASIC CIVIL RIGHTS.

1. I NEED TO SUBPEONA ALL DETAILS RELATING TO THESE CALLS TO THE POLICE FROM JOHN POLDERMAN, OF WHOM HE DIRECTED SPECFICALLY TO MY NEW HOUSE OF WHICH HE ILLEGALLY GAINED THE ADDRESS IN THE FIRST PLACE.
2. I WOULD LIKE TO CALL THE POLICE OFFICERS OF WHOM HE SPOKE TO AS WITNESSES TO FIGURE OUT EXACTLY WHAT STORY HE CAME UP WITH THIS TIME TO MANIPULATE THE TRUTH, AND FURTHER HARASS AND INTIMIDATE A WITNESS, VICTIM AND HIS FAMILY.
3. I NEED TO SUBPEONA ALL COMMUNICATION BETWEEN JOHN POLDERMAN OF SIMON PLC, AND JAMES NOYES AS WELL TO SEE EXACTLY HOW JAMES FOUND OUT ABOUT MY NEW HOME ADDRESS IN POTTERVILLE AS WELL.
4. JAMES WILL BE CALLED AS A WITNESS AS WELL TO LET HIM EXPLAIN TO YOU WHERE HE GOT THE POTTERVILLE INFORMATION FROM.
5. I WOULD LIKE NICK CARROW AND HIS GIRLFRIEND BRIANA HERRON CALLED AS WELL, TO GO OVER THE INCIDENT OF ME SHOOTING THE GUN OFF IN MY OWN HOUSE LAST YEAR. PROVING CONTINUED INFLICTION OF INTENTIONAL EMOTIONAL DISTRESS.
6. NEED TO SUBPEONA ALL INFORMATION REGARDING HOW THIS CRIMINAL ILLEGALLY OBTAINED MY NEW HOME ADDRESS IN THE FIRST PLACE. OF WHICH HE IS NOW TRYING TO STALK AND INTIMIDATE MY WIFE AND I FROM CONTINUING TO FIGHT AGAINST INJUSTICE AND ACT AS A WITNESS AGAINST SOME TERRIBLE CRIME DISGUISED UNDER THE COLOR OF LAW.

THIS PACKET IS BEING SHIPPED CERTIFIED MAIL TO THE FBI HEADQUARTERS IN DC, BEING DROPPED OFF TO THE GOVERNOR'S OFFICE IN PERSON, AND BEING DISTRIBUTED TO ALL MAJOR MEDIA OUTLETS AS WELL. THE TIME TO ACT IS NOW. FOR ALL OUR SAKES.

THANK YOU,

[signature] 10/13/2023

MICHAEL S. DOHERTY

**"THESE MEN, LED AND MANIPULATED BY JOHN POLDERMAN. JUST ILLEGALLY USED COLOR OF LAW AGAIN TO VIOLATE MY BASIC CIVIL RIGHTS."**

# MORE NEGLECT, AND TERROR INFLICTED BY INGHAM COUNTY

DOHERTY ACTUALLY FILED AN ADDITIONAL POLICE REPORT WITH POTTERVILLE POLICE CHIEF RICHARD BARRY ON 10/12/23 WHEN HE REALIZED WHAT WAS GOING ON. WHO APPARENTLY "FORGOT" TO ACTUALLY FILE IT, OR INCLUDE IT IN THE FOIA REQUEST, OR ANY OF HIS REPORTS AFTER.

BARRY ENDED UP BEING THE ONE TO ARREST DOHERTY A WEEK LATER IN THE MIDDLE OF THE STREET WITH TEN OTHER COP CARS. **WHO THEN ADMITTED TO DOHERTY THAT HE HADN'T READ A SINGLE PIECE OF EVIDENCE DOHERTY HAD BEEN SENDING HIM.**

**"WHY SHOULD I, NO ONE ELSE IS LISTENING TO YOU?"** LITERALLY CAME OUT OF HIS MOUTH ON THE DAY OF DOHERTY'S ARREST ON 10/20/23.
(SEE BODY CAM FOOTAGE)

THE AMOUNT OF UNREAL BRADY VIOLATIONS COMMITTED BY LANSING POLICE DEPARTMENT AND INGHAM COUNTY PROSECUTOR'S OFFICE IS THE ONLY WAY THE UNLAWFUL ARREST OF DOHERTY WAS MADE POSSIBLE.

FROM THERE, THE PROSECUTOR REFUSED TO BACK DOWN, EVEN AFTER DOHERTY VOLUNTARILY OPENED UP HIS PHONE TO THEM IMMEDIATELY, ALONG WITH SENDING THEM HUNDREDS OF PAGES OF EXCULPATORY EVIDENCE PROVING HIS INNOCENSE.

**INSTEAD THEY KEPT HIM UNLAWFULLY IMPRISONED FOR 8 MONTHS, BECAUSE WHO HAS TIME TO READ.**

## "BECAUSE WHO HAS TIME TO READ?"

# UNLAWFUL IMPRISONMENT

**Section 750.349b**
friendly link
printer friendly

NAVIGATE SECTIONS
MCL Chapter Index
Chapter 750
Act 328 of 1931
328-1931-L
Section 750.349b

**THE MICHIGAN PENAL CODE (EXCERPT)**
**Act 328 of 1931**

**750.349b Unlawful imprisonment; circumstances; violation as felony; penalty; definitions; other violation.**

Sec. 349b.

(1) A person commits the crime of unlawful imprisonment if he or she knowingly restrains another person under any of the following circumstances:
(a) The person is restrained by means of a weapon or dangerous instrument.
(b) The restrained person was secretly confined.
(c) The person was restrained to facilitate the commission of another felony or to facilitate flight after commission of another felony.
(2) A person who commits unlawful imprisonment is guilty of a felony punishable by imprisonment for not more than 15 years or a fine of not more than $20,000.00, or both.
(3) As used in this section:
(a) "Restrain" means to forcibly restrict a person's movements or to forcibly confine the person so as to interfere with that person's liberty without that person's consent or without lawful authority. The restraint does not have to exist for any particular length of time and may be related or incidental to the commission of other criminal acts.

***DOHERTY WAS ABSOLUTELY NOT A CRIMINAL, AND DID NOT DESERVE TO BE TREATED LIKE ONE.**

**INGHAM COUNTY HAS ABSOLUTELY TERRORIZED HIM AND HIS FAMILY BASED ON 100% FALSE PRETENSES FOR THE PAST 3 YEARS NOW.**

**"THE PERSON WAS RESTRAINED TO FACILITATE THE COMMISSION OF ANOTHER FELONY."**

# "DON'T FEEL SAFE"

M me Mar 30
to Danielle, Michael, Susan, Toni

Danielle,
Thank you for the response.

1. Can you please clarify the confusing verbiage online regarding "Hearing Adjourned" that I forwarded below.

2. You have something additional scheduled now for 4/26? I'm assuming based on more false pretenses submitted illegally by the other side. Please clarify.

3. As I have honestly not felt quite safe even walking into the Veterans Courthouse lately as I get harassed and intimidated every time I do so. By Ifficer Seymour, etc who are clearly directed by powers from above.

4. Am I allowed to submit motions on my own case? If I am being prevented from doing so in any way, along with my basic right to defend myself in the court of law, please provide a detailed written explanation as to why. Siting any specific sources or justifications.

5. For the record: "Because we feel like it" is no longer an acceptable response.

6. What is the status on the lobby conference call that took place on 3/23/22. Is there a way to get at least a recording of this?

7. Please provide written responses to these basic questions requesting information by noon today.

Thank you,

Michael S. Doherty

## 3/30/23

**4 DAYS BEFORE DOHERTY IS UNLAWFULLY IMPRISONED FOR THE FIRST TIME.**

**NO REQUESTS, OR THE FACT THAT DOHERTY WAS NOT FEELING SAFE SIMPLY WALKING INTO THE COURT-HOUSE WERE EVER RESPONDED TO.**

**INSTEAD DRAGANCHUK SIGNED AN ORDER PREVENTING DOHERTY FROM REACHING OUT TO HER STAFF AGAIN.**

***NOTE OFFICER SEYMOUR IN #3**

**"AS I HAVE NOT FELT QUITE SAFE EVEN WALKING INTO THE VETERAN'S COURTHOUSE** (IN INGHAM) **LATELY."**

# "BEST DAYS OF MY CAREER."

# EXHIBIT

## ON 8/11/2023

4:48 AUDIO CLIP

INVOLVING *OFFICER SEYMOUR OF INGHAM COUNTY, AFTER HE HAD BEEN FOLLOWING AND HARASSING THE WITNESS AROUND THE COURTHOUSE FOR ABOUT AN HOUR, ADMITTING TO MR DOHERTY THAT:

**"JAILING YOU WAS ONE OF THE BEST DAYS OF MY CAREER".**

ALONG WITH TAUNTING **"HOW'D YOU LIKE IT IN THERE? IT WAS EYE OPENING FOR YOU I BET?"**

OFFICER SEYMOUR ALSO ADMITTED THAT HE HAD MADE HIS MIND UP ABOUT MR DOHERTY 6 MONTHS AGO, WHEN HE FIRST STARTED FOLLOWING HIM AROUND AND HARASSING AND INTIMIDATING HIM IN THE COURTHOUSE, OF WHICH MR DOHERTY ACTUALLY FILED SEVERAL MOTIONS OVER INVOLVING HIS SAFETY EVEN BACK THEN.

HE KNEW IT WAS ONLY A MATTER OF TIME BEFORE DRAGANCHUK AND PEOPLE UNDERNEATH HER LIKE SEYMOUR WOULD TAKE THINGS TO THE NEXT LEVEL AND DO SOMETHING DRASTIC. LIKE UNLAWFULLY IMPRISON HIM FOR 93 DAYS.

THIS CLIP PROVES UNLAWFUL IMPRISONMENT, AND THE FACT THAT DRAGANCHUK AND HER TEAM WERE CONSPIRING TO SEND MR DOHERTY TO JAIL WELL BEFORE THE 4/4/2023 HEARING.

***DRAGANCHUK'S RIGHT HAND MAN TAUNTING AND HARASSING DOHERTY.**

# CULTURE OF ABUSE






THIS PARTICULAR AUDIO CLIP WAS SENT TO INGHAM COUNTY **CAPTAIN ANDREW DAENZER** ON 8/22/23.

**AFTER A 24 MIN DOCUMENTED CONVERSATION, WHERE DAENZER ASSURES DOHERTY THAT AN INVESTIGATION WILL OCCUR INTO THE MATTER, OF WHICH NEVER DID.**

***DOHERTY STARTED RECORDING ALL PLAYERS INVOLVED.** INCLUDING THE ATTORNEY GENERAL, COUNTY CLERK, AND LPD CHIEF. PROVING AN UNREAL AMOUNT OF CORRUPTION AND COLLUSION BEHIND THE SCENES.

# INSTEAD OF ACCOUNTABILITY
# SEYMOUR RETIRES

**Ingham County Sheriff's Office**
Jan 26, 2024 ·

Congratulations to Sgt. Seymour; we hope you enjoy your retirement!

Sgt. Seymore joined the ICSO in 1999 as a deputy medic, has been a part of honor guard, and served in Corrections, Webberville, Delhi and at the court.




# WITH HONORS, FROM
## SHERIFF WRIGGELSWORTH.

ROOTING EACH OTHER ON BEHIND THE SCENES, AND TREATING THIS ENTIRE SITUATION LIKE IT WAS A GAME.

# S.O.S. FROM JAIL

## Grievance - 489 (SJM Ref #15,004,133)

| | | | |
|---|---|---|---|
| From: | MICHAEL DOHERTY (127680) | Date Submitted: | 04/08/2023 12:06 PM |
| Housing Area: | Post 1H | Date Received: | 04/10/2023 11:19 AM |
| Assigned To: | Lieutenants | Status: | **CLOSED** |

Request

**I have read the Inmate Guide**

[X] Yes
[ ] No

**Inmate Name**

Michael Doherty

**Inmate Number**

127680

**Housing Unit**

1H

**Date of Birth**

3\11\1979

**Describe in detail your medical grievance (including names of witnesses, date and time, and your request of action).**

Just spent 2 hours filling this out, and the system kicked me off and all was erased. Thereforre, this one will be more brief.

**What other steps have you taken to solve this issue prior to filing your medical grievance? On what date?**

This is a legit S.O.S. of the highest Emergency. Involving a highly sophisticated group of white collar cri!imals who have been terrorizing myself and my family for the last 12 months. And have now convinced a highly corrupt judge (Joyce Draganchuk of Ingham County), who's too drunk on her own power, to illegally strip my freedom and continue silencing and suppressing the truth from actually surfacing. Which will ultimately incriminate them all. This case has been reported to the FBI on 2\28\23 through Carley (spelling?) at the Detroit FBI Division. Whoever is reading this, please forward this to them immediately for the safety of myself, my wife and newborn child at this point. Investigation and impeachment charges have also been initiated through the Judicial Tennure Committee and Supreme Court of Michigan. This lady has become an unreasonable tyrant, oppressing the very people she's supposed to be protecting, and will do anything to protect herself at this point and the group of criminals she has gotten herself mixed up with. With a terrible Predatory Lender named Jon Borisch who inititiated all of this madness in the first place. This man is the definition of a loan shark, and has been attempting hostile takeover attempts of my company ever since he got involved in 2020. Including one two days before my wedding on 6\17\2020. Along with adding an enormous amount of unnecessary stress that led to complications with my wife's pregnancy, and the ultimate death of our first two sons Phoenix and Logan. If you've been paying attention to the news, this story is just now breaking. Having the potential to reach the heights of the Nassar Case and beyond, with hundreds of other victims coming out of the woodworks, and hundreds of millions of dollars illegally stolen from

## "THIS IS A LEGITIMATE S.O.S. OF THE HIGHEST EMERGENCY. INVOLVING A HIGHLY SOPHISTICATED GROUP OF WHITE-COLLAR CRIMINALS."

# MORE NEGLECT, & INDIFFERENCE.

these "pirates in suits" Everyone and their actions or lack thereof were now responsible. Just like Nassar PLEASE HELP ASAP!!! AS THE SAFETY AND WELL BEING OF MY WIFE, NEWBORN SON AND I LITERALLY DEPEND ON IT Michael S. Doherty 517-614-1939 Michaelsdoherty25@gmail.com Thank you!!!!!!

**You must first send a kite to the Medical mailbox to have your medical issue resolved before filing a Medical Grievance. Failure to send original Medical request will result in this Medical Grievance being summarily denied**

Note by **RN/HSA. C. Brown** on **04/10/2023 at 11:20 AM**

This is not a medical issue, please address with the deputies.

Response by **Sergeant. J. Buckner** on **04/11/2023 at 5:34 PM**

You will have to forward this to where you want it to go. This is not a grievance and we do not contact other agencies. You are able to order envelopes and writing material over commissary.

## *MORE NEGLECT, AND PURE INDIFFERENCE.

**AFTER FILING SEVERAL OF THESE, DOHERTY WAS FINALLY THROWN DOWN IN THE HOLE BY OFFICER WELLING. AND THEN TO MAX LEVEL ONE, WHERE IT TOOK HIM 7 DAYS JUST TO GET A TOOTH BRUSH AGAIN.**

**MAYBE THAT WOULD SHUT HIM UP?**

AFTER ALL, WHO'S REALLY PAYING ATTENTION WHEN THE GRIEVANCE SYSTEM IS MONITORED IN HOUSE BY INGHAM COUNTY JAIL. THE VERY PEOPLE WHOM THE GRIEVANCES ARE BEING FILED AGAINST.

INVOLVING THROWING DOHERTY IN THE HOLE FOR FILING GRIEVANCES, AND CLEARLY VIOLATING HIS FIRST AMENDMENT.

**BECAUSE WHO'S ACTUALLY PAYING ATTENTION?**

# "WHAT DOHERTY HAS BEEN THROUGH AT THIS POINT HAS BEEN PURE TORTURE."

# EXHIBIT

**WHAT MR DOHERTY HAS BEEN THROUGH AT THIS POINT HAS BEEN PURE TORTURE. OF WHICH HAS TAKEN HIM MONTHS TO RECOVER FROM.**

PEOPLE LIKE POLDERMAN AND SEYMOUR WERE ACTUALLY GETTING OFF ON HIS SUFFERING, WHILE OTHERS SAT BACK AND WATCHED.

ANYONE DOUBTING THIS HAS NOT BEEN ILLEGALLY LOCKED UP WITH MURDERERS AND METH ADDICTS, STALKED AND TERRORIZED AT THEIR OWN HOME, OR UNLAWFULLY TAKEN AWAY FROM THEIR FAMILY FOR ALMOST A YEAR.

**WHAT THESE PEOPLE WERE ULTIMATELY TRYING TO DO WAS BREAK DOHERTY.**

GOING WAY BEYOND INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS. THESE ARE THE SAME METHODS OF TORTURE THIS GROUP HAS USED TO CAUSE OTHER VICTIMS TO KILL THEMSELVES.

***SEE MOTION #394 ON PG 167 OF PROSECUTION'S OWN DISCOVERY, FILED BY MR DOHERTY ON 7/5/23.**

**INVOLVING A WRONGFUL DEATH, AND THE FELONY MURDER OF ANOTHER. REPORTED TO MULTIPLE AGENCIES, WHO CHOSE TO SILENCE AND SUPPRESS.**

# "WHAT THESE PEOPLE WERE ULTIMATELY TRYING TO DO WAS BREAK HIM."

# TORTURE

## (1) "A PERSON WHO, WITH THE INTENT TO CAUSE CRUEL OR EXTREME PHYSICAL OR MENTAL PAIN AND SUFFERING."

Michigan Legislature
Michigan Compiled Laws Complete Through 2023

Navigate Sections
MCL Chapter Index
Chapter 750
Act 328 of 1931
328-1931-XI
Section 750.85

**Section 750.85**
friendly link
printer friendly

**THE MICHIGAN PENAL CODE (EXCERPT)**
**Act 328 of 1931**

**750.85 Torture; felony; penalty; definitions; element of crime; other laws.**

Sec. 85.

(1) A person who, with the intent to cause cruel or extreme physical or mental pain and suffering, inflicts great bodily injury or severe mental pain or suffering upon another person within his or her custody or physical control commits torture and is guilty of a felony punishable by imprisonment for life or any term of years.

(2) As used in this section:

(a) "Cruel" means brutal, inhuman, sadistic, or that which torments.

(b) "Custody or physical control" means the forcible restriction of a person's movements or forcible confinement of the person so as to interfere with that person's liberty, without that person's consent or without lawful authority.

legislature.mi.gov

*DOHERTY WAS NOT ALLOWED TO SEE HIS WIFE, CHILD OR FAMILY FOR ALMOST A YEAR OVER THIS.

ALONG WITH BEING KEPT INSIDE THE ENTIRE TIME, WITH NO WINDOWS OR ACCESS TO DAYLIGHT.

AS AN ARCHITECT, HE FILED MUTLIPLE GRIEVANCES REQUESTING AN EXPLANATION AS TO HOW ANY OF THIS WAS LEGAL. BECAUSE IT'S NOT.

INSTEAD, INGHAM **& LPD** CONTINUED TO RECORD AND CLOSELY MONITOR EVERY CONVERSATION WHILE HE WAS UNDER EXTREME DURESS, IN HOPES OF ACTUALLY GETTING SOMETHING ON HIM.

# ASSAULT



(SEE ICJ MEDICAL RECORDS FROM SEPTEMBER 2023 FOR MORE PHOTOS)

## DOHERTY GETTING ASSAULTED IN/BY INGHAM COUNTY JAIL.

AFTER HE IS FALSELY ARRESTED BASED ON FRAUD, NEGLIGENCE, AND PURE INCOMPETENCE.

AND THROWN IN WITH HARDENED CRIMINALS FOR ALMOST A YEAR.

# FAITH OVER FEAR

**DOHERTY WAS SENT TO THE HOSPITAL WITH BLOOD ALL OVER HIS FACE, AFTER BEING ATTACKED BY A FELLOW INMATE COVERED IN DEVIL TATTOOS, WHO TRIED TO GOUGE HIS EYES OUT OVER A RELIGIOUS DEBATE.**

THESE WERE THE TYPE OF PEOPLE DOHERTY WAS THROWN IN THE MIX WITH.

**FOR SENDING TEXT MESSAGES?**

DOHERTY WAS PRETTY SHAKEN UP OVER THE WHOLE ORDEAL.

HE WAS TOLD TO **FOCUS ON THE PASSAGE ISAIAH 41:10:**

"FEAR NOT, FOR I AM WITH YOU; BE NOT DISMAYED, FOR I AM YOUR GOD. I WILL STRENGTHEN YOU, I WILL HELP YOU. I WILL UPHOLD YOU WITH MY RIGHTEOUS RIGHT HAND."

***FOCUSING ON FAITH OVER FEAR WAS THE ONLY THING THAT GOT DOHERTY AND HIS FAMILY THROUGH THIS ENTIRE ORDEAL.**

# WITH INTENT TO HARM

## MCL - Section 750.84
Download Section

Chapter 750

Act 328 of 1931

328-1931-XI

◀ Previous Section Next Section ▶

**THE MICHIGAN PENAL CODE (EXCERPT)**
**Act 328 of 1931**

**750.84 Assault with intent to do great bodily harm less than murder; assault by strangulation or suffocation; "strangulation or suffocation" defined; other violation out of same conduct.**
Sec. 84.

(1) A person who does either of the following is guilty of a felony punishable by imprisonment for not more than 10 years or a fine of not more than $5,000.00, or both:
(a) Assaults another person with intent to do great bodily harm, less than the crime of murder.
(b) Assaults another person by strangulation or suffocation.
(2) As used in this section, "strangulation or suffocation" means intentionally impeding normal breathing or circulation of the blood by applying pressure on the throat or neck or by blocking the nose or mouth of another person.
(3) This section does not prohibit a person from being charged with, convicted of, or punished for any other violation of law arising out of the same conduct as the violation of this section.

legislature.mi.gov

# *PUNISHABLE BY UP TO 10 YEARS IN PRISON.

# AIDING & ABETTING

## MCL - Section 750.450
Download Section

Chapter 750

Act 328 of 1931

328-1931-LXVII

◀ Previous Section Next Section ▶

**THE MICHIGAN PENAL CODE (EXCERPT)**
**Act 328 of 1931**

**750.450 Aiding, assisting, or abetting; penalty.**
Sec. 450.

A person 16 years of age or older who aids, assists, or abets another person to commit or offer to commit an act prohibited under section 448, 449, or 449a is guilty of a crime punishable as provided in section 451.

In the eyes of federal law, if you aid and abet someone in the commission of a federal crime, you are **just as guilty** and just as subject to punishment as if you had committed the crime yourself. Under Title 18 U.S. Code Section 2, anyone who aids or abets a federal crime is punishable as a "principal" (i.e., someone who committed the crime).

Aid and abet means **assisting** somebody in committing or **encouraging** them to commit a crime Generally, an aider and abettor are criminally liable to the same extent as the person committing the crime.

**"IF YOU AID AND ABET SOMEONE IN THE COMMISSION OF A CRIME, YOU ARE JUST AS GUILTY AND SUBJECT TO PUNISHMENT AS IF YOU HAD COMMITTED THE CRIME YOURSELF."**

# "IGNORANCE OF LAW

In law, ***ignorantia juris non excusat*** (Latin for "ignorance of the law excuses not"),[1] or ***ignorantia legis neminem excusat*** ("ignorance of law excuses no one"),[2] is a legal principle holding that a person who is unaware of a law may not escape liability for violating that law merely by being unaware of its content.

European-law countries with a tradition of Roman law may also use an expression from Aristotle translated into Latin: ***nemo censetur ignorare legem*** ("nobody is thought to be ignorant of the law")[3] or ***ignorantia iuris nocet*** ("not knowing the law is harmful").[4]

The rationale of the doctrine is that if ignorance were an excuse, a person charged with criminal offenses or a subject of a civil lawsuit would merely claim that one was unaware of the law in question to avoid liability, even if that person really does know what the law in question is.

# EXCUSES NO ONE."

OTHERWISE ANYONE ACCUSED OF ANYTHING COULD SIMPLY CLAIM IGNORANCE.

# ENTER INGHAM COUNTY PROSECUTOR JOHN J. DEWANE.

# (NOT HAVING A CLUE)



## REFUSING TO ACKNOWLEDGE HUNDREDS OF PAGES OF EXCULPATORY EVIDENCE, BECAUSE HE DOESN'T HAVE TO?

ALL INTENTIONALLY SUPPRESSED BY LPD AND INGHAM COUNTY.

**INSTEAD, HE SHOCKINGLY CHARGES DOHERTY WITH 10 FELONIES ON 10/20/23. BASED ON FRAUDULENT STATEMENTS FROM POLDERMAN, OF WHOM DOHERTY HAD FILED 2 PPOS AGAINST WITH INGHAM COUNTY FOR SIMILAR BEHAVIOR.**

DEWANE WANTS TO HEAR NONE OF THAT, AND INSTEAD UNLAWFULLY IMPRISONS DOHERTY FOR 8 MONTHS IN FURTHER ATTEMPTS TO SILENCE AND INTIMIDATE HIM. AFTER ALL, HE "PISSED OFF HALF OF LANSING," AS ASSISTANT PROSECUTOR RANDALL BEHRMANN ADMITTED AT THE 8/18/24 HEARING. OF WHICH WAS CLEARLY THEIR MOTIVATING FACTOR.

**AS A REMINDER GENTLEMAN, YOU CANNOT SIMPLY IMPRISON SOMEONE BECAUSE YOUR BUDDIES TELL YOU TO.**

*UNLAWFUL IMPRISONMENT IS A MAJOR DEAL. SOMETHING THAT CARRIES A 15 YEAR PRISON SENTENCE, AND TAKES MONTHS FOR THE VICTIM TO RECOVER FROM.

# PROSECUTORIAL MISCONDUCT

In jurisprudence, **prosecutorial misconduct** or **prosecutorial overreach** is "an illegal act or failing to act, on the part of a prosecutor, especially an attempt to sway the jury to wrongly convict a defendant or to impose a harsher than appropriate punishment."[1] It is similar to selective prosecution. Prosecutors are bound by a set of rules which outline fair and dispassionate conduct.[2]

## Types of misconduct

- Failure to disclose exculpatory evidence
- False confession
- Falsified evidence
- Malicious prosecution
- Prosecutorial corruption
- Retaliatory prosecution
- Selective prosecution
- Subornation of perjury

***MORE MISCONDUCT BY INGHAM COUNTY.**

**INCLUDING:**

FAILING TO DISCLOSE EXCULPATORY EVIDENCE,
MALICIOUS PROSECUTION,
RETALIATION,
SELECTIVE PROSECUTION,
SUBORNATION OF PERJURY,
AND COERCION.

# COERCION

coercion

(2) The term "coercion" means— (A) threats of serious harm to or physical restraint against any person; (B) any scheme, plan, or pattern intended to cause a person to believe that failure to perform an act would result in serious harm to or physical restraint against any person; or (C) the abuse or threatened abuse of law or the legal process.

**Source**
18 USC § 1591(e)(2)

**Scoping language**
In this section

Is this correct?
okay or
not okay

**(2) "THREATS OF SERIOUS HARM TO OR PHYSICAL RESTRAINT AGAINST ANY PERSON."**

**(C) "THE ABUSE OR THREATENED ABUSE OF LAW OR THE LEGAL PROCESS."**

# CONCEALING EVIDENCE

DRAGANCHUK INCREDULOUSLY SILENCING AND SUPPRESSING DOHERTY'S FOLLOWING MOTIONS.

WEEKS AFTER THEY HAD BEEN INPUTTED IMPARTIALLY BY THE COUNTY CLERK.

**VIOLATING HIS 6TH AMENDMENT** RIGHTS AND ABILITY TO DEFEND HIMSELF.

**ALONG WITH CONCEALING 33 CRIMINAL ALLEGATIONS AGAINST HER, AND 22 AGAINST HER RECEIVER JOHN POLDERMAN.**

# DRAGANCHUK'S FIRST ATTEMPT AT CONCEALING EVIDENCE, THROUGH A FRAUDULENT MOTION DESIGNED BY JOHN POLDERMAN ON 3/16/23.

3/2/23

CONCERNING MOTIONS #4A - #4I :

[redacted]

[redacted]

[redacted]

**WHERE SHE LITERALLY HAD THE INGHAM COUNTY CLERK BLACK OUT SEVERAL OF DOHERTY'S MOTIONS. SOME OF WHICH WERE ASKING FOR RESTRAINING ORDERS TO PROTECT HIS FAMILY.**

***THIS SHEET IS ONE OF THE SCARIEST SHEETS IN THIS ENTIRE PACKET.** OF WHICH IS THE VERY DEFINITION OF **"ABSOLUTE POWER CORRUPTS ABSOLUTELY".** AND WHY WE HAVE SO MANY CHECKS AND BALANCES WITHIN OUR SYSTEM.

**MANY OF WHICH WERE COMPROMISED HERE, AND SHOWS US JUST HOW MUCH DAMAGE CAN BE DONE WHEN A CHIEF CIRCUIT JUDGE GOES BAD.**

# TIPPING BACK THE SCALES



**TITLE:** TIPPING BACK THE SCALES OF JUSTICE MOTION SET.

SUBMITTED ON 3/7/23. ??? NOT INPUTTED

**VERIFIED, EX PARTE TOP PRIORITY MOTIONS 5A-5F:** PROPERLY ONLINE ONCE AGAIN BY COURT STAFF.

**EX PARTE MOTION 5A.** To Subpeona Anne Krupp and Additional Witness from Title Company for Hearing This Wed, 3/8. See attached communication.

**EX PARTE MOTION 5B.** To Dismiss Polderman's Ex Parte Motion against me Based on False Pretenses Once Again. The victimizer always tries to play the victim in the end, of which he is currently now doing. In a pitiful display of more intentional fraud and misleading the court. This man needs to be stopped from operating like this immediately, of which he has grown used to getting away with for years, and stripped of all of his licenses allowing him to do so.

**EX PARTE MOTION 5C.** To Instead Turn This Wed, March 8's Hearing Into A Show Cause for Mr Polderman to Explain Why He Should Not Be Held in Criminal Contempt For Intentional Fraud and Intent to Harm Here, Along With Over 25 Additional Charges.

**EX PARTE MOTION 5D.** TO FREEZE ALL BANK ACCOUNTS ASSOCIATED WITH THESE 2 EIN NUMBERS IMMEDIATELY, INCLUDING BUT NOT LIMITED TO: UNION BANK, AND DART BANK.

**EX PARTE MOTION 5E.** (RELATING TO 4F). TO COME UP WITH GAME PLAN FOR REPLACING THIS CLEARLY CORRUPT RECEIVER, IMMEDIATELY.

Emergency Motions, that the Judge insists on only granting for one side.

1

***AN EXAMPLE OF WHAT DRAGANCHUK WAS SILENCING. ASSUMING DOHERTY WOULDN'T FIGHT BACK, AND TOO DRUNK ON HER OWN POWER TO CARE.**

THESE WERE KEY MOTIONS WHERE DRAGANCHUK VIOLATED DOHERTY'S 6TH AMMENDMENT.

AND HIS ABILITY TO DEFEND HIMSELF AGAINST POLDERMAN'S INTENTIONAL FRAUD AT THE 4/4/23 HEARING. OF WHICH LED TO HIS UNLAWFUL IMPRISONMENT.

# DOHERTY FILES OFFICIAL IMPEACHMENT CHARGES

AGAINST DRAGANCHUK TWO DAYS LATER ON 3/18/23.

***OF WHICH SHE TRIES TO SUPPRESS AS WELL.**

# IMPEACHMENT CHARGES

For office use only:

**RFI No.**

MICHIGAN JUDICIAL TENURE COMMISSION
REQUEST FOR INVESTIGATION FORM

**Instructions:** INITIATING THE INVESTIGATION + IMPEACHMENT PROCESS FOR JOYCE DRAGANCHUK AFTER PLEADING WITH HER FOR MONTHS TO SIMPLY LISTEN, SHE LEFT ME WITH NO CHOICE.

(1) Complete Parts I, II, III & IV **in ink or type.**
(2) Please include the **first** and **last name** of the judicial officer in Part II.
(3) Attach **copies** (not originals) of documents to support your claim.
(4) Place your **original signature(s)** in Part IV, **in the presence of a notary**.
(5) Keep a copy of the Request for Investigation and attachments for your files. The Commission **will not** return or copy forms or materials provided in the course of the grievance process.
(6) **Do not submit the form by fax or e-mail - see below.***
(7) Return the **original** and **completed (Parts I, II, III & IV)** form by first class mail to:

Judicial Tenure Commission
3034 W. Grand Blvd., Ste. 8-350
Detroit, MI 48202

(8) The Commission will acknowledge your completed form in writing. Please see the confidentiality policy below.*

**PART I. INFORMATION ABOUT YOU:**

1st Grievant: ☒ Mr. or ☐ Ms. MICHAEL S DOHERTY

Please check the appropriate title above (Your signature **must** be notarized on page 3.)

Prisoner # if currently incarcerated ________ ☐ not currently incarcerated ☒ does not apply

Address: PO BOX 13126

City/State/Zip: LANSING, MI 48901-3126

Daytime Phone: 517-614-1939 Email address: michaelsdoherty25@gmail.c

2nd Grievant: ☐ Mr. or ☐ Ms. ________ (if any)

(Your signature **must** be notarized on page 3.)

Prisoner # if currently incarcerated ________ ☐ not currently incarcerated ☐ does not apply

Address: ________

City/State/Zip ________

Daytime Phone: ________ Evening Phone: ________

**PLEASE CONTINUE TO PART II ON THE NEXT PAGE.**

* * *

***COMMISSION POLICIES ON ELECTRONIC COMMUNICATIONS AND CONFIDENTIALITY:**

BECAUSE OF THE REQUIREMENTS OF AN ORIGINAL SIGNATURE AND VERIFICATION BY A NOTARY PUBLIC, REQUEST FOR INVESTIGATION FORMS **WILL NOT** BE ACCEPTED BY E-MAIL OR FAX, AND THE COMMISSION **WILL NOT** OPEN GRIEVANCE FILES BASED ON INFORMATION SUBMITTED ELECTRONICALLY.

AS THE COMMISSION IS PROHIBITED FROM GIVING OUT ADVISORY OPINIONS, IT MAY ONLY REVIEW AND ASSESS FACTS CONCERNING A CLAIM OF JUDICIAL MISCONDUCT **AFTER** A REQUEST FOR INVESTIGATION FORM HAS BEEN FILED. THE COMMISSION MAY NOT REPORT ON DETAILS REGARDING A PENDING INVESTIGATION DUE TO CONFIDENTIALITY REQUIREMENTS.

044

**"AFTER PLEADING WITH HER FOR MONTHS TO SIMPLY LISTEN."**

**"I HAVE COLLECTED AN ENORMOUS AMOUNT OF BOTH JUDICIAL & ATTORNEY MISCONDUCT** IN THIS CASE FROM THE VERY BEGINNING. I AM A HARD WORKING ENTREPRENEUR WHO BUILT HIS COMPANY FROM THE GROUND UP TO BE VALUED AT $40 MILLION WITHIN 8 YRS."

PART III. **PLEASE SET OUT THE FACTS YOU ALLEGE CONSTITUTE MISCONDUCT:**
(Attach additional sheets, if necessary)

I HAVE COLLECTED AN ENORMOUS AMOUNT OF BOTH JUDICIAL & ATTORNEY MISCONDUCT IN THIS CASE FROM THE VERY BEGINNING. I AM A HARD WORKING ENTREPRENEUR WHO BUILT HIS COMPANY FROM THE GROUND UP TO BE VALUED AT $40 MILLION WITHIN 8 YRS. MY MAIN INVESTOR THEN HIRED A TEAM OF CON-ARTISTS TO COME IN & ACT AS A "TURN AROUND" TEAM TO HELP FINE TUNE SOME THINGS, BUT WERE REALLY A HIGHLY SOPHISTICATED TAKE OUT TEAM. THERE TO DESTR[OY] & TAKE OVER ILLEGALLY. INVOLVING A HIGHLY CORRUPT RECEIVE[R]

**PART IV. I certify that I have reviewed the Judicial Tenure Commission's function, jurisdiction, and procedures. I further swear (or affirm) that the above information is true and accurate, and I have been duly sworn by the attesting notary public listed below. ▼** Thank you for your time & consideration -

*750 PAGE MANUSCRIPT FULL OF MASTER EXHIBITS TO FOLLOW

**COMPLETE ENTIRE SECTION BELOW. ONLY ORIGINAL SIGNATURES OF PERSON(S) FILING GRIEVANCE & NOTARY, WITH NOTARY'S ORIGINAL SEAL OR STAMP, WILL BE ACCEPTED FOR FILING (NOTARY SIGNATURE & SEAL OR STAMP REQUIRED FOR EACH PERSON FILING- MAXIMUM OF TWO.** ENTITLED "THEY WILL TRY TO BREAK YOU" &

| | |
|---|---|
| [signature] | |
| Original signature: 1st Person filing Request for Investigation | Original signature: 2nd Person filing Request for Investigation |
| **Notary Section:** | **Notary Section:** |
| ► Subscribed and sworn to before me, a Notary Public, on this 14 day of March 20 23 | ► Subscribed and sworn to before me, a Notary Public on this ___ day of ________ 20___ |
| ► Notary sign here [signature] | ► Notary sign here ________ |
| My Notary Commission expires: 3/31/2024 | My Notary Commission expires: ________ |
| RICHARD LEE RIEMERSMA<br>Notary Public - State of Michigan<br>County of Livingston<br>My Commission Expires 03/31/2024<br>Acting in the County of Ingham | |

**"MY MAIN INVESTOR THEN HIRED A TEAM OF CON-ARTISTS** TO COME IN & ACT AS A "TURNAROUND" TEAM TO HELP FINE TUNE SOME THINGS, BUT WERE REALLY A **HIGHLY SOPHISTICATED "TAKE-OUT TEAM".** THERE TO DESTROY & TAKE OVER ILLEGALLY. **INVOLVING A HIGHLY CORRUPT RECEIVER.** THANK YOU FOR YOUR TIME & CONSIDERATION."

***SENT TO THE JTC 2 YEARS AGO ON 3/18/23. NO RESPONSE OR ACTIONS WERE EVER TAKEN.**

# MOTION FILED AFTER DRAGANCHUK ILLEGALLY SILENCES MORE MOTIONS

## MOTION TITLE:

SHOW CAUSE FOR MS JOYCE DRAGANCHUK AS TO WHY SHE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR WRONGFULLY SUPPRESSING THE FACT THAT SHE WAS REPORTED FOR IMPEACHMENT TO THE JUDICIAL TENNURE COMMITTEE ON 3/18/23 BY THE DEFENDANT FOR CONTINUED ACTS OF GROSS MISCONDUCT BY HER AND THE CORRUPTED RECEIVER.

MS DRAGANCHUK WAS REPORTED JUST WEEKS BEFORE SHE ILLEGALLY IMPRISONED THE DEFENDANT FOR ASKING HER TO RECUSE HERSELF ONCE AGAIN.

SEE ATTACHED.

MCJC CANON 1-3, MCL 767.67, MCL 750.85, MCL 750.450, MCL 750.462A, MRPC 1.8, MRPC 2.4, MRPC 4.1-4.4, MRPC 5.1-5.6, MRPC 6.5, MRPC 8.1-8.5, AND RECEIVERSHIP ACT 16 OF 2018, MCL 769.26, MCL 750.422-423, MCL 750.356, MCL 438.41, MCR 8.100, MCL ARTICLE I SEC 17, MCR 9.100, FEDERAL SECURITIES FRAUD 18 USC 1348, RACKATEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT, MCL 750.157A, MCL 750.218, MCL 750.349B, 18 USC 402, MCL 600.1715, MCL 771.1, MCR SUMMARY, MCR 1.109, MCR CHAPTER 8, MCL 750.411s, MCL 750.411h, MCL 750.411i, ETC.

MICHAEL S. DOHERTY 7/7/2023

**"SHOW CAUSE FOR MS JOYCE DRAGANCHUK AS TO WHY SHE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR WRONGFULLY SUPPRESSING THE FACT THAT SHE WAS REPORTED FOR IMPEACHMENT TO THE JTC."**

OF WHICH SHE THEN SUPPRESSED AGAIN.

# MORE MOTIONS DRAGANCHUK ILLEGALLY SILENCED ON 8/3/23.

(SEE FULL LIST IN BACK W/SUPPORTING EVIDENCE)

OVER 5,000 PAGES OF EVIDENCE BACKING THIS UP.
How am I the one being held in jail at this point, and not the criminals listed here??

INGHAM COUNTY

artments | Elected Officials | Courts | Services | About Us | Site Index | Search

Ingham County Michigan - Court Record Search

(*) ALL 3 MONTHS BEFORE FALSE POLICE REPORTS WERE FILED AND I AM UNLAWFULLY ARRESTED. NONE OF THEM THOUGHT TO MENTION ANY OF THIS??

Navigation
New Search
Return to ROA Results
Logout

(*) TODD HEYWOOD + CITY PULSE See motions # 431, 412, 388

**Case Summary**

| | |
|---|---|
| Case Title: | BORISCH, JONATHAN , BORISCH, MARY KAY , JLB MONARCH HOLDINGS LLC vs MD INDUSTRIES LLC et al et al |
| Case Number: | 22-000202-CB |
| Judge: | JOYCE DRAGANCHUK |
| PLAINTIFF: | JONATHAN BORISCH |
| PLAINTIFF: | MARY KAY BORISCH |
| PLAINTIFF: | JLB MONARCH HOLDINGS LLC |
| DEFENDANT: | MD INDUSTRIES LLC |
| DEFENDANT: | REHBEL INDUSTRIES LLC |
| DEFENDANT: | MICHAEL DOHERTY |
| Case Status: | CLOSED |
| Disposition: | 6CC-DISMISSED BY COURT - 04/26/2023 |
| File Date: | 03/22/2022 |

- [33] Separate Motions here filed w/ Extreme Criminal Implications, All of which Draganchuk had illegally silenced + suppressed online once again.

(*) - [26] Separate motions filed listing John Polderman and all his criminal involvement here.

(*) SEE MOTIONS #422 + #425: JAMES NOYES, MARK ANDREK

**Case Events**

| | |
|---|---|
| 457 07/24/2023 | MOTION TITLE: THEFT AND FRAUDULENT TRANSFER OF DEF'S HOME #5 LOCUS LANE, LANSING MI 48933. ALONG WITH ILLEGALLY KICKING HIS WIFE AND CHILD OUT ONTO THE STREET. MCL 600.2927 (3). STATES VERY CLEARLY "NO RECEIVER MAY BE APPOINTED FOR ANY DWELLING HOUSE 0001 |
| 456 07/24/2023 | MOTION NOTICE TO ORION CONSTRUCTION OF THE EXTREME WHITE COLLAR CRIME AND DISQUALIFICATION OF THIS CASE INCLUDING INTENTIONAL FRAUD CONCERNING CONSTRUCTION LIABILITY AND LACK OF C OF O ON 1305 S CEDAR ST |
| 455 07/24/2023 | MOTION TITLE: WRONGFUL EMPLOYEE TERMINATION, UNFAIR TREATMENT AND INTENTIONAL TORT TOWARDS DEF AND HIS WIFE. BY CORRUPTED JOHN POLDERMAN OF SIMON PLC, BIASED JUDGE JOYCE DRAGANCHUK OF INGHAM COUNTY, JON BORISCH OF GRAND RAPIDS & WALLOON LAKE MI AND FL0001 |
| 454 07/24/2023 | MOTION TITLE: TO STRIKE RECEIVER'S SHAMEFUL ATTEMPT TO BYPASS LAW ONCE AGAIN AND SILENCE AND SUPPRESS DEF'S BASIC CIVIL RIGHTS OF BEING HEARD WITHOUT DUE PROCESS. ANOTHER ATTEMPT TO AVOID TAKING ACCOUNTABILITY FOR COUNTLESS ACTS OF CRIMINAL MISCONDUCT0001 |
| 453 07/24/2023 | MOTION: TO SUBMIT OVER 100 PAGES EVIDENCE INVOLVING INGHAM COUNTY JAIL'S TAMPERING OF EVIDENCE, OBSTRUCTION OF JUSTICE WRONGFUL IMPRISONMENT, INTENTIONAL FRAUD, CRIMINAL NEGLIGENCE, ASSAULT WITH INTENT TO HARM, AIDING & ABETTING, HARRASSMENT & INTIMID0001 |

(Handwritten margin notes: "to serve as evidence I had lost all faith in Draganchuk by this point. When site tampered w/evidence through Tracy Smith, only proved my point." "see amount of times it lists 'home'." "see pg 36" "P1 home dwelling" "P2" "SD1" "P3")

(*) WHY DID THEY REALLY THINK I WAS FILING ALL THIS?

Certified Document - File Location: [illegible] - Monday, October 30, 2023 10:15 AM Eastern Daylight Time - Page 162 of 180

(IRONICALLY BEING PART OF INGHAM COUNTY PROSECUTION'S OWN DISCOVERY (PGS 162-168) INVOLVING DOHERTY'S FALSE ARREST ON 10/20/23. OF WHICH THEY CLEARLY DIDN'T READ)

Started using a copy or sweat

452 07/24/2023 [redacted] — MOTION. NOTICE OF FRAUD. REQUEST FOR ALL OWNERSHIP DETAILS OF ARBORETUM TO BE DISCLOSED IMMEDIATELY, ALONG WITH RELATIONSHIP DETAILS BETWEEN ALLISON R. BACH OF DICKINSON WRIGHT AND JOHN POLDERMAN OF SIMON PLC

HELL COMPANY

451 07/24/2023 [redacted] — AMENDMENT: ADDITIONAL EXHIBITS FOR MOTION #431 CONCERNING CRIMINAL SHOW CLAUSE FOR MANER COSTERISAN, TREY WILLIAMS, TIM ADAMS, JEFF ALLEN, MADDY HENRY AND AYNSLEY FERGERSON FOR KNOWINGLY AIDING AND ABETTING A RICO ORGANIZATION UNDER INVESTIGATION FOR 0001

rmed the same mith John Polderman egally took

450 07/24/2023 — MOTION TITLE: VICTIMIZERS PLAYING THE VICTIMS, AFTER THIS TEAM OF CON ARTISTS ILLEGALLY STOLE DEF'S MULTI MILLION DOLLAR BUSINESS BASED ON FALSE PRETENSES, AND THEN DID THE SAME TO HIS OWN HOME WHERE THEY ILLEGALLY KICKED HIS WIFE AND CHILD OUT ONTO T0001

pany over in 2022 now PLC is known this

449 07/24/2023 [redacted] — MOTION TITLE: REQUEST FOR THE FOLLOWING ACCOMPLICES OF SIMON PLC'S JOHN POLDERMAN TO BE HELD ACCOUNTABLE: FRANK R SIMON, JEAN RICHARDSON, TRICIA MINK AND JENNIFER LASSEN.

companies devalue ssets they dollar for pennies on

448 07/24/2023 [redacted] — MOTION TITLE: 11/30/22 TRANSCRIPT DETAILS ATTACHED TO BE REFERRENCED FOR MULTIPLE CHARGES INCLUDING CRIMINAL CONSPIRACY AND R.I.C.O. FOR THIS HIGHLY CONNECTED WHITE COLLAR CRIMINAL ENTERPRISE OF WHOM HAS BEEN OFFICALLY REPORTED TO THE FBI AND SEVERAL 0001

mportant ranscript to read hrough. My first

447 07/24/2023 [redacted] — MOTION: NOTICE TO ALL PARTIES WHOEVER CONTINUES AIDING AND ABETTING THE HIGHLY CORRUPT RECEIVER JOHN POLDERMAN, AND UNFIT JUDGE JOYCE DRAGANCHUK IN ANY WAY SHALL BE CRIMINALLY PROSECUTED TO THE FULLEST EXTENT OF LAW

time actually speaking out!!!

446 07/24/2023 [redacted] — MOTION TO INTRODUCE FOR THE RECORD AN EMERGENCY S.O.S. THE DEF CIRCULATED AT CHURCH TO OVER 100 PEOPLE ON 4/2/23. CLEARLY SCARED FOR HIS LIFE. THIS WAS 2 DAYS BEFORE JOYCE DRAGANCHUK ILLEGALLY TOOK AWAY HIS FREEDOM FOR TRYING TO PROTECT THE SAFETY OF 0001

I was scared ✱ nd documentation

445 07/24/2023 [redacted] — MOTION: TO CHANGE FOR THE RECORD PHIL HAMILTON OF HAMILTON LAW WAS FIRED BY DEF UNEQUIVOCALLY, AFTER MONTHS OF EXTREME MALPRACTICE. THE ONLY BREAKDOWN OF COMMUNICATION WAS THE FACT THAT THERE WAS NONE.

444 07/24/2023 [redacted] — MOTION TITLE: GOVERNMENTAL LIABILITY FOR NEGLIGENCE TO HOLD MS. JOYCE DRAGANCHUK, MICHAEL LEWYCKY OF INGHAM COUNTY, AND JOHN POLDERMAN & ACCOMPLICES OF SIMON PLC, CRIMINALLY LIABLE FOR FRAUD, EXTREME MISCONDUCT, NEGLIGENCE, INTENTIONAL TORT AND OPERAT0001

443 07/24/2023 [redacted] — MOTION: SHOW CAUSE FOR JOEL FARRAR AND DAVE RUSSELL OF FOSTER SWIFT, AS TO WHY THEY SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR EXTREME ATTY MALPRACTICE, WILLFUL NEGLECT OF DUTY, INTENTIONAL FRAUD, INFLICTION OF EMOTIONAL DISTRESS, GASLIGHTING, EXTREM0001

442 07/24/2023 [redacted] — MOTION TITLE: SHOW CAUSE FOR LAW CLERK MICHAEL LEWYCKY, ASSISTANT DANIELLE HUETTNER, AND MS. JOYCE DRAGANCHUK AS TO WHY THEY SHOULD NOT ALL BE HELD IN CRIMINAL CONTEMPT FOR CONTINUING TO ALLOW ALL OF THE FRAUDULENT AND UNETHICAL BEHAVIOR TO HAPPEN IN 0001

441 07/24/2023 [redacted] — MOTION TITLE: MOTIONS #100-147 ENTITLED "RIGHT TO BE HEARD" OF WHICH WAS DISTRIBUTED TO ALL PARTIES ON 3/31/23 AND CONCEALED WITH INTENT TO DECEIVE TO BE RE-SUBMITTED AS EVIDENCE, HIGHLIGHTING CRIMINAL CONSPIRACY, NEGLIGENCE, MALFEASANCE OF DUTY DECEI0001

✱ The amount of times John Polde + Joyce Draganchuk are listed

is staggering.

# *UNLAWFULLY USING THE POWERS OF THE COURT ONCE AGAIN. TO COVER FOR HERSELF AND HER CORRUPT RECEIVER, AT THE CONTINUED EXPENSE OF MR DOHERTY AND HIS FAMILY.

*ALL ILLEGALLY SILENCED ONLINE, ON 8/2/23.

**Case Events**

| | | |
|---|---|---|
| 458 | 07/24/2023 | ORDER STRIKING PLEADINGS MOTIONS FILED BY DEF MICHAEL DOHERTY |
| 457 | 07/24/2023 | MOTION #[illegible] |
| [illegible] | 07/24/2023 | MOTION #7[illegible] |
| 455 | 07/24/2023 | MOTION #[illegible] |
| 454 | 07/24/2023 | MOTION #65 |
| 453 | 07/24/2023 | MOTION #61 |
| 452 | 07/24/2023 | MOTION #72 |
| 451 | 07/24/2023 | MOTION #80 |
| 450 | 07/24/2023 | MOTION #75 |
| 449 | 07/24/2023 | MOTION #6[illegible] |
| 448 | 07/24/2023 | MOTION #83 |
| 447 | 07/24/2023 | MOTION #63 |
| 446 | 07/24/2023 | MOTION #67 |
| 445 | 07/24/2023 | MOTION #66 |
| 444 | 07/24/2023 | MOTION #68 |
| 443 | 07/24/2023 | MOTION #73 |
| 442 | 07/24/2023 | MOTION #74 |
| 441 | 07/24/2023 | MOTION #71 |
| 440 | 07/24/2023 | MOTION #79 |
| 439 | 07/24/2023 | MOTION #77 |
| 438 | 07/24/2023 | MOTION #82 |
| 437 | 07/24/2023 | MOTION #69 |
| 436 | 07/24/2023 | MOTION #76 |
| 435 | 07/24/2023 | MOTION FEE RECEIPT: 511200 DATE: 07/24/2023 |
| 434 | 07/20/2023 | MOTION FEE RECEIPT: 511067 DATE: 07/20/2023 |
| 433 | 07/20/2023 | RECEIVER'S EXPARTE MOTION AND INCORPORATED BRIEF TO STRIKE PLEADINGS FILED BY MICHAEL DOHERTY AND IMPOSING FILING RESTRICTIONS |
| 432 | 07/14/2023 | MOTION #51 |
| 431 | 07/14/2023 | MOTION #58 |
| 430 | 07/14/2023 | MOTION #60 |
| 429 | 07/14/2023 | MOTION #54 |
| 428 | 07/14/2023 | MOTION #55 |
| 427 | 07/14/2023 | MOTION #49 |
| 426 | 07/14/2023 | MOTION #56 |
| 425 | 07/14/2023 | MOTION #59 |
| 424 | 07/14/2023 | MOTION #50 |
| 423 | 07/14/2023 | MOTION #52 |
| 422 | 07/14/2023 | MOTION #53 |
| 421 | 07/14/2023 | MOTION #61 |
| 420 | 07/14/2023 | MOTION #57 |
| 419 | 07/14/2023 | MOTION FEE RECEIPT. 510880 DATE: 07/14/2023 |
| 418 | 07/11/2023 | MOTION #35 |
| 417 | 07/11/2023 | MOTION #34 |
| 416 | 07/11/2023 | MOTION #44 |
| 415 | 07/11/2023 | MOTION #36 |
| 414 | 07/11/2023 | MOTION #38 |
| 413 | 07/11/2023 | MOTION #28 |
| 412 | 07/11/2023 | MOTION #37 |
| 411 | 07/11/2023 | MOTION #32 |
| 410 | 07/11/2023 | MOTION FEE RECEIPT: 510692 DATE: 07/11/2023 |
| 409 | 07/11/2023 | MOTION #42 |
| 408 | 07/11/2023 | MOTION #31 |
| 407 | 07/11/2023 | MOTION #39 |
| 406 | 07/11/2023 | MOTION #30 |
| 405 | 07/11/2023 | MOTION #33 |
| 404 | 07/11/2023 | MOTION #45 |
| 403 | 07/11/2023 | MOTION #41 |
| 402 | 07/11/2023 | MOTION #40 |
| 401 | 07/11/2023 | MOTION #47 |
| 400 | 07/11/2023 | MOTION #43 |
| 399 | 07/11/2023 | MOTION #48 |
| 398 | 07/11/2023 | MOTION #29 |
| 397 | 07/11/2023 | MOTION #46 |
| 396 | 07/05/2023 | MOTION #19 |
| 395 | 07/05/2023 | MOTION #23 |
| 394 | 07/05/2023 | MOTION #25 |
| 393 | 07/05/2023 | MOTION #24 |
| 392 | 07/05/2023 | MOTION #18 |
| 391 | 07/05/2023 | MOTION #27 |
| 390 | 07/05/2023 | MOTION #21 |
| 389 | 07/05/2023 | MOTION #22 |
| 388 | 07/05/2023 | MOTION #26 |
| 387 | 07/05/2023 | MOTION #20 |
| 386 | 07/05/2023 | MOTION #17 |
| 385 | 07/05/2023 | PROOF OF SERVICE RE NOTICE OF APPLICATION FOR RECEIVER'S FEES AND EXPENSES PURSUANT TO MCR 2.622(F) AND NOTICE OF RIGHT TO OBJECT SERVED UPON PARTY OF RECORD VIA MAIL ON JUNE 30, 2023 |
| 384 | 07/05/2023 | MOTION FEE: MOTION TO COMPEL ET AL RECEIPT: 510447 DATE: 07/05/2023 |
| 383 | 07/05/2023 | MOTION FEE: MOTION TO RECUSE RECEIPT: 510481 DATE: 07/05/2023 |
| 382 | 07/05/2023 | TRANSCRIPT OF PROCEEDINGS - MOTION TO SET RENEWED DATE FOR CONTINUED SHOW CAUSE - BEFORE THE HON. JOYCE DRAGANCHUK ON JUNE 21, 2023 - RECORDED BY SUSAN C. MELTON, CER 7548 |
| 381 | 06/30/2023 | MOTION FEE RECEIPT: 510312 DATE: 06/30/2023 |
| 380 | 06/30/2023 | OBJECTIONS FILED BY MICHAEL E DOHERTY RE: RECEIVERS APPLICATION FOR FEES AND EXPENSES |

378

courts.ingham.org

# SEE THE DIFFERENCE?

# TAMPERING W/ EVIDENCE

"IS A SERIOUS CRIME KNOWN AS OBSTRUCTING JUSTICE."

In Michigan, tampering with evidence is a serious crime known as obstructing justice and can result in a felony conviction, potentially leading to imprisonment for up to four years, and a fine of up to $5,000.

Here's a more detailed breakdown of Michigan's laws regarding tampering with evidence:

**MCL 750.483a**

prohibits acts like withholding information, preventing reporting of a crime, retaliating for reporting a crime, or influencing a witness's statement, all of which are related to obstructing justice.

**Tampering with evidence**

specifically involves altering, concealing, destroying, or removing evidence to be offered in a present or future official proceeding, or falsely presenting evidence to mislead law enforcement.

**Penalties:**

A violation of 750.483a can result in a felony conviction, potentially leading to imprisonment for up to four years, and/or a fine of up to $5,000.

# *KIND OF A BIG DEAL.

# DRAGANCHUK RESIGNS

Lansing State Journal

Subscribe Sign In

## Ingham County Circuit Judge Joyce Draganchuk to retire



Ken Palmer
Lansing State Journal

Published 1:50 p.m. ET Sept. 26, 2024

LANSING — Ingham County Circuit Judge Joyce Draganchuk plans to retire at the end of this year after 20 years on the bench and 37 years with the county.

Dranganchuk has been the court's chief judge since 2021. She was elected to her fourth six-year term in November 2022 and will leave with four years remaining on that term.



Ingham County Circuit Judge Joyce Draganchuk, seen here in an Oct. 17, 2014 photograph.

*4 YEARS EARLY, AFTER SHE ASSUMES ALL OF THIS HAS BEEN SWEPT UNDER THE RUG.

# INJUSTICE

**Injustice is typically thought of as a "black issue" in this country.** What's interesting though is that blacks, or African Americans only make up 13.7% of our country's population.

So how much do the 86.3% of others really care about "injustice", when it's not directly affecting their own families and future generations?

The answer is: **Not enough.**

For what you are about to see with this case is such an extreme amount of **Corruption and Indifference**, that it starts questioning whether a complete overhaul of our entire "Justice" System is necessary.

**Including the Industry Of Attorneys. Where people are charging top dollar and taking key resources from families when they need it the most, but not actually representing them like they would their own.**

After all, how is a self-regulated system expected to function properly when it relies on individuals reporting their good buddies, of whom they live in the same community as, and may need future favors from?

**And even more importantly, how is a black kid off the streets with no resources or education supposed to even begin fighting against something like this?**

## "WHAT WE NEED IS A RICH WHITE GUY BEING PUT THROUGH THE SYSTEM."

-DREWSKI, FELLOW AFRICAN AMERICAN CELLMATE, WHO HAD JUST TURNED 18. HE'D BEEN ABUSED BY THE SYSTEM SINCE HE WAS TAKEN AWAY FROM HIS MOM AGAINST HER WILL AT AGE 8.

# LOST ART OF PRO SE

The **history of the American legal profession** covers the work, training, and professional activities of lawyers from the colonial era to the present. Lawyers grew increasingly powerful in the colonial era as experts in the English common law, which was adopted by the colonies. By the 21st century, over one million practitioners in the United States held law degrees, and many others served the legal system as justices of the peace, paralegals, marshals, and other aides.[1]

## Colonial era

From their inception, the American colonies followed the English common law tradition. Legal procedures in the 17th century were quite informal, with judges discussing issues directly with the people involved in the case. Citizens generally represented themselves, which resulted in benefits to some and disadvantages to others. The solution was to hire a professional lawyer. By 1700, both judges and judicial procedures had become much more formal; to win a case, a client needed a lawyer to handle the arguments, cite the precedents, and neutralize the opposing counsel While England still kept an elaborate hierarchy of judges, barristers and solicitors with formal qualifications, colonial lawyers were '"jacks of all trades" who learned their skills by apprenticeship and by closely watching court procedures.[2] Colonial legislatures passed

**WE'VE LOST TOUCH WITH THE ROOTS OF REPRESENTING OURSELVES, AND TEACHING OUR KIDS THE ULTIMATE FORM OF SELF-DEFENSE.**

AND INSTEAD PUT OUR FUTURES IN THE HANDS OF HACKS WHO CHARGE AN ARM AND A LEG AND DON'T ACTUALLY CARE.

# 10,000 HOURS

Malcolm Gladwell popularized the "10,000-hour rule" in his book Outliers, suggesting that achieving mastery in any field requires 10,000 hours of practice, though this idea has been debated and some argue it's an oversimplification.

Here's a more detailed look:

**The Origin:**

The 10,000-hour rule gained traction through Malcolm Gladwell's book, Outliers, which presented it as a key to achieving expertise in any field.

**The Idea:**

The rule suggests that dedicating 10,000 hours to focused practice is necessary to become a world-class performer or expert.

**Gladwell's Interpretation:**

Gladwell argued that this amount of practice, or "deliberate practice," was the key to unlocking potential and achieving greatness, regardless of innate talent.

***WHAT IT TRULY TAKES TO BE A MASTER AT SOMETHING, BEYOND JUST A PIECE OF PAPER.**

TO WHOM IT MAY CONCERN:

PLEASE KNOW THAT MR DOHERTY HAS OVER TEN THOUSAND HOURS INTO THIS SO FAR, AND UNDERSTANDS THE CORE CONCEPTS AND STATUTUES EQUALLY OR BETTER THAN MOST ATTORNEYS.

HE ALSO CARES, AND THAT'S IMPORTANT. FOR HE AND HIS FAMILY HAVE BEEN DIRECTLY VICTIMIZED BY A FORM OF INJUSTICE AND WILLFUL NEGLECT THAT IS CURRENTLY INFECTING OUR ENTIRE COUNTRY.

ULTIMATELY BECAUSE PEOPLE ARE TOO SCARED TO TAKE A STAND, OR DON'T EVEN KNOW WHERE TO BEGIN. ESPECIALLY AGAINST THE TYPES OF PLAYERS THAT ARE INVOLVED IN THE FOLLOWING PAGES.

*(INCLUDING A GOVERNOR, ATTORNEY GENERAL, AND CONNECTED JUDGE.)*

**THE AMOUNT OF PEOPLE AND ORGANIZATIONS LISTED IS SOMEWHAT ASTONISHING IN ITSELF, BUT ESSENTIAL TO PAINT THE FULL PICTURE.**

ALONG WITH SHOWING OTHERS WHAT IT TAKES FOR THIS TYPE OF CORRUPTION TO ACTUALLY OCCUR, AND REINFORCE THE FACT THAT IT STILL DOES.

**ROOTED IN GREED, ABUSE OF POWER, AND SOME OF THE OLDEST AFFLICTIONS OF MANKIND.** OF WHICH ARE ESSENTIAL TO KEEP BALANCED AND IN CHECK.

FOR IF THIS IS NOT ACHIEVED, AND PEOPLE CONTINUE LOSING FAITH IN A SYSTEM THAT IS DESIGNED TO PROTECT AND PROVIDE FOR THEM, THEN THOSE BECOME VERY DARK AND UNCERTAIN TIMES INDEED.

ALL OF THE FOLLOWING STATEMENTS PROVIDED BY MR DOHERTY ARE SWORN AS 100% TRUTHFUL, AND SUBMITTED UNDER GOD AS HIS WITNESS.

THANK YOU.

# $150 MILLION LAWSUIT

# PLAINTIFF

**MICHAEL S. DOHERTY**
ARCHITECT/ PRO SE
PO Box 331
Charlevoix, MI 49720
michael.doherty25@icloud.com
517-652-2614

Vs.

# DEFENDANTS

THE PREDATORY LENDER JON BORISCH, AND HIS ACCOMPLICES. WHO HAD BEEN ILLEGALLY TRYING TO TAKE OVER DOHERTY'S COMPANY SINCE 2020, AND FINALLY HIRED A "KILL TEAM" IN 2022 TO DO IT FOR THEM.

**Jonathan L. Borisch**
**(CRIMINAL MASTERMIND)**
40 Pearl Street, Suite 336. Grand Rapids, MI 49503
616-419-5440
Predatory Lending, White Collar Crime, Willful Killing Of An Unborn Quickchild MCL 750.322, Operating A Criminal Enterprise, Deceit With Intent To Harm, Intentional Fraud, Securities Fraud, Racketeering, Deprivation of Rights Under Color Of Law, Breach Of Fair Dealing, Intentional Infliction of Emotional Distress, Self Dealing, Abuse Of Process, Unlawful Arrest And Imprisonment Of Another, Intimidation Of A Witness, Cruel And Excessive Punishment, Conspiracy to Obstruct An Investigation, Aiding And Abetting, Professional Misconduct, Conspiracy To Cause Harm, Coercion, Aggravated Stalking, Willfully And Maliciously Spreading False Information, Defamation, Fraudulent Transfer Of A Property, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.
**Mary Kay Borisch**
(Predatory Lender Jon Borisch's wife)

40 Pearl Street, Suite 336. Grand Rapids, MI 49503
616-419-5440
Predatory Lending, White Collar Crime, Willful Killing Of An Unborn Quickchild MCL 750.322, Operating A Criminal Enterprise, Deceit With Intent To Harm, Intentional Fraud, Securities Fraud, Racketeering, Deprivation of Rights Under Color Of Law, Breach Of Fair Dealing, Intentional Infliction of Emotional Distress, Self Dealing, Abuse Of Process, Unlawful Arrest And Imprisonment Of Another, Intimidation Of A Witness, Cruel And Excessive Punishment, Conspiracy to Obstruct An Investigation, Aiding And Abetting, Professional Misconduct, Conspiracy To Cause Harm, Coercion, Aggravated Stalking, Willfully And Maliciously Spreading False Information, Defamation, Fraudulent Transfer Of A Property, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Jonathan & Mary Kay Borisch Family Foundation**
40 Pearl Street, Suite 336
Grand Rapids, MI 49503
616-419-5440
Predatory Lender Jon Borisch's Foundation, of which he uses to illegally take over companies and destroy others.

**JLB Monarch Holdings**
169 Monroe Ave NW, Unit 350
Grand Rapids, MI 49503
616-419-5440
Predatory Lender Jon Borisch's Company.

**Steadfast Consulting and Investments**
169 Monroe Ave NW. #350
Grand Rapids, MI 616-419-5440
Employing, Associating With and Enabling the Predatory Lending Borisch Family. Along with their Accomplice Chris Stark.

**David Borisch**
(Predatory Lender Jon Borisch's son)
40 Pearl Street, Suite 336. Grand Rapids, MI 49503
616-419-5440
Predatory Lending, White Collar Crime, Willful Killing Of An Unborn Quickchild MCL 750.322, Operating A Criminal Enterprise, Deceit With Intent To Harm, Intentional Fraud, Securities Fraud, Racketeering, Deprivation of Rights Under Color Of Law, Breach Of Fair Dealing, Intentional Infliction of Emotional Distress, Self Dealing, Abuse Of Process, Unlawful Arrest And Imprisonment Of Another, Intimidation Of A Witness, Cruel And Excessive Punishment, Conspiracy to Obstruct An Investigation, Aiding And Abetting, Professional Misconduct, Conspiracy To Cause Harm, Coercion, Aggravated Stalking, Willfully And Maliciously Spreading False Information, Defamation, Fraudulent Transfer Of A Property, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Armory Valentine, LLC**
38 W Fulton st Ste 200
Grand Rapids, MI. 49503
616-301-6100
Predatory Lender Jon Borisch's son David Borisch's, who uses the resources of this company to harm others. With the owner David Borisch being high all day, he has no business running around and playing with loaded guns.



**Chris Stark**
SCI Advisors, LLC
146 Monroe Center St NW, Grand Rapids, MI49503
McKay Tower 616-808-3777
Predatory Lending, White Collar Crime, Operating A Criminal Enterprise, Willful Killing Of An Unborn Quickchild MCL 750.322, Aiding And Abetting, Deceit With Intent To Harm, Intentional Fraud, Securities Fraud, Racketeering, Deprivation of Rights Under Color Of Law, Breach Of Fair Dealing, Intentional Infliction of Emotional Distress, Self Dealing, Abuse Of Process, Unlawful Arrest And Imprisonment Of Another, Intimidation Of A Witness, Cruel And Excessive Punishment, Conspiracy to Obstruct An Investigation, Professional Misconduct, Conspiracy To Cause Harm, Coercion, Aggravated Stalking, Willfully And Maliciously Spreading False Information, Failure To Disclose Conflict Of Interest, Defamation, Fraudulent Transfer Of A Property, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Jim Wierenga**
David Wierenga & Lauka, PC
99 Monroe Ave NW #1210, Grand Rapids MI 49503
616-454-3883
Aiding And Abetting A Criminal Enterprise.

**David Wierenga & Lauka, PC**
99 Monroe Ave NW #1210, Grand Rapids MI 49503
616-454-3883
Aiding And Abetting A Criminal Enterprise.

**Bodman PLC**
1901 St Antoine

Detroit, MI 48226
313-259-7777
Aiding And Abetting, Employing and Enabling The Active Criminal Floyd E. Gates.

## THE "KILL TEAM" THAT PREDATORY LENDER BORISCH HIRED CONSISTED OF FLOYD GATES, CPA JOHN RUTHER, AND JOHN POLDERMAN OF SIMON PLC. NONE OF WHOM WERE SUPPOSED TO BE CONNECTED BEHIND THE SCENES.

**Floyd E. Gates**, P54234
**(CRIMINAL MASTERMIND)**
Bodman PLC, 99 Monroe Ave NW Suite 300, Grand Rapids MI 49503
616-205-4330
White Collar Crime, Operating A Criminal Enterprise, Deceit With Intent To Harm, Intentional Fraud, Securities Fraud, Racketeering, Deprivation of Rights Under Color Of Law, Breach Of Fair Dealing, Intentional Infliction of Emotional Distress, Self Dealing, Abuse Of Process, Intimidation Of A Witness, Cruel And Excessive Punishment, Conspiracy to Obstruct An Investigation, Aiding And Abetting, Professional Misconduct, Conspiracy To Cause Harm, Coercion, Willfully And Maliciously Spreading False Information, Failure To Disclose Conflict Of Interest, Defamation, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Noel J. Ravenscroft**, P77729
Bodman PLC, 99 Monroe Ave NW Suite 300, Grand Rapids MI 49503
616-205-4330
Aiding And Abetting The Active Criminal Floyd Gates.

**O'Keefe Financial Consultants**
2 Lone Pine Road
Bloomfield Hills, MI 48304
248-593-4810
Aiding & Abetting, Employing And Enabling The Active Criminal John Ruther.

**John Ruther**
**(CRIMINAL MASTERMIND)**
O'Keefe Financial Consultants
146 Monroe Center St NW Suite # 1226, Grand Rapids MI49503
616-233-8080
White Collar Crime, Operating A Criminal Enterprise, Deceit With Intent To Harm, Intentional Fraud, Securities Fraud, Racketeering, Deprivation of Rights Under Color Of Law, Breach Of

Fair Dealing, Intentional Infliction of Emotional Distress, Self Dealing, Abuse Of Process, Intimidation Of A Witness, Cruel And Excessive Punishment, Conspiracy to Obstruct An Investigation, Aiding And Abetting, Professional Misconduct, Conspiracy To Cause Harm, Coercion, Willfully And Maliciously Spreading False Information, Failure To Disclose Conflict Of Interest, Defamation, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

---

---

8 OFFICIAL NOTICES OF DISQUALIFICATION WERE SENT OUT TO ALL SIMON PLC LOCATIONS ON 10/5/23. STATING THAT THEY WERE EMPLOYING A KNOWN ABUSER (JOHN POLDERMAN), OF WHOM HAD BEEN CAUGHT IN ALL KINDS OF INTENTIONAL FRAUD AND DECEIT WITH INTENT TO HARM.

**BASED ON STATUTE, THEY WERE TO ADDRESS THIS SITUATION, OR BE AT RISK OF BEING SHUT DOWN AS A COMPANY BY THE APPROPRIATE AUTHORITIES. CERTIFIED PROOF OF THIS WAS ALSO SENT TO THE ATTORNEY GENERAL, GOVERNOR, AND THE FBI.**

NOTHING WAS EVER DONE, BY ANY OF THE PARTIES. INSTEAD, JOHN POLDERMAN OF SIMON PLC DOUBLED DOWN AND ORCHESTRATED AN ELABORATE RETALIATORY SCHEME TO HAVE DOHERTY UNLAWFULLY ARRESTED ON 10/20/23 BASED ON MORE INTENTIONAL FRAUD.

---

---

**Simon PLC Debt Collectors**
363 W Big Beaver Rd Suite 410, Troy, MI 48084
248-720-0290
Aiding & Abetting, Employing And Enabling The Active Criminal John Polderman.



**Frank Simon**
**(CRIMINAL MASTERMIND)**
Simon PLC Debt Collectors
363 W Big Beaver Rd Suite 410, Troy, MI 48084
248-720-0290
Employing & Enabling Active Criminal John Polderman. Securities Fraud, Racketeering, Torture, White Collar Crime, Operating A Criminal Enterprise, Deceit With Intent To Harm, Intentional Fraud, Gross Negligence, Deprivation of Rights Under Color Of Law, Breach Of Fiduciary Duty, Use Of Excessive Force, Intentional Infliction of Emotional Distress, Abuse Of Process, Abuse Of Power, Willful Neglect Of Duty, Unlawful Imprisonment Of Another, Intimidation Of A Witness, Cruel And Excessive Punishment, Conspiracy to Obstruct An Investigation, Tampering With Evidence, Malfeasance In Office, Aiding And Abetting, Extreme Professional Malpractice, Conspiracy To Cause Harm, False Reporting Of A Felony, Coercion, Aggravated Stalking, Willfully And Maliciously Spreading False Information, Defamation, Tax Obstruction, Fraudulent Transfer Of A Property, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Steven A. Morris**, P59497
Simon PLC Debt Collectors
363 W Big Beaver Rd Suite 410, Troy, MI 48084
248-720-0290
Aiding & Abetting The Active Criminal John Polderman.
**Craig T. Mierzwa**
Simon PLC Debt Collectors
363 W Big Beaver Rd Suite 410, Troy, MI 48084
248-720-0290
Aiding & Abetting The Active Criminal John Polderman.

**Stevenson & Bullock**
26100 American Drive, Suite 500. Southfield, MI 48034
248-354-7906
Employing And Enabling The Active Criminal John Polderman.

**John Polderman**, P65720
**(CRIMINAL MASTERMIND)**
Formerly of Simon PLC Debt Collectors.

Stevenson & Bullock.
26100 American Drive, Suite 500. Southfield, MI 48034
248-354-7906
Securities Fraud, Racketeering, Torture, White Collar Crime, Operating A Criminal Enterprise, Deceit With Intent To Harm, Intentional Fraud, Gross Negligence, Deprivation of Rights Under Color Of Law, Breach Of Fiduciary Duty, Use Of Excessive Force, Intentional Infliction of Emotional Distress, Abuse Of Process, Abuse Of Power, Willful Neglect Of Duty, Unlawful Imprisonment Of Another, Intimidation Of A Witness, Cruel And Excessive Punishment, Conspiracy to Obstruct An Investigation, Tampering With Evidence, Malfeasance In Office, Aiding And Abetting, Extreme Professional Malpractice, Conspiracy To Cause Harm, False Reporting Of A Felony, Coercion, Aggravated Stalking, Willfully And Maliciously Spreading False Information, Defamation, Tax Obstruction, Fraudulent Transfer Of A Property, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Tricia Mink**
(Formerly of Simon PLC Debt Collectors)
Stevenson & Bullock. 26100 American Drive, Suite 500. Southfield, MI 48034
248-354-7906
Aiding And Abetting The Active Criminal John Polderman.

**Jean Richardson**
Simon PLC Debt Collectors, 363 W Big Beaver Rd Suite 410, Troy, MI 48084
248-720-0290
Aiding And Abetting The Active Criminal John Polderman.

**Jennifer Lassen**
Simon PLC Debt Collectors, 363 W Big Beaver Rd Suite 410, Troy, MI 48084
248-720-0290
Aiding And Abetting The Active Criminal John Polderman.

---

---

---

## THE CORRUPT RECEIVER JOHN POLDERMAN OF SIMON PLC, AND BORISCH'S ATTORNEY FLOYD GATES ILLEGALLY WORKED TOGETHER THROUGH COUNTLESS ACTS OF INTENTIONAL FRAUD TO DUPE INGHAM COUNTY JUDGE JOYCE DRAGANCHUK.

## DRAGANCHUK AND HER LAWCLERK MICHAEL LEWYCKY BLINDLY FOLLOWED THESE CON ARTISTS AND THEIR CROOKED AGENDA, EVEN AFTER DOHERTY AND HIS

# LEGAL TEAM TRIED TO INFORM THEM AS TO WHAT WAS REALLY GOING ON.

---

---

**Ingham County**
341 S Jefferson, PO Box 179 Mason, MI 48854
517-676-7201
Abuse Of Power, Corruption Of Office, Willful Neglect of Duty, Abuse Of Process, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest And Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Power, Defamation, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Joyce Draganchuk**, P39417
Former Chief Circuit Judge Of Ingham County
Veteran's Memorial Courthouse
313 W Kalamazoo St, Lansing, MI 48933
517-483-6500
Abuse Of Power, Corruption Of Office, Wilful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Process, Defamation, Reckless Disregard Of The Truth, Influence Peddling, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Michael Lewycky**
Former Judge Joyce Draganchuk's Lawclerk
Veteran's Memorial Courthouse
313 W Kalamazoo St, Lansing, MI 48933
517-483-6500
Corruption, Willful Neglect Of Duty, Conspiracy to Obstruct an Investigation, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Reckless Disregard Of The Truth, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Danielle Huettner**
Former Judge Joyce Draganchuk's Assistant
Veteran's Memorial Courthouse

313 W Kalamazoo St, Lansing, MI 48933
517-483-6500
Corruption, Wilful Neglect of Duty, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Reckless Disregard Of The Truth, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**John Draganchuk**
(Joyce Draganchuk's Husband, Former Lansing Township Police Detective.)
Lansing Township Police Department
3209 W Michigan Ave, Lansing MI 48917
517-485-1700
Corruption, Willful Neglect, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Intimidation Of A Witness, Brady Violations & Failure to Provide Excupatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Reckless Disregard Of The Truth, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

FROM HERE, JOYCE DRAGANCHUK AND HER HUSBAND JOHN DRAGANCHUK, WHO HAD BEEN A FORMER LANSING POLICE DETECTIVE FOR DECADES, USED THEIR INFLUENCE TO ILLEGALLY CONTROL AND DIRECT MANY OTHERS FROM BEHIND THE SCENES TO PROTECT THEIR EXPOSURE.

---

**Richard Garcia**
Judge Of Ingham County
315 S. Jefferson St.
Mason, MI 48854
517-676-7272
Negligence, Corruption Of Office, Judicial Misconduct, Reckless Disregard Of The Truth, Failure To Report A Crime, Aiding & Abetting A Criminal Enterprise, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Ingham County Sheriff's Office**
630 N Cedar St, Mason MI 48854
517-676-2431
Police Brutality, Use Of Excessive Force, Corruption Of Office, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Process, Abuse Of Power,

Defamation, Collusion, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

INGHAM COUNTY SHERIFF SCOTT WRIGGELSWORTH WAS INFORMED OF ALL THE FRAUD AND CORRUPTION, AND YET STILL UNLAWFULLY IMPRISONED DOHERTY ON TWO SEPARATE OCCASIONS UNDER THE DIRECTION OF JOYCE DRAGANCHUK.

***IN THE INGHAM COUNTY SHERIFF'S HANDBOOK, JOYCE DRAGANCHUK AND SCOTT WRIGGELSWORTH ARE LISTED ON THE COVER AS THE TWO MOST POWERFUL PLAYERS IN THE COUNTY.**



**Sheriff Scott Wriggelsworth**
Ingham County Sheriff's Office
630 N Cedar St, Mason MI 48854
517-676-2431

Police Brutality, Use Of Excessive Force, Corruption Of Office, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Collusion, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

INGHAM COUNTY OFFICER SEYMOUR IS CAUGHT ON RECORDING BY DOHERTY 8/10/23, (2 MONTHS BEFORE HE IS UNLAWFULLY IMPRISONED BY INGHAM AGAIN), TELLING HIM THAT:

**"JAILING YOU WAS ONE OF THE BEST DAYS OF MY CAREER".**

THIS WAS THE DAY AFTER DOHERTY HAD FILED PPOS AGAINST EVERYONE INVOLVED, IN FEAR FOR HIS SAFETY.

SEYMOUR CONTINUED TO FOLLOW DOHERTY AROUND THE COURTHOUSE LIKE A RABID DOG ABUSER. TAUNTING HIM WITH:

**"HOW'D YOU LIKE IT IN THERE… IT WAS EYE OPENING FOR YOU I BET?"**

---



**Officer Seymour**
Ingham County Sheriff's Office
630 N Cedar St, Mason MI 48854
517-676-2431
Police Brutality, Use Of Excessive Force, Corruption Of Office, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Collusion, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

# THINKING THE SAFETY OF ANOTHER MAN AND HIS FAMILY WAS A JOKE.

---

**Captain Andrew Daenzer**
Ingham County Sheriff's Office
630 N Cedar St, Mason MI 48854
517-676-2431
Police Brutality, Use Of Excessive Force, Corruption Of Office, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Collusion, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure

To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

INGHAM COUNTY OFFICER WELLING ILLEGALLY CONSPIRED WITH OTHERS TO THROW MR DOHERTY IN THE HOLE FOR THREE DAYS, AND THEN MAX LEVEL ONE FOR THE NEXT 42 DAYS, BASED ON MR DOHERTY FILING GRIEVANCES.

**MORE DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, WHILE CONTINUING TO SILENCE AND INTIMIDATE A WITNESS WHILE COMPLETELY DISREGARDING THE FIRST AMENDMENT.**

---



**Sergeant John Welling**
(ONE OF THE BIGGEST KNOWN ABUSERS IN INGHAM COUNTY.)
WHO THREW DOHERTY IN THE HOLE, AND MADE HIM SPEND 40 DAYS ON MAX LEVEL ONE FOR FILING GRIEVANCES AGAINST HIM. COMPLETELY ILLEGAL.
Ingham County Sheriff's Office
630 N Cedar St, Mason MI 48854
517-676-2431
Police Brutality, Use Of Excessive Force, Corruption, Harassment, Willful Neglect of Duty, Unlawful Imprisonment, Cruel And Excessive Punishment, Intimidation Of A Witness, Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Abuse Of Power, Collusion, Reckless Disregard Of The Truth, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Deputy Lech**
Ingham County Sheriff's Office
630 N Cedar St, Mason MI 48854
517-676-2431
Police Brutality, Use Of Excessive Force, Corruption, Harassment, Willful Neglect of Duty, Unlawful Imprisonment, Cruel And Excessive Punishment, Intimidation Of A Witness, Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Abuse Of Power, Collusion, Reckless Disregard Of The Truth, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

---

ON 4/20/23, INGHAM COUNTY SERGEANT BRENNAN TELLS DOHERTY INFRONT OF NURSE JO JO: **"DAMN DOHERTY! YOU MUST HAVE SOME REALLY POWERFUL ENEMIES ON THE OUTSIDE."**

BASED ON COMMENTS HE WAS READING THROUGH IN THE SYSTEM, OF WHICH HE TOLD DOHERTY HE WAS NOT AT LIBERTY TO DISCLOSE FURTHER.

---

4/26/23. INGHAM COUNTY DETECTIVES BRAD AND KELLY MEET WITH DOHERTY FOR AN HOUR AFTER KELLY HAD BEEN FORWARDED ALL OF THE EMAILS DOHERTY WAS SENDING OUT, AND HAD GONE THROUGH ALL OF THEM IN DEPTH.

**"BE CAREFUL, YOU'RE FIGHTING AGAINST SOME VERY POWERFUL PEOPLE." KELLY WARNED. "BUT IF IT WAS US AND OUR FAMILIES, WE'D BE DOING THE SAME DAMN THING."**

---

DOHERTY WAS NEVER ALLOWED TO MEET WITH THESE DETECTIVES AGAIN AFTER MULTIPLE REQUESTS.

---

---

**Lieutenant Melissa Brown**
Ingham County Victim Advocate
Ingham County Sheriff's Office
630 N Cedar St, Mason MI 48854
517-676-8260
Corruption, Willful Neglect of Duty, Unlawful Imprisonment, Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Collusion, Abuse Of Process, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

DOHERTY HAD BEEN TRYING TO REPORT THE SITUATION TO MULTIPLE AGENCIES WHO WERE REFUSING TO LISTEN OR HELP.

**HE WAS FINALLY FORCED TO FILE PPOS AGAINST EVERYONE INVOLVED AFTER THIS GROUP WAS INVOLVED IN ILLEGALLY OBTAINING HIS NEW HOME ADDRESS AND SENDING PEOPLE TO SHOW UP AND FURTHER INTIMIDATE DOHERTY AND HIS WIFE.**

INGHAM COUNTY PPO CASE #23-2184 FILED AGAINST JOYCE DRAGANCHUK ON 8/9/23 HAD BEEN KICKED TO LIVINGSTON COUNTY BY SCAO, AFTER ALL THE INGHAM COUNTY JUDGES RECUSED THEMSELVES IN THE MATTER.

---

**Matthew McGivney**
Livingston County Circuit Court
Highlander Way, Howell, MI 48843
517-546-3060
Corruption Of Office, Willful Neglect Of Duty, Judicial Misconduct, Conspiracy to Obstruct an Investigation, Aiding And Abetting A Criminal Enterprise, Reckless Disregard Of The Truth, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Paul Carrier**
Matthew McGivney's Law Clerk

Livingston County Circuit Court
Highlander Way, Howell, MI 48843
517-546-3060
Corruption Of Office, Willful Neglect Of Duty, Judicial Misconduct, Conspiracy to Obstruct an Investigation, Aiding And Abetting A Criminal Enterprise, Reckless Disregard Of The Truth, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

DOHERTY SPOKE WITH LIVINGSTON COUNTY JUDGE MATTHEW MCGIVNEY'S LAW CLERK PAUL CARRIER ON THE PHONE FOR 40 MINUTES IN AUGUST OF 2023, (2 MONTHS BEFORE HE WAS UNLAWFULLY IMPRISONED).

**DOHERTY HAD SENT THEM HUNDREDS OF PAGES OF EVIDENCE INVOLVING CORRUPTION & RACKETEERING ENABLED THROUGH DRAGANCHUK'S COURTROOM.**

CARRIER AND MCGIVNEY SHUT THE ENTIRE CASE DOWN 5 MINUTES AFTER THE CONVERSATION.

CLEARLY NOT READING THROUGH ANY OF THE MATERIAL DOHERTY HAD SENT THEM. REFUSING TO ALLOW DOHERTY TO FILE ANY MORE MOTIONS, OR SPEAK ON THE MATTER FURTHER.

**INSTEAD, CARRIER HUNG UP ON DOHERTY IN THEIR LAST CONVERSATION AND SAID, "GOOD LUCK".**

---

# 40 MIN CONVERSATION W/CARRIER

EXPLAINING THE SEVERITY OF THE SITUATION

8/11/23 CONVERSATION WITH PAUL CARRIER THAT LASTED UNTIL 4:31. FOUR MINUTES LATER 4:35, MATTHEW MCGIVNEY WAS REJECTING THE PETITIONER'S REQUEST. AFTER ONLY HAVING RECEIVED THE FORWARD FROM THE SCAO 11AM EARLIER THAT DAY.

BYPASSING OVER 1,000 PAGES OF EVIDENCE SUBMITTED BY MR DOHERTY, AND NOT DOING ANY ACTUAL RESEARCH HIMSELF.

THIS KIND OF BEHAVIOR IS EXTREMELY DISAPPOINTING, AND DANGEROUS TO OUR JUDICIAL SYSTEM. ALONG WITH THE SAFETY OF INDIVIDUALS LIKE MR DOHERTY AND HIS FAMILY, WHO ARE LOOKING TO BE ABLE TO TRUST AND RELY ON JUDGES FOR PROTECTION.




## "BYPASSING OVER 1,000 PAGES OF EVIDENCE SUBMITTED BY DOHERTY," AND ANY REASONABLE STANDARD OF CARE.

# REFUSING TO HONOR A PPO HEARING

INVOLVING THE SAFETY OF DOHERTY AND HIS FAMILY

**REFUSING TO HONOR RIGHT TO REQUEST HEARING:**

"FRIVOLOUS FILING BY DISGRUNTLED PETITIONER WHO HAS LITIGATION PENDING BEFORE THE 30TH CIRCUIT COURT. NO EVIDENCE WHATSOEVER OF EXTREME RACKETEERING AND CORRUPTION ON THE HIGHEST LEVELS, IMMEDIATELY ENDANGERING PETITIONER'S FAMILY AS ALLEGED BY PETITIONER."

**-MATTHEW MCGIVNEY, & PAUL CARRIER OF LIVINGSTON COUNTY.**

**AFTER BARELY GLANCING AT OVER 1,000 PAGES OF EVIDENCE SUBMITTED TO THEM, COMPLETELY DISREGARDING OFFICIAL POLICE REPORT 2023-0169, AND RELYING INSTEAD ON THE NARRATIVE OF THE PERSON OF WHOM THE PPO WAS FILED AGAINST. JOYCE DRAGANCHUK.**

IF THESE GENTLEMEN WOULD LIKE TO BE THIS CARELESS WITH THE SAFETY OF THEIR OWN FAMILIES, BY ALL MEANS. BUT THEIR SHORT CUTS TO THINKING HERE ARE UNACCEPTABLE.



Order: PERSONAL PROTECTION ORDER (PPO) - 23-002164-PH-C30 - PH

ORDER DENYING OR DISMISSING PETITION FOR PERSONAL PROTECTION ORDER

CERTIFICATE OF SERVICE

**Ingham County Clerk's Office**
Veteran's Memorial Courthouse
313 W Kalamazoo St, Lansing, MI 48933
517-676-7201
Corruption Of Office, Willful Neglect Of Duty, Conspiracy to Obstruct an Investigation, Intentional Infliction of Emotional Distress, Tampering With Evidence, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Reckless Disregard Of The Truth, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

INGHAM COUNTY CLERK BARB BYRUM WAS INCLUDED IN MULTIPLE EMAILS INFORMING HER OF WHAT WAS HAPPENING, AND HOW THE CLERK'S OFFICE HAD BEEN ILLEGALLY PENETRATED BY DRAGANCHUK MULTIPLE TIMES, OF WHICH SHE CHOSE TO REMAIN SILENT ON AND DO NOTHING.

---

**Barb Byrum**
Ingham County City Clerk's Office
Veteran's Memorial Courthouse
313 W Kalamazoo St, Lansing, MI 48933
517-676-7201
Corruption Of Office, Willful Neglect Of Duty, Conspiracy to Obstruct an Investigation, Intentional Infliction of Emotional Distress, Tampering With Evidence, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Reckless Disregard Of The Truth, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

**TRACY SMITH IS CAUGHT ON RECORDING ON 8/3/23, ADMITTING THAT JOYCE DRAGANCHUK CALLED HIM UP PERSONALLY AND ASKED HIM "HEY, CAN YOU MAKE THIS HAPPEN?"**

---

## IN REGARDS TO ILLEGALLY SILENCING ANOTHER SET OF MOTIONS SUBMITTED BY DOHERTY, CONTAINING THOUSANDS OF PAGES OF EVIDENCE THAT PROVED EXTREME MISCONDUCT AND CRIMINAL BEHAVIOR INVOLVING HER AND HER CORRUPT RECEIVER JOHN POLDERMAN.

---

**Tracy Smith**
Ingham County City Clerk's Office
Veteran's Memorial Courthouse
313 W Kalamazoo St, Lansing, MI 48933
517-676-7201
Corruption Of Office, Willful Neglect Of Duty, Conspiracy to Obstruct an Investigation, Intentional Infliction of Emotional Distress, Tampering With Evidence, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Reckless Disregard Of The Truth, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Ingham County Prosecutor's Office**
303 W Kalamazoo St
Lansing, MI 48933
517-483-6108
Obstruction Of Justice, Malicious Prosecution, Prosecutorial Misconduct, Corruption Of Office, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

## INGHAM COUNTY PROSECUTORS JOHN DEWANE AND RANDALL BEHRMANN WORKED TOGETHER TO UNLAWFULLY IMPRISON DOHERTY FOR 8 MONTHS BASED ON 100% FALSE PRETENSES. REFUSING TO ALLOW HIM TO SEE WIFE, FAMILY OR EVEN DAYLIGHT, WHILE RECORDING HIS EVERY MOVE.

**THEY WERE BOTH FORWARDED HUNDREDS OF EXCULPATORY EVIDENCE FROM DOHERTY PROVING HIS INNOCENSE, BUT STILL REFUSED TO RELEASE HIM.**

**John J. Dewane**
Ingham County Chief Prosecutor's Office
303 W Kalamazoo St
Lansing, MI 48933
517-483-6108
Obstruction Of Justice, Malicious Prosecution, Prosecutorial Misconduct, Corruption Of Office, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Randall Behrmann**
Ingham County Prosecutor's Office
303 W Kalamazoo St
Lansing, MI 48933
517-483-6108
Obstruction Of Justice, Malicious Prosecution, Prosecutorial Misconduct, Corruption Of Office, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

SOMETHING NEEDS TO CHANGE.

**THESE GUYS ARE WAY TOO CONNECTED.**

**THE FOLLOWING IS A DIRECT AFFILIATION WITH THE STATE BAR, WHO IS SUPPOSED TO BE IN CHARGE OF REGULATING PEOPLE LIKE BEHRMANN, AND IS LISTED LATER ON IN THIS LAWSUIT FOR FAILING TO DO SO.**

**Randall Behrmann**
Assistant Prosecutor at Ingham County - Unit Chief

LinkedIn Join now Sign in

Randall Behrmann

2014-2020
Appointed Chairperson
State Bar of Michigan District E Character and Fitness Committee

---

MR DOHERTY FILED A POLICE REPORT WITH LANSING POLICE DEPARTMENT IN JULY OF 2023, 3 MONTHS BEFORE HE WAS UNLAWFULLY ARRESTED AND IMPRISONED BASED ON 100% FALSE PRETENSES.

**LPD DETECTIVE SORG HAD BEEN GIVEN A 300 PAGE EVIDENTIARY PACKET ON 8/3/23, AND ADMITTED TO HAND DELIVERING IT TO THE ATTORNEY GENERAL'S OFFICE ON 8/23/23. DUE TO THE FACT THAT IT WAS WAY OUT OF THE SCOPE AND LEAGUE OF LPD.**

LPD CHIEF ELLERY SOSEBEE AND ROBERT BACKUS WERE WELL AWARE OF ALL OF THE EVIDENCE DOHERTY HAD SUBMITTED TO THEM INVOLVING THE GROUP OF WHITE-COLLAR CRIMINALS HE HAD BEEN FIGHTING AGAINST, BUT FAILED TO INCLUDE ANY OF IT IN THEIR REPORT FILED ON 10/14/23.

---

COMMITTING EXTREME BRADY VIOLATIONS, AND INTENTIONAL FAILURE TO DISCLOSE EXCULPATORY

EVIDENCE, THAT WOULD HAVE MADE IT IMPOSSIBLE FOR THEM TO ARREST DOHERTY.

---

---

**Lansing Police Department**
120 W Michigan Ave
517-483-4600
Police Brutality, Use Of Excessive Force, Corruption Of Office, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Collusion, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

---

IN JULY OF 2023, DOHERTY HAS A 12 MINUTE CONVERSATION ON RECORDING WHERE LPD CHIEF BACKUS ADMITS TO DOHERTY THAT HE HAS FORWARDED THE ILLEGAL DRUG TRAFFICKING ACTIVITY BY THIS GROUP ONTO HIS CONTACTS AT THE DEA.

---

---

**DOHERTY ALSO ENQUIRES AS TO WHY THE POLICE REPORT HE FILED HAD NOT HAD ANY MOVEMENT ON IT. ALL OF WHICH BACKUS REASSURED HIM ON, AND NONE OF WHICH WAS INCLUDED IN THE REPORT HE INITIATED ON 10/14/23.**

---

**LPD Chief Robert Backus**
Lansing Police Department
120 W Michigan Ave
517-483-4600
Police Brutality, Use Of Excessive Force, Corruption Of Office, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another,

Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Collusion, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Former LPD Chief Ellery Sosebee**
Lansing Police Department
120 W Michigan Ave
517-483-4600
Police Brutality, Use Of Excessive Force, Corruption Of Office, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Collusion, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**LPD Detective Monika Ford**
Lansing Police Department
120 W Michigan Ave
517-483-4600
Corruption, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**LPD Detective Kyle Schlegel**
Lansing Police Department
120 W Michigan Ave
517-483-4600
Corruption, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To

Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**LPD Jillian Colby**
Lansing Police Department
120 W Michigan Ave
517-483-4600
Corruption, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**LPD Stacey Meyers**
Lansing Police Department
120 W Michigan Ave
517-483-4600
Corruption, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Jordan Gulkis**
Lansing Police Department
120 W Michigan Ave
517-483-4600
Negligence, Defamation, Professional Misconduct, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

MR DOHERTY FILED AN OFFICIAL COMPLAINT TO THE ATTORNEY GENERAL'S OFFICE ON 7/31/23. IN IT, HE LISTED JOYCE DRAGANCHUK AND JOHN POLDERMAN OF SIMON PLC FOR EXTREME CORRUPTION, AND AIDING AND ABETTING A CRIMINAL ENTERPRISE.

**ON 8/3/23, DOHERTY HAS A.G. HEAD OF CRIMINAL INVESTIGATIONS AUBREY SARGENT ON RECORDING, ADMITTING THAT JOYCE DRAGANCHUK PENETRATED HIS OFFICE PERSONALLY AND ENCOURAGED THEM TO SHUT DOWN THE INVESTIGATION.**

5 WEEKS LATER, AUBREY SARGENT AND STEPHEN C. MORSE OF THE ATTORNEY GENERAL'S OFFICE SENT OUT A LETTER TO DOHERTY ON 9/12/23, INFORMING HIM THAT THEY WERE CLOSING DOWN THE INVESTIGATION AFTER REFUSING TO TAKE A SINGLE PIECE OF EVIDENCE FROM HIM.

**Michigan Attorney General's Office**
525 W. Ottawa St. Lansing, MI 48906
517-335-7622
Corruption Of Office, Malicious Prosecution, Prosecutorial Misconduct, Abuse Of Process, Use Of Excessive Force, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest And Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Power, Defamation, Collusion, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

DANA NESSEL WENT TO THE SAME UNDERGRAD, AND LAW SCHOOL AS JOYCE DRAGANCHUK. THEIR OFFICES ALSO HAPPENED TO BE A FEW BLOCKS FROM EACH OTHER.

**DANA IS KNOWN FOR PREACHING TRANSPARENCY, BUT PRACTICING ANOTHER. INCLUDING THE REFUSAL TO PROVIDE FOIA INFORMATION ON MULTIPLE OCCASIONS.**

**Dana Nessel**
Current Attorney General of Michigan
Michigan Attorney General's Office
525 W. Ottawa St. Lansing, MI 48906
517-335-7622
Corruption Of Office, Malicious Prosecution, Prosecutorial Misconduct, Abuse Of Process, Use Of Excessive Force, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest And Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Power, Defamation, Collusion, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Aubrey Sargent**
Michigan Attorney General's Office
Head Of Criminal Investigations
525 W. Ottawa St. Lansing, MI 48906
517-335-7622
Corruption Of Office, Use Of Excessive Force, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Collusion, Reckless Diregard For The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Stephen C. Morse**
Michigan Attorney General's Office
525 W. Ottawa St. Lansing, MI 48906
517-335-7622
Corruption Of Office, Use Of Excessive Force, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Collusion, Reckless Diregard For The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Sarah Elizabeth Huyser**
Michigan Attorney General's Office
525 W. Ottawa St. Lansing, MI 48906
517-335-7622

Corruption, Signing Fraudulent Orders, Willful Neglect of Duty, Aiding And Abetting A Criminal Enterprise, Collusion, Abuse Of Process, Abuse Of Power, Reckless Disregard For The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

DOHERTY FILLED OUT FIVE EMERGENCY CONTACT FORMS AT THE GOVERNOR'S EXECUTIVE OFFICE IN THE ROMNEY BLDG DOWNTOWN LANSING THROUGHOUT THE MONTH OF SEPTEMBER, 2023. THE FORMS LIST VERY CLEARLY THAT SOMEONE WILL GET BACK TO YOU FROM THE GOVERNOR'S OFFICE WITHIN 2 HOURS.

**A MONTH LATER, GRETCHEN WHITMER'S DIRECTOR OF CONSTITUENT SERVICES REACHES OUT TO DOHERTY WHERE THEY HAVE A 24 MINUTE DOCUMENTED CONVERSATION ABOUT HOW SORRY SHE WAS FOR TAKING SO LONG, AND THE FACT THAT HER TEAM WOULD THOROUGHLY CHECK INTO THE MATTER AND GET BACK TO DOHERTY.**

DOHERTY NEVER HEARD FROM ANYONE FROM THE GOVERNOR'S OFFICE AGAIN, EVEN THOUGH HE SENT MULTIPLE REQUESTS IN THE MAIL. INCLUDING A 300 PAGE EVIDENTIARY PACKET THROUGH CERTIFIED MAIL ON 10/13/23.

**A WEEK LATER, DOHERTY WAS ARRESTED AND UNLAWFULLY IMPRISONED FOR 8 MONTHS.**

**DOHERTY TRIED REACHING OUT TO GOVERNOR WHITMER AND AMANDA YOUSEFF MULTIPLE TIMES WHILE BEING UNLAWFULLY HELD AGAINST HIS WILL. NEITHER OF WHOM EVER RESPONDED ONCE AGAIN.**

**State Of Michigan**
430 W. Allegan St.
Richard H. Austin Bldg, 4th floor
Lansing, MI. 48918
888-767-6424
**Gender Discrimination,** From The Three Most Powerful Figures In the State. Including The Governor, Attorney General, And Chief Circuit Judge Where They All Live. Who All Happen To Be Female, and Friends.

***Failure Of The State To Provide Checks And Balances For A Situation Like This,** Adequate Separation of Powers, or Accountability for Those Who Take Advantage Of Such A Thing. Ultimately creating an unsafe place for American Families like Mr Doherty's. Responsible for the Corruption And Willful Neglect That Festered. Including Fraud, Deprivation Of Rights, and Unlawful Imprisonment. Unlawfully authorizing Receiverships in an Industry With No Bankruptcy Protection as well, Signed By Whitmer, Which Initiated This Entire Thing.

State of Michigan (.gov)
https://www.michigan.gov

Governor Whitmer Signs Bills Into Law

Oct 15, 2020 — Under the new law, the MRA is required to promulgate rules and establish procedures for approving a receiver to operate a medical marijuana ...

**Michigan Governor's Office**
111 S Capitol Ave, Lansing, MI 48933
517-373-3400
Corruption Of Office, Willful Neglect of Duty, Abuse Of Process, Aiding And Abetting A Criminal Enterprise, Collusion, Deprivation Of Rights Under Color Of Law, Willful Endangerment Of Another, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Reckless Disregard For Human Life.

---

Detroit Free Press

Subscribe Sign In

Published 7:01 a.m. ET May 30, 2023 | Updated 5:03 p.m. ET May 30, 2023

Michigan Gov. Gretchen Whitmer signed into law in 2020 a bill that extended the court-ordered receivership process to Michigan's marijuana industry, providing a state-level remedy for those in the marijuana industry that are unable to take advantage of federal bankruptcy courts.

# *A COMMON MISCONCEPTION WITH RECEIVERSHIP IS THAT IT'S SIMILAR TO BANKRUPTCY. IT'S NOT.

IN SIMPLE TERMS: RECEIVERSHIP IS IN THE BEST INTEREST OF THE LENDER. BANKRUPTCY HELPS PROTECT THE BORROWER. OF WHICH DOES NOT EXIST IN THE CANNABIS INDUSTRY.

***THIS IS VERY IMPORTANT, FOR IT VIOLATES THE CONSTITUTION AND EQUAL PROTECTION OF THE LAW ON ITS OWN.**

After a year of Record Growth, the Commercial Receivers Association Closes out 2023 with the Appointment of Frank R. Simon as the new State Director of Michigan

December 12, 2023 / Public Notices / The DailyDAC Editors

**RECORD GROWTH. AFTER STATE TAKES ALL KINDS OF MONEY IN TAXES FROM THE CANNABIS INDUSTRY, BUT FAILS TO PROTECT IT.**

FROM SCAVENGERS LIKE FRANK SIMON, WHO TRAINED POLDERMAN HOW TO ILLEGALLY TAKE OVER COMPANIES AND CAN'T GET ENOUGH.

**Commercial Receivers Association**
Who not surprisingly, lists no address or way of contacting them, other than the email: info@commercialreceiver.org
Headed by Eric Peterson of Spencer Fane.
Spencer Fane St Louis Location:
1 North Brentwood Boulevard, Suite 1200. St. Louis, MO 63105. Phone: 314-333-3937
Head of Spencer Fane: Patrick J. (Pat) Whalen. Kansas City: 1000 Walnut Street, Suite 1400, Kansas City, MO. 64106. Phone 816-292-8237

And CEO. (Also CEO of NMBL Strategies), Eric Moraczewski
NMBL Strategies Address: 8419 Manchester Rd Suite 101, St Louis, MO 63144
314-246-9106. eric@nmblstrategies.com
Negligence, and Aiding & Abetting A Criminal Enterprise With Frank R. Simon.

****GRETCHEN WHITMER WAS AN INGHAM COUNTY PROSECUTOR UNDERNEATH JOYCE DRAGANCHUK FOR 6 MONTHS IN 2016.** ONE OF THE MAIN ABUSERS AND ENABLERS OF THIS SITUATION.

**Gretchen Whitmer**
Current State Governor
Michigan Governor's Office
111 S Capitol Ave, Lansing, MI 48933
517-373-3400
Corruption Of Office, Willful Neglect of Duty, Abuse Of Process, Aiding And Abetting A Criminal Enterprise, Collusion, Deprivation Of Rights Under Color Of Law, Willful Endangerment Of Another, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Reckless Disregard For Human Life.

**Amanda Youssef**
Director of Constituent services
Michigan Governor's Office
111 S Capitol Ave, Lansing, MI 48933
517-373-3400
Willful Neglect of Duty, Aiding And Abetting A Criminal Enterprise, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

JOYCE DRAGANCHUK, GRETCHEN WHITMER, AND DANA NESSEL ALL SHARE A PROSECUTORIAL BACKGROUND, WHERE WINNING IS OFTEN PRIORITIZED ABOVE ALL ELSE. DRAGANCHUK IS ALSO THE ELDER BY OVER A DECADE OF THESE THREE WOMEN, WHOM ALL LIVE AND WORK IN THE SAME INGHAM COUNTY AS WELL.

**City Of Lansing**
124 W Michigan Ave
Lansing, MI 48933
517-483-4141
Willful Neglect Of Duty, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Professional Misconduct, Intentional Infliction Of Emotional Distress, Collusion, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

# DOHERTY TRIED REACHING OUT TO LANSING MAYOR ANDY SCHOR SEVERAL TIMES IN WRITING. WHO INSISTED ON NOT RESPONDING TO DOHERTY AND ENCOURAGED OTHERS TO DO THE SAME.

---



**Andy Schor**
Lansing Mayor's Office
124 W Michigan Ave
Lansing, MI 48933
517-483-4141
Willful Neglect Of Duty, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Professional Misconduct, Intentional Infliction Of Emotional Distress, Collusion, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

MS FRAYER WAS ONE OF THE PEOPLE SCHOR CONVINCED NOT TO RESPOND TO DOHERTY. WHO HAD RECENTLY BEEN FIRED FROM FLINT INVOLVING ANOTHER SCANDAL.



**Shelbi Frayer**
Lansing Mayor's Office
124 W Michigan Ave
Lansing, MI 48933
517-483-4141
Willful Neglect Of Duty, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Professional Misconduct, Intentional Infliction Of Emotional Distress, Collusion, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Scott Bean**
Spokesperson for Andy Schor
Lansing Mayor's Office
124 W Michigan Ave
Lansing, MI 48933
517-483-4141
Negligence, Defamation, Professional Misconduct, Intentional Infliction Of Emotional Distress, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

DOHERTY REACHED OUT TO THE LANSING CITY ATTORNEY'S OFFICE SEVERAL TIMES AS WELL, INFORMING THEM OF THE CRIMINAL ACTIVITY THAT WAS GOING ON WITHIN THEIR CITY.

**INSTEAD OF LISTENING AND ACTING ON ANY OF IT, LANSING CITY ATTORNEY JIM SMIERTKA HAD DOHERTY REMOVED FROM HIS OFFICE FOR "HARASSMENT".**

***MORE ATTEMPTS BY INGHAM COUNTY AND LANSING TO AVOID ACCOUNTABILITY BY TWISTING THE LAW.**

DOHERTY HAD MULTIPLE WITNESSES CONFIRMING HIS CALM DEMEANOR. MORE INDIFFERENCE, AND WILLFUL NEGLECT OF DUTY FROM THE CITY OF LANSING.

---

---

**Lansing City Attorney's Office**
124 W Michigan Ave #5
Lansing, MI 48933
517-483-4320
Willful Neglect Of Duty, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Professional Misconduct, Intentional Infliction Of Emotional Distress, Collusion, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.



**Jim Smiertka**
Lansing City Attorney
124 W Michigan Ave #5
Lansing, MI 48933
517-483-4320
Willful Neglect Of Duty, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Professional Misconduct, Intentional Infliction Of Emotional Distress, Collusion, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Amanda O'Boyle**
Lansing City Attorney
124 W Michigan Ave #5
Lansing, MI 48933
517-483-4320
Willful Neglect Of Duty, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Professional Misconduct, Intentional Infliction Of Emotional Distress, Collusion, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

DOHERTY TRIED REACHING OUT TO DIRECTOR OF HEALTH AND HUMAN SERVICES ELIZABETH HERTEL SEVERAL TIMES IN WRITING, AS HE WAS CONTINUALLY BEING ABUSED AND NEGLECTED IN 2023/2024 BY EMPLOYEES UNDERNEATH HER.

**MORE SILENCE, AND WILLFUL NEGLECT. FROM PEOPLE APPOINTED BY WHITMER.**

**Department Of Health & Human Services**
3335 Grand Ave, PO Box 30195
Lansing, MI 48909
517-241-3740
Willful Neglect of Duty, Collusion, Aiding And Abetting A Criminal Enterprise, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard Of The Truth, Reckless Disregard For Human Life.

**Elizabeth Hertel**
Director Of Health & Human Services
3335 Grand Ave, PO Box 30195
Lansing, MI 48909
517-241-3740
Willful Neglect of Duty, Collusion, Aiding And Abetting A Criminal Enterprise, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard Of The Truth, Reckless Disregard For Human Life.

---

FORENSIC CENTER EMPLOYEE ELLEN GARVER DEEMED MR DOHERTY 100% COMPETENT IN FEBRUARY OF 2024.

THEN ARBITRARILY CHANGED HER MIND A MONTH LATER ON 3/25/23, AFTER DOHERTY SUBMITTED SEVERAL MOTIONS TO THE COURT THAT WERE ULTIMATELY BEYOND HER UNDERSTANDING.

---

**FORENSIC CENTER EMPLOYEE DR TRUMBULL, WHOM IS THE LEGAL EXPERT FOR THE FORENSIC CENTER, LATER CONFIRMED THIS WHEN HE ADMITTED TO DOHERTY IN PERSON THAT THE SAME MOTIONS IN QUESTION WERE EVEN ABOVE HIS HEAD.** (NOT LISTED HERE)

---

**Center For Forensic Psychiatry**
8303 Platt Rd, Saline MI 48176
734-429-2531
Assault, False Reporting Of The Facts, Willful Neglect of Duty, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Defamation, Deprivation Of Rights Under Color Of Law, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

ELLEN GARVER REFUSED TO RECORD THE INITIAL CONVERSATION HER AND DOHERTY HAD OVER ZOOM.

OF WHICH DOHERTY REQUESTED AFTER HE FOUND OUT THAT **GARVER AND DRAGANCHUK HAD DONE MUCH BUSINESS TOGETHER OVER THE YEARS.**

---

**Ellen Garver**
Center For Forensic Psychiatry
8303 Platt Rd, Saline MI 48176
734-429-2531
Assault, False Reporting Of The Facts, Willful Neglect of Duty, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Defamation, Deprivation Of Rights Under Color Of Law, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

FORENSIC CENTER EMPLOYEES GARVER AND POORTINGA THEN WORKED TOGETHER TO HOLD DOHERTY IN A PSYCHIATRIC HOSPITAL FOR 60 DAYS, WHERE NEITHER OF THEM BOTHERED TO READ ANY OF THE HUNDREDS OF PAGES OF EXCULPATORY EVIDENCE DOHERTY HAD PROVIDED THEM.

**THAT WAS APPARENTLY BENEATH THEM.**

**INSTEAD, THEY PROCEEDED TO HOLD DOHERTY DOWN WITH TEN OTHER GUYS TO INJECT MEDICATION INTO HIM THROUGH A SHOT AGAINST HIS WILL, AS HE WAS SCREAMING AND SCARED FOR HIS LIFE.** (SEE VIDEO FOOTGAGE)

TRYING TO BREAK HIM OF HIS "RIGID THINKING" OF INNOCENSE, AND *REVICTIMIZING HIM OVER AND OVER.

(SOMETHING THAT TOOK MONTHS TO RECOVER FROM)

**Ernie Poortinga**
Center For Forensic Psychiatry
8303 Platt Rd, Saline MI 48176
734-429-2531
Assault, False Reporting Of The Facts, Negligence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Defamation, Deprivation Of Rights Under Color Of Law, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

CMH EMPLOYEES ANNA AND NICHOLE WERE BOTH INFORMED MULTIPLE TIMES BY DOHERTY OF ALL OF THE MENTAL ABUSE HE WAS RECEIVING WITHIN THE SYSTEM. HE ASKED THEM FOR HELP MULTIPLE TIMES.

**OF WHICH THEY ULTIMATELY CHOSE TO IGNORE AND DO NOTHING.**

SHOCKING NEGLIGENCE, IN A SOCIETY WHERE MENTAL HEALTH IS SUPPOSED TO BE SUCH A PRIORITY THESE DAYS.

---

---

**(CMH) Community Mental Health**
5702 Wise Rd, Lansing MI. 48911
517-882-9170
Willful Neglect of Duty, Collusion, Aiding And Abetting A Criminal Enterprise, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard Of The Truth, Reckless Disregard For Human Life.

**CMH Employee Nichole B.**
(CMH) Community Mental Health
5702 Wise Rd, Lansing MI. 48911
517-882-9170
Willful Neglect of Duty, Collusion, Aiding And Abetting A Criminal Enterprise, Defamation, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard Of The Truth, Reckless Disregard For Human Life.

**CMH Employee Anna**
(CMH) Community Mental Health
5702 Wise Rd, Lansing MI. 48911
517-882-9170
Willful Neglect of Duty, Collusion, Aiding And Abetting A Criminal Enterprise, Defamation, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard Of The Truth, Reckless Disregard For Human Life.

---

---

**MR DOHERTY FILED AN OFFICIAL POLICE REPORT WITH POTTERVILLE POLICE CHIEF**

**RICHARD BARRY ON 8/14/23 (REPORT #23-0169). INFORMING HIM OF AN AGGRAVATED STALKING INCIDENT THAT OCCURRED AT HIS NEW HOME IN POTTERVILLE, OF WHICH WAS VERY CONCERNING TO DOHERTY AND HIS FAMILY.**

IT WAS LATER DISCOVERED THAT CHIEF BARRY DID NOT TAKE ANY OF THIS SERIOUSLY, AND REFUSED TO READ THROUGH ANY OF THE EVIDENCE DOHERTY HAD BEEN SUBMITTING TO HIM REGARDING THE MATTER.

**WORSE YET, CHIEF BARRY FAILED TO INCLUDE ANY OF THIS EXCULPATORY EVIDENCE IN THE POLICE REPORT USED TO FALSELY ARREST DOHERTY ON 10/20/23.**

THIS WAS AFTER DOHERTY FILED A SECOND POLICE REPORT WITH BARRY ON 10/12/23 INVOLVING THE FILING OF A FALSE POLICE REPORT BY JOHN POLDERMAN AND HIS ACCOMPLICES, OF WHICH BARRY NEVER ACTUALLY FILED.

# BARRY, 37 AT THE TIME. THINKING HE KNEW BEST WHILE MANAGING THE TOWN OF POTTERVILLE MI, POPULATION 3,092.




**Chief Richard Barry**
Potterville Police Department
319 N Nelson St, Potterville, MI 48876
517-645-7802
Police Brutality, Use Of Excessive Force, Corruption Of Office, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Collusion, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Potterville Police Department**
319 N Nelson St, Potterville, MI 48876
517-645-7802
Police Brutality, Use Of Excessive Force, Corruption Of Office, Willful Neglect of Duty, Conspiracy to Obstruct an Investigation, Conspiracy To Unlawfully Arrest & Imprison Another, Cruel And Excessive Punishment, Intimidation Of A Witness, Brady Violations & Failure to Provide Exculpatory Evidence, Intentional Infliction of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Coercion, Deprivation Of Rights Under Color Of Law, Malfeasance In Office, Collusion, Abuse Of Process, Abuse Of Power, Defamation, Collusion, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

DOHERTY OFFICIALLY REPORTED THIS SITUATION TO THE DETROIT FBI ON 2/28/23. THIS WAS AFTER HE DROVE ALL THE WAY TO THE FBI HEADQUARTERS IN WASHINGTON DC, AND HAD MULTIPLE MEETINGS AND PHONE CONVERSATIONS WITH DIFFERENT AGENTS.

**WHITE-COLLAR CRIME IS A VERY SERIOUS THING IN THIS COUNTRY, AND THE KEY TO CATCHING IT IS THROUGH AN EXTENSIVE PAPER TRAIL. OF WHICH DOHERTY HAS COLLECTED OVER 5,000 PAGES OF.**

A 550 PAGE EVIDENTIARY PACKET WAS SENT THROUGH CERTIFIED MAIL TO LANSING FBI AGENT ASHCROFT IN JULY OF 2023. OF WHICH HE ADMITTED TO BRIEFLY FLIPPING THROUGH ONE MORNING, AND THEN SENDING IT BACK TO WHEREVER IT CAME FROM. WITHOUT EVEN ATTEMPTING TO REACH OUT TO DOHERTY IN THE MATTER.

**"IT SEEMED CIVIL TO ME", SAID ASHCROFT. IN AN HOUR LONG CONVERSATION OF WHICH DOHERTY RECORDED.**

**ASHCROFT ALSO SEEMED TO CARE LESS WHEN DOHERTY TOLD HIM THIS GROUP HAD CAUSED OTHERS TO KILL THEMSELVES THROUGH A SIMILAR AMOUNT OF FRAUD, WHICH ULTIMATELY AMOUNTS TO FELONY MURDER.**

**THE LARRY NASSAR VICTIMS HAD A SERIOUS PROBLEM WITH GETTING THE F.B.I. TO ACTUALLY CARE BACK IN THE DAY AS WELL, AND ENDED UP WINNING A JUDGEMENT OF $138.7 MILLION IN 2024 AGAINST THEM.**

**FBI HEADQUARTERS**
(KASH PATEL, DIRECTOR)
(Official Complaints filed on 2/28/23 & 1/28/25)
935 Pennsylvania Ave, NW
Washington DC, 20535
202-324-3000
Willful Neglect of Duty, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**KASH PATEL, PERSONALLY.**
DIRECTOR OF F.B.I.
(Official Complaints filed on 2/28/23 & 1/28/25)
935 Pennsylvania Ave, NW
Washington DC, 20535
202-324-3000
Willful Neglect of Duty, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**FBI DETROIT OFFICE**
(CHEYVORYEA GIBSON)
(Official Complaints filed on 2/28/2023 & 1/28/2025)
Involving Detroit FBI Agents Steve Osowski, Carley, FBI Employee #8096, etc.
477 Michigan Ave, 26th Floor
Detroit, MI 48226
313-965-2323
Willful Neglect of Duty, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**CHEYVORYEA GIBSON, PERSONALLY.**
FBI DETROIT OFFICE
(Official Complaints filed on 2/28/2023 & 1/28/2025)
Involving Detroit FBI Agents Steve Osowski, Carley, FBI Employee #8096, etc.
477 Michigan Ave, 26th Floor
Detroit, MI 48226
313-965-2323
Willful Neglect of Duty, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**FBI LANSING OFFICE**
HEAD OF OFFICE
(Official Complaints filed on 2/28/23 & 1/28/25)
2911 Eyde Pkwy

East Lansing, MI 48823
517-336-8367
Willful Neglect of Duty, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Lansing FBI Agent Ashcroft**
2911 Eyde Pkwy, East Lansing, MI 48823
517-336-8367
Willful Neglect of Duty, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---




(1/28/25, 3:17 PM)

# DOHERTY WAS HUNG UP ON BY THE F.B.I. NOTHING SHORT OF 15 TIMES OVER ALL THIS.

ONE OF MANY EXAMPLES WHERE HE WOULD START EXPLAINING TO SOMEONE HOW HE HAD BEEN VICTIMIZED, WHO REFUSED TO GIVE OUT THEIR NAME **(THIS ONE WAS EMPLOYEE #8096, CLEARLY USED TO HAVING ZERO ACCOUNTABILITY),** WHO ACTED NOT ONLY BORED, BUT ARROGANT AND RUDE.

**AND SIMPLY HUNG UP ON DOHERTY AFTER THEY FELT THEY HAD "LISTENED" ENOUGH, WITHOUT TAKING ANY FORM OF ACTION.**

FOR MOST VICTIMS, THIS ONE ACT MAY DISCOURAGE THEM FROM EVER TRYING TO REPORT THE CRIME AGAIN.

---

ESPECIALLY AFTER GOING THROUGH SUCH A HORRENDOUS ORDEAL IN THE FIRST PLACE, MUSTERING UP THE COURAGE TO CALL ONLY TO FIND AN INCENSITIVE LITTLE PRICK ON THE OTHER END WHO COULD CARE LESS.

---

---

DOHERTY'S EX EMPLOYEES AIDING AND ABETTING JOHN POLDERMAN OF SIMON PLC IN MULTIPLE ACTS OF HARASSMENT, INTENTIONAL FRAUD, CONSPIRACY TO COMMIT HARM, AND FILING OF A FALSE POLICE REPORT.

**3 OF THESE EX EMPLOYEES DOHERTY HAD FIRED FOR DRUG DEALING, DRUG USE, AND GRAND LARCENY. POLDERMAN THEN HIRED THEM BACK, AND ILLEGALLY CONSPIRED WITH THEM TO HAVE DOHERTY FALSELY ARRESTED ON 10/20/23.**

---

THESE SAME EMPLOYEES WERE CAUGHT DRUG TRAFFICKING HUNDREDS OF POUNDS OF A FEDERALLY ILLEGAL SUBSTANCE ONTO THE STREETS OF LANSING AND INGHAM COUNTY, WITH SEVERAL WITNESSES IN 2023.

---

**OFFICIALLY REPORTED TO INGHAM COUNTY, AND LANSING POLICE DEPARTMENT MULTIPLE TIMES, OF WHOM CHOSE TO SILENCE AND SUPPRESS THE INFORMATION TO FURTHER "PROTECT THEIR OWN".**

---

# *VERIFIED DRUG DEALER JAMES NOYES

## WHO DOHERTY HAD TO FIRE. AFTER CATCHING HIM ON COMPANY SITE "VIBER", DISTRIBUTING ILLEGAL PRODUCT TO FELLOW EMPLOYEES.

JAMES, WITH PLENTY OF MOTIVE, **THEN BECAME ONE OF POLDERMAN'S STAR "WITNESSES" AGAINST DOHERTY IN A FRAUDULENT SCHEME TO HAVE HIM ARRESTED** BASED ON FALSE POLICE REPORTS THEY FILED TOGETHER ON 10/14/23.

WITH FELLOW EX-EMPLOYEE DOHERTY HAD TO FIRE FOR DRUG USING, MARK ANDREK. WHO IS LISTED BELOW AS WELL, AND ACTUALLY ADMITTED TO CONSPIRING AGAINST DOHERTY WITH THE OTHERS BEFOREHAND IN HIS OWN LPD REPORT SHOWN LATER ON.

(NOT THE SMARTEST BUNCH, BUT FLOWED PERFECTLY INTO POLDERMAN'S LITTLE GANG OF DELINQUENTS.)

**BOTH OF THESE INDIVIDUALS SHOWED UP TO MULTIPLE HEARINGS AGAINST DOHERTY WITH POLDERMAN, GETTING OFF ON SEEING HIS SUFFERING AND ACTUALLY CELEBRATING AFTER.**

ALONG WITH STALKING DOHERTY AND HIS WIFE ONLINE.

*INGHAM COUNTY AND LANSING POLICE DEPT WAS MADE WELL AWARE OF ALL OF THIS, AND CONTINUED TO DO NOTHING.



**James Noyes**
1305 S Cedar St, Lansing, MI. 48910
Drug Trafficking, Intentional Fraud, False Reporting Of A Felony, Harassment, Deceit With Intent To Harm, Aggravated Stalking, Intentional Infliction Of Emotional Distress, Aiding And

Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Intimidation, Defamation, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Mark Andrek**
1305 S Cedar St, Lansing, MI. 48910
Intentional Fraud, False Reporting Of A Felony, Harassment, Deceit With Intent To Harm, Drug Trafficking, Aggravated Stalking, Intentional Infliction Of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Intimidation, Defamation, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Alec Centeno**
1305 S Cedar St, Lansing, MI. 48910
Intentional Fraud, False Reporting Of A Felony, Harassment, Deceit With Intent To Harm, Drug Trafficking, Aggravated Stalking, Intentional Infliction Of Emotional Distress, Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Intimidation, Defamation, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Roy Plowman**
1305 S Cedar St, Lansing, MI. 48910
Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Drug Trafficking, Harassment, Intentional Infliction Of Emotional Distress, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.
**Tyler Sible**
1305 S Cedar St, Lansing, MI. 48910
Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Drug Trafficking, Harassment, Intentional Infliction Of Emotional Distress, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

NICK AND BRI WERE FORMER EMPLOYEES OF DOHERTY'S, WHO FOUND OUT HE ALMOST TOOK HIS OWN LIFE OVER ALL OF THIS IN 2022.

DOHERTY HAD DONE A LOT FOR THESE TWO, EVEN GIVING THEM A FREE PLACE TO LIVE, ETC.

AFTER JOHN POLDERMAN HAD TURNED THEM AGAINST HIM ALONG WITH OTHERS, NICK WROTE DOHERTY AND SAID **"NEXT TIME, DON'T MISS."**

---

**Nick Carrow**
1305 S Cedar St, Lansing, MI. 48910
Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Drug Trafficking, Harassment, Intentional Infliction Of Emotional Distress, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Brianna Herronan**
1305 S Cedar St, Lansing, MI. 48910
Aiding And Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Drug Trafficking, Harassment, Intentional Infliction Of Emotional Distress, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

JOHN POLDERMAN OF SIMON PLC ILLEGALLY WORKED WITH TODD HEYWOOD OF THE CITY PULSE BEHIND THE SCENES TO WRITE **SIX DIFFERENT SMEAR CAMPAIGN ARTICLES** AGAINST DOHERTY BASED ON 100% FALSE PRETENSES IN 2023.

---

***AFTER HE TRANSFERS $4,800 IN CRYPTOCURRENCY FROM A ROBINHOOD ACCOUNT.**

---

**City Pulse**
1905 E Michigan Ave, Lansing, MI 48912
517-371-5600
Maliciously Weaponizing False Information, Defamation, Intentional Infliction of Emotional Distress, Intentional Fraud, Deceit With Intent to Harm, Aiding and Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Professional Misconduct, Defamation, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Berl Schwartz**
City Pulse
1905 E Michigan Ave, Lansing, MI 48912
517-371-5600
Maliciously Weaponizing False Information, Defamation, Intentional Infliction of Emotional Distress, Intentional Fraud, Deceit With Intent to Harm, Aiding and Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Professional Misconduct, Defamation, Reckless

Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

**TODD HEYWOOD WOULD LATER CLAIM TO BE A "VICTIM". AFTER DOHERTY CAUGHT HIM IN MULTIPLE ACTS OF INTENTIONAL FRAUD, AND INFORMED THE OWNER BERL SCHWARTZ ABOUT IT AS WELL.**
WHO CHOSE TO CONTINUE ENABLING THE ENTIRE THING TO SELL MORE PAPERS, & HAS A HISTORY OF THIS VERY THING.

---

(SHOWN IN LATER EXHIBITS)

**Todd Alan Heywood**
City Pulse
1905 E Michigan Ave, Lansing, MI 48912
517-371-5600
Maliciously Weaponizing False Information, Defamation, Intentional Infliction of Emotional Distress, Intentional Fraud, Deceit With Intent to Harm, Aiding and Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Professional Misconduct, Defamation, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

KEN PALMER OF THE LANSING STATE JOURNAL PUBLISHED AN ARTICLE ON 10/23/23 BASED ON ENTIRELY FALSE PRETENSES, THAT HAD BEEN RELAYED TO HIM BY THE CORRUPT RECEIVER JOHN POLDERMAN AND HIS NEW FOUND WINGMAN TODD HEYWOOD.

**WITH NO ATTEMPTS TO REACH OUT TO DOHERTY OR HIS FAMILY TO FIGURE OUT WHAT WAS REALLY GOING ON.**



**Ken Palmer**
Lansing State Journal, 300 S Washington Square, Lansing MI 48933
517-267-1313
*CONCERNING DEFAMATORY ARTICLE PUBLISHED BY LSJ ON 10/23/23.
Defamation, Negligence, Aiding and Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Professional Misconduct, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

**THIS WAS AFTER DAN BASSO OF LANSING STATE JOURNAL HAD BEEN KEPT IN THE LOOP FOR MONTHS WITH ALL KINDS OF EVIDENCE THAT DIRECTLY CONTRADICTED THE ARTICLE THEY ENDED UP WRITING.**

DOHERTY HAD ALSO MET BASSO FOR ABOUT 30 MINUTES AT THE LSJ HEADQUARTERS DOWNTOWN IN JULY OF 2023 TO GO OVER EVERYTHING IN PERSON. NONE OF WHICH WAS INCLUDED IN THEIR ARTICLE PUBLISHED ON 10/23/23.

---

**GANNETT CO., INC.**
(CEO MICHAEL E. REED)
Owner Of Lansing State Journal
7950 Jones Branch Drive
McLean, VA. 22107
703-854-6000

*CONCERNING DEFAMATORY ARTICLE PUBLISHED BY LSJ ON 10/23/23.
Our Battle Is Not With You Or USA Today, But You Need To Get Your Subsidiary Company Below In Line For The Following: Defamation, Negligence, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another.

**Lansing State Journal**
300 S Washington Square, Lansing MI 48933
517-267-1313
*CONCERNING DEFAMATORY ARTICLE PUBLISHED BY LSJ ON 10/23/23.
Defamation, Negligence, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another.

**Stephanie Angel**
Lansing State Journal
300 S Washington Square, Lansing MI 48933
517-267-1313
*CONCERNING DEFAMATORY ARTICLE PUBLISHED BY LSJ ON 10/23/23.
Defamation, Negligence, Aiding and Abetting A Criminal Enterprise, Conspiracy To Cause Harm, Professional Misconduct, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Dan Basso**
Lansing State Journal, 300 S Washington Square, Lansing MI 48933
517-267-1313
*CONCERNING DEFAMATORY ARTICLE PUBLISHED BY LSJ ON 10/23/23.
Defamation, Negligence, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Lansing State Journal**

Subscribe Sign In



**Dan Basso**
Local News Editor

Local news editor at the Lansing State Journal. Previously worked as a reporter, sports editor and news editor at multiple newspapers in Michigan.

Our journalists adhere to the USA TODAY NETWORK Principles of Ethical Conduct For Newsrooms.

# "WE ARE COMMITTED TO SEEKING AND REPORTING THE TRUTH IN A TRUTHFUL WAY.

## USA TODAY NETWORK Principles of Ethical Conduct For Newsrooms

USA TODAY Network's Principles of Ethical Conduct for Newsrooms includes concepts and language developed by the Radio and Television Digital News Association, other Gannett documents and a group of Gannett executives and journalists. These principles are designed to guide journalists working with any news platform, including newspapers, websites, mobile devices, video, social media channels and live story events.

**WE ARE COMMITTED TO:**

**I. Seeking and reporting the truth in a truthful way**

- We will be honest in the way we gather, report and present news - with relevancy, persistence, context, thoroughness, balance, and fairness in mind.
- We will seek to gain understanding of the communities, individuals and issues we cover to provide an informed account of activities.

cm.usatoday.com

# ACCOUNTABILITY

**ACCOUNTABILITY & RESPONSIBILITY**

- Journalists must take responsibility for any errors or inaccuracies in the AI-generated content they use. They must be accountable to their audience and take corrective action if errors are found.

# "JOURNALISTS MUST TAKE RESPONSIBILITY FOR ANY ERRORS, AND TAKE CORRECTIVE ACTION IF ERRORS ARE FOUND."

**WLNS-TV 6**
**(Marci Daniels, Current General Manager)**
Regarding Article Posted by Josh Sanchez on 4/4/2023
2820 E Saginaw St
Lansing, MI 48912
Negligence, Defamation, Failure To Investigate, Willful Endangerment Of Another, Reckless Disregard For The Truth. Apparently no one does any research into their own stories these days?

**WKAR Public Media**
**(General Manager Shawn Turner)**
Regarding Article Published by Scott Pohl on 10/23/2023
Michigan State University
Communication Arts & Sciences Bldg
404 Wilson Rd Room 212
East Lansing, MI 48824-1212
517-884-6990
Negligence, Defamation, Failure To Investigate, Reckless Disregard For The Truth.

**Dabbin' Dad**
**(Paul Kirchberg)**
Regarding Online Article Posted by Kirchberg on 4/6/2023
Dad@dabbin-dad.com
A random Connecticut smalltime online media site somehow picked up the story, who doesn't list a physical address. Of whom wasn't paying attention, and simply regurgitated City Pulse's headline based on a fraudulent agenda of which they didn't bother checking into at Doherty's expense. Negligence, Defamation, Failure To Investigate, Reckless Disregard For The Truth.

---

MR DOHERTY OFFICIALLY REPORTED JOYCE DRAGANCHUK TO THE JTC FOR IMPEACHMENT ON 3/18/23. AFTER SHE STARTED VIOLATING DOHERTY'S 6TH AMENDMENT BASIC CIVIL RIGHT OF BEING ABLE TO DEFEND HIMSELF IN THE COURT OF LAW.

**DOHERTY CONTACTED BOTH JTC AND SCAO MANY TIMES CONCERNING ALL OF THE FRAUD AND INTENTIONAL MISCONDUCT THAT WAS PRESENT THROUGHOUT HIS ENTIRE CASE.** NEITHER OF WHOM EVER TOOK ANY KIND OF ACTION.

## MORE NEGLIGENCE AND DELIBERATE INDIFFERENCE.

**JTC, Judicial Tenure Commission**
(Thomas J. Ryan, Chair)
3034 West Grand Blvd. Suite 8-350
Detroit, MI 48202
313-875-5110
ORIGINAL IMPEACHMENT REQUEST FOR JOYCE DRAGANCHUK FILED ON 3/18/23.
300 PG EVIDENTIARY PACKET WAS ALSO SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9606 67.
Corruption, Willful Neglect Of Duty, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Aiding And Abetting A Criminal Enterprise, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Thomas J. Ryan, Chair, Personally**
Judicial Tenure Commission
3034 West Grand Blvd. Suite 8-350
Detroit, MI 48202
313-875-5110
ORIGINAL IMPEACHMENT REQUEST FOR JOYCE DRAGANCHUK FILED ON 3/18/23.
300 PG EVIDENTIARY PACKET WAS ALSO SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9606 67.
Corruption, Willful Neglect Of Duty, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Aiding And Abetting A Criminal Enterprise, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**SCAO (Supreme Court Administrative Office)**
Tom Boyd, Administrator
925 W Ottawa St. Lansing, MI 48915
517-373-0130
300 PG EVIDENTIARY PACKET WAS ALSO SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9606 81
Corruption, Willful Neglect Of Duty, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Aiding And Abetting A Criminal Enterprise, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Tom Boyd, Administrator. Personally**
Supreme Court Administrative Office
925 W Ottawa St. Lansing, MI 48915
517-373-0130
300 PG EVIDENTIARY PACKET WAS ALSO SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9606 81
Corruption, Willful Neglect Of Duty, Reckless Disregard Of The Truth, Failure To Report A Crime, Failure To Investigate, Deliberate Indifference, Aiding And Abetting A Criminal Enterprise, Willful Endangerment Of Another, Reckless Disregard For Human Life.

HOW IS THE SUPREME COURT SUPPOSED TO REGULATE SOMEONE IMPARTIALLY OF WHOM THEY'VE APPOINTED?

AND HOW DO THEY APPOINT SOMEONE TO OVERSEE BUSINESS COURT INVOLVING MILLIONS OF DOLLARS WHO DOESN'T HAVE ANY ACTUAL BUSINESS EXPERIENCE?

Judge Joyce Draganchuk was appointed as a business court judge by the Michigan Supreme Court in 2013 and served in that capacity until her retirement at the end of 2024.

JOHN POLDERMAN OF SIMON PLC CONVINCED ANNE KRUPP OF TRANSNATION TITLE AGENCY TO FRAUDULENTLY TRANSFER DOHERTY'S PROPERTY AT #5 LOCUST LN, LANSING MI 48933. COMPLETELY BYPASSING MARITAL PROPERTY RIGHTS, OR ALL OF THE INTENTIONAL FRAUD THAT DOHERTY HAD INFORMED HER OF ON 2/17/23.

**ALONG WITH DISREGARDING THE RECEIVERSHIP STATUTE MCL 600.2927(3) THAT CLEARLY STATES "NO RECEIVER SHALL BE APPOINTED OVER A PERSON'S HOME DWELLING".**

**Anne Krupp**
Transnation Title Agency
921 N Division Ave Grand Rapids, MI 49503
616-459-2400
Fraudulent Transfer Of A Property, Willful Neglect, Aiding And Abetting A Criminal Enterprise, Corruption, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Tom Olson, Personally**
Former CEO of Transnation Title Agency
Transnation Title Agency
921 N Division Ave Grand Rapids, MI 49503
616-459-2400
Fraudulent Transfer Of A Property, Willful Neglect, Aiding And Abetting A Criminal Enterprise, Corruption, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Transnation Title Agency**
921 N Division Ave Grand Rapids, MI 49503
616-459-2400
Fraudulent Transfer Of A Property, Willful Neglect, Aiding And Abetting A Criminal Enterprise, Corruption, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

---

JOHN POLDERMAN OF SIMON PLC WAS FURIOUS WHEN HE FOUND OUT DOHERTY HAD COMMUNICATED WITH KRUPP AND INFORMED HER OF HIS FRAUDULENT BEHAVIOR, AND PROCEEDED TO COMPLETELY FABRICATE A VERSION OF DOHERTY'S MEETING WITH KRUPP THAT NEVER ACTUALLY TOOK PLACE.

**EVEN ANNE KRUPP CONFIRMED TWICE IN WRITING THAT JOHN POLDERMAN'S VERSION OF WHAT HAPPENED ON 2/17/23 WAS COMPLETELY FALSE, BUT JOYCE DRAGANCHUK AND HER LAW CLERK MICHAEL LEWYCKY REFUSED TO LISTEN ONCE AGAIN.**

---

INSTEAD THEY USED JOHN POLDERMAN'S FALSE NARRATIVE BASED ON A MTG HE WASN'T EVEN PRESENT FOR, TO HOLD A CRIMINAL CONTEMPT HEARING AGAINST DOHERTY ON 4/4/23. AND THEN USED THAT TO UNLAWFULLY IMPRISON MR DOHERTY FOR THE FIRST TIME FOR 93 DAYS.

---

---

**Maner Costerisan**
2425 E Grand River Ave Suite 1
Lansing, MI48912
517-323-7500
Tax Obstruction, Willful Neglect Of Duty, Aiding And Abetting A Criminal Enterprise, Professional Misconduct, Malpractice, Reckless Disregard Of The Truth, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

JOHN POLDERMAN OF SIMON PLC CONVINCED MANER COSTERISAN TO VIOLATE A COURT ORDER, AND INTENTIONALLY OBSTRUCT DOHERTY'S ABILITY TO PROVIDE TAX INFORMATION TO THE IRS.

***INSTEAD OF LISTENING TO DOHERTY AS HE INFORMED THEM MULTIPLE TIMES OF THE INTENTIONAL FRAUD JOHN POLDERMAN WAS COMMITTING, MANER BLOCKED MR DOHERTY AND CUT OFF ALL COMMUNICATION WITH HIM.**

---

# INTENTIONALLY OBSTRUCTING HIS ABILITY TO PROVIDE ESSENTIAL INFO TO THE IRS, AFTER COLLECTING $150K IN FEES FROM HIM.

---



**Trey Williams**
CPA, President Of Maner Costerisan
2425 E Grand River Ave Suite 1
Lansing, MI48912
517-323-7500
Tax Obstruction, Willful Neglect Of Duty, Aiding And Abetting A Criminal Enterprise, Professional Misconduct, Malpractice, Reckless Disregard Of The Truth, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Jeff Allen**
CPA, Maner Costerisan
2425 E Grand River Ave Suite 1
Lansing, MI48912
517-323-7500
Tax Obstruction, Willful Neglect Of Duty, Aiding And Abetting A Criminal Enterprise, Professional Misconduct, Malpractice, Reckless Disregard Of The Truth, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Maddie Henry**
CPA, Maner Costerisan
2425 E Grand River Ave Suite 1
Lansing, MI48912
517-323-7500
Tax Obstruction, Willful Neglect Of Duty, Aiding And Abetting A Criminal Enterprise, Professional Misconduct, Malpractice, Reckless Disregard Of The Truth, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Toby White Law**
2395 Jolly Rd #160, Okemos MI 48864
517-349-3499

Attorney Malpractice, Willful Neglect, Professional Misconduct, Willful Endangerment Of Another, Reckless Disregard Of The Truth, Reckless Disregard For Human Life.



**Toby White**
2395 Jolly Rd #160, Okemos MI 48864
517-349-3499
Attorney Malpractice, Willful Neglect, Professional Misconduct, Willful Endangerment Of Another, Reckless Disregard Of The Truth, Reckless Disregard For Human Life.

**MICIA**
101 S Washington Square #820, Lansing MI 48933
517-657-7535
Willful Neglect Of Duty, Deliberate Indifference, Professional Misconduct, Willful Endangerment Of Another, Reckless Disregard For Human Life.



**Robin Schneider**
101 S Washington Square #820, Lansing MI 48933
517-657-7535
Willful Neglect Of Duty, Deliberate Indifference, Professional Misconduct, Willful Endangerment Of Another, Reckless Disregard For Human Life.

AS A FOUNDING MEMBER OF MICIA, MR DOHERTY WAS PAYING ROBIN SCHNEIDER $50,000 A YEAR FOR PROTECTION AGAINST THINGS LIKE THIS.

ROBIN WAS INFORMED OF ALL THE CORRUPTION THAT WAS GOING ON BEHIND THE SCENES BY DOHERTY IN WRITING. WHO ASKED MS SCHNEIDER TO CONTACT THE ATTORNEY GENERAL DANA NESSEL AND GET HER INVOLVED TO HELP.

***ROBIN REFUSED TO DO SO, AND INSTEAD REMOVED DOHERTY FROM THE BOARD A MONTH LATER WITHOUT HIS KNOWLEDGE OR PROPER PROCEDURE.**

**Union Bank**
670 Cascade W Parkway SE
Grand Rapids, MI 49546
800-974-3273
Negligence, Deliberate Indifference, Professional Misconduct, Willful Endangerment Of Another, Reckless Disregard For Human Life, Aiding & Abetting A Criminal Enterprise.

DOHERTY HAD PAID THOUSANDS OF DOLLARS IN FEES TO UNION BANK, ONLY TO HAVE THEM TURN THEIR BACK ON HIM THE DAY THEY WERE PRESENTED A FRAUDULENT NOTICE, WITHOUT EVEN TALKING TO HIM ABOUT IT.

IN CONTRAST TO CHASE BANK, WHO KNEW BETTER.

**WHEN DOHERTY CONFRONTED COLLISON, HE CLAMMED UP AND HIRED THE PREDATORY LENDER'S ATTORNEY FLOYD GATES TO "PROTECT HIM".**



**Cortney Collison, Personally**
President/ CEO of Union Bank of Michigan
670 Cascade W Parkway SE
Grand Rapids, MI 49546
800-974-3273
Negligence, Deliberate Indifference, Professional Misconduct, Willful Endangerment Of Another, Reckless Disregard For Human Life, Aiding & Abetting A Criminal Enterprise.

---

CORTNEY HAD PREVIOUSLY ASKED DOHERTY TO INVEST SOME OF HIS "MARIJUANA MONEY" INTO THE BANK, AS THEY WERE HAVING FINANCIAL DIFFICULTIES.

---

DOHERTY HAD AN HOUR LONG MEETING WITH STATE REPRENTATIVE DOUGLAS WOZNIAK IN 2023 REGARDING FLAWS WITHIN THE RECEIVERSHIP LEGISLATION, AND THE DANGERS IT PRESENTED FOR FAMILIES LIKE DOHERTY'S. **THESE THINGS WERE EXHAUSTING, AND TOOK AN ENORMOUS AMOUNT OF TIME AND ENERGY FOR DOHERTY TO SET UP AND FOLLOW THROUGH ON.**

OF WHICH INCLUDED SEVERAL DETAILED EMAILS TOO THAT INVOLVED A PLAN TO RESTRUCTURE THE STATUTE ITSELF, OF WHICH DOHERTY SPENT HOURS ON.

---

*WOZNIAK AND HIS ASSISTANT ANDREW FESTERMAN CUT OFF COMMUNICATION WITH DOHERTY SHORTLY AFTER. REFUSING TO TRY TO HELP DOHERTY AND OTHER FAMILIES IN ANY WAY BECAUSE THEY DIDN'T FEEL IT WOULD EARN THEM ADDITIONAL VOTES.



**Douglas Wozniak**
District 59 State Representative
Anderson House Office Building
N-993 House Office Building
Lansing, MI 48933
517-373-0832
Willful Neglect Of Duty, Deliberate Indifference, Professional Misconduct, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Andrew Festerman**
(Douglas Wozniak's Assistant)
Anderson House Office Building
N-993 House Office Building
Lansing, MI 48933
517-373-0832
Willful Neglect Of Duty, Deliberate Indifference, Professional Misconduct, Willful Endangerment Of Another, Reckless Disregard For Human Life.

# EMAILS TO WOZNIAK

On Thu, Sep 14, 2023 at 10:06 AM Andrew Festerman <AFesterman@house.mi.gov> wrote:

Michael,

Yes I will send you recap of the meeting, along with any research we have completed regarding receivership legislation soon!

**Andrew Festerman**

Legislative Aide

Office of State Rep. Douglas C. Wozniak

House District 59

On Tue, Sep 26, 2023 at 5:34 PM Michael Doherty <michaelsdoherty25@gmail.com> wrote:

Please pass this on to Rep Doug Wozniak, and the attorney you are working with. Either are welcome to reach out to me with additional thoughts or questions at any time. 517-614-1939

MISSION:

To Protect Other Innocent Families, from experiencing the horror we had to go through this last year. While no one seemed to care, or even understand what we were going through in the first place.

Current Legislation falls drastically short, I think we can all agree on that.

OUTLINE:

1). Needs to be at least 5 different options minimum, presented by the court and no one else.

From there, each side can eliminate until getting down to one.

2). All connections must be revealed from get go, including all potential conflicts of interest. Serious penalties for failing to do so, including loss of license to practice without warning.

**"MISSION: TO PROTECT OTHER INNOCENT FAMILIES FROM EXPERIENCING THE HORROR WE HAD TO GO THROUGH THIS LAST YEAR.**

WHILE NO ONE SEEMED TO CARE, OR EVEN UNDERSTAND WHAT WE WERE GOING THROUGH IN THE FIRST PLACE."

# "MOST PEOPLE DON'T EVEN UNDERSTAND WHAT A RECEIVERSHIP IS."

## (CONT'D)

3). Please check into incentives by our next mtg too.
My understanding is receivers get 1% of the sale if they flip the assets. Creating more incentives to steal, and not actually work out a mutually beneficial solution for all parties.

You have to think these guys are in the debt collecting industry, so shadier types of people in the first place. Any inch they can take advantage of, they're gonna do so by miles.

4). Bonds. Bonds need to be insured for bare minimum total value of all assets. My company was worth min $40 Million for example, and the judge let receiver come in with only a $10k bond.

Doesn't even make sense.
And no one is giving this the seriousness it deserves.

5). Liability. Needs to be take. Very seriously. Intentional fraud and gross negligence are serious things involving a receiver, of which have taken place in my case literally hundreds of times.

But there's no true accountability.

6). So accountability, and serious measures of checks and balances. Especially if a judge is involved in approving a receivership, but not actually knowing what they're talking about.

Let alone how to double check that receiver, or make sure things are actually being done fair and just behind the scenes. Key statement, behind the scenes.

All these con artists are great at putting on a facade, and actually doing something else at their core.

7). Who is in charge of detecting whether these types of people are criminally manipulating or not? Who actually cares??

Because so far, all enforcement agencies or checks and balances of any kind have failed on all levels.

Most people don't even understand what a receivership is in the first place.

They think it's something like bankruptcy, and it is not. Bankruptcy takes into account all creditors, not just one like receivership.

## "YOU HAVE TO THINK THESE GUYS ARE IN THE DEBT COLLECTING INDUSTRY, SO SHADIER TYPES OF PEOPLE IN THE FIRST PLACE.

## ANY INCH THEY CAN TAKE ADVANTAGE OF, THEY'RE GONNA DO SO BY MILES."

# "ACCOUNTABILITY"

8). Receivership is an absolutely drastic measure, and all factual evidence needs to be verified by the court, or a 3rd party before one is considered.

And Ex Parte receivership should almost not even be legal. As in my case, it was completely abused, and the people used this loop hole to con their way into taking control.

Through an "unpaid property tax" detail, of which they told me not to pay the property taxes ahead of time, and then these same people ended up trying to use that detail against me.

Even though we caught onto their con beforehand, and actually had it paid.

Problem was, judge already signed an order based on false pretenses, and didn't want to go back on it because it would've made herself and her team look bad at that point for not knowing what they were talking about.

9). ACCOUNTABILITY.
People don't care because it's ultimately not their rear or livelihood on the line.

Let's change that.

Receivership is so extreme, and deals with not only families and their livelihoods, but often times companies that have been built and sacrificed for through generations.

Then you have these chop shop pirates coming in and trying to con, steal and make a profit off a quick flip... While completely disregarding the law, or what's actually best for all parties involved.

Many times devastating these families, and actually causing some of them to commit verified suicides.

Statute is currently very weak and vague, as you're seeing.

10). Needs to be built up like Fort Knox to prevent the very types of criminals that have used it wrongfully to destroy my family and I, and what I spent half of my life sacrificing to earn.

11). Criminal charges, and very serious charges for anyone who abuses this. Right now it lists "Wrongfully appointing a receiver" as a big deal, but damages need to be spelled out clearer and more extreme.

It's almost as if the current legislation itself was written by a receiver or firm that specializes in it, instead of actually parties that can be affected by worst case scenarios if it.

Thank you,
Talk soon.

MD

## "PEOPLE DON'T CARE BECAUSE IT'S ULTIMATELY NOT THEIR REAR OR LIVELIHOOD ON THE LINE.

## LET'S CHANGE THAT."

*ANDREW AND WOZNIAK CUT OFF COMMUNICATION WITH DOHERTY SHORTLY AFTER.

**Foster Swift Collins & Smith PC**
313 South Washington Square
Lansing, MI. 48933
517-371-8100
Negligence, Deliberate Indifference, Professional Misconduct, Malpractice, Ineffective Counsel, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Joel Farrar**
Foster Swift Collins & Smith PC
313 South Washington Square
Lansing, MI. 48933
517-371-8100
Negligence, Deliberate Indifference, Professional Misconduct, Malpractice, Ineffective Counsel, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

MR DOHERTY'S INITIAL "LEGAL TEAM" AT FOSTER SWIFT. WHO DIDN'T SPECIALIZE IN THIS TYPE OF LAW, BUT **CHARGED HIM OVER $100K IN ATTORNEY FEES ANYWAY.**

**THEN DROPPED HIM THE DAY THEY FOUND OUT HE WAS RUNNING OUT OF MONEY.**

COMING UP WITH EXCUSE OF: "COMMUNICATION BREAKDOWN" TO HIDE WHAT WAS REALLY GOING ON.

**THIS WAS AFTER FOSTER & SWIFT FAILED TO EVEN FILE A BASIC ANSWER TO THE COMPLAINT,** ALONG WITH A WHOLE LIST OF OTHER EXAMPLES OF PURE NEGLIGENCE.

---

**David Russell**
Foster Swift Collins & Smith PC
313 South Washington Square
Lansing, MI. 48933
517-371-8100
Failure To Disclose Conflict Of Interest, Negligence, Deliberate Indifference, Professional Misconduct, Malpractice, Ineffective Counsel, Willful Endangerment Of Another, Reckless Disregard For Human Life.

---

WHO ADMITTED TO DOHERTY AT ONE POINT THAT **"WINNING WAS NEVER ACTUALLY HIS GOAL".**




***MAYBE BECAUSE DAVE RUSSELL OF FOSTER & SWIFT, WHO WAS SUPPOSEDLY DOHERTY'S LEAD LITIGATOR, WAS BUDDIES WITH THE VERY GUY HE WAS SUPPOSED TO BE GOING UP AGAINST??** (FRANK SIMON OF SIMON PLC)

---

*NOTE. BEN PRICE OF FOSTER AND SWIFT DID FINE WITH HIS ROLE IN TRYING HIS BEST TO PROTECT DOHERTY AND HIS

FAMILY, AND IS OBVIOUSLY NOT LISTED HERE. HE WAS INSTRUMENTAL IN THE PROPERTY TAX DETAIL, AND THE DEFINITION OF WHAT AN ATTORNEY SHOULD BE.

THE OTHERS FAILED TO ADMIT THEY WERE ULTIMATELY OUT OF THEIR LEAGUE AND SPECIALTY, AND CONTINUED TO MILK DOHERTY FOR EVERYTHING HE WAS WORTH WHILE THEY LET HIM GET DESTROYED.

---

---

## 300 PAGE EVIDENTIARY PACKETS SENT OUT ON 2/28/25 TO THE FOLLOWING AGENCIES ASKING FOR HELP:

**U.S. DEPARTMENT OF JUSTICE**
PAMELA BONDI
US ATTORNEY GENERAL
(Official Complaint # 563754-SRF)
(Along with prior 2023 complaint)
950 Pennsylvania Ave NW
Washington DC, 20530
202-514-2000
REGARDING 300 PG EVIDENTIARY PACKET SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9607 80
Neglect Of Duty, Deliberate Indifference, Willful Endangerment Of Another.

**PAMELA BONDI, PERSONALLY**
US ATTORNEY GENERAL FOR
DEPARTMENT OF JUSTICE
(Official Complaint # 563754-SRF)
(Along with prior 2023 complaint)
950 Pennsylvania Ave NW
Washington DC, 20530
202-514-2000
REGARDING 300 PG EVIDENTIARY PACKET SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9607 80
Neglect Of Duty, Deliberate Indifference, Willful Endangerment Of Another.

**SEC HEADQUARTERS**
**SECURITIES AND EXCHANGE**
**COMMISSION**
MARK T. UYEDA, CHAIRMAN

(Complaint #17376-487-392-956)
100 F Street, NE
Washington DC, 20549
202-942-2950
REGARDING 300 PG EVIDENTIARY PACKET SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9609 88
Neglect Of Duty, Deliberate Indifference, Willful Endangerment Of Another.

**MARK T. UYEDA, CHAIRMAN. PERSONALLY**
SEC HEADQUARTERS
(Complaint #17376-487-392-956)
100 F Street, NE
Washington DC, 20549
202-942-2950
REGARDING 300 PG EVIDENTIARY PACKET SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9609 88
Neglect Of Duty, Deliberate Indifference, Willful Endangerment Of Another.

**FTC HEADQUARTERS**
**FEDERAL TRADE COMMISSION**
ANDREW N. FERGUSON, CHAIR
(Official Complaint # 183481352)
600 Pennsylvania Ave NW
Washington DC, 20580
877-382-4357
REGARDING 300 PG EVIDENTIARY PACKET SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9610 08
Neglect Of Duty, Deliberate Indifference, Willful Endangerment Of Another.

**ANDREW N. FERGUSON, CHAIR. PERSONALLY**
FEDERAL TRADE COMMISSION
(Official Complaint # 183481352)
600 Pennsylvania Ave NW
Washington DC, 20580
877-382-4357
REGARDING 300 PG EVIDENTIARY PACKET SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9610 08
Neglect Of Duty, Deliberate Indifference, Willful Endangerment Of Another.

**BETTER BUSINESS BUREAU**
(SARA CARRIER
DIRECTOR OF OPERATIONS)
20300 W 12 Mile Rd #202
Southfield, MI 48076
866-788-5706

REGARDING 300 PG EVIDENTIARY PACKET SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9608 27
Neglect Of Duty, Deliberate Indifference, Willful Endangerment Of Another.

**SARA CARRIER, PERSONALLY**
DIRECTOR OF OPERATIONS FOR
BETTER BUSINESS BUREAU
20300 W 12 Mile Rd #202
Southfield, MI 48076
866-788-5706
REGARDING 300 PG EVIDENTIARY PACKET SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9608 27
Neglect Of Duty, Deliberate Indifference, Willful Endangerment Of Another.

**STATE BAR OF MICHIGAN**
(JOSEPH P. MCGILL, PRESIDENT)
306 Townsend St
Lansing, MI 48933
517-346-6300
REGARDING 300 PG EVIDENTIARY PACKET SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9608 03
Negligence, Failure To Properly Regulate Licensees, and Willful Endangerment Of Another.

**JOSEPH P. MCGILL, PRESIDENT. PERSONALLY**
STATE BAR OF MICHIGAN
306 Townsend St
Lansing, MI 48933
517-346-6300
REGARDING 300 PG EVIDENTIARY PACKET SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9608 03
Negligence, Failure To Properly Regulate Licensees, and Willful Endangerment Of Another.

**ATTORNEY GRIEVANCE COMMISSION**
THOMAS G. KIENBAUM, CHAIR
755 W Big Beaver Rd #2100
Troy, MI 48084
313-961-6585
REGARDING 300 PG EVIDENTIARY PACKET SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9607 04
Negligence, Failure To Properly Regulate Licensees, and Willful Endangerment Of Another.

**THOMAS G. KIENBAUM, CHAIR. PERSONALLY**
ATTORNEY GRIEVANCE COMMISSION
755 W Big Beaver Rd #2100
Troy, MI 48084
313-961-6585

REGARDING 300 PG EVIDENTIARY PACKET SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9607 04
Negligence, Failure To Properly Regulate Licensees, and Willful Endangerment Of Another.

**INGHAM COUNTY BOARD OF COMMISSIONERS**
(BECKY BENNETT, DIRECTOR AND RYAN SEBOLT, CHAIR)
Ingham County Courthouse
P.O. Box 319, Mason, MI 48854
517-676-7200
REGARDING 300 PG EVIDENTIARY PACKET SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 1431 68
Neglect Of Duty, Deliberate Indifference, Willful Endangerment Of Another.

**BECKY BENNETT, DIRECTOR. PERSONALLY**
INGHAM COUNTY BOARD OF COMMISSIONERS
Ingham County Courthouse
P.O. Box 319, Mason, MI 48854
517-676-7200
REGARDING 300 PG EVIDENTIARY PACKET SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 1431 68
Neglect Of Duty, Deliberate Indifference, Willful Endangerment Of Another.

**RYAN SEBOLT, CHAIR. PERSONALLY**
INGHAM COUNTY BOARD OF COMMISSIONERS
Ingham County Courthouse
P.O. Box 319, Mason, MI 48854
517-676-7200
REGARDING 300 PG EVIDENTIARY PACKET SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 1431 68
Neglect Of Duty, Deliberate Indifference, Willful Endangerment Of Another.

---

*INSTEAD OF TAKING THIS SERIOUSLY OR HELPING PROTECT OTHER INNOCENT FAMILIES FROM THE ABUSE OF JOYCE DRAGANCHUK, INGHAM COUNTY BOARD OF COMMISIONERS HONORS HER:



**MICHIGAN ASSOCIATION OF**
**CERTIFIED PUBLIC ACCOUNTANTS**
(BOB DOYLE, PRESIDENT)
888 West Big Beaver Rd. Suite 550
Troy, MI 48084. 248-267-3700
REGARDING 300 PG EVIDENTIARY PACKET SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9609 26
Negligence, Failure To Properly Regulate Licensees, and Willful Endangerment Of Another.

**BOB DOYLE, PRESIDENT. PERSONALLY**
MICHIGAN ASSOCIATION OF CPAS
888 West Big Beaver Rd. Suite 550
Troy, MI 48084. 248-267-3700
REGARDING 300 PG EVIDENTIARY PACKET SENT OUT ON 2/28/25 ASKING FOR HELP, THROUGH CERTIFIED TRACKING # 9505 5124 9021 5059 9609 26
Negligence, Failure To Properly Regulate Licensees, and Willful Endangerment Of Another.

---

---

**CPA JOHN RUTHER, ALONG WITH MANY OTHERS WITHIN THIS PACKET ARE ALL LICENSED PROFESSIONALS WHO ARE SUPPOSED TO BE HIGHLY REGULATED BY ASSOCIATIONS AND AGENCIES LIKE THE ONES LISTED ABOVE.**

WHAT HAVE THESE AGENCIES ACTUALLY BEEN DOING, AND HOW HAVE THESE PEOPLE BEEN ABLE TO GET AWAY WITH THIS TYPE OF BEHAVIOR FOR THIS LONG??

---

---

# AND ULTIMATELY, HOW MANY MORE VICTIMS ARE THERE?

# SOLUTION:

## PRIVATIZE ENFORCEMENT AGENCIES, THAT OVERSEE OTHER AGENCIES AND SITUATIONS LIKE THIS.

IT'S THE ONLY THING THAT MAKES SENSE, BASED ON THE COMPLETE BREAKDOWN OF THE SYSTEM THAT DOHERTY EXPERIENCED.

**ON COUNTY, STATE, AND EVEN FEDERAL LEVELS.**

**AT THE END OF THE DAY, NOBODY CARES. THEY'RE GETTING PAID REGARDLESS.**

PRIVATIZING THEM INCENTIVIZES THEM TO CARE, BECAUSE THAT'S THE ONLY WAY THEY GET PAID.

**DOHERTY TRIED MULTIPLE LAW FIRMS AS WELL, WHO CLAIM TO PROTECT CIVIL RIGHTS & "TAKE ON THE MAN". NONE OF WHOM, WERE COURAGEOUS ENOUGH TO TAKE ON THIS. THEREFORE IT NEEDS TO BE AN AGENCY.**

THERE IS NO WAY OTHER TAX PAYING CITIZENS SHOULD HAVE TO GO THROUGH ALL THIS, AND THEN FINALLY HAVE TO FILE A FEDERAL LAWSUIT ON THEIR OWN JUST TO SEEK THE FAIR AND IMPARTIAL PROTECTION AND JUSTICE OF WHICH OUR CONSTITUTION GUARANTEES.

***MR DOHERTY WAS A HIGHLY EDUCATED, MULTI-MILLIONAIRE, AND HE BARELY MADE IT.**

# PRIVATIZE, & CONTRACT OUT

Yes, an agency can be privatized, meaning its functions or assets are transferred from public (government) control to private ownership or management, often through contracting out or selling off assets.

Here's a more detailed explanation:

**What it means:**

Privatization involves shifting responsibility for providing services or managing assets from government agencies to private companies or individuals.

**How it happens:**

- **Contracting out:** The government contracts with private companies to perform specific functions or services that were previously handled by government agencies.
- **Sale of assets:** The government sells off its assets (like buildings, land, or infrastructure) to private entities.
- **Public-private partnerships:** Government and private companies collaborate to deliver services, with the private sector taking on some of the risk and investment.

**"GOVERNMENT AND PRIVATE COMPANIES COLLABORATE TO DELIVER SERVICES."**

# THIS IS THE CLOSEST THING WE'VE GOT TO A "WATCH DOG" RIGHT NOW, AND THEY'RE TOO BUSY SELLING MEMBERSHIPS

The American Civil Liberties Union (ACLU) is a non-profit, non-partisan organization that defends civil liberties and rights through litigation, advocacy, and education, and it is not a private company.

Here's a more detailed explanation:

**Non-profit Status:**

The ACLU is a non-profit organization, meaning it is not structured as a business with the goal of generating profit for shareholders.

**Funding:**

The ACLU's work is supported by member dues, contributions from individuals, and grants from private foundations. It does not receive any government funding.

# WHILE COLLECTING OVER $1 MILLION A YEAR IN SALARY, (OVER 3 TIMES THE SALARY OF THE PRESIDENT).

# VS ACTUALLY FIGHTING FOR THE RIGHTS OF CITIZENS AND GETTING PAID THAT WAY.




**DOHERTY TRIED CALLING THE ACLU 5 DIFFERENT TIMES, LEFT MESSAGES WITH MULTIPLE PEOPLE AND NEVER RECEIVED A SINGLE CALL BACK.**

THE ONE LADY HE DID TALK TO SEEMED SO DISINTERESTED THAT HE THOUGHT SHE MIGHT FALL ASLEEP DURING THE CONVERSATION.

**THEY'RE ONLY AVAILABLE FOR CALLS 2 DAYS A WEEK DURING SPECIAL HOURS, AND THEY EVEN ADMIT ON THEIR RECORDINGS THAT YOU'LL BE LUCKY TO GET A CALL BACK…**

SO THEY'RE BEING PUT ON NOTICE HERE TO DO BETTER, AND GET BACK TO THE CORES OF WHAT THEY STAND FOR.

***MAYBE STARTING WITH PEOPLE AT THE TOP TAKING A LITTLE PAY CUT SO PHONE CALLS AT THE BOTTOM CAN ACTUALLY GET ANSWERED?**

**The American Civil Liberties Union (ACLU)**
HEADQUARTERS
CEO Anthony D. Romero
125 Broad Street, 18th Floor
New York, NY 10004. 212-549-2500
Negligence, Deliberate Indifference, Willful Endangerment Of Another.

# SUMMARY OF ALLEGATIONS

1. Towards the end of 2019, Predatory Lender **Jon Borisch** attached himself to Mr Doherty's company with the clear intention to take it over by any means necessary.

2. After several failed hostile takeover attempts on his own, including one two days before Doherty's wedding, Borisch finally hired a team that specializes in this very thing (**Floyd Gates of Bodman Law**, **John Ruther of O'Keefe, John Polderman of Simon PLC**), in 2022.

3. These individuals were all illegally connected behind the scenes from the beginning, but failed to disclose any of this to Doherty in attempts to hide their true intentions.

4. They wanted to gain Doherty's trust and bypass his right to counsel, of which they did. While they encouraged him to give up all confidential information in "good faith".

5. **Floyd Gates, John Ruther, and John Polderman** then entered Doherty's business on 3/23/22 illegally based on false pretenses.

6. After they had conned **Ingham County Judge Joyce Draganchuk** into signing an Ex Parte order that never should have been granted.

7. The initial detail that supposedly warranted Ex Parte communication and the immediate injection of a receiver was based around "Unpaid Property Taxes", of which was false.

8. The property taxes clearly been paid in full by Doherty. But this group's "Turnaround Specialist" **CPA John Ruther** actually tried to tell Doherty not to pay these taxes, and then tried to use that same detail against him to illegally enter his building based on false pretenses.

9. All documented. Along with 5,000 pages of an unbelievable amount of Intentional Fraud, Collusion, Abuse Of Process, and Deceit With Intent To Harm.

10. Mr Doherty tried reporting this multiple times to the proper authorities, and went all the way up to the **Attorney General** and the **Governor**.

11. The problem was, every time he went further, these people would contact the very "professionals" he was trying to report (**John Polderman, Joyce Draganchuk, etc**), and would be convinced to stand down instead of initiating a proper investigation.

12. The higher up Mr Doherty went, the more he realized how corrupt and connected **Ingham County** was behind the scenes with certain players.

13. Later, Doherty discovered that **Governor Gretchen Whitmer** used to be an **Ingham County Prosecutor** under **Joyce Draganchuk** for 6 months in 2016.

14. Doherty also discovered that **Attorney General Dana Nessel** went to the same undergrad and law school as **Joyce Draganchuk**. (First UofM, then Wayne County).

15. All working and living in the same community. With **Joyce Draganchuk** having over a decade in age on both of the others, and 40 years of experience being entrenched in **Ingham County** and its politics.

16. To say she had influence and power is an understatement, and she had a reputation for being an "egomaniac" and operating above the law.

17. Doherty found it concerning as well that three of the most powerful players in the state not only had so much in common, jeopardizing a true separation of powers or checks and balances, but that they were all coming from a **Prosecutorial** background as well.

18. **Prosecutors** often time focus on victory over true and impartial justice, as we see clearly in this case. Of which is a very dangerous thing for our society if left unchecked.

19. Mr Doherty is an Architect, a Business Man, and an Entrepreneur who built a $43 Million dollar company with 50 employees from the ground up.

20. He has been abused not only by his initial Predatory Lender, but just as much if not more so afterwards by all kinds of Intentional Fraud, Negligence, Abuse Of Process, and Deprivation Of Rights Under Color Of Law within Ingham County.

## 21. "NOBODY ELSE WAS LISTENING, WHY SHOULD I?"

22. An actual statement from **Potterville Police Chief Richard Barry**'s mouth on 10/20/23. After he admitted to not reading through hundreds of pages of evidence Doherty had been sending him for the last 3 months.

23. Instead, Barry unlawfully arrested Mr Doherty based on more false pretenses presented by the corrupt receiver **John Polderman,** the very person Doherty had been trying to warn him about.

24. This was after Barry intimidated Doherty's wife into using their child as bait and luring Doherty into a trap. So Barry could take him down in the middle of the street of his neighborhood with ten other cop cars like a domestic terrorist.

25. Instead of simply calling him up and asking him to stop by his office like he had just done the previous day.

26. This kind of extreme negligence and behavior reflected the overall attitude of almost everyone Doherty tried to report this to or get involved.

27. A very dangerous mentality that was ever present in the Larry Nassar Case, where victims continued to be silenced and abused for years within the same Ingham County.

# TIMELINE OF INCIDENTS

1. 1/1/19. **David Borisch** knew of Mr Doherty through some mutual friends, heard about his company doing very well, and started talking with him about his dad **Jon Borisch** potentially investing.

2. **David Borisch** told Mr Doherty at a patio in Detroit while they were waiting to see their DJ friends perform, that "In the bible, God lets rich people have slaves through debt."

3. This kind of mentality concerned Doherty, and he would find out later where it came from (**David's father, Jon Borisch**). But Doherty was ultimately looking for additional capital to continue expanding his company, so he chose not to say anything.

4. **David and his father Jon Borsich** go into talks with Mr Doherty, and both verbally commit to two things: (1) To never let Mr Doherty come close to running out of money again. And (2) To stay in their lane.

5. Neither of which they followed through on.

6. 10/13/19. **Jon Borisch** makes his first investment with Mr Doherty for $5.3 Million. Gaining first mortgage on all of Doherty's company assets.

7. And then immediately tries to starve Doherty of cashflow to illegally take control of the company.

8. Doherty resists the first takeover attempt, but realizes right away that he is dealing with Predatory Lender with ulterior motives beneath the surface.

9. David Borisch tells Doherty that his Dad Jon Borisch is impressed with his "cash positioning", as if it were a game.

10. 7/17/20. **Borisch** tries to make another hostile takeover attempt, this time 2 days before Doherty's wedding.

11. Doherty withstands once again, with **Borisch** demonstrating a clear pattern of predatory behavior when he thinks Doherty is at his most vulnerable point.

12. 7/19/20. **David Borisch** shows up to Mr Doherty's wedding and whispers "Accountability" into his ear for fighting off his father once again.

13. 10/12/20. Mr Doherty and his wife lose their twin boys, after they are born 3 months premature. This is after **Jon Borisch** and his family put an enormous amount of unnecessary stress on both Doherty and his wife while knowing she was pregnant.

14. 3 weeks after their death, **Jon Borisch** shows up to Doherty's building demanding an interest payment. Making no mention of the fact that his first born sons just passed away, of which he was well aware of.

15. Doherty sits Borisch down and tells him that if he continues this kind of inhumane behavior, he will expose him.

16. Jon Borisch couldn't care less, as if he'd been operating this way for years and getting away with it.

17. 2021. Doherty recovers from the loss of his sons, and has a record year with his company of which he built from the ground up, grossing over $10 Million.

18. Doherty is now managing over 50 employees as well.

19. 12/23/21. Doherty wires **Borisch** an interest payment of $1.37 Million. (**Paying Borisch a little over $3 Million in interest over 2020, and 2021.**)

20. **Borisch** had tried to starve Doherty and his company of cash flow once again during this period involving a real estate deal that Doherty closed for $3.5 Million, and **Borisch** was trying to demand all of the profits. Doherty managed to fight him off once again.

21. 1/28/22. Doherty offers to make the final interest payment of $375K to **Borisch** in writing, not due for another couple weeks on 2/13/22.

22. **Borisch** refuses to meet with Doherty in person, tries to deflect to his CPA Chris Stark, and then refuses to answer his email altogether.

23. More games and disrespect from a 75 year old man who was ultimately handed his money from his father.

24. 2/7/22. Doherty finds out that his employees made a very costly mistake involving a mercury failure, to the tune of $560K.

25. Doherty reaches out to **Jon Borisch** and his **CPA Chris Stark**, informing them that he still had the money in his account to make the final interest payment of $375K, but he felt the best move for the company was to freeze all unnecessary cash flow going out until they figured out the full extent of the problem.

26. **Borisch** and **Stark** push back, but they had agreed to be flexible with multiple payments in the past that had to be shifted based on circumstances.

27. Especially with them being large, one time annual payments. This was not uncommon, and a past precedent had been established.

28. Doherty assumes this would be the same situation, as negotiations did not begin in the past until after the payment deadline was missed.

29. He continues focusing on fixing the problem, running two multi million dollar companies, and managing 50 employees.

30. 2/13/22. Deadline of payment comes and goes.

31. 2/16/22. A new player named **Floyd Gates of Bodman Law** reaches out to Doherty and his attorneys. Letting them know Borisch now wants to be paid in full for his entire investment of $10.3 Million.

32. This was obviously not possible, but Doherty responded in writing and offered to pay the $375K in full.

33. 2/23/22. **Borish's CPA Chris Stark**, and a new team of individuals enter Doherty's building at 1305 S Cedar St.

34. This included **Floyd Gates of Bodman Law,** and **John Ruther of O'Keefe**, who presented themselves as independent. It was later revealed that they were working together illegally behind the scenes the entire time and failed to disclose this.

35. 2/23/22-3/17/22. **John Ruther of O'keefe** spends the month with Doherty, as the supposed "Turn Around Specialist". (Later revealed as false.)

36. Even though Doherty's company did not need to be turned around, he was playing ball because he was ultimately promised a "Forebearance Agreement" by Jon Borisch and his team.

37. During this time, **Ruther** admits to Doherty that one of their past victims had just killed themselves. Doherty was shocked, and later reported this to the **FBI, Attorney General, LPD, and Potterville Police Department** after he realized the amount of Intentional Fraud these men were committing in each case.

38. *(In July of 2023, Mr Doherty has **Lansing FBI Agent Ashcroft** on an hour long phone recording admitting to Doherty that he had thumbed through a 500 page evidentiary packet Doherty sent him including things like this, and then sent it back in the mail to wherever it came from.*

39. ***Ashcroft** asked Doherty if he had the name of the victim who killed himself after these same con artists attacked him and his family. Doherty replied that he didn't, but "Isn't that what the 'I' in **FBI** stands for, to Investigate?" Ashcroft just shrugged, with the same nonchalant attitude he had about sending hundreds of pages of evidence back out in the mail somewhere.*

40. *Same Felony Murder was reported to **Aubrey Sargent** of the **Attorney General's Office**. Who failed to open up any kind of investigation into the matter as well.)*

41. 3/16/22. Initial "Forebearance" agreement is presented to Doherty and his attorney, and they realize it is nothing more than a fraudulent attempt to seize control of the company once again.

42. If Doherty would have signed this agreement, it would have put him in immediate default 5 different ways, and they would have been able to immediately inject their receiver **John Polderman of Simon PLC**.

43. Doherty and his attorney try to red line 2/3 of the agreement presented by **Floyd Gates**, who refuses to make any changes.

44. 3/18/22. Mr Doherty and his attorney refuse to sign the fraudulent contract drafted up by **Gates**, which was nothing more than yet another hostile takeover attempt from **Jon Borisch** behind the scenes.

45. The exact opposite of the "Turn Around" team that **Floyd Gates** and **John Ruther** had presented themselves as in the beginning.

46. 3/18/22. When Doherty and his attorney refuse to sign the agreement **Floyd Gates of Bodman Law** tries to strong arm them into signing, **Gates** threatens "I've injected receivers all the time, and I'll do it here."

47. Doherty's attorney is confused, as due process to fight over whether or not a receiver is injected into a company based on statute is 28 days.

48. Sure enough, **Floyd Gates of Bodman Law** managed to do it in only 3 business days based on 100% false pretenses.

49. This was just the beginning of an enormous amount of Fraud, Deceit with Intent To Harm, Intimidation, Deprivation of Rights Under Color Of Law, etc stemmed from a form of Racketeering called a "Confidence Game".

50. 3/22/22. **Floyd Gates** approaches **Ingham County Judge Joyce Draganchuk** on a one sided ex parte basis. Claiming that the emergency is unpaid property taxes, and he needs to enter Doherty's building immediately. (This was 100% false.)

51. 3/22/22. **Borisch's CPA Chris Stark** fraudulently signs an affidavit involving these property taxes, of which had been circulated to all parties through email who were conspiring to cause Doherty harm.

52. These property taxes had in fact already been paid by Mr Doherty. After he and his attorney caught wind of what these people were actually up to.

53. When **Floyd Gates** found this out while in the lobby of Doherty's building on 3/23/22, he could not contain himself. As he knew this was the one and only key detail to their case.

54. **John Ruther** had illegally obtained the information that the taxes had not been paid yet about a month prior, and intentionally told Doherty not to pay them.

55. (Unpaid property taxes are not a big deal on the commercial level. You have 3 years to actually pay them, and Doherty was simply prioritizing other things).

56. **Ruther** even designed a spreadsheet calling them out as not to be paid until later in August. This same spreadsheet was forwarded to all of the players involved who were scheming together behind the scenes to take over Doherty's company. Not to actually help "turn it around".

57. 3/23/22. **Floyd Gates**, **John Ruther** and **John Polderman** use this same court order obtained illegally through false pretenses and attempt to freeze all of Doherty's bank accounts to leave him and his company dead in the water.

58. 3/23/22. **Cortney Collison of Union Bank** wrongfully took this order and froze Doherty's account immediately, instead of checking into the matter further. Doherty's account was re-opened a week after Collison was forced to realize his error, but the damage had already been done.

59. **Collison** then shockingly hires **Floyd Gates of Bodman Law**, the same guy who had given him the corrupt order, to help protect himself against liability for clear Negligence.

60. 3/23/22. **Floyd Gates of Bodman Law, John Ruther of O'Keefe,** and **John Polderman of Simon PLC** illegally enter Mr Doherty's building based on False Pretenses.

61. This is after **Floyd Gates** calls **Lansing Police Department** like a mad man, screaming "There are loaded guns all over the place, please help!!" Documented by **LPD** in their incident report.

62. And 100% false as **Floyd Gates** and **John Ruther** had been at the building every day for the last month and knew better.

63. 3/23/22. A very key meeting takes place here in the lobby of Doherty's building, with **Joyce Draganchuk** on the phone, of whom just signed this ex parte order without fully paying attention.

64. A lot of important things were revealed here, along with all kinds of lies from **Floyd Gates** once again in attempts to reach is agenda at all costs.

65. A recording of this meeting has been requested by Doherty in writing over ten times since, but **Joyce Draganchuk**, **Michael Lewycky,** and **Danielle Huettner** refused to even respond in the matter.

66. Apparently because Doherty was representing himself as Pro Se and they felt they didn't need to.

67. 3/23/22. **John Polderman** also admits to Doherty in his office in front of Doherty's counsel from **Foster Swift** at the time that there is no way he could take on this operation without the help of Doherty.

68. 3/25/22. Just two days later at the emergency hearing that took place, **John Polderman** flat out lied about saying any of this in Court, to the disbelief of Doherty's counsel.

69. This was just the beginning of an enormous amount of Intentional Fraud, and acts of Deceit with Intent to Harm that would proceed to follow from here.

70. Doherty and his team of attorneys desperately try to inform **Joyce Draganchuk** what has happened in her court room, and what continues to happen at the hands of these highly manipulative white collar criminals.

71. **Draganchuk** refuses to admit she could be duped like that, or that her court appointed receivership firm **Simon PLC**, of whom she has history with, could do any wrong.

72. Instead she doubles down, and continues to let this group operate however they want in her courtroom. After all, they're "licensed professionals".

73. Doherty is being told at this point by his Investment Banker and consultant that his attorneys do not actually know what they're doing here.

**74.** This is after he told Doherty that **"This man Jon Borisch is trying to kill you."**

75. It is later revealed to Doherty that the attorneys he had on board at the time did not even specialize in this type of litigation.

76. The same investment banker's attorney John Fiferik later admits to Doherty outside of the office in a Best Buy in West Lansing, that he's never seen anyone quite like **Floyd Gates** in his 40 years of practicing law. He referred to him as a "Complete Lunatic".

77. **Draganchuk's law clerk Michael Lewycky**, and **assistant Danielle Huettner** are contacted several times concerning all the corruption and intentional fraud, and yet everyone chose to turn a blind eye to it in hopes of it just going away.

78. Doherty and his wife are eventually fired from the company, even though **Polderman** had promised to do the exact opposite, and then they are illegally kicked out of their own house at #5 Locust Ln in Lansing, MI on 10/1/22.

79. Mr Doherty and his wife are absolutely terrorized at this point, and simply trying to survive. They had never been through something like this, didn't even know it was possible to abuse the system like these people were doing, and had no idea how to actually fight against it.

80. Especially as one of this group's main missions was to bleed them of all their cash flow.

81. 9/1/22. Doherty reaches out to **MICIA Executive Director Robin Schneider**, asking her to reach out to the **Attorney General Dana Nessel** and explain what is going on.

82. Robin refuses to do so, even though Doherty has been paying her $50K a year for this very type of thing.

83. Instead she removes Doherty as a Founding Board Member shorty after, and stops answering his calls.

84. 12/9/22. **John Polderman** tries to call Mr Doherty's wife on the phone, in attempts to further harass and intimidate them. (All documented.)

**85.** Doherty has to send him a message saying **"John, you are not to contact my wife again in any way."**

86. This is after Doherty tries to warn one of his previous employees Jim Paviglio about how bad this group of individuals are, and the fact that they won't actually protect him if the city finds out they are forcing him to do unlicensed electrical work.

87. **Polderman** perverts the truth once again and spins all of this against Doherty through more Intential Fraud and Deceit With Intent To Harm within **Draganchuk's courtroom**.

88. This is one of many examples of the kind of behavior and attitude exhibited by this **group of white collar criminals**. Rules for thee but not for me. Thinking that because they're "licensed professionals", they can operate outside of the law.

89. These people are debt collectors at their core, and represent the mentality it takes to operate in this field. Zero remorse, and a complete lack of empathy.

90. Specializing in psychologically assaulting and controlling their victims illegally through the court systems.

91. Somewhere along the way realizing they could make a lot more money by doing things illegally.

92. Who was actually going to stop them after all? In the end most of their victims were destroyed financially, and needed to focus on simply surviving instead.

93. Learning the legal system on your own after running out of resources to pay for legal representation is a daunting task, and most people don't even know where to begin.

94. **John Polderman of Simon PLC** was the one and only receiver option injected by the Plaintiff's side (**Jon Borisch** and his attorney **Floyd Gates**) in the very beginning. Creating an obvious conflict of interest.

95. **John Polderman** reveals to Doherty while in his building that he and **Floyd Gates** have done plenty of other business together.

96. **John Ruther** had admitted to Doherty having done business with **Floyd Gates** for years as well. Creating a well oiled machine to keep Floyd Gates as one of the top debt collectors of the state.

97. Doherty randomly discovers that a friend of his went to high school with John **Polderman** back in the day, and the friend states that **"Polderman was sniveling and conniving even back then."**

98. 2/15/23. **John Polderman** holds a hearing with **Joyce Draganchuk** where they work together to sell Doherty's house based on false pretenses, after they have illegally kicked Mr Doherty and his family out on the street.

**99. (See MCL 600.2927 (3), where it clearly states that "No receiver shall be put over a person's home dwelling."**

1. **John Polderman** had also admitted to Doherty earlier that out of his 500+ cases of being a receiver over, this was the first time he was involved with someone's residential home.

2. 2/16/23. Doherty finds more evidence in Quikbooks that **John Polderman** and his connected team involving **Floyd Gates of Bodman**, and **John Ruther of O'Keefe**, had committed direct acts of Intentional Fraud involving who actually owned the house.

3. **Polderman** violates the court order again right after, removing Doherty and his new CPA's access to Quikbooks for tax purposes. Intentionally obstructing Doherty's ability to provide information to the IRS, regarding a very important ammendment.

4. Reported to **Draganchuk** multiple times, along with several emails requesting access be re-instated. Of which never happened.

5. More Indifference and Negligence, by people who were clearly not affected by a $90,000 tax debt themselves that had been wrongfully attached to Doherty and his wife.)

6. 2/17/23. Doherty meets with **Anne Krupp** of **Transnation title Agency**, and lets her know that the **receiver John Polderman** is involved in some serious fraud. Doherty respectfully asked them to keep him in the loop with any future happenings with his house.

7. Mr Doherty had a nice meeting with **Ms Krupp**, and had her sign a piece of paper towards the end of their meeting documenting it just in case **Polderman** tried to pervert any more details.

8. Sure enough, after **Polderman** caught wind of the meeting, he was furious and made up a completely different version of the story. Making it appear like Doherty had been threatening and disrespectful, which was 100% not the case.

9. Not only proven by the intitial note that Doherty had Ms Krupp sign, but also with a follow up email he had with her as well.

10. **Joyce Draganchuk** didn't care to hear Doherty's side of the story at all. She allowed **John Polderman** to proceed with ridiculous allegations based on more intentional fraud, and schedule a hearing for criminal contempt on 4/4/23.

11. More attempts to intimidate and silence Doherty by any means necessary.

12. 2/26/23. Mr Doherty drives all the way to the **FBI Headquarters in Washington DC** to report the case.

13. He knows that this is ultimately a giant situation, full of a mass amount of corruption, and may be beyond the capability of the **FBI** offshoots in Michigan to handle.

14. 2/27/23. **John Polderman**'s first attempt at trying to unlawfully gain Mr Doherty's new home address through intimidation and harassment.

15. 2/28/23, This case was initially reported to the **FBI Head Of White Collar Crimes Division**. Multiple mtgs and agents have met with Doherty concerning the matter since.

16. 3/16/23. **Joyce Draganchuk** illegally silences and has all of Mr Doherty's motions redacted and suppressed based on false pretenses in a clear attempt to hide what was really going on.

17. 3/16/23. **Berl Schwartz** and **Todd Heywood of The City Pulse** publish an article entitled "The Rise And Fall Of A Wannabe Marijuana Magnate".

18. Clearly targeting Mr Doherty and his family with Defamation, after Doherty catches **Heywood** in multiple acts of Intentional Fraud, and getting all kinds of false information and narratives from the **corrupt receiver John Polderman**.

19. It is discovered later that Todd Heywood of CityPulse receives a cryptocurrency payment of $4,800 from a Robinhood account right around this time.

20. Todd Heyood then outrageously claims to be a "victim" later on in a False Police Report he and John Polderman conspire to commit further fraud on 10/14/23.

21. This is after Doherty catches Heywood in multiple acts of intentional fraud, and calls him out on it in writing, along with his boss Berl Schwartz.

22. 3/18/23. **Joyce Draganchuk** is reported to the **JTC** for Impeachment for corruption, and extreme Judicial Misconduct.

**23.** 3/30/23. Mr Doherty sends out email to **Michael Lewycky, Danielle Huttner,** along with others expressing that he does not feel safe in **Ingham County Veteran's Courthouse** after continually being harassed and intimidated by **Officer Seymour** and others.

**24.** 4/2/23. Mr Doherty passes out over 100 flyers at his church in Lansing, clearly scared for his life and asking others for help.

**25.** 4/4/23. **Draganchuk** holds her hearing with Doherty. Before allowing Doherty to really speak at all, **Draganchuk** has Mr Doherty Unlawfully Arrested & Imprisoned for 93 days based on based on a supposed "contempt of court". (His first offense).

**26.** Doherty asked **her** several times more to recurse **herself** from the case, as **she** was clearly incapable of acting impartial in the matter.

**27.** This happened 3 weeks after she found out Doherty had reported **her** to the **JTC.**

**28.** Mr Doherty fills out close to 100 Grievances while being Unlawfully Imprisoned in Ingham County Jail.

**29.** Instead of actually listening or taking action, **Sergeant Welling** and **deputy Lech** work together illegally to throw Doherty down in Solitare for 3 days, and then Max Level One for the remainder of his stay.

**30.** Trying to further intimidate a witness, and silence and suppress him.

**31.** Deputy Brennan tells Mr Doherty during a check up visit with **Ingham County** Nurse Jo Jo that **"You must have some really powerful enemies on the outside"**, after reviewing notes about Doherty in the system.

**32.** Brennan told Doherty he wasn't allowed to show him who made these notes, and later Brennan denied making this comment altogether.

**33.** 4/26/23. Mr Doherty has an hour long conversation with **Ingham County Detectives Kelly & Brad** regarding all of the emails he had been sending out, and evidence he was trying to expose.

**34. Ingham County Detective Kelly** had read through it all thoroughly, as it was originally forwarded to him to try to get Doherty in trouble.

**35.** Kelly admitted to Doherty there was nothing in there that he was doing wrong.

**36.** Both Kelly & Brad in fact admitted to Doherty that day that **"If it was themselves and their own families on the line, they'd be doing the same damn thing he was."**

**37.** Doherty was not allowed any further contact from these **detectives** again after this meeting. Further corruption, and exculpatory details that were intentionally kept hidden.

**38.** 4/26/23. Doherty was not allowed to be present in person for the hearing on this date, involving the selling of his assets to a new potential buyer. **John Polderman** was committing an enormous amount of Intentional Fraud once again.

**39.** When Doherty tried raising his hand and addressing the issue, **Draganchuk** silenced and illegally muted him over zoom without warning.

**40.** Doherty was then forced to hold up signs in the end saying “Objection”, and “Right To Be Heard”. (See video footage).

**41.** Of which **Joyce Draganchuk** admitted at her hearing on 3/8/23 that “The Right To Be Heard” was not necessarily a thing in her court room.

**42.** This case was reported multiple times to **SCAO** as well requesting assistance, but none ever happened.

**43.** Doherty tried showing up in person multiple times, but the sign on the office suggested that everyone “works from home” now.

**44.** Along with the fact that everyone was refusing to sign their names on any form of communication he actually got them to respond on.

**45.** 4/26/3. **Joyce Draganchuk** closes **Ingham County** Case No. 22-000202-C30 without warning.

**46.** 5/3/23. **John Polderman** files an illegal motion with **Draganchuk** under **Ingham County** Case No 22-000202-C30 where he closes Mr Doherty’s Chase bank account for no reason, and subpoenas his bank statements based on false pretenses.

**47.** Of which had Doherty’s new home address listed. And Doherty had a 15 minute conversation with Santiago of Chase Bank in West Lansing when he opened the account, expressing concerns of John Polderman somehow trying to access his account to figure out where he lived. Of which he did.

**48.** This is after **Polderman** had made 3 attempts prior to unlawfully gain Doherty’s new home address where his wife and child resided.

**49.** More attempts to harass and intimidate. All of which was reported to **Joyce Draganchuk**, who continued to do nothing.

50. **Polderman** failed to provide the actual paperwork he used to serve Chase bank for this subpoena in his motion, or thereafter despite Mr Doherty's multiple requests.

51. 7/5/23-7/24/23. Mr Doherty files multiple Motions with over 5,000 pages of evidence backing up his claims to Ingham County Case No. 22-000202-C30 under **Joyce Draganchuk.**

52. In them contained over 33 Criminal Allegations against **Joyce Draganchuk** for extreme Judicial Misconduct and Deceit With Intent To Harm.

53. Along with 22 Criminal Allegations against her **"court appointed" receiver John Polderman of Simon PLC**.

54. **Draganchuk** would later illegally silence all of these motions once again through **Tracy Smith in the County Clerk's Office.**

55. **Barb Byrum of the Ingham County Clerk's Office** had been sent multiple emails as well regarding the corruption that was taking place with Draganchuk, of which she refused to respond to.

56. Doherty reaches out to **SCAO** and the **JTC** multiple times asking for help, and for this case to be transferred to a truly impartial judge based on all of the illegal activity that was going on in this case. No response, and no help once again.

57. 7/14/23. Mr Doherty files a Motion under **Ingham County** Case No 22-000202-C30, along with including these details in a report with **Lansing Police Department**.

58. Informing everyone involved that ex employees of his former company, including **James Noyes & Mark Andrek**, had been caught trafficking hundreds of pounds of marijuana out of 1305 S Cedar St in Lansing.

59. Shocking, but understandable after the "free for all" this connected group had been able to get away with behind the scenes by having a corrupt judge like **Draganchuk** in their back pocket.

60. The employees finally figured they would "get theirs too". **Joyce Draganchuk** and her receiver **John Polderman** were now protecting the entire thing with their lives to hide the amount of fraud and corruption that would most likely end both of their careers.

61. 7/24/23. Doherty files Official Notices Of Disqualification with **Ingham County** Court based on MCL 450.4906. Regarding Intentional Fraud & Professional Misconduct with the following companies:

62. **Simon PLC**, Steadfast Consulting & Investments, **Jonathan & Mary Kay Borisch Family Foundation**, Armory Valentine LLC, **Bodman Law**, **O'Keefe Consulting**, **Ingham County Courthouse, Ingham County Sheriff's Office, City Of Lansing, City Attorney's Office**, David & Wierenga PC, **Maner Costerisan**, and Transnation Title Agency.

63. 7/24/23. **LPD** through **Lansing Police Report No. 23-0121106 filed**. Highlighting an enormous amount of corruption.

64. Including the trafficking of hundreds of pounds of a federally illegal substance out of 1305 S Cedar St, Lansing MI out onto the streets of **Ingham County**, and grand theft of $250,000.

65. Mr Doherty met with **LPD** (now) **Police Chief Robert Backus** for a 12 minute recorded conversation.

66. Where the chief admitted to forwarding the drug dealing information onto his contacts at the **DEA**.

67. Doherty was asking him about the **LPD** police report he filed too, and why there seemed to be issues with getting any kind of investigation off the ground.

68. Doherty informed **LPD Chief Backus** of the Criminal Enterprise he was working to expose, and all of the corrupt players he had deal with along the way.

69. Including the master manipulator **John Polderman of Simon PLC**, of whom orchestrated the false reporting of a felony against Doherty 2 months later through the same **Chief Backus**.

70. Of whom failed to provide any of the previous exculpatory evidence on 10/20/23 that **LPD** had been given by Mr Doherty. Hundreds of pages, and multiple police reports that were intentionally kept hidden by **Chief Backus** and several other **Detectives** who had their agenda and were willing to commit all kinds of Brady Violations to achieve it.

71. 7/31/23. **Attorney General** Complaint No. AG2023-0382470-A, filed. Listing **Joyce Draganchuk, John Polderman of Simon PLC**, and **others** involving Corruption, and the protection of a Criminal Enterprise.

72. September 2023. 5 different reports to **The Governor's Executive Office** in the Romney Building downtown Lansing requesting for immediate assistance, through a nice man at the front desk named Charles.

73. **Gretchen Whitmer's head of Constituant Services Amanda Youssef** finally got back to Doherty after his 5th request, where she apologized profusely for taken so long to reach out.

74. They talked for about 25 min (all documented), and she told him her and the **Governor's team** would check into everything and get back to him.

75. But once again, nothing ever transpired from there. More Indifference, Negligence, and people being told to stand down by the very individuals that were being reported for a crime.

76. 8/1/23. This group sends someone to illegally show up to Doherty's new house in **Potterville,** to further harass and intimidate him and his family after his address was illegally obtained by **John Polderman of Simon PLC**.

77. Doherty's neighbor actually witnesses this as well, and text messages from her are forwarded to **Potterville Police Chief Richard Barry** confirming this very thing.

78. Doherty texts **Potterville Police Chief Richard Barry** after talking with him on the phone.

79. And later files an official Police Report with hundreds of pages of evidence to get **Barry** up to speed on who he was actually dealing with here, and why this was such a big deal. (Barry later admitted to not reading through any of this.)

80. 8/2/23. Mr Doherty has a 47 minute documented conversation with **Lansing Police Detective Sorg** regarding his case, and all the criminal behavior he has been trying to report.

81. **Detective Sorg** is very receptive, and requests that Doherty drop off a 300 page summary packet for him to pick up at **LPD** downtown Lansing location. Of which Doherty does.

82. 8/3/23. **Ingham County Clerk Tracy Smith** admits to **Joyce Draganchuk** calling him up and saying "Hey, can you make this happen?" Involving illegally silencing and suppressing more motions and evidence of Doherty's for the second time.

83. Continuing to operate above the law, and convincing those around her that it was ok to help. Doherty recorded **Tracy Smith** in an approximate 15 minute long recording on his phone.

84. Doherty reaches out to **Ingham County Clerk Barb Byrum** several times during this time period as well. Trying to explain to her what was going on, and the amount of corruption that was transpiring underneath **Draganchuk**'s control.

85. **Ms Byrum** made it very clear she couldn't care less, and was ultimately underneath **Draganchuk's** control as well.

**86.** 8/3/23. Mr Doherty attempts to hand off a 300 page evidentiary packet to the **Attorney General's office** regarding the complaint he just filed with them on 7/31/23.

**87.** **Aubrey Sargent, Steve Morse**, and one other male who refused to give his name met Doherty in the lobby, and informed him they would not be accepting any paperwork from him.

**88.** 8/7/23. **Aubrey Sargent, Head of Criminal Investigations for the Attorney General's office**, meets Doherty in the lobby again and Doherty records a 16:25 min conversation where **Aubrey** refused to deny the fact that **Joyce Draganchuk** had contacted him directly behind the scenes once again.

**89.** 8/8/23. Email sent to **Aubrey Sargent** and **Steve Morse** of the **Attorney General's Office**. Asking them for help, and wondering why they are refusing to initiate an investigation into the matter he is reporting. Of which involves three homicides, like Doherty reported to **Mr Sargent** in person the day before.

**90.** 8/9/23. PPOs finally filed against all Abusers involved in **Ingham County**. No one was listening or caring while Doherty and his family continued to be Harassed and Abused by these **White Collar Criminals**.

**91.** 8/10/23. **Ingham County Officer Seymour, Draganchuk's** right hand man, and the same one who arrested Doherty on 4/4/23 based on false pretenses: Admits to Doherty that **"Jailing you was one of the best days of my career".**

**92.** (Doherty happened to record this on his phone in a 4:48 min conversation with Seymour).

**93.** **Officer Seymour** proceeds to follow Mr Doherty around the Court House that day, in clear attempts of harassment and intimidation, where he taunts Doherty saying "How did you like it inside? I bet it was eye opening for you?"

**94.** "Good luck with those PPOs". Even though Doherty never mentioned anything about them. The word had obviously traveled around the Court House, and he was obviously being controlled by Joyce Draganchuk. .

**95.** This is reported to **Ingham County Captain Andrew Daenzer** shortly after on **8/22/23**, in a 24 min documented phone conversation. Along with the audio file being forwarded to him through email.

**96.** **Daenzer** convinces Doherty that an investigation is under way concerning the matter, of which never actually occurred. More abuse and cover up in **Ingham County**.

97. 8/11/23. 40 minute documented phone conversation with **Lansing FBI Agent Ashcroft** over the entire matter. **Ashcroft** had trouble grasping the entire case, and kept referring to it as a "civil matter".

98. 8/14/23. **Potterville Police** Report No. 23-0169 for Aggravated Stalking filed. Listing **John Polderman of Simon PLC** and **his accomplices**.

99. 8/15/23. **Livingston County Matthew McGivney's law clerk Paul Carrier** hung up on Doherty, saying "Good Luck", after they decided to drop the PPO against **Draganchuk** without even allowing Mr Doherty to speak on the matter.

1. **Draganchuk's** PPO Case No 23-2184 PH had been referred to them by **SCAO** a few days prior, after all of the **Ingham County** Judges recused themselves from the case.

2. **Draganchuk** and **her law clerk Michael Lewycky** had obviously penetrated yet one more of what was supposed to be an independent means of checks and balances, and convinced them to shut any investigation down before it even began.

3. 8/16/3. Mr Doherty sends out certified packets in the mail to all **Ingham County** judges with tracking numbers.

4. Including Honorable David J. Jordan, Richard J. Garcia, Rosemarie Aquilina, Clinton Canady III, Carol N. Koenig, James S. Jamo, Shauna L. Dunnings, Lisa McCormick, Wanda M. Stokes.

5. Informing them of the corruption that was going on with **Joyce Draganchuk**, and encouraging them to report it to the **JTC** based on statute.

6. 8/23/23. **LPD Detective Sorg** verifies that he has taken Doherty's 300 page Evidentiary Summary of Evidence, and hand delivered it to the **Attorney General's office** where an African American Male took it from him.

7. **LPD Detective Sorg** and Doherty had talked several times over the phone for over an hour, and Sorg admitted after reviewing the packet that Doherty sent him that the criminal behvior Doherty was reporting was way out of the league and scope of **Lansing Police Department**.

8. Hence, him referring it to the **Attorney General's office**.

9. Doherty reaches out to **Lansing Mayor Andy Schor** multiple times for help, along with **Schor's** right hand person **Shelbi Frayer** who used to work for Doherty for a short while. None of whom ever responded.

10. **Shelbi Frayer** had admitted to Doherty a while back that **Andy Schor** had caught wind that Doherty was in some trouble, and instructed her not to reply.

11. Apparently this "strategy" of Indifference and Wilful Neglect runs deep not only in the **City Of Lansing**, but throughout **Ingham County** as a whole.

12. Doherty also reached out to **Lansing City attorneys Jim Smiertka** and **Amanda O'Boyle** multiple times as well asking for help, and exposing this Criminal Enterprise that was operating within **their city**. Again, no response, and no care.

13. When Mr Doherty finally showed up to **Mr Smiertka's** office, respectfully asking why they refused to forward an email that **John Polderman** had sent them concerning Doherty's property, **Smiertka** had Doherty escorted out of his office claiming "harassment".

14. 8/23/23. Doherty files 13 Page Motion with **Ingham County** Judge Morgan Cole. Describing the terror that he and his wife have experienced at the hands of this group of criminals, including an extreme Deprivation Of Rights Under Color Of Law, and ask her for help.

15. 8/28/23. A 30 bullet point packet sent to the **SCAO** in an official request for immediate assistance. Once again, Mr Doherty was disregarded and not heard based on the fact that he was representing himself Pro Se.

16. 9/1/23. Doherty sends out email to **Ingham County Victim's Advocate, Lieutenant Melissa Brown**. Asking for help, and wondering why she has suddenly gone silent on him.

17. After he warned her of the amount of corruption that was going on here behind the scenes with some very **powerful players** involved, including **Sheriff Scott Wrigglesworth** himself.

18. 9/7/23. Email sent to **Ingham County Sheriff Scott Wrigglesworth**, **Captain Andrew Daenzer,** and **Lt Melissa Brown**. Asking them why they are refusing to get involved in Doherty's case, and help protect him and his family. Letting them know that Wilful Neglect, and Aiding And Abetting are very serious things.

19. No one was taking this seriously. Everyone assumed they were untouchable because **Joyce Draganchuk** was ultimately controlling everything from behind the scenes.

20. 9/8/23. Hearing with **Ingham County Judge Richard Garcia**, where he had clearly made up his mind and been influenced by Joyce Draganchuk before Doherty even entered the court room.

21. **"NO ONE WILL LISTEN, CONCERNING THE DANGER MY FAMILY AND I HAVE BEEN IN FOR MONTHS."** Doherty repeats himself multiple times on pg 11 of the official transcript.

22. Still, **Judge Garcia** refuses to listen or help in any way, and denies all PPO Requests made by Doherty.

23. Doherty is Unlawfully Imprisoned based on False Pretenses presented by the very man he was trying to get a PPO against (**John Polderman**) a month later.

24. September, 2023. Report filed with the Securities and Exchange Commission in 2023 for Securities Fraud.

25. September, 2023. Report filed with Department of Justice in 2023 for Abuse Of Process, and Deprivation of Rights Under Color Of Law.

26. 9/12/23. **Stephen C. Morse** and **Aubrey Sargent** of the **Attorney General's Office** send out a letter to Doherty in the mail, telling him they have reviewed the material he provided to the **Lansing Police Department**, and there is no basis for a criminal investigation.

27. Although there is an enormous amount of evidence exposing mass corruption beyond just judicial misconduct, they tell him his complaint belongs with the **JTC**. This is after they tried to deflect it to **LPD** last time. More Indifference, Lack Of Action and Wilful Neglect.

28. 9/14/23. Communication with **Andrew Festerman**, Legislative Aide for **State Representative Doug Wozniak**, regarding a recap of Mr Doherty's recent hour long meeting with Mr Wozniak.

29. Along with several suggestions Doherty would like to be introduced to further help protect and prevent victims like himself through holes within the **receivership** statutes, that predatory debt collecting companies like **Simon PLC** were using.

30. One of the main problems with this entire case was the fact that it involved tens of millions of dollars, and was outside of the care and comprehension of most people involved.

31. Predatory Lending and A Violation Of Receivership Duties are very serious things, with some unbelievable consequences and destruction for people's lives and their families.

32. But when people don't understand it, and are getting paid a salary regardless, it creates the perfect environment for continued Abuse and Neglect like we see here, at the expense of people who do not fully understand how to protect themselves.

**33.** Although Self Representation was at the core of this country in the beginning, we have strayed away from the importance of it within our society. In fact, it's almost looked down upon, or as something that only "poor people" do.

**34.** Unfortunately we are encouraged to put our trust and futures in the hands of licensed "professionals" instead, who often times do not care nearly as much as the vested parties involved.

**35.** How could they? For it is ultimately not their lives on the line.

**36.** Self Representation is still entirely possible, and necessary for a complete Checks And Balances. But it takes an enormous amount of courage, will power, and research to actually pull off.

**37.** As you see the amount of people involved in trying to prevent Mr Doherty from not only succeeding here as Pro Se, but even his ability to remain free. All for daring to question those in power, who ultimately have a serious amount of Checks and Balances around them for a reason.

**38.** 9/26/23. A second PPO was filed against the **corrupt receiver John Polderman** for an extreme amount of Intentional Fraud, Abuse of Power, and Deprivation Of Rights Under Color Of Law.

**39.** 10/5/23. 8 Disqualification notices mailed out through certified mail to all of **John Polderman's debt collecting firm, Simon PLC** locations.

**40.** 10/6/23. Hearing for PPO against **John Polderman**, with **Ingham County** Judge Morgan Cole, where she admitted to staying up until 2am the night before in attempts to try and help Mr Doherty. (See Transcript).

**41.** Doherty explains to Judge Cole that **John Polderman** has been intentionally violating a court order for months, of which has been officially reported to **Joyce Draganchuk** and several others in law enforcement, and no one will do anything about it.

**42.** Finally someone outside of **Draganchuk**'s control started to see the abuse Doherty was talking about, but could not fully figure out how to help.

**43.** 10/9/23. Mr Doherty sends another email to **John Polderman of Simon, PLC**. Calling him out for continuing to violate a court order, and requesting that he and his new CPA be given access to Quikbooks immediately for tax purposes.

**44.** The deadline of 10/15/23 was coming up in a week for IRS Ammendments, and **Polderman** was intentionally obstructing Doherty's ability to provide them the information needed.

**45. Maner Costerisan's** President **Trey Williams** was informed of this ongoing issue in writing. Of which he, **Jeff Allen**, and **Maddie Henry** continued to work together with **John Polderman of Simon PLC** illegally to obstruct Doherty's new CPA access to Quikbooks, even though they had a court order telling them not to do so.

**46.** 10/9/23. Email sent to **Lansing City Attorneys Jim Smiertka** and **Amanda O'Boyle**, along with **Ingham County Sheriff Scott Wriggelsworth** and **LPD Chief Robert Backus**. Further informing them of the criminal behavior that was going on in their city, and the fact that they were doing nothing about it.

**47.** 10/10/23. **Mary Kay Borisch**, the Predatory Lender Jon Borisch's wife, calls and hangs up on Mr Doherty in a clear attempt to further intimidate him, and get him to stop exposing what was really going on here.

**48.** Doherty sends a text back to **Mary Kay Borisch**. Telling her that he was keeping everything civil, but that her son **David Borisch** would ultimately have to choose Perjury or Prison when he was put on the stand for everything he had Aided with behind the scenes against Doherty and his family.

**49.** 10/11/23. Doherty puts 20 people in a group text, including the **Mayor of Lansing Andy Schor**, and tells them that someone needs to actually take action here or they will be held liable in the court of law for Wilful Neglect, and Aiding And Abetting a Criminal Enterprise.

**50. John Polderman** uses this text thread, and starts conspiring with others as to how he can silence and suppress Doherty once again. And ultimately prevent the truth from coming out here.

1. 10/12/23. **Potterville Police Department** shows up to Doherty's house in Potterville where he and his wife and child reside. Mr Doherty drives straight over to the Police Dept after work, where he met in person with Officer Betts. Betts assured Doherty it was in fact just a misunderstanding.

2. 10/12/23. James Noyes, ex employee of whom Doherty fired back in the day for drug dealing, texts Doherty in attempts at intimidation, and reveals he has gotten Doherty's new address in Potterville from **John Polderman** as well.

3. **James Noyes** would later claim to be a "victim" in these same texts, after John Polderman orchestrated the False Reporting Of A Felony with 4 other individuals who

had all kinds of Motive to bring Doherty down, and prevent him from exposing their criminal behavior.

4. See **Prosecution**'s Disscovery Pg 135/136, involving the **LPD** Police Report where **Mark Andrek** admitted that all 5 "witnesses" collaborated beforehand to get the same story before calling it in to the police.

5. 10/13/23. Additional Police Report filed with **Potterville Police Department Chief Richard Barry.** Regarding same group of **con artists** Filing A False Police Report. Attempting to Intimidate A Witness, and have Mr Doherty Unlawfully Arrested and Imprisoned once again based on 100% false pretenses.

6. Later, it is revealed that **Potterville Police Chief Barry** never actually filed the police report. Along with a whole list of other duties he was failing to perform.

7. 10/13/23, 300 page Evidentiary packets sent out to Governor Gretchen Whitmer, **Attorney General Dana Nessel, and FBI Headquarters White Collar Crimes Division**, with Certified Tracking numbers.

8. 10/14/23. **LPD Officer Jillian Colby** admits to be given information by former **LPD Chief Sosebee**, and now **Chief Robert Backus** regarding Mr Doherty. (See **LPD** Case No. 2351910211, and Pg 135 of **Prosecution**'s Discovery).

9. Neithe of whom revealed the Surrounding Circumstances, or the fact that Doherty had kept them and the **Lansing Police Department** informed with hundreds of pages of Exculpatory Evidence. This is the beginning of an enormous amount of intentional Brady Violations committed by the **Lansing Police Department**.

10. 10/20/23. **Potterville Police Chief Richard Barry** was sent a 10 count felony warrant for Mr Doherty's arrest based on false pretenses from **LPD Detective Kyle Schlegel**. Not including any of the 5,000 pages of exculpatory evidence that existed.

11. 10/20/23. Instead of simply calling Mr Doherty up, as they had literally just met in person.

12. **Potterville Police Chief Richard Barry** instead intimidates Doherty's wife into luring Doherty back home to see his child, where Barry takes him down in the middle of the street like a domestic terrorist with guns drawn and ten other cop cars.

13. Excessive Force used here is an understatement. Meanwhile Doherty's wife is hysterical.

14. Mr Doherty is shocked as well, and asks **Barry** on camera what in the world is going on. Mr Doherty is arrested based on 100% False Pretenses, Orchestrated by the Master

Manipulator **John Polderman**, of Whom Doherty had filed 2 PPOs against previously for this very kind of behavior.

15. 10/20/23. **Potterville Police Chief Richard Barry** admits on camera to not having read any of the evidence Doherty had been sending him over the past three months.

16. **Barry** then leaves out 95% of this in his report of the incident that he filed that day.

17. **Richard Barry** then leaves out 95% of the FOIA requested of him on 1/24/24 as well, even though he tries to claim to Doherty's attorney that he completed the FOIA in full.

18. Establishing a clear pattern of Brady Violations, and Deceitful behavior whenever the **Chief** felt like it.

19. 10/20/23. **Potterville Chief Barry** also admits on camera, as he's handing Doherty off to **LPD** since it was outside of their Jurisdiction: "The **FBI** didn't listen to anything you had to say right, so why should I?"

20. Laughing and joking with his fellow officers, as this clearly had nothing to do with themselves or their own families.

21. 10/20/23. **LPD Officer** who takes Doherty into custody in the Home Depot parking lot off Waverly in Lansing states on camera: "Oh I heard about this guy". As they had obviously been conspiring behind the scenes, and treating it as if it was all fun and games now.

22. Meanwhile, Doherty is unlawfully taken away from his wife and child once again, for 8 months this time. Based on 100% false pretenses, and an unbelievable amount of Intentional Fraud and Brady Violations.

23. The 5 False witnesses claiming that they were "scared for their lives" based on some text messages Doherty had sent out, included 3 ex employees Doherty had fired (**James Noyes, Mark Andrek, Alec Centeno**) for drug dealing, drug using, and grand larceny.

24. Along with **John Polderman**, who Doherty had filed 2 PPOs against for high levels of manipulation within the system, and perverting the course of justice.

25. **Todd Heywood of City Pulse**, who had been working directly with **Polderman** for the last year to write smear campaign articles against Doherty based on false information and agendas in clear attempts of defamation and destroying his name.

26. **Berl Schwartz**, the owner of **City Pulse** was informed of **Todd Heywood**'s behavior multiple times, including direct acts of intentional fraud and defamation, and yet **Berl** continued to condone and promote the behavior. After all, they had newspapers to sell.

27. 10/23/23. Mr Doherty and his legal expert were planning on filing a massive civil lawsuit against all players involved. He was stopped short from doing this by being unlawfully arrested based on false pretenses.

28. Extreme Brady Violations and failure to provide Exculpatory Evidence by **LPD, Ingham County Prosecutor's Office, Potterville Police Department, the Attorney General's office,** and unfortunately even **The Governor.** All working together in Collusion behind the scenes to silence and suppress Doherty at all cost.

29. The main "weapon" they used against Doherty was trying to say he had violated a court order. The exact same court order that **John Polderman** had been violating for over 6 months now.

30. 10/23/23. **LPD Detective Monika Ford** makes the following statement to Lansing State Journal in an article regarding Mr Doherty's arrest: "This behavior has been a pattern over the last 2-3 years. It is very clear that this is ongoing harassment."

31. **Ken Palmer**, the journalist who reported the article for **Lansing State Journal**, did zero research into the truth of the matter before printing the allegations. With the headline: "Man charged with 10 felonies after sending more than 1,000 'harassing' text messages.

32. **Scott Bean**, a spokesperson for **Lansing Mayor Andy Schor**, stated in regards to the texts: **"There was no concern for the safety of city officials, buildings or infrastructure, and that the messages were not threatening."**

33. Yet Doherty was still charged with 10 felonies, unlawfully arrested based on completely false pretenses, and imprisoned against his will for a total of 8 months.

34. **LPD Detective Monika Ford** also states in her affidavit that "The lawyer who represented the plaintiff in the civil case against Doherty is concerned for his safety, unsure of Doherty's mental health and would like him to get treatment."

35. The interesting thing is she is referring to **John Polderman of Simon PLC** here. The "receiver", who is supposed to stay 100% neutral in matters between two parties, but was clearly not.

36. **Polderman** is also the same individual of whom Doherty had recently filed two PPOs against for this type of intentional fraud, highly manipulative behavior, and overall abuse of the system.

37. **Lansing Police Department**, of whom **Monika Ford** is employed by, was made well aware of this on multiple occasions through multiple means.

38. **John Polderman of Simon PLC** had also been listed in multiple police reports filed with not only Lansing Police Department, but **Potterville Police Department**, and an Official Complaint with the **Attorney General's office** on 7/31/23 as well.

39. All months before the false arrest on 10/20/23, based on more intentional fraud by **John Polderman of Simon PLC.** Who Doherty had been trying to report for months, but people were refusing to listen because he was supposedly "court appointed", and **Joyce Draganchuk** was aiding behind the scenes to shut any kind of investigation down since everything ultimately transpired in her court room.

40. Former ex employee **Mark Andrek** admitted in his police report that he and the other four "witnesses" all collaborated beforehand to come up with the same story. (See Pg 135 of Prosecution's Discovery where **Andrek** admits this halfway down the page).

41. Clearly proving that **Polderman** orchestrated yet another horrendous crime against Doherty, while others sat back and not only ignored it, but actually aided in him committing the crime.

42. Committing extreme Brady Violations, and failing to include any of the key crucial Exculpatory Evidence just listed in the **LPD** Police Report filed on 10/14/23 that was used to Falsely Arrest Mr Doherty.

**43. LPD Detective Monika Ford** also clearly misrepresents the facts around Mr Doherty and his wife's loss of twin boys in 2020.

**44.** No attempt to reach out to Doherty or his family members, simply regurgitating all of the information provided to her by **John Polderman. The verified abuser of which Doherty has filed 2 PPOs against.**

45. **Det Ford** states in her affidavit "The harassing messages coincide with the anniversary of Doherty's twin sons "death/stillbirth." (Doherty's twin boys were born premature on 9/28/2020, and were here with Doherty and his wife for 2 weeks. Then passed on 10/12/20, and 10/13/20).

46. **LPD Detective Ford** further states, "Doherty blames everyone involved in these legal proceedings for causing undue stress which ultimately lead to the death of his children and he calls them all 'murderers."

47. This was completely false. **Det Ford** would have known this if she actually read through any of the texts she was attempting to reference. Aside from being unbelievably disrespectful, and completely insensitive to Mr & Mrs Doherty and their extremely tragic loss.

48. 10/24/23. **CMH Employee Anna** tries to meet with Mr Doherty while he is trapped in a 7x7 isolation cell for his first week of being unlawfully imprisoned. Doherty respectfully requests to meet with **Anna**'s boss **Nichole B.**, as he did not have the greatest experience talking with **Anna** last time.

49. **CMH Employee Anna** tells Doherty the only way he's getting out of this box is by communicating with her. Doherty remains calm, but firm. As her entire demeaner is the complete opposite of someone truly concerned with another's mental health.

50. Doherty eventually meets with **CMH Employee Nichole B.**, and confides in her with everything that is going on. In her report, she admits that what Doherty is telling her could in fact be true. But ultimately chooses to do nothing about it.

51. 10/30/23. Mr Doherty is physically attacked in jail, and has to see the medical team regarding cuts all over his face. Just the beginning of an absolutely horrific experience of being unlawfully imprisoned for 8 months. Including being surrounded by murders, meth addicts, and child molesters.

52. 12/15/23. Doherty tries firing his attorney **Toby White** for Malpractice and Ineffective Counsel issues. **White** refuses to give back any of the retainer that Doherty and his family have given him, and they are forced to stick with him for a little while longer.

53. 1/24/24. FOIA is filed with **Attorney General,** who refuses to provide any information to Mr Doherty's attorney. Stating an "ongoing investigation", although they sent out a letter to Doherty on 9/12/23 clearly shutting the entire investigation down before it even began.

54. 1/24/24. FOIA is filed **Potterville Police Chief Richard Barry. Barry** forwards Doherty's attorney a few pieces of information, claims to have forwarded everything he had.

55. Leaving out 95% of the full context, hiding hundreds of pages of Excupatory Evidence, and committing all kinds of Brady Violations that would have ultimately never made the False Arrest on 10/20/23 possible.

56. **Potterville Police Chief Barry** has since been asked to provide the missing 95% of Exculpatory Evidence in writing by Mr Doherty on 2/3/25, and again on 2/10/25, of which Barry is refusing to do.

57. 1/24/23. FOIA filed with **Lansing Police Department**. Of whom stated that the FOIA would cost approximately $900 to complete.

58. To put in perspective, the average FOIA is $25-$50. Therefore, **LPD** intentionally decided to leave out approximately 30 TIMES the amount of paperwork normally present in a

FOIA in the **False LPD Police Report** used to Unlawfully Arrest and Imprison Mr Doherty on 10/20/23.

59. February, 2023. Ellen Garver rules Doherty 100% competent to stand trial. Then arbitrarily changes her mind a month later after Doherty files multiple motions that were ultimately above her head after trying to fire his counsel.

60. April, 2023. Mr Doherty is transferred to The Forensic Center in Saline Michigan for 60 days, where he is further terrorized and emotionally abused.

61. On his first day of arrival, Forensic Employee Ernie Poortinga told Doherty that he was going to take the medicine prescribed for him, or he would be held down by 10 men and it would be forced upon him through a shot.

62. This was just after meeting Doherty, and before Poortinga had read through any of the hundreds of pages of evidence proving there was something seriously wrong here.

63. Mr Doherty was trembling after this initial meeting. He was now not only scared for his life, but at the idea of losing control of his mind through the drugs they were going to be forcing upon him.

64. More Indifference, and Willful Neglect by those in positions of authority who could have actually made a difference.

65. Blindly following the agenda passed down to them from **John Polderman**, (of whom Doherty had filed two PPOs against for a reason), and the **Prosecution** who was only concerned about winning, and continuing to Abuse and Intimidate Mr Doherty.

66. **Director of Health and Human Services Elizabeth Hertel, Ellen Garver,** and **Ernie Poortinga** are provided with all kinds of evidence from Doherty as to the Abuse and extreme Neglect that is going on here with him and his family. Through multiple Greivances, and hundreds of pages of evidence he pleads with them to read.

67. Instead of acting or reading through anything, these three act in concert to continue keeping Doherty Unlawfully Imprisoned against his will.

68. Continuing to silence and suppress a witness who is trying to expose a Criminal Enterprise and Corruption at the highest levels, while inflicting an extreme amount of Emotional Distress.

69. 8/18/24. Mr Doherty is strong armed into signing a plea with **Ingham County Prosecutor Randall Behrmann**. **Behrmann** was threatening him with 10 felonies based on outrageous charges, along with continuing to have a tether around his ankle for the next year if he didn't sign it. The plea took 10 felonies down to just 2 misdemeanors.

70. Malicious Prosecution, Coercion.

71. **Ingham County Prosecutor Randall Behrmann** also admits that Doherty "pissed off half of Lansing", in a rare meeting Doherty had with him along with his attorney before the actual hearing with Judge Rosemarie Aquilina.

72. The **prosecution**'s entire case was based on a court order that Doherty had supposedly violated, even though the other side had been violating the same court order for over 6 months.

73. Nothing to do with the fact that "half of **Lansing**" was displeased with Doherty for trying to get them to do their duties and actually initiate an investigation in the matter. But it was clear that this was a driving force behind **Behrmann** and **Chief Prosecutor John Dewane**'s motive to silence Doherty at all cost.

74. The **Prosecutor's Office** tried telling Doherty's attorney earlier that they weren't trying to ruin Doherty's life, they just wanted him to "stop". (Stop exposing Corruption within their City?)

75. This is after they charge him with 10 felonies based on False Pretenses and an enormous amount of Brady Violations. Charges that get leaked to the press and spread all over town, insinuating that Doherty is a dangerous criminal.

76. 8/18/24. During this same meeting before the hearing, **Randall Behrmann** admitted to Doherty that he probably should've have just filed an appeal.

77. Clearly seeing there was something wrong here, but still refusing to dismiss the case. Even after Doherty had sent **him** and **John Dewane** hundreds of pages of Exculpatory Evidence, along with giving them the password and permission to go through his phone to prove his innocence just weeks after he was unlawfully arrested.

78. Did they really need to read any of it though? Their minds had clearly already been made up for them. Besides, they along with everyone else involved had Governmental Immunity right?

79. Enter Negligence, and Governmental Liability for Acts committed outside the scope of Duty.

---

80. **9/26/24. 1 MONTH AFTER DOHERTY SIGNS HIS PLEA, JOYCE DRAGANCHUK RESIGNS 4 YEARS EARLY.**

---

# FEDERAL COMPLAINTS

## ON TOP OF MULTIPLE POLICE REPORTS MADE WITH THE LANSING POLICE DEPT, CITY ATTORNEY'S OFFICE, INGHAM COUNTY, POTTERVILLE POLICE DEPT, ATTORNEY GENERAL, AND THE GOVERNOR:

81. 1/23/25. Additional Official Complaint Filed w/Federal Securities And Exchange Commission. **SEC Report Number 17376-487-392-956.**

82. 1/28/25. Additional Official Complaint Filed w/Department of Justice Civil Rights Division. **DOJ Report Number 563754-SRF.**

83. 1/28/25. Additional Official Complaint Filed w/**FBI**. Concerning original report filed on 2/28/23.

**84.** 2/7/25. Official Complaint Filed with the Federal Trade Commission. **FTC Report Number 183481352.**

85. 2/24/25. More extreme Neglect, Indifference, and actual Gaslighting from attorney **Toby White**.

86. The man who was supposed to be protecting Doherty through his unlawful imprisonment as his attorney, but failed to put in any effort after he was paid his retainer upfront in full.

# PRAYER FOR RELIEF

Mr Doherty and his wife have been terrorized over this entire ordeal. While the majority of people who are supposed to be charged with protecting him and his family in situations like this simply sat back and watched. Even worse, a lot of them ended up jumping in and Aiding and Abetting the very people Doherty had been trying to report to them.

The amount of Fraud, Corruption, Abuse & Wilful Neglect that has taken place in this case is hard to believe. Unfortunately, Indifference is one of the most dangerous things in our society for a reason, and things like this happen. But it's essential to right the scales, and send a clear message when it does that this kind of behavior is absolutely unacceptable.

One of the only examples comparable to the amount of corruption and cover up in this case is the Larry Nassar Scandal of the early 2000's. Where the exact same county (**Ingham**), got into an enormous amount of trouble once again over some of the same issues snowballing here:

Abuse, Neglect, and the failure of people to simply care for a fellow human being.

**As of 2022, Mr Doherty's company was valued at an approximate $43 Million, with a growth potention of $126 Million. All backed up by a 600 page Official Appraisal.**
Mr Doherty owned the company 100%, of which also generated $10 Million in 2021 alone. Right before it was illegally taken from him.

**Based on Grand Larceny Statute MCL 750.356 (3), and Deceit With Intent To Defraud MCL 750.218(3), where the victim is awarded 3 times the value of what was unlawfully taken from them.**

**Along with being subjected to the following within Ingham County/Lansing for 3 years:**

White Collar Crime, Aiding And Abetting Of A Criminal Enterprise, Deceit With Intent To Harm, Intentional Fraud, Malfeasance Of Office, Corruption, Gross Negligence, Securities Fraud, Racketeering, Deprivation of Rights Under Color Of Law, Breach Of Fiduciary Duty, Use Of Excessive Force, Intentional Infliction of Emotional Distress, Abuse Of Process, Abuse Of Power, Malicious Prosecution, Prosecutorial Misconduct, Judicial Misconduct, Willful Neglect Of Duty, Unlawful Arrest And Imprisonment Of Another, Intimidation Of A Witness, Cruel And Excessive Punishment, Police Brutality, Extreme Brady Violations, Conspiracy to Obstruct An Investigation, Tampering With Evidence, Malfeasance In Office, Extreme Professional Malpractice, Conspiracy To Cause Harm, Racketeering, Securities Fraud, False Reporting Of A Felony, Coercion, Aggravated Stalking, Willfully And Maliciously Spreading False Information, Defamation, Tax Obstruction, Fraudulent Transfer Of A Property, Failure To Report A Crime, Deliberate Indifference, Willful Endangerment Of Another, Reckless Disregard For Human Life.

**Mr Doherty is seeking $150 Million in total Damages for him and his family**.

Thank You.

(PART II)

# OFFICIAL COMPLAINT

PAGE 222 OF 378 PAGES

## UNITED STATES OF AMERICA

## WESTERN DISTRICT FEDERAL COURT

GERALD R. FORD FEDERAL BLDG
110 MICHIGAN ST NW, SUITE #399
GRAND RAPIDS, MI 49503
616-456-2381

**CASE NO:** ______________________

**JUDGE:** ______________________

[signature] 3/20/2025

**MICHAEL S. DOHERTY** **DATE**
ARCHITECT / PRO SE
PO BOX 331. CHARLEVOIX, MI 49720
517-652-2614

# SUPPORTING EVIDENCE

# SUMMARY OF SILENCED MOTIONS

## OF WHICH JOYCE DRAGANCHUK ILLEGALLY USED HER POWERS TO SUPPRESS ONCE AGAIN.

OVER 5,000 PAGES OF EVIDENCE BACKING THIS!

being held in jail at this point, and not the criminals listed here??

INGHAM COUNTY

Departments | Elected Officials | Courts | Services | About Us | Site Index | Search

Ingham County Michigan Court Record Search

(*) ALL 3 MONTHS BEFORE FALSE POLICE REPORTS WERE FILED AND I AM UNLAWFULLY ARRESTED. NONE OF THEM THOUGHT TO MENTION ANY OF THIS??

Navigation
New Search
Return to ROA Results
Logout

(*) TODD HEYWOOD + CITY PULSE See motions # 432, 412, 388

**Case Summary**

| | |
|---|---|
| Case Title: | BORISCH, JONATHAN , BORISCH, MARY KAY , JLB MONARCH HOLDINGS LLC vs MD INDUSTRIES LLC et al et al |
| Case Number | 22-000202-CB |
| Judge: | JOYCE DRAGANCHUK |
| PLAINTIFF: | JONATHAN BORISCH |
| PLAINTIFF: | MARY KAY BORISCH |
| PLAINTIFF: | JLB MONARCH HOLDINGS LLC |
| DEFENDANT: | MD INDUSTRIES LLC |
| DEFENDANT: | REHBEL INDUSTRIES LLC |
| DEFENDANT: | MICHAEL DOHERTY |
| Case Status: | CLOSED |
| Disposition: | 6CC-DISMISSED BY COURT - 04/26/2023 |
| File Date: | 03/22/2022 |

– 33 separate motions here filed w/ extreme criminal implications, All of which Draganchuk had illegally silenced & suppressed online once again.

(*) – 26 separate motions filed listing John Polderman and all his criminal involvement here.

(*) SEE MOTIONS #422 + #425 : JAMES NOYES, MARK ANDREK – see pg 36

to serve as evidence I had lost all faith in Draganchuk by this point. When she tampered w/ evidence through Tracy Smith, only proved my point.

**Case Events**

| | |
|---|---|
| 457 07/24/2023 | MOTION TITLE: THEFT AND FRAUDULENT TRANSFER OF DEF'S HOME #5 LOCUS LANE, LANSING MI 48911, ALONG WITH ILLEGALLY KICKING HIS WIFE AND CHILD OUT ONTO THE STREET. MCL 600.2927 (3). STATES VERY CLEARLY "NO RECEIVER MAY BE APPOINTED FOR ANY DWELLING HOUSE 0001 — home & dwelling — P1 |
| 456 07/24/2023 | MOTION: NOTICE TO ORION CONSTRUCTION OF THE EXTREME WHITE COLLAR CRIME AND DISQUALIFICATION OF THIS CASE INCLUDING INTENTIONAL FRAUD CONCERNING CONSTRUCTION LIABILITY AND LACK OF C OF O ON 1305 S. CEDAR ST — P2 |
| 455 07/24/2023 | MOTION TITLE: WRONGFUL EMPLOYEE TERMINATION, UNFAIR TREATMENT AND INTENTIONAL TORT TOWARDS DEF AND HIS WIFE. BY CORRUPTED JOHN POLDERMAN OF SIMON PLC, BIASED JUDGE JOYCE DRAGANCHUK OF INGHAM COUNTY, JON BORISCH OF GRAND RAPIDS & WALLOON LAKE MI AND FL0001 — SD1 |
| 454 07/24/2023 | MOTION TITLE: TO STRIKE RECEIVER'S SHAMEFUL ATTEMPT TO BYPASS LAW ONCE AGAIN AND SILENCE AND SUPPRESS DEF'S BASIC CIVIL RIGHTS OF BEING HEARD WITHOUT DUE PROCESS. ANOTHER ATTEMPT TO AVOID TAKING ACCOUNTABILITY FOR COUNTLESS ACTS OF CRIMINAL MISCONDUCT0001 — P3 |
| 453 07/24/2023 | MOTION: TO SUBMIT OVER 100 PAGES EVIDENCE INVOLVING INGHAM COUNTY JAIL'S TAMPERING OF EVIDENCE, OBSTRUCTION OF JUSTICE WRONGFUL IMPRISONMENT, INTENTIONAL FRAUD, CRIMINAL NEGLIGENCE, ASSAULT WITH INTENT TO HARM, AIDING & ABETTING, HARRASSMENT & INTIMID0001 |

(*) WHY DID THEY REALLY THINK I WAS FILING ALL THIS?

Certified Document - File Location: [illegible] - Monday, October 30, 2023 10:15 AM Eastern Daylight Time - Page 162 of 180

*IT'S GREATLY ENCOURAGED TO READ THROUGH THESE THOROUGHLY AND SEE JUST WHAT SHE WAS TRYING TO HIDE.

Started using a copy or sworn

452 07/24/2023
[redacted]

MOTION: NOTICE OF FRAUD. REQUEST FOR ALL OWNERSHIP DETAILS OF ARBORETUM TO BE DISCLOSED IMMEDIATELY, ALONG WITH RELATIONSHIP DETAILS BETWEEN ALLISON R. BACH OF DICKINSON WRIGHT AND JOHN POLDERMAN OF SIMON PLC

HELL COMPANY

451 07/24/2023
[redacted]

AMENDMENT: ADDITIONAL EXHIBITS FOR MOTION #431 CONCERNING CRIMINAL SHOW CLAUSE FOR MANER COSTERISAN, TREY WILLIAMS, TIM ADAMS, JEFF ALLEN, MADDY HENRY AND AYNSLEY FERGERSON FOR KNOWINGLY AIDING AND ABETTING A RICO ORGANIZATION UNDER INVESTIGATION FOR 0001

rmed the same with John Polderman egally took

450 07/24/2023

MOTION TITLE: VICTIMIZERS PLAYING THE VICTIMS, AFTER THIS TEAM OF CON ARTISTS ILLEGALLY STOLE DEF'S MULTI MILLION DOLLAR BUSINESS BASED ON FALSE PRETENSES, AND THEN DID THE SAME TO HIS OWN HOME WHERE THEY ILLEGALLY KICKED HIS WIFE AND CHILD OUT ONTO T0001

mpany over in 2022 now PLC is taken on

449 07/24/2023
[redacted]

MOTION TITLE: REQUEST FOR THE FOLLOWING ACCOMPLICES OF SIMON PLC'S JOHN POLDERMAN TO BE HELD ACCOUNTABLE: FRANK R SIMON, JEAN RICHARDSON, TRICIA MINK AND JENNIFER LASSEN.

this companies devalue assets they dollar for pennies on

448 07/24/2023
[redacted]

MOTION TITLE: 11/30/22 TRANSCRIPT DETAILS ATTACHED TO BE REFERRENCED FOR MULTIPLE CHARGES INCLUDING CRIMINAL CONSPIRACY AND R.I.C.O. FOR THIS HIGHLY CONNECTED WHITE COLLAR CRIMINAL ENTERPRISE OF WHOM HAS BEEN OFFICALLY REPORTED TO THE FBI AND SEVERAL 0001

mportant ranscript to read hrough. My first

447 07/24/2023

MOTION: NOTICE TO ALL PARTIES WHOEVER CONTINUES AIDING AND ABETTING THE HIGHLY CORRUPT RECEIVER JOHN POLDERMAN AND UNFIT JUDGE JOYCE DRAGANCHUK IN ANY WAY SHALL BE CRIMINALLY PROSECUTED TO THE FULLEST EXTENT OF LAW

time actually speaking out !!!

446 07/24/2023
[redacted]

MOTION TO INTRODUCE FOR THE RECORD AN EMERGENCY S.O.S. THE DEF CIRCULATED AT CHURCH TO OVER 100 PEOPLE ON 4/2/23, CLEARLY SCARED FOR HIS LIFE. THIS WAS 2 DAYS BEFORE JOYCE DRAGANCHUK ILLEGALLY TOOK AWAY HIS FREEDOM FOR TRYING TO PROTECT THE SAFETY OF 0001

I was scared and documentation

445 07/24/2023
[redacted]

MOTION: TO CHANGE FOR THE RECORD PHIL HAMILTON OF HAMILTON LAW WAS FIRED BY DEF UNEQUIVOCALLY, AFTER MONTHS OF EXTREME MALPRACTICE. THE ONLY BREAKDOWN OF COMMUNICATION WAS THE FACT THAT THERE WAS NONE.

444 07/24/2023
[redacted]

MOTION TITLE: GOVERNMENTAL LIABILITY FOR NEGLIGENCE TO HOLD MS. JOYCE DRAGANCHUK, MICHAEL LEWYCKY OF INGHAM COUNTY, AND JOHN POLDERMAN & ACCOMPLICES OF SIMON PLC, CRIMINALLY LIABLE FOR FRAUD, EXTREME MISCONDUCT, NEGLIGENCE, INTENTIONAL TORT AND OPERAT0001

443 07/24/2023
[redacted]

MOTION: SHOW CAUSE FOR JOEL FARRAR AND DAVE RUSSELL OF FOSTER SWIFT, AS TO WHY THEY SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR EXTREME ATTY MALPRACTICE, WILLFUL NEGLECT OF DUTY, INTENTIONAL FRAUD, INFLICTION OF EMOTIONAL DISTRESS, GASLIGHTING, EXTREM0001

442 07/24/2023
[redacted]

MOTION TITLE: SHOW CAUSE FOR LAW CLERK MICHAEL LEWYCKY, ASSISTANT DANIELLE HUETTNER, AND MS. JOYCE DRAGANCHUK AS TO WHY THEY SHOULD NOT ALL BE HELD IN CRIMINAL CONTEMPT FOR CONTINUING TO ALLOW ALL OF THE FRAUDULENT AND UNETHICAL BEHAVIOR TO HAPPEN IN 0001

441 07/24/2023
[redacted]

MOTION TITLE: MOTIONS #100-147 ENTITLED "RIGHT TO BE HEARD" OF WHICH WAS DISTRIBUTED TO ALL PARTIES ON 3/31/23 AND CONCEALED WITH INTENT TO DECEIVE TO BE RE-SUBMITTED AS EVIDENCE, HIGHLIGHTING CRIMINAL CONSPIRACY, NEGLIGENCE, MALFEASANCE OF DUTY DECEI0001

The amount of times John Polde + Joyce Draganchuk are listed

is. still staggering.

| | |
|---|---|
| 440 07/24/2023 | MOTION TITLE. TO HOLD JON BORISCH, MARY KAY BORISCH, DAVID "VALENTINE" BORISCH, AND CHRIS STARK ACCOUNTABLE FOR MULTIPLE COUNTS OF MANSLAUGHTER; WILFUL KILLING OF UNBORN QUICK CHILD. SEE MCL 750.322 * OUR BOYS |
| 439 07/24/2023 | MOTION TITLE: NOTICE OF INVESTIGATION FOR PREDATORY LENDER JON BORISCH, DAVID BORISCH, CPA CHRIS STARK AND ACCOMPLICES. FOR MULTIPLE COUNTS OF INTENTIONAL FRAUD, CRIMINAL CONSPIRACY, DECEIT WITH INTENT TO HARM, INTENTIONAL INFLICTION OF EMOTIONAL DIST0001 |
| 438 07/24/2023 | MOTION TITLE: DISQUALIFICATION & MISTRIAL MOTION TO DISQUALIFY JUDGE AND DECLARE IMMEDIATE MISTRIAL BASED ON EXTREME MISCONDUCT WITH MALICIOUS INTENT, CRIMINAL NEGLIGENCE, OPERATING OUTSIDE OF SCOPE, VERIFIED DISABILITY, GROSS PROCEDURAL ERRORS, AND A0001 |
| 437 07/24/2023 | MOTION: TO HOLD THE FOLLOWING ACCOMPLICES ACCOUNTABLE TO THE FULLEST EXTENT OF THE LAW: FRANK R. SIMON, JEAN RICHARDSON, AND TRICIA MINK, JENNIFER LASSEN FOR: AIDING AND ABETTING, INTENTIONAL FRAUD, EMBEZZLEMENT, GRAND LARCENY, COUNTLESS ACTS OF PERJU0001 |
| 436 07/24/2023 | MOTION TITLE: MCL 450.4906 NOTICE OF DISQUALIFICATION, INTENTIONAL FRAUD AND SEVERING OF EMPLOYMENT STATUTE TO THE FOLLOWING: FRANK R SIMON, OF SIMON PLC; PARTNERS OF BODMAN LAW; PAT O'KEEFE, OF O'KEEFE CONSULTING; MS MANTELLA OF GVSU; BOARD OF COMMIS0001 |
| 435 07/24/2023 | MOTION FEE RECEIPT: 511200 DATE: 07/24/2023 |
| 434 07/20/2023 | MOTION FEE RECEIPT: 511067 DATE: 07/20/2023 |
| 433 07/20/2023 | RECEIVER'S EXPARTE MOTION AND INCORPORATED BRIEF TO STRIKE PLEADINGS FILED BY MICHAEL DOHERTY AND IMPOSING FILING RESTRICTIONS |
| 432 07/14/2023 | MOTION TITLE: SHOW CAUSE AS TO WHY MANER COSTERISAN, JEFF ALLEN, TIM ADAMS, MADDY HENRY, AYNSLEY FERGERSON, AND KELLI PARKER SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR DIRECTLY DISOBEYING A COURT ORDER WITH INTENT TO DO HARM. ALONG WITH MULTIPLE ACTS0001 |
| 431 07/14/2023 | AMENDMENT FOR MOTION #386: THE FOLLOWING EXHIBITS AA-Z FROM #408 TO BE ADDED TO THE #386 MOTION AS WELL. FILED ON 07/05/2023 |
| 430 07/14/2023 | MOTION TITLE: SHOW CAUSE FOR LAW CLERK MICHAEL LEWYCKY AS TO WHY HE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR CONTINUED ACTS OF OBSTRUCTION OF JUSTICE, AIDING & ABETTING, BIASED ACTIONS, ILLEGAL EX PARTE COMMUNICATION, KNOWINGLY ENDANGERING DEF'S FA0001 |
| 429 07/14/2023 | MOTION TITLE: REQUEST FOR IMMEDIATE REMOVAL OF THE HIGHLY CORRUPTED AND BIASED RECEIVER JOHN POLDERMAN OF SIMON PLC FOR CAUSE INCLUDING AN ENORMOUS AMOUNT OF INTENTIONAL FRAUD, GROSS NEGLIGENCE AND WASTE, SADISTIC BEHAVIOR, PERJURY, THEFT, CONSPIRING 0001 |
| 428 07/14/2023 | MOTION TITLE: SHOW CAUSE AS TO WHY JOYCE DRAGANCHUK, JOHN POLDERMAN AND MICHAEL LEWYCKY SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR WORKING TOGETHER TO ILLEGALLY SILENCE AND SUPPRESS YET ANOTHER SET OF MOTIONS, INCLUDING A REQUEST FOR NO MORE EX PARTE 0001 |
| 427 07/14/2023 | MOTION TITLE: 41 MOTIONS FROM 3/10/23 ILLEGALLY SILENCED, INCLUDING CONTEMPT CHARGES AGAINST JUDGE. SHOW CAUSE AS TO WHY JOYCE DRAGANCHUK, JOHN POLDERMAN, MICHAEL LEWYCKY, AND DANIELLE HUETTNER SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR WORKING TOGET0001 |

not charged to #388.

had a PPO against him as well! who also

**#440 "TO HOLD JON BORISCH, MARY KAY BORISCH, DAVID "VALENTINE" BORISCH, AND CHRIS STARK ACCOUNTABLE FOR MULTIPLE ACTS OF MANSLAUGHTER."**

illegal schedule I drug ... handled by corrupt Draganchuk & Polderman. Who are simply in too deep with no other way out.

426 07/14/2023 AMENDMENT TO MOTION #417: THE FOLLOWING "EXHIBITS G-N" TO BE ADDED TO TH E #417 SHOW CAUSE MOTION CONCERNING DRAGANCHUK ILLEGALLY CLOSING THE CASE, FILED ON 07/11/2023

425 07/14/2023 MOTION TITLE: CRIMINAL SHOW CAUSE FOR JAMES NOYES, MARK ANDREK, TYLER SIBLE, ROY PLOWMAN, TYLER TABER, ANTHONY WHITED, ETC FOR THEFT OF OVER $250,000 FROM DEF'S OFFICE. SEE POLICE CASE NO. 23-0121106. INCIDENT HAS BEEN REPORTED MULTIPLE TIMES TO THE R0001

424 07/14/2023 MOTION TITLE: SHOW CAUSE AS TO WHY JOYCE DRAGANCHUK SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR CONTINUED HARASSMENT AND INTIMIDATION OF THE DEF IN HER OWN COURT ROOM ON 3/1/23, LACK OF DUE PROCESS OR RIGHT TO BE HEARD, AND ONCE AGAIN SILENCING HIM BE0001

423 07/14/2023 MOTION TITLE: 45 MOTIONS FROM 3/7/23 ILLEGALLY SILENCED SHOW CAUSE AS TO WHY JOYCE DRAGANCHUK, JOHN POLDERMAN, MICHAEL LEWYCKY AND DANIELLE HUETTNER SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR WORKING TOGETHER TO ILLEGALLY SILENCE AND SUPPRESS YET ANO0001

422 07/14/2023 MOTION TITLE: CRIMINAL SHOW CAUSE FOR JAMES NOYES, MARK ANDREK, TYLER SIBLE, ROY PLOWMAN, TYLER TABER, ANTHONY WHITED FOR SELLING HUNDREDS OF FAILED LBS OF MARIJUANA ILLEGALLY OUT OF THE BACK OF 1305 S CEDAR ST; SEE POLICE CASE NO. 23-0121106; IN DIRE0001

421 07/14/2023 MOTION TITLE: SECURITES FRAUD, MALPRACTICE, AND TORTURE (MCL 600.2962, MCL 750.85) SHOW CAUSE AS TO WHY CPA JOHN RUTHER, CPA CHRIS STARK, JON BORISCH, DAVID BORISCH, FLOYD GATES, AND JOHN POLDERMAN SHOULD NOT BE HELD IN CONTEMPT FOR CRIMINAL CONSPIRAC0001

had it, but I didn't realize fully till later!!

420 07/14/2023 MOTION TITLE: SHOW CAUSE AS TO WHY JOYCE DRAGANCHUK, JOHN POLDERMAN, MICHAEL LEWYCKY, AND DANIELLE HUETTNER SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR NOT GIVING DEFENDANT PROPER NOTICE THAT HE WOULD BE TESTIFYING AS A WITNESS AT THE 4/4/23 HEARING, 0001

Setting me up at 4/4 hrg to be arrested.

419 07/14/2023 MOTION FEE RECEIPT: 510880 DATE: 07/14/2023

418 07/11/2023 MOTION FEE RECEIPT: 510692 DATE: 07/11/2023

417 07/11/2023 MOTION TITLE: SHOW CAUSE AS TO WHY MS. JOYCE DRAGANCHUK SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR ILLEGALLY ALLOWING A TENANT TO OCCUPY BLDG WITHOUT A C OF O FOR 12 MONTHS, WHERE ANY OTHER OPERATION IN THE STATE WOULD HAVE BEEN SHUT DOWN LAST YEAR.

BLDG DEPT-

416 07/11/2023 MOTION TITLE: ATTENTION TO WHOM WILL BE ENTERING THESE MOTIONS: PLEASE NOTE THAT ALL MOTIONS ARE TO BE INPUTTED SEPARATELY INTO THE SYSTEM SO THEY SHOW ONLINE ACCORDINGLY LIKE 7/5/23 MOTIONS WERE. THIS IS ACCORDING TO MCR & MCL COURT STANDARDS

415 07/11/2023 MOTION TITLE: SHOW CAUSE FOR MS. JOYCE DRAGANCHUK AS TO WHY SHE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR ILLEGALLY CLOSING THE CASE WITHOUT FIRST GRANTING THE DEF A HEARING REGARDING ALL OF THE MOTIONS SHE ILLEGALLY SILENCED

You will see a lot of the other

***DOHERTY WAS USING THIS AS A PLACE TO OFFICIALLY DOCUMENT AND STORE ALL OF THE EVIDENCE HE WAS GATHERING.**

HE WAS ABSOLUTELY SHOCKED WHEN DRAGANCHUK THEN WORKED WITH HER CORRUPT RECEIVER JOHN POLDERMAN TO CONCEAL OVER 50 CRIMINAL ALLEGATIONS AGAINST BOTH OF THEM.

WANTED TO REDUCE THESE MOTIONS TITLES DOWN TO NUMBERS SO BAE

| | |
|---|---|
| 414 07/11/2023 | MOTION TITLE: SHOW CAUSE AS TO WHY MS. JOYCE DRAGANCHUK SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR ILLEGALLY DEMANDING DEF TO RELEASE HIS HOME ADDRESS WHERE HIS WIFE AND CHILD RESIDE. SEE 3/8/23 HEARING TRANSCRIPT. |
| 413 07/11/2023 | MOTION TITLE: SHOW CAUSE FOR MR. JOHN POLDERMAN OF SIMON PLC AS TO WHY HE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR GROSS NEGLIGENCE INVOLVING LOSING $30 MILLION IN VALUE OR APPROXIMATELY $100K PER DAY, ALONG WITH EXTREME INTENTIONAL FRAUD AND MISC00001 |
| 412 07/11/2023 | MOTION TITLE: SHOW CAUSE AS TO WHY TODD HEYWOOD, BERL SCHWARTZ, AND CITY PULSE OF LANSING SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR TAPING AUDIENCE MEMBERS WITHOUT THEIR APPROVAL IN ATTEMPTS OF DEFAMATION, HARRASSMENT, INTENTIONAL INFLICTION OF EMOT0001 |
| 411 07/11/2023 | MOTION TITLE: SHOW CAUSE FOR MS. JOYCE DRAGANCHUK AS TO WHY SHE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR ILLEGALLY SILENCING MOTION ENTITLED "I SEE YOU" SUBMITTED ON 3/15, WHICH WAS WRITTEN AND MEANT TO BE EXTREMELY RESPECTFUL AND COMING FROM A POS0001 |
| 410 07/11/2023 | MOTION TITLE: SHOW CAUSE FOR MR. JOHN POLDERMAN OF SIMON PLC AS TO WHY HE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR ILLEGALLY TRYING TO CONTACT DEF'S WIFE MULTIPLE TIMES IN ATTEMPTS TO HARASS, MANIPULATE AND INTIMIDATE WHEN HE KNEW SHE WAS REPRESENT0001 |
| 409 07/11/2023 | MOTION TITLE: SHOW CAUSE FOR MS. JOYCE DRAGANCHUK AS TO WHY SHE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR WRONGFULLY SUPPRESSING THE FACT THAT SHE WAS REPORTED FOR IMPEACHMENT TO THE JUDICIAL TENNURE COMMITTEE ON 3/18/23 BY THE DEF FOR CONTINUED ACT0001 |
| 408 07/11/2023 | MOTION TITLE: MOTION TO COMPEL MS. JOYCE DRAGANCHUK TO EXPLAIN HOW HER LACK OF BUSINESS EXPERIENCE HAS NOT COMPROMISED HER ABILITY TO UNDERSTAND AND RULE FAIRLY ON THIS CASE. HEAVILY RELYING INSTEAD ON A "COURT APPOINTED" RECEIVER WHO HAD SERIOUS CONF0001 |
| 407 07/11/2023 | MOTION TITLE: TO REMOVE JUDGE JOYCE DRAGANCHUK BASED ON CLEAR GROUNDS FOR DISQUALIFICATION: CHALLENGED CHIEF JUDGE SHALL REFER MOTION TO STATE COURT ADMINISTRATOR FOR ASSIGNMENT TO ANOTHER IMPARTIAL JUDGE. which she never did. |
| 406 07/11/2023 | MOTION TITLE: SHOW CAUSE FOR MS. JOYCE DRAGANCHUK AS TO WHY SHE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR ILLEGALLY SILENCING AND SUPPRESSING DEF'S APPEAL THAT WAS SUBMITTED ON 4/21/23 REGARDING HER RULING BASED ON FALSE PRETENSES ON 4/4/23. PLENTY 0001 |
| 405 07/11/2023 | MOTION TITLE: SHOW CAUSE AS TO WHY TYLER TABER SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR REPEATEDLY TRYING TO CONTAC, HARASS AND STALK DEF'S WIFE. MR. TABER IS A FELON WITH A HISTORY OF HARASSING, INTIMIDATING AND ABUSING OTHERS |
| 404 07/11/2023 | MOTION TITLE: SHOW CAUSE FOR MS. JOYCE DRAGANCHUK AS TO WHY SHE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR THE EXTREME MISCONDUCT THAT OCCURRED PRIOR, DURING AND AFTER THE 4/4/23 HEARING. A HEARING THAT NEVER SHOULD HAVE OCCURRED IN THE FIRST PLACE. |

Handwritten margin notes: "JD 16 P16", "P17", "another", "ional distr", "JD 1", "P18", "JD 18", "JD 1", "JD 2", "JD 2", "JD"

Handwritten left margin (partially cut off): ...y to our ...ant well ...pa ... ganchuk somehow ... SCAO in her back ... set as well, as they ... used to listen to me ... the matter either. ... ilar with JTC. ... lad ... ay ... e more powerful people ... ize. Like even ... colleagues know, ... an "egomaniac". ... I'm not sure even they ... e aware of how far this ... dy is willing to go.

Handwritten: a lot of my former employe... were harassing & stalking my wife & I online including ... Mark Andre...

**#414 "SHOW CAUSE AS TO WHY MS JOYCE DRAGANCHUK SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR ILLEGALLY DEMANDING DEF TO RELEASE HIS HOME ADDRESS WHERE HIS WIFE AND CHILD RESIDE."**

| | |
|---|---|
| 403 07/11/2023 | MOTION TITLE: SHOW CAUSE FOR MS. JOYCE DRAGANCHUK AS TO WHY SHE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR ILEGALLY SILENCING AND SUPPRESSING DEFS RIGHT TO DEFEND HIMSELF THROUGH MULTIPLE MOTIONS SUCH AS ATTACHED SUMMARY. |
| 402 07/11/2023 | MOTION TITLE: SHOW CAUSE FOR MS. JOYCE DRAGANCHUK AS TO WHY SHE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR ILLEGALLY SILENCING AND SUPPRESSING DEF'S APPEAL THAT WAS SUBMITTED ON 5/13/23 REGARDING HER RULING BASED ON FALSE PRETENSES ON 4/26/23. PLENTY0001 |
| 401 07/11/2023 | MOTION TITLE: SHOW CAUSE AS TO WHY MS. JOYCE DRAGANCHUK SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR ILLEGALLY SILENCING DEF ONCE AGAIN, AND TRYING TO ILLEGALLY FORCE BLDG DPT TO GIVE C OF O ON BLDG THAT HAS BEEN DEEMED UNSAFE FOR ALMOST A YEAR. AFTER0001 |
| 400 07/11/2023 | MOTION TITLE: TO COMPEL MS. JOYCE DRAGANCHUK TO REVEAL THE SERIOUS HEALTH ISSUE SHE DISCLOSED IN INITIAL HEARING THAT HAS CLEARLY BEEN IMPACTING HER ABILITY TO FOCUS AND MAKE IMPARTIAL, WELL INFORMED DECISIONS IN THIS CASE. THIS CAN BE DONE SO THROUGH0001 |
| 399 07/11/2023 | MOTION TITLE: SHOW CAUSE FOR MS. JOYCE DRAGANCHUK AS TO WHY SHE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR ALL OF THE FALSE PRETENSES AND INTENTIONAL FRAUD SHE ALLOWED TO OCCUR CONCERNING THE TITLE COMPANY MTG. THE COURT HAD BEEN CLEARLY MADE AWARE 00001 |
| 398 07/11/2023 | MOTION TITLE: SHOW CAUSE FOR MS. JOYCE DRAGANCHUK AS TO WHY SHE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR ILLEGALLY SILENCING MOTION ENTITLED "THANK YOU" SUBMITTED ON 3/16 AND THEN WRONGFULLY REFERENCING IT AS HARASSMENT AT 4/4/23 HEARING |
| 397 07/11/2023 | MOTION TITLE: SHOW CAUSE FOR MS. JOYCE DRAGANCHUK AS TO WHY SHE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR ILLEGALLY SILENCING MOTION ENTITLED "ACCOUNTABILITY FOR CRIMINALS" SUBMITTED ON 3/15 AND THEN WRONGFULLY REFERENCING IT AT 4/4/23 HEARING |
| 396 07/05/2023 | DEF MICHAEL S DOHERTY'S MOTION TO SHOW CAUSE AS TO WHY JOHN POLDERMAN OF SIMON PLC AND ASSOCIATES SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR OVER 25 VERIFIED CHARGES, INCLUDING BUT NOT LIMITED TO CRIMINAL CONSPIRACTY, LARCENY, INTENTIONAL FRAUD, GRO0001 |
| 395 07/05/2023 | DEF MICHAEL S DOHERTY'S MOTION TO COMPEL COURT AND CLERK OF THE COURT TO RELEASE ALL NAMES OF THOSE WHO HAVE BEEN RESPONSIBLE FOR TAMPERING WITH DEF'S MOTIONS ONLINE IN FAVOR OF THE PLAINTIFF AND RECEIVER IN QUESTION. REWORDING OR ELIMINATING MOTIONS 0001 |
| 394 07/05/2023 | DEF MICHAEL S DOHERTY'S MOTION TO COMPEL JOHN RUTHER OF O'KEEFE AND GVSU TO IMMEDIATELY REVEAL WHO THE VICTIM WAS THAT HE ADMITTED IN MARCH OF 2022 TO CAUSING A WRONGFUL DEATH WITH FLOYD GATES OF BODMAN LAW, THROUGH INTENTIONAL FRAUD, INFLICTION OF EM0001 |

TAMPERING WITH BLDG DEPARTMENT ABILITY TO MAINTAIN SAFETY!!

If they were really looking to destroy me

# *UNREAL AMOUNT OF FRAUD AND CORRUPTION IN ONE CASE.

| | | | |
|---|---|---|---|
| 393 | 07/05/2023 | JD 30 | DEF MICHAEL S DOHERTY'S MOTION FOR MS DRAGANCHUK TO RECUSE HERSELF IMMEDIATELY BASED ON EXTREME JUDICIAL MISCONDUCT, BIASED BEHAVIOR, AND AN OBVIOUS MISCARRIAGE OF JUSTICE IN HER COURTROOM. |
| 392 | 07/05/2023 | JD 31 P21 | DEF MICHAEL S DOHERTY'S MOTION TO COMPEL MS JOYCE DRAGANCHUK AND THE COURT TO REVEAL HER RELATIONSHIP AND FULL HISTORY WITH JOHN POLDERMAN AND SIMON PLC WITHIN 7 DAYS, AS REQURSTED IN THE 6/26/23 HEARING AND MULTIPLE TIMES PRIOR IN WRITING CITING OVE0001 |
| 391 | 07/05/2023 | P22 | DEF MICHAEL S DOHERTY'S MOTION FOR A NEW TRIAL BASED ON SIGNIFICANT LEGAL ERRORS, INTENTIONAL FRAUD, GROSS NEGLIGENCE, VERIFIED PREJUDICE, ILLEGAL EX PARTE COMMUNICATION, CRIMINAL CONSPIRACTY, WRONGFULLY APPOINTING A RECEIVER BASED ON FALSE PRETRENSES0001 |
| 390 | 07/05/2023 | FG | DEF MICHAEL S DOHERTY'S MOTION TO SHOW CAUSE AS TO WHY FLOYD GATES OF BODMAN LAW AND ASSOCIATES SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR OVER 25 VERIFIED CHARGES, INCLUDING BUT NOT LIMITED TO CRIMINAL CONSPIRACY, LARCENY, INTENTIONAL FRAUD, GROSS 0001 |
| 389 | 07/05/2023 | JD 32 | DEF MICHAEL S DOHERTY'S MOTION TO COMPEL MS JOYCE DRAGANCHUK TO EXPLAIN HOW UNLAWFULLY IMPRISONING THE DEFENDANT, FOR ASKING HER TO RECUSE HERSELF AT THE 4/4/23 HEARING, IS NOT AN EXAMPLE OF CRUEL AND EXCESSIVE PUNISHMENT, ETC, THIS HEARING HAS BEEN C0001 |
| 388 | 07/05/2023 | | DEF MICHAEL S DOHERTY'S MOTION TO SHOW CAUSE AS TO WHY TODD HAYWOOD, BERL SCHWARTZ, CITY PULSE OF LANSING, AND ALL OTHER PLAYERS INVOLVED WITH INTENTIONAL FRAUD AND DEFAMATION THROUGH MEDIA SHOULD NOT BE HELD IN CRIMINAL CONTEMPT. INVOLVING UNLAWFUL A0001 |
| 387 | 07/05/2023 | JD 33 P23 | DEF MICHAEL S DOHERTY'S MOTION TO COMPEL MS JOYCE DRAGANCHUK AND THE COURT TO CITE SPECIFIC LAW THAT PREVENTS A PRO SE FROM SPEAKING ON MATTERS INVOVLING SINGLE MEMBER LLCS OF WHICH HE CREATED, AND OF WHICH DIRECTLY IMPACT HIM PERSONALLY. THE LAW STAT0001 |
| 386 | 07/05/2023 | FG P24 | DEF MICHAEL S DOHERTY'S MOTION TO SHOW CAUSE AS TO WHY JON BORISCH, DAVID "VALENTINE" BORISCH, CHRIS STARK, FLOYD GATES, JOHN RUTHER, JOHN POLDERMAN AND ACCOMPLICES SHOULD NOT ALL BE HELD IN CRIMINAL CONTEMPT FOR VERIFIED R.I.C.O CHARGES, ACTS OF CON0001 |
| 385 | 07/05/2023 | | MOTION FEE: MOTION TO COMPEL ET AL RECEIPT: 510447 DATE: 07/05/2023 |
| 384 | 07/05/2023 | | MOTION FEE: MOTION TO RECUSE RECEIPT: 510461 DATE: 07/05/2023 |
| 383 | 07/05/2023 | | PROOF OF SERVICE RE NOTICE OF APPLICATION FOR RECEIVER'S FEES AND EXPENSES PURSUANT TO MCR 2.622(F) AND NOTICE OF RIGHT TO OBJECT SERVED UPON PARTY OF RECORD VIA MAIL ON JUNE 30, 2023 |
| 382 | 07/03/2023 | | TRANSCRIPT OF PROCEEDINGS - MOTION TO SET RENEWED DATE FOR CONTINUED SHOW CAUSE - BEFORE THE HON. JOYCE DRAGANCHUK ON JUNE 21, 2023 - RECORDED BY SUSAN C. MELTON, CER 7548 |
| 381 | 06/30/2023 | | MOTION FEE RECEIPT: 510312 DATE: 06/30/2023 |
| 380 | 06/30/2023 | P25 | OBJECTIONS FILED BY MICHAEL S DOHERTY RE: RECEIVERS APPLICATION FOR FEES AND EXPENSES |
| 379 | 06/29/2023 | | MOTION FEE RECEIPT: 510275 DATE: 06/29/2023 |
| 378 | 06/29/2023 | P26 | MOTION TO SHOW CAUSE AS TO WHY JOHN POLDERMAN OF SIMON PLC SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR DIRECTLY VIOLATING ANOTHER COURT ORDER AND REMOVING DEF'S ACCESS TO QUIKBOOKS FOR TAX PURPOSES YET AGAIN |
| 377 | 06/26/2023 | | NOTICE OF APPLICATION FOR RECEIVER'S FEES AND EXPENSES PURSUANT TO MCR 2.622(F) AND NOTICE OF RIGHT TO OBJECT W/ PS |
| 376 | 06/22/2023 | | ORDER DENYING SHOW CAUSE |

He had all kinds of motion to fraud

I fought all of them

**#386 "SHOW CAUSE AS TO WHY JON BORISCH, DAVID BORISCH, CHRIS STARK, FLOYD GATES, JOHN RUTHER, JOHN POLDERMAN**

**AND ACCOMPLICES SHOULD NOT ALL BE HELD IN CRIMINAL CONTEMPT FOR VERIFIED R.I.C.O. CHARGES."**

# "DRAGANCHUK CLUB"

# EXHIBIT

## 8/3/23

7:06, AND 9:40 AUDIO CLIPS WITH INGHAM COUNTY CLERK TRACY SMITH.

WHERE HE ADMITTED TO JOYCE DRAGANCHUK CALLING HIM UP PERSONALLY, TO ILLEGALLY SILENCE ANOTHER SET OF DOHERTY'S MOTIONS.

OF WHICH HAPPENED TO CONTAIN 33 CRIMINAL ALLEGATIONS AGAINST HER.

***FOR AIDING AND ABETTING HER RECEIVER JOHN POLDERMAN, IN ALL KINDS OF FRAUD AND INTENTIONAL ABUSE.**

"AIDING AND ABETTING HER RECEIVER JOHN POLDERMAN."

AUDIO CLIPS, OF TRACY SMITH ADMITTING TO JOYCE DRAGANCHUK CALLING HIM UP PERSONALLY AND SAYING:

# **"HEY, CAN YOU MAKE THIS HAPPEN?"**







DOHERTY IS SHOCKED THAT MR SMITH IS SO FREELY ADMITTING TO WHAT HE DID, AND HE ASKS HIM ON RECORDING: **"DO YOU UNDERSTAND WHAT YOU'RE INVOLVED WITH HERE TRACY? AIDING AND ABETTING WHITE COLLAR CRIMINALS IS A VERY SERIOUS THING."**

TO WHICH SMITH REPLIES, **"YEAH I'M GOOD."**

***A FAIRLY COMMON MENTALITY FOR THOSE WHO WERE PART OF THE "DRAGANCHUK UNTOUCHABLES".**

# TAMPERING W/EVIDENCE

(3) A person shall not do any of the following:

(a) Give, offer to give, or promise anything of value to any person to influence a person's statement to a police officer conducting a lawful investigation of a crime or the presentation of evidence to a police officer conducting a lawful investigation of a crime.

(b) Threaten or intimidate any person to influence a person's statement to a police officer conducting a lawful investigation of a crime or the presentation of evidence to a police officer conducting a lawful investigation of a crime.

(4) A person who violates subsection (3) is guilty of a crime as follows:

(a) Except as provided in subdivision (b), the person is guilty of a misdemeanor punishable by imprisonment for not more than 1 year or a fine of not more than $1,000.00, or both.

(b) If the violation involves committing or attempting to commit a crime or a threat to kill or injure any person or to cause property damage, the person is guilty of a felony punishable by imprisonment for not more than 10 years or a fine of not more than $20,000.00, or both.

(5) A person shall not do any of the following:

(a) Knowingly and intentionally remove, alter, conceal, destroy, or otherwise tamper with evidence to be offered in a present or future official proceeding.

(b) Offer evidence at an official proceeding that the person recklessly disregards as false.

(6) A person who violates subsection (5) is guilty of a crime as follows:

(a) Except as provided in subdivision (b), the person is guilty of a felony punishable by imprisonment for not more than 4 years or a fine of not more than $5,000.00, or both.

(b) If the violation is committed in a criminal case for which the maximum term of imprisonment for the violation is more than 10 years, or the violation is punishable by imprisonment for life or any term of years, the person is guilty of a felony punishable by imprisonment for not more

**(a) KNOWINGLY AND INTENTIONALLY REMOVE, ALTER, CONCEAL, DESTROY, OR OTHERWISE TAMPER WITH EVIDENCE."**

# ANOTHER MOTION DRAGANCHUK UNLAWFULLY SUPPRESSED

## MOTION TITLE:

**SHOW CAUSE AS TO WHY TRACY D. SMITH, CLERICAL SERVICES SUPERVISOR FOR LANSING CIRCUIT COURT, SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR OBSTRUCTION OF JUSTICE, WILFUL NEGLECT OF DUTY, AND AIDING AND ABETTING A CRIMINAL. ALONG WITH THE FEMALE ACCOMPLICE HE CONVINCED UNDERNEATH HIM TO COVER UP ILLEGAL ACTIVITY, & JOYCE DRAGANCHUK WHO ASKED HIM TO DO SO. OF WHICH MR SMITH ADMITTED TO ON RECORDING.**

- **ANYONE WHO CONTINUES AIDING AND ABETTING THESE WHITE COLLAR CRIMINALS IN ANY WAY WILL BE HELD ACCOUNTABLE TO THE FULLEST EXTENT OF THE LAW. KEEP IN MIND THAT IGNORANCE IS NO DEFENSE IN THE COURT OF LAW HERE.**

- **THIS IS NOT A GAME. JUST BECAUSE IT IS NOT YOU OR YOUR FAMILY ON THE LINE, DOES NOT MEAN YOU SHOULD NOT BE PAYING ATTENTION. YES YOU. BECAUSE IF YOU CONTINUE WALKING IN INDIFFERENCE, AND BLINDLY AIDING AND ABETTING A CORRUPT JUDGE & RECEIVER HERE WHETHER YOU REALIZE IT OR NOT, YOU WILL BE PERSONALLY HELD ACCOUNTABLE TO THE FULLEST EXTENT OF THE LAW.**

**THESE ACTIONS INCLUDE COVERING UP:** INTENTIONAL FRAUD, EMBEZZLEMENT, GRAND LARCENY, COUNTLESS ACTS OF PERJURY, CRIMINAL NEGLIGENCE, ASSAULT WITH INTENT TO HARM, COLLUSION, ATTORNEY & JUDICIAL MALPRACTICE, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, UNLAWFUL IMPRISONMENT, AND HUNDREDS OF OTHER VICTIMS.

[signature] 8/7/2023

MICHAEL S. DOHERTY

**"SHOW CAUSE AS TO WHY TRACY D. SMITH SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR OBSTRUCTION OF JUSTICE, WILLFUL NEGLECT OF DUTY, AND AIDING AND ABETTING A CRIMINAL."**

# AIDING & ABETTING

## MI CRIMINAL JI 8.1 AIDING AND ABETTING

(1) In this case, the defendant is charged with committing ______________ or intentionally assisting someone else in committing it.

* (2) Anyone who intentionally assists someone else in committing a crime is as guilty as the person who directly commits it and can be convicted of that crime as an aider and abettor.

(3) To prove this charge the prosecutor must prove each of the following elements beyond a reasonable doubt:

(a) First, that the alleged crime was actually committed, either by the defendant or someone else. [It does not matter whether anyone else has been convicted of the crime.]

(b) Second, that before or during the crime, the defendant did something to assist* in the commission of the crime.

(c) Third, at that time the defendant must have intended the commission of the crime alleged or must have known that the other person intended its commission or that the crime alleged was a natural and probable consequence of the commission of the crime intended.

*Use Note*

*The statute penalizes one who "procures, counsels, aids, or abets" the commission of a crime. The committee believes "assists" captures the essence of the prohibited conduct, but court or counsel may prefer to select, in appropriate cases, a more specific verb from the statutory list.

*History*

M Crim JI 8.1 combines former CJI2d 8.1 and 8.2, which were CJI 8:1:01–8:1:02 and CJI 8:1:03, respectively. This instruction was adopted in June 1992, and paragraph (3)(c) was amended in April 1996, to reflect the state of mind required by case law, and in September, 2013, to reflect case law holding that a defendant can be an aider or abettor as a natural consequence of the commission of the offense.

*Reference Guide*

*Statutes*

MCL 767.39.

*Case Law*

*People v Robinson*, 475 Mich 1, 15, 715 NW2d 44 (2006); *People v Moore*, 470 Mich 56, 679 NW2d 41, cert denied, 543 US 947 (2004); *People v Carines*, 460 Mich 750, 757–758, 597 NW2d 130 (1999); *People v Mann*, 395 Mich 472, 236 NW2d 509 (1975); *People v Smielewski*, 235 Mich App 196, 208-209, 596 NW2d 636 (1999); *People v Bartlett*, 231 Mich App 139, 157, 585 NW2d 341 (1998); *People v Turner*, 213 Mich App 558, 569, 540 NW2d 728 (1995); *People v Crousore*, 159 Mich App 304, 317, 406 NW2d 280 (1987); *People v Brown*, 120 Mich App 765, 328 NW2d 380 (1982); *People v Champion*, 97 Mich App 25, 32, 293 NW2d 715 (1980), rev'd on other grounds, 411 Mich 468, 307 NW2d 681 (1981); *People v Derrick Smith*, 87 Mich App 584, 594, 274 NW2d 844 (1978); *People v Stephens*, 84 Mich App 250, 269 NW2d 552 (1978); *People v Parks*, 57 Mich App 738, 226 NW2d 710 (1975).

**(2) "ANYONE WHO INTENTIONALLY ASSISTS SOMEONE ELSE IN COMMITT-ING A CRIME IS AS GUILTY AS THE PERSON WHO DIR-ECTLY COMMITS IT, AND CAN BE CONVIC-TED OF THAT CRIME AS AN AIDER AND ABETTOR."**

AA courts.michigan.gov

***TRACY SMITH WAS AIDING HIS BUDDY DRAGANCHUK, WHO WAS AIDING HER BUDDY POLDERMAN, ETC.**

**AND THAT'S EXACTLY HOW THIS THING KEPT SPINNING.**

# ALL WITHIN INGHAM COUNTY,

# <u>HOME OF THE NASSAR SCANDAL.</u>

# EXHIBIT

INGHAM COUNTY JOYCE DRAGANCHUK CONTINUES TO ENDANGER DOHERTY'S FAMILY BY NOW ENABLING CRIMINALS TO UNLAWFULLY SHOW UP TO HIS NEW HOUSE TO FURTHER HARASS AND INTIMIDATE HIM.

(SEE POTTERVILLE POLICE REPORT 23-0169 FOR AGGRAVATED STALKING CHARGES AGAINST JOHN POLDERMAN).

DOHERTY IS LEFT WITH NO CHOICE BUT TO FILE PPOS AGAINST HER AND EVERYONE ELSE INVOLVED ON 8/9/23 IN HOPES THAT SOMEONE WILL FINALLY LISTEN.

INGHAM COUNTY CHOOSES TO DO NOTHING, AND INSTEAD UNLAWFULLY IMPRISONS DOHERTY TWO MONTHS LATER BASED ON FALSE PRETENSES.

**"INGHAM COUNTY JOYCE DRAGANCHUK CONTINUES TO ENDANGER DOHERTY'S FAMILY BY NOW ENABLING CRIMINALS TO UNLAWFULLY SHOW UP TO HIS NEW HOME ADDRESS TO FURTHER HARASS AND INTIMIDATE HIM."**

*IMAGINE IF SOMEONE HAD FREELY HANDED OUT HER HOME ADDRESS?

# PPO AGAINST CHIEF CIRCUIT JUDGE

| STATE OF MICHIGAN JUDICIAL CIRCUIT COUNTY | PETITION FOR PERSONAL PROTECTION ORDER (NONDOMESTIC) | CASE NO. and JUDGE 23-2184-PH |
|---|---|---|

Court address — Court telephone no.

A Petitioner's name: MICHAEL S. DOHERTY — Age: 44
Address and telephone no. where court can reach petitioner: PO Box 13126 Lansing, MI 48901 517-614-1939

v

Respondent's name, address, and telephone no.: JOYCE DRAGANCHUK 313 W. KALAMAZOO ST. LANSING, MI 48933 — Age: 70

1\. The petitioner and respondent have never been married, resided in the same household together, had a child in common, or had a dating relationship with one another.

B 2. ☐ The respondent is required to carry a firearm in the course of his/her employment. ☐ Unknown

C 3. a. There ☒ are ☐ are not other pending actions in this or any other court regarding the parties.

| Case number | Name of court, county, and state or province | Name of judge |
|---|---|---|
| 22-000202-CB | 30th, Ingham, MI | DRAGANCHUK |

b. There ☒ are ☐ are not orders/judgments entered by this or any other court regarding the parties.

| Case number | Name of court, county, and state or province | Name of judge |
|---|---|---|
| 22-000202-CB | 30th, Ingham, MI | DRAGANCHUK |

D 4. I need a personal protection order because: (Explain what has happened (attach separate sheets))
EXTREME RACKETEERING AND CORRUPTION ON THE HIGHEST LEVELS, IMMEDIATELY ENDANGERING MY FAMILY + I. FBI IS NOW INVOLVED. SEE ATTACHED.

E 5. I make this petition under the authority of MCL 600.2950a(1) and ask the court to grant a personal protection order prohibiting the respondent from:

☒ a. stalking me as defined by MCL 750.411h and MCL 750.411i, which includes but is not limited to:
- ☒ following me or appearing within my sight.
- ☒ appearing at my workplace or residence.
- ☒ approaching or confronting me in a public place or on private property.
- ☒ entering onto or remaining on property owned, leased, or occupied by me.
- ☐ sending mail or other communications to me.
- ☒ contacting me by telephone.
- ☒ placing an object on or delivering an object to property owned, leased, or occupied by me.

☒ b. threatening to kill or physically injure me.
☒ c. purchasing or possessing a firearm.
☐ d. posting a message through the use of any medium of communication, including the Internet or a computer or any electronic medium, pursuant to MCL 750.411s.
☐ e. other: __________

FILED - 30th CIRCUIT COURT
AUG 09 2023

Approved, SCAO
Form CC 377, Rev. 3/23
MCL 600.2950a, MCR 3.703
Page 1 of 2

Form Instructions

Distribute form to:
Court
Judge/Assignment clerk
Respondent
Petitioner
Return

## "FOR EXTREME CORRUPTION, AND UNLAWFULLY ENDANGERING THE FAMILY OF ANOTHER."

# NOTICE TO FELLOW JUDGES



**DRAGANCHUK AND GARCIA SITTING NEXT TO EACH OTHER IN THE FRONT ROW OF COURSE, OF WHOM DOHERTY HAD A PROBLEM WITH FOR FAILING TO BE IMPARTIAL IN ANY WAY.**

## EXHIBIT

**8/14/23**

9 INGHAM COUNTY CIRCUIT COURT JUDGES WHO WERE SENT THE SAME 40 PG EVIDENTIARY PACKETS BY MR DOHERTY.

CONCERNING FRAUD AND CORRUPTION THAT WAS TAKING PLACE IN JOYCE DRAGANCHUK'S COURTROOM.

AND THE FACT THAT IT WAS ENDANGERING HIMSELF AND HIS FAMILY.

**CONCERNING MASSIVE AMOUNTS OF FRAUD AND CORRUPTION IN DRAGANCHUK'S COURTROOM.**

# SENT OUT 8/14/23

## CERTIFIED TRACKING NUMBERS #1


Priority Mail® 1 $9.35
Lansing, MI 48933
Weight: 0 lb 10.40 oz
Expected Delivery Date
Wed 08/16/2023
Tracking #:
9505 5144 9952 3226 5440 59
Insurance $0.00
Up to $100.00 included
Total $9.35
Wanda Stokes

**HONORABLE WANDA M. STOKES**
3RD FLOOR – MASON COURTHOUSE.
315 S JEFFERSON ST, MASON MI 48854
517-676-7223


Priority Mail® 1 $9.35
Lansing, MI 48933
Weight: 0 lb 10.40 oz
Expected Delivery Date
Wed 08/16/2023
Tracking #:
9505 5144 9952 3226 5440 35
Insurance $0.00
Up to $100.00 included
Total $9.35
Shauna Dunnings

**HONORABLE SHAUNA DUNNINGS**
2ND FLOOR VMC. 313 W KALAMAZOO ST
LANSING, MI 48933
517-483-6328


Priority Mail® 1 $9.35
Lansing, MI 48933
Weight: 0 lb 10.40 oz
Expected Delivery Date
Wed 08/16/2023
Tracking #:
9505 5144 9952 3226 5439 91
Insurance $0.00
Up to $100.00 included
Total $9.35
Carol Koenig

**HONORABLE CAROL N. KOENIG**
2ND FLOOR VMC – COURTROOM 4
313 KALAMAZOO ST
LANSING, MI 48933
517-483-6436


Priority Mail® 1 $9.35
Lansing, MI 48933
Weight: 0 lb 10.40 oz
Expected Delivery Date
Wed 08/16/2023
Tracking #:
9505 5144 9952 3226 5439 77
Insurance $0.00
Up to $100.00 included
Total $9.35
Clinton Canady III

**HONORABLE CLINTON CANADY III**
2ND FLOOR, 30TH CIRCUIT COURT ANNEX
426 S WALNUT ST, LANSING MI 48933
517-483-6137


Priority Mail® 1 $9.35
Lansing, MI 48933
Weight: 0 lb 10.40 oz
Expected Delivery Date
Wed 08/16/2023
Tracking #:
9505 5144 9952 3226 5439 83
Insurance $0.00
Up to $100.00 included
$9.35
Aquilina

**HONORABLE ROSEMARIE AQUILINA**
3RD FLOOR VMC – COURTROOM 5
313 W KALAMAZOO ST
LANSING, MI 48933
517-483-6526

# 2 MONTHS BEFORE UNLAWFUL ARREST

# CERTIFIED TRACKING NUMBERS #2


Priority Mail® 1 $9.35
Lansing, MI 48933
Weight: 0 lb 10.40 oz
Expected Delivery Date
Wed 08/16/2023
Tracking #:
9505 5144 9952 3226 5439 15
Insurance $0.00
Up to $100.00 included
Total $9.35
Jordan

**HONORABLE DAVID L. JORDAN**
2ND FLOOR, 30TH CIRCUIT COURT ANNEX
426 S WALNUT ST, LANSING MI 48933
517-483-6137


Priority Mail® 1 $9.35
Lansing, MI 48933
Weight: 0 lb 10.40 oz
Expected Delivery Date
Wed 08/16/2023
Tracking #:
9505 5144 9952 3226 5440 11
Insurance $0.00
Up to $100.00 included
Total $9.35
James Jamo

**HONORABLE JAMES JAMO**
3RD FLOOR VMC – COURTROOM 7
313 W KALAMAZOO ST
517-483-6426


Priority Mail® 1 $9.35
Mason, MI 48854
Weight: 0 lb 10.40 oz
Expected Delivery Date
Wed 08/16/2023
Tracking #:
9505 5144 9952 3226 5439 39
Insurance $0.00
Up to $100.00 included
Total $9.35
Garcia

**HONORABLE RICHARD J GARCIA**
2ND FLOOR VMC, 313 W KALAMAZOO ST
LANSING, MI 48933
517-483-6339


Priority Mail® 1 $9.35
Lansing, MI 48933
Weight: 0 lb 10.20 oz
Expected Delivery Date
Wed 08/16/2023
Tracking #:
9505 5144 9952 3226 5440 73
Insurance $0.00
Up to $100.00 included
Total $9.35
Total: $84.15
McCormick

**HONORABLE LISA McCORMICK**
2ND FLOOR VMC, 313 W KALAMAZOO
LANSING, MI 48933
517-483-6438

***ALL 9 INGHAM COUNTY JUDGES WERE INFORMED OF THE FRAUD AND ABUSE THAT WAS TAKING PLACE IN DRAGANCHUK'S COURTROOM.**

**RICHARD GARCIA EVEN HAD A PPO HEARING SHORTLY AFTER THIS**

**MOTION TITLE:** TO COMPEL JUDGE RICHARD J GARCIA, TO STATE IF THEY THINK JOYCE DRAGANCHUK SHOULD NOT RECUSE HERSELF FROM CASE 22-000202-CB-C30 TO THE COURT BY 8/18/2023.

**OTHERWISE, REQUEST FOR IMMEDIATE DISQUALIFICATION AND TRANSFER THROUGH SCAO BASED ON EXTREME MISCONDUCT, ABUSE, AND OVERALL MISCARRIAGE OF JUSTICE.**

INCLUDING OVER A HUNDRED OFFICIAL MOTIONS AND 4,000 PAGES OF EXHIBITS AND DOCUMENTS. PROVING INTENTIONAL FRAUD, AGGRAVATED STALKING, AND CORRUPTION ON THE HIGHEST LEVELS.

PLEASE SEE ALL MOTIONS FOR REFERENCE, ALONG WITH SUPPORTING EVIDENCE ATTACHED TO JOYCE DRAGANCHUK'S (PPO CASE NO 23-2184) AND JON BORISCH'S (PPO CASE NO 23-2176).

OFFICIAL PPO REQUESTS ATTACHED, ALONG WITH SPECIFIC STATUTE AS WELL.

BEING SUBMITTED AS OFFICIAL MOTIONS, AND SENT TO EACH JUDGE THROUGH CERTIFIED MAIL.

REF:MCJC CANON 1-3, MCL 767.67, MCL 750.85, MCL 750.450, MCL 750.462A, MRPC 1.8, MRPC 2.4, MRPC 4.1-4.4, MRPC 5.1-5.6, MRPC 6.5, MRPC 8.1-8.5, AND RECEIVERSHIP ACT 16 OF 2018, MCL 769.26, MCL 750.422-423, MCL 750.356, MCL 438.41, MCR 8.100, MCL ARTICLE I SEC 17, MCR 9.100, FEDERAL SECURITIES FRAUD 18 USC 1348, RACKATEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT, MCL 750.157A, MCL 750.218, MCL 750.349B, 18 USC 402, MCL 600.1715, MCL 771.1, MCR SUMMARY, MCR 1.109, MCR CHAPTER 8, MCL 750.411s, MCL 750.411h

[signature] 8/14/2023
MICHAEL S DOHERTY

**WHERE DOHERTY WAS ASKING HIM TO SIMPLY LISTEN AND HELP PROTECT HIS FAMILY.**

GARCIA DISMISSED THE ENTIRE THING INSTEAD BEFORE READING A SINGLE PIECE OF EVIDENCE.

***CLEARLY IT WAS NOT HIS FAMILY ON THE LINE.**

**DRAGANCHUK IS CONSISTENTLY USING THE COURT SYSTEM TO BREAK PEOPLE AND FORCE THEM INTO SUBMISSION. COMPLETELY DISREGARDING THE FACT THAT THEY ARE FELLOW HUMAN BEINGS. THIS IS NOT WHAT THE LAW WAS INTENDED FOR, OR REPRESENTATIVE OF THE OATH ANY OF YOU SWORE INTO.**

IF YOU WANT TO MAKE IT CLEAR YOU DO NOT APPROVE OF THIS KIND OF BEHAVIOR AND WANT TO SEPARATE YOURSELF FROM IT, IT IS HIGHLY SUGGESTED THAT YOU REPORT THIS TO THE JTC AND PROPER AUTHORITIES AS REQUIRED BASED ON FOLLOWING STATUTE. THANK YOU.

**8/14/2023**

**"DRAGANCHUK IS CONSISTENTLY USING THE SYSTEM TO BREAK PEOPLE."**

# (A)A JUDGE SHALL INFORM THE APPROPRIATE AUTHORITY*

ABA

## Rule 2.15: Responding to Judicial and Lawyer Misconduct

Share:

(A) A judge having knowledge* that another judge has committed a violation of this Code that raises a substantial question regarding the judge's honesty, trustworthiness, or fitness as a judge in other respects shall inform the appropriate authority.*

(B) A judge having knowledge that a lawyer has committed a violation of the Rules of Professional Conduct that raises a substantial question regarding the lawyer's honesty, trustworthiness, or fitness as a lawyer in other respects shall inform the appropriate authority.

(C) A judge who receives information indicating a substantial likelihood that another judge has committed a violation of this Code shall take appropriate action.

(D) A judge who receives information indicating a substantial likelihood that a lawyer has committed a violation of the Rules of Professional Conduct shall take appropriate action.

americanbar.org

**OF WHICH NEVER HAPPENED.**

# "CHALLENGES WITH A SELF-REGULATING SYSTEM. INCLUDING IMPULSE TOWARD SELF-PROTECTION, AND DISINCLINATION TO AIR DIRTY LAUNDRY."

# EXHIBIT

"CHALLENGES ASSOCIATED WITH A SELF-REGULATING JUDICIAL SYSTEM"

STATECOURTREPORT

In short, all state judiciaries have adopted substantially similar codes of conduct. And all states have established procedures to investigate and discipline misconduct. Challenges associated with a self-regulating system of judicial ethics and discipline concern enforcement, as well as the problems posed by insufficient transparency, the impulse toward self-protection, and the disinclination to air dirty laundry. Essential to any reform effort is the need for state judicial systems to internalize more fully that rigorous investigation and remediation of judicial misconduct is indicative not of a system in trouble, but of a system in good repair, which serves to enhance, rather than diminish, public confidence in the courts.

*Charles Gardner Geyh is a distinguished professor and John F. Kimberling Chair in Law at the Indiana University Maurer School of Law.*

statecourtreport.org

"**ESSENTIAL TO ANY REFORM EFFORT** IS THE NEED FOR STATE JUDICIAL SYSTEMS TO INTERNALIZE MORE FULLY THAT RIGOROUS INVESTIGATION AND **REMEDIATION OF JUDICIAL MISCONDUCT** IS INDICATIVE NOT OF A SYSTEM IN TROUBLE

**BUT OF A SYSTEM IN GOOD REPAIR.**"

# JEFFERSON'S WARNING




## NOTE: DOHERTY HAS BEEN IMPRESSED WITH INGHAM COUNTY JUDGES MORGAN COLE, AND ROSEMARIE AQUILINA TO DATE.

THIS IS NOT SOMETHING THAT IS ROTTEN TO THE CORE, BUT AN INFECTION THAT RUNS SO DEEP

THAT IT THREATENS OTHER GOOD PEOPLE FROM EVEN ATTEMPTING TO REPORT IT.

# SELF REGULATION?


me Sep 4

The system is supposed to survive on self regulation. Kind of hard when person gone corrupt is chief circuit judge.

People have known this for years of Draganchuk. They simply put up with it, try to stay in her favor.

What's the reward for reporting a judge for misconduct again? Versus ramifications if it doesn't turn out so hot...

Her husband is former Lansing Township Police. She has control of entire Ingham County Sheriff's Dept, and ties with the AG Office as well.

Who else would challenge her besides a person who's family is on the line?

If you think this is just about a person unhappy with a verdict like she's been so desperately trying to convince others of, you haven't been paying attention.

Officially reported to JTC on 3/18/23 for impeachment, (see below) after she illegally silenced and suppressed all def motions back then too.

May want to send them an update. Seeing what checks and balances failed here long term is going to be a thing.

Respectfully,

MD

## 9/4/23

## SENT TO SCAO AND JTC

**"THE SYSTEM IS SUPPOSED TO SURVIVE ON SELF REGULATION. KIND OF HARD WHEN THE PERS-ON GONE CORR-UPT IS THE CHIEF CIRCUIT JUDGE."**

**"KIND OF HARD WHEN THE PERSON GONE CORRUPT IS THE CHIEF CIRCUIT JUDGE."**

# "SILENCING ALL MOTIONS."

On Mon, Sep 4, 2023 at 8:19 PM Michael Doherty <michaelsdoherty25@gmail.com> wrote:

Hi,
Human Error.

If there are two words you pay attention to here, those are it.

I'll fill out form exactly the way you need me to. But root of my claim is that. Gross human error, that has occurred, and continues to.

It's actually astonishing. 300 pages worth, just for the summary..

Filed a motion for disqual. Among other things. Was supposed to be deferred to SCAO for reassignment, based on statute. When challenged judge is chief judge.

Draganchuk is simply batting away everything that does not fit her agenda, and silencing all motions submitted by defendant accordingly. (See exhibit below)

Wants it to simply go away, that's not how our system is designed. Thank God.

Thank you for your cont'd patience,

MD

**9/4/23**

**SENT TO SCAO & JTC**

"DRAGANCHUK IS SILENCING ALL MOTIONS."

***NO RESPONSE OR ACTION EVER TOOK PLACE BY SCAO OR THE JTC. DOHERTY TRIED VISITING THEM MULTIPLE TIMES IN PERSON AS WELL. NO ONE BOTHERS SHOWING UP TO THE OFFICE, LET ALONE RETURNING AN CALL OR EMAIL.**

THE FEW TIMES HE DID GET AHOLD OF ANYONE, THEY REFUSED TO EVEN PROVIDE THEIR NAMES EVEN AFTER DOHERTY REQUESTED IT OF THEM.

*FURTHER COVERING FOR EXTREME NEGLIGENCE & INDIFFERENCE.

# JUDICIAL MISCONDUCT

## MICHIGAN CODE OF JUDICIAL CONDUCT

**CANON 1.**

**A Judge Should Uphold the Integrity and Independence of the Judiciary.**

An independent and honorable judiciary is indispensable to justice in our society. A judge should participate in establishing, maintaining, and enforcing, and should personally observe, high standards of conduct so that the integrity and independence of the judiciary may be preserved. A judge should always be aware that the judicial system is for the benefit of the litigant and the public, not the judiciary. The provisions of this code should be construed and applied to further those objectives.

**CANON 2.**

**A Judge Should Avoid Impropriety and the Appearance of Impropriety in All Activities.**

A. Public confidence in the judiciary is eroded by irresponsible or improper conduct by judges. A judge must avoid all impropriety and appearance of impropriety. A judge must expect to be the subject of constant public scrutiny. A judge must therefore accept restrictions on conduct that might be viewed as burdensome by the ordinary citizen and should do so freely and willingly.

B. A judge should respect and observe the law. At all times, the conduct and manner of a judge should promote public confidence in the integrity and impartiality of the judiciary. Without regard to a person's race, gender, or other protected personal characteristic, a judge should treat every person fairly, with courtesy and respect.

C. A judge should not allow family, social, or other relationships to influence judicial conduct or judgment. A judge should not use the prestige of office to advance personal business interests or those of others, but participation in activities allowed in Canon 4 is not a violation of this principle.

D. A judge should not appear as a witness in a court proceeding unless subpoenaed.

E. A judge may respond to requests for personal references.

F. A judge should not allow activity as a member of an organization to cast doubt on the judge's ability to perform the function of the office in a manner consistent with the Michigan Code of Judicial Conduct, the laws of this state, and the Michigan and United States Constitutions. A judge should be particularly cautious with regard to membership activities that discriminate, or appear to discriminate, on the basis of race, gender, or other protected personal characteristic. Nothing in

*Michigan Code of Judicial Conduct* 2 *Last Updated 9/1/2024*

this paragraph should be interpreted to diminish a judge's right to the free exercise of religion.

G. No judge may accept any contribution of money, directly or indirectly, for a campaign deficit or for expenses associated with judicial office. Requests for payment of membership dues or fees in a judicial association do not constitute solicitation of funds for purposes of this provision.

**CANON 3.**

**A Judge Should Perform the Duties of Office Impartially and Diligently.**

The judicial duties of a judge take precedence over all other activities. Judicial duties include all the duties of office prescribed by law. In the performance of these duties, the following standards apply:

A. Adjudicative Responsibilities:

(1) A judge should be faithful to the law and maintain professional competence in it. A judge should be unswayed by partisan interests, public clamor, or fear of criticism.

courts.michigan.gov

***EVERY CHECKS AND BALANCES DESIGNED TO COMBAT THIS VERY THING IN THE STATE OF MICHIGAN FAILED.**

# LANSING POLICE DEPT

## PART OF "THE UNTOUCHABLES" AS WELL.

# EXHIBIT

12 MINUTE RECORDED CONVERSATION WITH LPD (NOW) CHIEF ROBERT BACKUS IN JULY OF 2023. 2 MONTHS BEFORE DOHERTY WAS ARRESTED, AND NONE OF WHICH WAS DISCLOSED IN THE POLICE REPORT. THAT WAS IN FACT ORCHESTRATED BY ROBERT BACKUS. (SEE EXHIBIT, PG 135 OF PROSECUTION'S DISCOVERY)

IN THIS 12 MINUTE RECORDED CONVERSATION INVOLVING KEY EXCULPATORY EVIDENCE, BACKUS TOLD DOHERTY THAT HE HAD PASSED THE INFORMATION ON TO HIS CONTACTS AT THE DEA REGARDING THE FACT THAT DOHERTY'S EX EMPLOYEES WERE NOW ILLEGALLY STEALING HUNDREDS OF POUNDS OF MARIJUANA OUT OF THE BUILDING AND SELLING IT OUT ON THE STREETS OF INGHAM COUNTY/LANSING. (MULTIPLE WITNESSES AVAILABLE).

IN THIS CONVERSATION, BACKUS ALSO ASSURED DOHERTY THAT MOVEMENT WAS BEING MADE ON THE LPD POLICE REPORT THAT DOHERTY HAD FILLED OUT ABOUT A MONTH PRIOR WITH HUNDREDS OF PAGES OF EVIDENCE ATTACHED.

BACKUS ALSO ASSURED DOHERTY THAT PROGRESS WAS BEING MADE REGARDING THE FACT THAT DOHERTY'S EX EMPLOYEES JAMES NOYES AND MARK ANDREK WERE ALSO INVOLVED IN STEALING $250K FROM DOHERTY'S OFFICE BEFORE HE LEFT.

IRONICALLY THESE SAME INDIVIDUALS BECAME POLDERMAN'S ACCOMPLICES IN FILING FALSE POLICE REPORTS AGAINST MR DOHERTY 3 MONTHS LATER.

THE FACT THAT NONE OF THIS WAS INCLUDED IN THE REPORT OR FACTORED IN BEFORE DOHERTY WAS ARRESTED IS NOT ONLY OUTRAGEOUS, BUT A CLEAR EXAMPLE OF BRADY VIOLATIONS, INTENTIONAL FRAUD, AND WILFUL NEGLECT OF DUTY.

JOYCE DRAGANCHUK HAD BEEN ENTRENCHED IN INGHAM COUNTY POLITICS FOR 40 YEARS, WITH HER HUSBAND JOHN DRAGANCHUK BEING FORMER LANSING TOWNSHIP POLICE DETECTIVE AS WELL.

TOGETHER THEY HAD DECADES OF INFLUENCE AND WHAT THEY ASSUMED WAS "PROTECTION" TO DO WHATEVER THEY WANTED.

# LPD DETECTIVE SORG ADMITTED TO DOHERTY THAT HE DROPPED OFF THE 300 PG EVIDENTIARY PACKET TO THE ATTORNEY GENERAL'S OFFICE ON 8/22/23 TO AN AFRICAN AMERICAN.




tps://mail.google.com/mail/u/0/

## 8/2/23

**47 MINUTE CONVERSATION WITH LPD DETECTIVE SORG.**

GOING OVER THE ENTIRE CASE IN DEPTH.

**SORG ADMITTED IT WAS OUT OF THE LEAGUE AND SCOPE OF LPD.**

*ONE OF MANY THINGS THAT WAS NOT INCLUDED IN DOHERTY'S FALSE ARREST ON **10/20/23**.

MORE DETAILS THAT WERE INTENTIONALLY HIDDEN.

# 3/8/23 HEARING

## W/DRAGANCHUK & POLDERMAN.

testify yourself. The rules of evidence would be applicable. How do you plead to criminal contempt of court?

MR. DOHERTY: That would be great. I would like to choose that option.

THE COURT: How do you plead to criminal contempt of court?

MR. DOHERTY: 100% not guilty.

THE COURT: All right. And then, you want a contested hearing?

MR. DOHERTY: Correct.

THE COURT: All right. Then, I will get a date for a contested hearing. And I will be back with you.

MR. DOHERTY: Your Honor?

THE COURT: What?

MR. DOHERTY: Can I--, so two things. First of all, I'd like to note for the record that James Noyes and Mark Andrek are here in the audience. * We'll address that a little later. But, that is all part of this 550-page exhibit and brief that I'm, I'm curious why you're not accepting. You didn't accept it the last time and this is more refined. I've been communicating with your staff and prepping them on an informational only basis. And I would like to know for the record, why you are not submitting the very thing that is in my defense?

THE COURT: First of all, you have been "harassing" my office and my staff--

MR. DOHERTY: Allegedly.

THE COURT: --with your repeated communications, which are all ex-parte and second, as I've already explained, nothing is properly before the Court that you submit until you have properly filed it, properly supported it, properly served it on all the other parties and properly secured a hearing time. ?? I will give you a hearing date for a contested contempt hearing.

MR. POLDERMAN: Your Honor, I have one question.

THE COURT: What's that?

MR. POLDERMAN: Over the past four days, Mr. Doherty has sent numerous other emails to the title company saying that I'm under investigation for criminal activity--

MR. DOHERTY: Of which he is.

MR. POLDERMAN: --City of Lansing Building and Safety Department by

NOT SURE WHAT'S EVEN GOING ON RIGHT NOW WITH THIS CRAZINESS, BUT I'LL CHOOSE FREEDOM.

100%. NOT GUILTY.

still being respectful.

PROVING CRIMINAL CONSPIRACY FROM THESE TWO. AS THERE WAS NO OTHER LOGICAL REASON FOR THEM TO BE THERE IN THE MIDDLE OF A WORK DAY, ON THE CLOCK, BUT TO GLOAT IN MY WIFE & MINE SUFFERING

EXCHANGING "LOOKS" BETWEEN THE CORRUPT RECEIVER THROUGHOUT

## * "JAMES NOYES AND MARK ANDREK ARE HERE IN THE AUDIENCE."

WHO WOULD LATER CONSPIRE AGAINST DOHERTY WITH POLDERMAN TO HAVE HIM UNLAWFULLY ARRESTED AGAIN.

# DOHERTY: **"MR POLDERMAN IS PERVERTING THE TRUTH ONCE AGAIN."**

# DRAGANCHUK: **"MR DOHERTY, BE QUIET AND ALLOW HIM TO."**

security yesterday. I would just like–

MR. DOHERTY: And there is an explanation for all of this. Mr. Polderman is perverting the truth once again.

THE COURT: No. Mr. Doherty, be quiet and allow him to speak.

MR. POLDERMAN: Your Honor, if you would, I would ask the Court to enter an order enjoining Mr. Doherty from further communications with the title company, the city, plaintiff and plaintiff's counsel. I've gotten up to now, forty emails from Head of Security, I've received emails about 'Life is short. I've reached the point of no return.' If the Court would sign an order ensuing further communications until we have our contested hearing.

THE COURT: Well, it's difficult for me to enjoin communications with the attorneys when he is now self-represented and he has to communicate and serve attorneys with papers.

MR. POLDERMAN: Fair enough, your Honor. Perhaps non-attorneys, anyone involved in administration of the City (inaudible), that's not an attorney.

THE COURT: It's also difficult for me to say that he can't communicate with the City just to make that broad because he might have legitimate business with the City. But, I can, I think I can order him not to communicate with the title company because there's no legitimate reason to communicate with the title company.

MR. DOHERTY: I have a--.

MR. POLDERMAN: And also, your Honor, he, Mr. Gates represents Mr. Borisch. Mr. Doherty routinely sends emails directly to people represented by counsel, so he should not if he's acting as an attorney, he should not be emailing people that are represented by counsel. He's still being mean.

THE COURT: All right. Mr. Doherty, you wish to be heard on that topic?

MR. DOHERTY: Thank you. Yes. Everything that just came out of this man's mouth is 100% based on false pretenses. He is a pathological liar and a master manipulator and I need that on the record. Whether you see it or not, this is what the 550-page

SILENCE. MY "COURT APPOINTED", CORRUPT RECEIVER IS SPEAKING.

EVEN SHE STARTED SMELLING SOME B.S. HERE, + KNEW ENOUGH TO NOT GO DOWN THAT ROAD.

NOT LIKE HIM + HIS WIFE ARE THE ACTUAL OWNERS OF THE PROPERTY INOLVED ??

"EVERYTHING THAT JUST CAME OUT OF THIS MAN'S MOUTH IS 100% BASED ON FALSE PRETENSES."

**"HE IS A PATHOLOGICAL LIAR AND A MASTER MANIPULATOR, AND I NEED THAT ON THE RECORD WHETHER YOU SEE IT OR NOT."**

# "ONE QUESTION: WOULD YOU LET THESE MEN ANYWHERE NEAR YOUR OWN FAMILY?"

exhibits is directly for. And I ask you one question, one question? After you read through this and actually consider this in an impartial way, I want you to consider if you would let these men anywhere near your own family.

THE COURT: I asked you if you wanted to respond to what Mr. Polderman has suggested, which is an order that you may not communicate with parties who are represented by counsel and you may not communicate with the title company. Do you have anything-

MR. DOHERTY: Absolutely.

THE COURT: --relevant to say about that?

MR. DOHERTY: The title company I have 100% legal rights to communicate with as I am the owner of the house personally.

THE COURT: You are not the owner of the house.

MR. DOHERTY: Why?

THE COURT: MD Industries is the owner of the house.

MR. DOHERTY: How do you figure, your Honor?

THE COURT: All right. I'm not gonna argue with you. Mr. Polderman--

MR. DOHERTY: I am, I am having a conversation with you-

THE COURT: Mr. Polderman, Mr. Polderman, you're going to-

MR. DOHERTY: --and you are, you are off with your facts.

THE COURT: You're going to need to submit an order for me to sign.

MR. DOHERTY: Respectfully.

MR. POLDERMAN: I have a form order that I will mark up and present to the Court.

THE COURT: All right. Thank you.

MR. DOHERTY: For the record, for the record, I am, I am as--, is the record still going?

THE COURT: That's all for the record.

(Hearing concludes at 2:57 PM)

* ONE QUESTION: *

WOULD YOU LET THE CRIMINALS I AM DESCRIBING TO YOU ANYWHERE NEAR YOUR OWN FAMILY

STOP BORING ME WITH TELLING ME WHAT CRIMINALS THESE MEN ARE.

* FALSE STATEMENT.

NOBODY CARES.

NO NEED TO TALK ABOUT LITTLE THINGS LIKE FACTS HERE. IVE ALREADY MADE UP MY MIND.

RECEIVER BOY, FINISH THIS UP FOR ME WILL YAH? I NEED A COFFEE BREAK. YAWN.

*DRAGANCHUK TRYING TO TELL DOHERTY "YOU ARE NOT THE OWNER OF THE HOUSE", AND HAVING NO CLUE AS TO WHAT SHE WAS ACTUALLY TALKING ABOUT.

# *DRAGANCHUK WAS KNOWN FOR NOT BEING EXTREMELY WELL VERSED IN LAW. ESPECIALLY BUSINESS

# EXHIBIT

## 4/4/23

**DOHERTY IS UNLAWFULLY IMPRISONED AT A HEARING THAT WAS FRAUDULENTLY DESIGNED BY JOHN POLDERMAN.**

MR DOHERTY VISITED TRANSNATION TITLE AGENCY ON 2/17/23, AND HAD A PLEASANT AND PROFESSIONAL CONVERSATION WITH ANNE KRUPP. CONFIRMED BY HER IN MULTIPLE TIMES IN WRITING, WHICH WAS PRESENTED TO THE COURT.

THIS WAS IN REGARDS TO DOHERTY'S HOME SHE WAS OVERSEEING AT #5 LOCUS LN, LANSING MI 48933.

DOHERTY WAS INFORMING HER THAT **JOHN POLDERMAN** WAS INVOLVED IN AN ENORMOUS AMOUNT OF FRAUD WITH THIS, AND EVEN ADMITTED TO DOHERTY THAT **THIS WAS HIS FIRST TIME DEALING WITH SOMEONE'S HOME DWELLING IN OVER 500 CASES**.

PROBABLY BECAUSE IT'S ILLEGAL. **SEE MCL 600.2927(3)** WHERE IT CLEARLY STATES: **"NO RECEIVER SHALL BE APPOINTED OVER A PERSON'S HOME DWELLING."**

MR DOHERTY WAS ALSO DISCUSSING MARITAL PROPERTY RIGHTS WITH MS KRUPP, WHICH APPLIED TO HIS WIFE, AND HE HAD EVERY RIGHT TO BE THERE.

HOWEVER, **POLDERMAN** FOUND OUT ABOUT THIS AND WAS FURIOUS. ONCE AGAIN, TWISTING THE LAW AND PERVERTING THE TRUTH TO THE POINT WHERE HE SIMPLY MADE UP A STORY THAT NEVER HAPPENED.

AFTER DOHERTY IS ILLEGALLY TAKEN AWAY IN CUFFS BASED ON MORE INTENTIONAL FRAUD PRESENTED TO THE COURT BY POLDERMAN, POLDERMAN CELEBRATES IN THE BACK WITH NO OTHER THAN **EX EMPLOYEES JAMES NOYES, AND MARK ANDREK.**

WHO HAPPENED TO SHOW UP TO WATCH THE SPECTACLE INSTEAD OF GOING TO WORK, AND LATER WOULD CLAIM TO BE "VICTIMS" WITH POLDERMAN AS WELL.

ALONG WITH THEIR CAMERA MAN **TODD HEYWOOD** OF THE CITY PULSE, WHO DIDN'T GIVE PROPER NOTICE THAT HE WOULD BE ATTENDING THIS HEARING UNTIL 2 HOURS AFTER IT OCCURRED.

AND RELYING WAY TOO HEAVILY ON HER LAW CLERK MICHAEL LEWYCKY TO DO MOST OF THE ACTUAL WORK. (OF WHOM IS NOT AN ACTUAL ATTORNEY.)

# DETAILS OF WHICH POLDERMAN INTENTIONALLY PERVERTED

2/17/23 Re: File 400627 FLTS 5 Locust Lane

This is confirmation that Michael Doherty stopped by to discuss on going ownership dispute with the sale of this property. We will reach out to you/him before scheduling a closing.

Anne L Krupp

Mason Burgess Division
TRANSNATION
TITLE AGENCY

Anne Krupp
COMMERCIAL ESCROW OFFICER
5402 Gateway Centre, Suite A | Flint, MI 48507
Office 810 396 3200 | Fax 810-396-3210
Direct 810 396 3215 | akrupp@transnti.com

2/17/23. **"THIS IS CONFIRMATION THAT MICHAEL DOHERTY STOPPED BY TO DISCUSS ON GOING OWNERSHIP DESPUTE WITH THE SALE OF THIS PROPERTY."** (#5 LOCUST LANE, LANSING MI).

**"WE WILL REACH OUT TO YOU/HIM BEFORE SCHEDULING A CLOSING."**

MS KRUPP ACTUALLY ADDED THIS LAST PART ON HER OWN. ALL OF WHICH WAS PART OF A PLEASANT AND PROFESSIONAL MEETING.

*THE FACT THAT DOHERTY FELT THE NEED TO GET THIS IN WRITING IN THE FIRST PLACE SHOULD TELL YOU ENOUGH ABOUT THE CONSTANT PERVERSION HE HAD BEEN DEALING WITH FROM THE CORRUPT RECEIVER JOHN POLDERMAN.

**2/17/23**

## "GOOD MORNING MICHAEL,

# NICE TO MEET YOU THIS MORNING.

I HAVE YOUR CONTACT INFORMATION NOTED IN MY FILE. CAN YOU PLEASE FORWARD ANY DOCUMENTATION YOU HAVE FROM YOUR ATTORNEY TO ME SO THAT WE CAN BE AWARE OF ALL THAT IS GOING ON IN THE SALE OF THIS PROPERTY AND MAKE SURE THAT THE TITLE IS CONVEYED PROPERLY?

**THANK YOU"**



Anne Krupp Feb 17
to me

This message was sent securely using Zix

Good Morning Michael,

Nice to meet you this morning. I have your contact information noted in my file. Can you please forward any documentation you have from your attorney to me so that we can be aware of all that is going on in the sale of this property and make sure that the title is conveyed properly?

Thank You

*ANNE L. KRUPP*

*Formerly ANNE L. PLOOF*

Commercial Escrow Officer

# DOES THIS SOUND LIKE SOMEONE WHO WAS INTIMIDATED BY DOHERTY IN ANY WAY??

# VS POLDERMAN'S RIDICULOUS VERSION

**From:** John Polderman <JPolderman@simonattys.com>
**Sent:** Friday, February 17, 2023 10:14 AM
**To:** Philip Hamilton <phil@hamiltonlawplc.com>
**Cc:** Gates, Floyd <FGatesJr@bodmanlaw.com>
**Subject:** New Criminal Contempt

Phil,

Apparently Michael Doherty has showed up at Transnation title company this morning and instructed them not to proceed with any closing without his consent and that he "had an attorney". I will be filing a motion for criminal contempt for continued interference and be requesting the court to sanction him appropriately.

Thank you,

John

**John Polderman**

Senior Attorney

Simon PLC Attorneys & Counselors

* PURE FICTION

5 FALSE STATEMENTS IN 2 SENTENCES.

NOT AN EASY THING TO DO.

C

**OF WHICH THE ENTIRE 4/4/23 HEARING WAS BASED ON.**

# FOLLOW UP WITH TITLE COMPANY

M

me Feb 27

to Anne

Thank you Anne,

It was nice meeting you as well. Sorry for the late response, but I appreciated your time the other day.

Do you have any time tomorrow by chance? I'd like to briefly stop by again to go over a couple new developments. Maybe early afternoon range?

Thanks again,

Michael S. Doherty
517-614-1939

## MORE PLEASANT COMMUNICATION WITH THE TITLE COMPANY.

# "WAS I DISRESPECTFUL OR AGGRESSIVE IN ANY WAY?"

me Feb 28
to Anne

Agreed to what you told me, and I can respect your take Anne. Some details have been twisted here though as I told you they might, and I just need to verify the following. Was I disrespectful, or aggressive with you and your staff in any way?

Thank you,

Michael

Anne Krupp Feb 28
to me

This message was sent securely using

No you were not, and that is not why I said I wouldn't meet with. As I mentioned in the previous email, we are bound by the courts and their decisions and I am not able to assist you in any way, therefore there is no need to meet with you. If you have additional court orders or appeal information that you can send to us, then at that point we can reexamine the requirements needed to close the transaction, otherwise, once the 21 day appeal process is over, the courts have ordered the sale and we will close when the parties are ready.

"WAS I DISRESPECTFUL OR AGGRESSIVE WITH YOU AND YOUR STAFF IN ANY WAY?"

"NO YOU WERE NOT..."

COMPLETELY DISPPROVING MR POLDERMAN'S NONSENSE ONCE AGAIN.

*DOHERTY HAD EVERY RIGHT TO DISCUSS MARITAL PROPERTY RIGHTS WITH THE TITLE COMPANY THAT WAS IN CHARGE OF HIS HOME.

ALONG WITH THE FACT THAT HE PAID FOR IT PERSONALLY, WHICH MEANT THAT HE TECHNICALLY OWNED IT INSTEAD OF THE COMPANY.

# PERVERTING JUSTICE
## (POLDERMAN'S SPECIALTY)

**Perverting the course of justice** is an offence committed when a person prevents justice from being served on themselves or on another party. In England and Wales it is a common law offence, carrying a maximum sentence of life imprisonment. Statutory versions of the offence exist in Australia, Canada, Fiji, Ireland, and New Zealand. The Scottish equivalent is **defeating the ends of justice**, although charges of attempting to pervert the course of justice are also raised in Scotland,[1] while the South African counterpart is **defeating or obstructing the course of justice**.[2] A similar concept, obstruction of justice, exists in United States law.

***CONSIDERED A VERY SERIOUS CRIME, WITH A MAXIMUM SENTENCE OF LIFE IMPRISONMENT.**

THIS IS BEYOND SOMEONE NEEDING TO BE ASHAMED OF THEMSELVES.

**JOHN POLDERMAN IS A VERY SICK MAN.**

ONE WHO IS WILLING TO FABRICATE ANY STORY UNDER THE SUN TO PROTECT HIMSELF AND HIS BUDDIES, REGARDLESS OF THE COST TO OTHERS.

**HE IS THE VERY DEFINITION OF A WHITE-COLLAR CRIMINAL,** AND NEEDS TO BE STOPPED AND PUT BEHIND BARS WHERE HE BELONGS.

# DOHERTY PROVING IN QUIKBOOKS
## THAT HE PAID FOR HIS HOUSE PERSONALLY.




(WHEN IT COMES TO TITLE VS ACTUAL OWNERSHIP, WHO PAYS FOR IT TRUMPS ALL.)

*POLDERMAN UNLAWFULLY REMOVED DOHERTY'S ACCESS SHORTLY AFTER THIS. INTENTIONALLY OBSTRUCTING DOHERTY'S ABILITY TO PROVIDE TAX INFORMATION TO THE IRS. DOHERTY AND HIS COUNSEL AT THE TIME LITERALLY HAD TO FORCE POLDERMAN TO GIVE DOHERTY ACCESS AGAIN THROUGH AN ORDER. OF WHICH HE STILL REFUSED TO FOLLOW.




ALL PAID FOR OUT OF DOHERTY'S PERSONAL ACCOUNT. EVEN THE PURCHASE AGREEMENT TO BUY THE HOUSE WAS MADE OUT TO DOHERTY PERSONALLY.

**DOHERTY DECIDED TO CHANGE IT LAST MINUTE TO TRY TO PROTECT HIS FAMILY FROM BEING EASILY FOUND. FROM CRIMINALS LIKE POLDERMAN.**

# MCL 600.2927 (3)

## ALL OF WHICH, DOESN'T EVEN MATTER.

## FOR THE LAW CLEARLY STATES THAT **"NO RECEIVER SHALL BE APPOINTED OVER A PERSON'S HOME DWELLING."**

**600.2927 Mortgaged property; nonpayment of taxes or insurance as waste; appointment of receiver; conditions**

Sec. 2927

(1) The parties to any mortgage, trust mortgage, or deed of trust of real property, or any extension thereof, may, by agreement herein contained to that effect, provide that the failure of the mortgagor or grantor, as the case may be, to pay any taxes assessed against such property or installments thereof, in the event said taxes are being paid under the provisions of Act No 126 of the Public Acts of 1933, as amended, or any insurance premium upon policies covering any property located upon such premises constitutes waste

(2) If such mortgagor or grantor in such instrument fails to pay such taxes or insurance premiums upon property subject to the terms of a mortgage, trust mortgage, or deed of trust containing such agreement the circuit court having jurisdiction of such property may, in its discretion upon complaint or motion filed by such mortgagee, grantee, assignee thereof or trustee under such instrument and upon such notice as the court may require, appoint a receiver of the property for the purpose of preventing such waste. Subject to the order of the court, the receiver may collect the rents and income from such property and shall exercise such control over such property as to such court may seem proper.

* (3) No receiver may be appointed under the provisions of this section for any dwelling house or farm occupied by any owner thereof as his home or farm. No receiver may be appointed under the provisions of this section for any store or other business property having an assessed valuation of $7,500.00 or less

**History:** 1961, Act 236, Eff Jan 1, 1963

legislature.mi.gov

(EVEN POLDERMAN ADMITTED THIS WAS THE FIRST TIME HE'D DEALT WITH SOMEONE'S HOME DWELLING IN OVER 500 CASES.)

***AND YET DRAGANCHUK ENABLED IT ONCE AGAIN THROUGH HER COURTROOM.**

# CONSEQUENCES FOR ILLEGALLY KICKING A FAMILY OUT OF THEIR HOME

## MCL - Section 600.2918

Download Section

Chapter 600

Act 236 of 1961

236-1961-29

◀ Previous Section Next Section ▶

**REVISED JUDICATURE ACT OF 1961 (EXCERPT)**
**Act 236 of 1961**

**600.2918 Damages for forcible entry and detainer; damages for unlawful interference with possessory interest; exceptions; opening of probate estate; forcible entry or possession by occupant; action for possession; claim for injunctive relief; joinder; waiver; commencement of action; limitations; "owner" defined.**
Sec. 2918.

(1) Any person who is ejected or put out of any lands or tenements in a forcible and unlawful manner, or being out is afterwards held and kept out, by force, is entitled to recover 3 times the amount of his or her actual damages or $200.00, whichever is greater, in addition to recovering possession.

**"ANY PERSON(S) WHO IS EJECTED OR PUT OUT OF ANY LANDS OR TENEMENTS IN A FORCIBLE AND UNLAWFUL MANNER."**

(NOT A SMALL THING)

# INSTEAD, DRAGANCHUK UNLAWFULLY IMPRISONS DOHERTY

## Cuffed: Marijuana magnate wannabe jailed for criminal contempt

*THE "VICTIM" TODD HEYWOOD REPORTING AGAIN.

AT A HEARING HE WAS NOT EVEN LEGALLY AUTHORIZED TO BE AT.

### Michael Doherty sentenced to 93 days after calling judge 'corrupt'



Michael Doherty is handcuffed in Ingham County Circuit after accusing Judge Joyce Draganchuk of being corrupt. He was convicted of criminal contempt of court and sentenced to 93 days in jail.

* TODD HEYWOOD/VIDEO SCREENSHOT

Posted Tuesday, April 4, 2023 2:48 pm

Privacy - Terms

**Todd Heywood**

TUESDAY, April 4 — Lansing marijuana

lansingcitypulse.com

# FOR SIMPLY TRYING TO SPEAK.

# "WAKE-UP JAIL TIME"

**By Judy Putnam**
Lansing State Journal

**Posted** July 16, 2019
Tweet This | Share on Facebook

"The ultimate and only solution I could give him at that point was wake-up jail time," she said. "It really is a legitimate tool where you really have to make someone hurt enough to stop the behavior."

## "A LEGITIMATE TOOL WHERE YOU REALLY HAVE TO MAKE SOMEONE HURT ENOUGH TO STOP THE BEHAVIOR."

## -JOYCE DRAGANCHUK

# MEANWHILE, IN THE REAL WORLD:

Jail, while intended as a period of confinement, can have a profound and often negative impact on individuals, leading to physical and psychological harm, difficulty reintegrating into society, and increased risk of recidivism.

"IIED," or intentional infliction of emotional distress, is a tort where someone intentionally or recklessly causes another person severe emotional distress through extreme and outrageous conduct, potentially leading to legal action and compensation.

**Abuse of power** or **abuse of authority**, in the form of "malfeasance in office" or "official abuse of power", is the commission of an unlawful act, done in an official capacity, which affects the performance of official duties. Malfeasance in office is often a just cause for removal of an elected official by statute or recall election. Officials who abuse their power are often corrupt.[1][2][3]

## *FALSE IMPRISONMENT, INFLICTION OF EMOTIONAL DISTRESS, AND ABUSE OF POWER ARE ALL 100% ILLEGAL.

# MORE EVIDENCE SUPPR-ESSED BY DRAGANCHUK

## MOTION TITLE:

SHOW CAUSE FOR MS JOYCE DRAGANCHUK AS TO WHY SHE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR ALL OF THE FALSE PRETENSES AND INTENTIONAL FRAUD SHE ALLOWED TO OCCUR CONCERNING THE TITLE COMPANY MTG. THE COURT HAD BEEN CLEARLY MADE AWARE OF MR POLDERMAN'S DECEITFUL ACTIONS HERE MULTIPLE TIMES IN MULTIPLE WAYS, AND THE DEFENDANT HAD EVERY RIGHT TO RESPECTFULLY LET THE TITLE COMPANY KNOW OF THE ONGOING OWNERSHIP DISPUTE, OF WHICH HE DID.

THIS WAS AFTER THE DEFENDANT'S HOME HAD BEEN WRONGFULLY TAKEN FROM DEFENDANT AND HIS WIFE BY A RECEIVER WHO HAD ADMITTED TO NEVER DOING THIS BEFORE AFTER WORKING ON HUNDREDS OF OTHER CASES.

INSTEAD OF LISTENING OR EVEN CONSDERING THE MOUNTAIN OF EVIDENCE THE DEFENDANT ATTEMPTED TO GIVE THE COURT CONCERNING THE DETAILS, MS DRAGANCHUK CHOSE TO BLINDLY LISTEN TO AND BACK A RECEIVER WHO MADE IT HIS MISSION TO ILLEGALLY SILENCE AND SUPPRESS ANYTHING THE DEFENDANT HAD TO SAY ON THE MATTER.

SEE MULTIPLE EXHIBITS ATTACHED, INCLUDING ALL CORRESPONDENCE WITH TITLE COMPANY INVOLVED, AND HIGHLIGHTED 2/15/23 HEARING TRANSCRIPT INVOLVING #5 LOCUST LANE PROPERTY IN QUESTION. OF WHICH THE DEFENDANT AND HIS WIFE OWNED PERSONALLY.

MCJC CANON 1-3, MCL 767.67, MCL 750.85, MCL 750.450, MCL 750.462A, MRPC 1.8, MRPC 2.4, MRPC 4.1-4.4, MRPC 5.1-5.6, MRPC 6.5, MRPC 8.1-8.5, AND RECEIVERSHIP ACT 16 OF 2018, MCL 769.26, MCL 750.422-423, MCL 750.356, MCL 438.41, MCR 8.100, MCL ARTICLE I SEC 17, MCR 9.100, FEDERAL SECURITIES FRAUD 18 USC 1348, RACKATEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT, MCL 750.157A, MCL 750.218, MCL 750.349B, 18 USC 402, MCL 600.1715, MCL 771.1, MCR SUMMARY, MCR 1.109, MCR CHAPTER 8, MCL 750.411s, MCL 750.411h, MCL 750.349B MCL 750.411i, ETC.

MICHAEL S. DOHERTY 7/7/2023

• • • JUDGE JOYCE DRAGANCHUK

the bench for three consecutive terms. Her favorite part about the job is the power that comes with it allowing her to make a significant impact on a person's life.

# "HER FAVORITE PART ABOUT THE JOB IS THE POWER THAT COMES WITH IT."

# HEARING BASED ON INTENTIONAL FRAUD

THIRTIETH JUDICIAL CIRCUIT COURT
INGHAM COUNTY

JONATHAN AND MARY KAY BORISCH
FAMILY FOUNATION, and JLB
MONARCH HOLDINGS, LLC,

Plaintiffs,

v

File No. 22-202-CB
Hon. Joyce Draganchuk

MD INDUSTRIES, LLC, REHBEL
INDUSTRIES, LCC, and
MICHAEL S. DOHERTY,

Defendants,

and

FILED - 30th CIRCUIT COURT
APR 18 2023

ACCESS BIDCO, LLC,

Intervening Party,

NICHOLAS FREUND BUILDING, LLC d/b/a
FREUND & ASSOCIATES,

Intervening Party.
_______________________________________/

SHOW CAUSE HEARING

BEFORE THE HONORABLE JOYCE DRAGANCHUK, CIRCUIT COURT JUDGE

Lansing, Michigan - Tuesday, April 4, 2023

APPEARANCES:

For the Receiver: JOHN W. POLDERMAN (P65720)
Simon PLC Attorneys and Counselors
363 West Big Beaver Road, Suite 410
Troy, Michigan 48084
(248) 720-0290

*DOHERTY HAD SUBMITTED CLEAR EVIDENCE TO THE COURT THROUGH OFFICIAL MOTIONS AND EMAILS PROVING THAT THIS HEARING WAS BASED ON 100% FRAUDULENT STATEMENTS BY JOHN POLDERMAN.



***DOHERTY HAD SUBMITTED CLEAR EVIDENCE THAT THIS HEARING WAS BASED ON FRAUD.**

# "I DO NOT ANSWER YOUR QUESTIONS."

***DRAGANCHUK AND HER TEAM REFUSED TO LISTEN OR ACKNOWLEDGE DOHERTY, AND HAD THE HEARING ANYWAY.**

THE COURT: Mr. Polderman, are you ready to proceed?

MR. POLDERMAN: I am, your Honor.

THE COURT: Do you have a witness to call?

MR. POLDERMAN: I do. I have Mr. Doherty.

THE COURT: Mr. Doherty, would you step up to this chair here, please?

MR. DOHERTY: Was I informed that I'm to be called as a -- witness?

THE COURT: You would step up to this chair here, please?

MR. DOHERTY: I'm asking you a question for the record. Was I informed that I was gonna be called as a --

THE COURT: Would you step up to this chair here, please?

MR. DOHERTY: I'm asking you a question before I do so.

* THE COURT: I do not answer your questions. Would you step up to this chair here?

MR. DOHERTY: For the record, I was not informed --

THE COURT: You are ordered to step up to this chair.

MR. DOHERTY: I can step up, but for the record I was not informed of this. I have no problem doing it.

THE COURT: Step up to the chair.

OFFICIAL COURT REPORTER/RECORDER
30TH JUDICIAL CIRCUIT COURT
LANSING, MICHIGAN

7

*THIS WAS ALL BASED ON THE INNOCENT MEETING DOHERTY HAD WITH ANNE KRUPP AND THE TITLE COMPANY. OF WHICH HE HAD EVERY RIGHT TO DO.

**DRAGANCHUK WAS ON A MISSION THOUGH, AND DOHERTY WAS SCARED FOR HIS LIFE. RIGHTFULLY SO.**

"FOR THE RECORD, NONE OF MY QUESTIONS ARE BEING ANSWERED. BY JUDGE JOYCE DRAGANCHUK, **WHO I HAVE OFFICIALLY ASKED TO RECUSE HERSELF FOR DIRECT CORRUPTION & HARASSMENT."**

MR. DOHERTY: For the record, none of my questions are being answered --

THE COURT: Around the ramp and up to the chair.

MR. DOHERTY: -- by Judge Joyce Draganchuk, who I have --

THE COURT: Before you take your seat, would you raise your right hand?

MR. DOHERTY: -- who I have officially asked to recuse -- herself

THE COURT: Would you raise your right hand?

MR. DOHERTY: -- from her position --

THE COURT: You are ordered to --

MR. DOHERTY: -- for direct corruption and harassment.

THE COURT: This is your first warning. You'll get no more. ***MR DOHERTY WAS TERRIFIED AT THIS POINT**

MR. DOHERTY: And this is your first warning right back to you, respectfully. ***AND TIRED OF BEING BULLIED**

THE COURT: Raise your right hand. Do you solemnly swear or affirm the testimony you're about to give in this matter will be the truth, the whole truth, and nothing but the truth?

MR. DOHERTY: Yes, I do.

(At 9:06 a.m. Michael Doherty sworn)

THE COURT: Thank you. Have a seat.

***BEFORE DRAGANCHUK RESIGNED 4 YEARS EARLY OVER ALL OF THIS, NO ONE ELSE HAD THE COURAGE TO CHALLENGE HER. NO MATTER HOW WRONG SHE WAS, THEY LEGITIMATELY FEARED HER. DESCRIBING HER AS AN "EGOMANIAC", AND A TYRANT.**

8

**EGOMANIAC:** "A PERSON WHO IS OBSESSIVELY EGOTISTICAL OR SELF-CENTERED."

**TYRANT:** "A CRUEL AND OPPRESSIVE RULER."

**OPPRESSIVE:** "UNJUSTLY INFLICTING HARDSHIP AND CONSTRAINT."

*DOHERTY HAD ASKED JOYCE DRAGANCHUK TO RECUSE HERSELF MULTIPLE TIMES BEFORE THIS HEARING, DUE TO THE EXACT BEHAVIOR SHE'S DISPLAYING HERE. INSTEAD SHE ILLEGALLY SILENCED ALL OF HIS MOTIONS ON 3/16/23.

MR. DOHERTY: Unlike anything else that has been going on in this courtroom from the other side since day one.

THE COURT: Have a seat.

MR. DOHERTY: For the record.

THE COURT: Mr. Polderman?

MR. DOHERTY: Including yourself, your Honor, and your corrupt and unacceptable actions.

THE COURT: All right, I find you in contempt of court in the presence of the Court for disrupting and refusing to allow these proceedings to go forward.

MR. DOHERTY: And I ask you to recuse yourself immediately.

THE COURT: And I sentence you to 93 days --

MR. DOHERTY: To recuse yourself immediately.

THE COURT: -- in jail.

MR. DOHERTY: I ask you to recuse yourself immediately for judicial misconduct.

THE COURT: You are remanded to the custody of the sheriff.

MR. DOHERTY: I ask you to recuse yourself immediately for judicial misconduct. I ask you to recuse yourself immediately for judicial misconduct.

THE COURT: You have the right to appeal your conviction and sentence in this matter.

MR. DOHERTY: I ask you to recuse yourself.

***DOHERTY HAD FILED OFFICIAL IMPEACHMENT CHARGES AGAINST JOYCE DRAGANCHUK 2 WEEKS EARLIER ON 3/18/23 WITH THE JTC. SHE KNEW ABOUT IT, AND ALREADY HAD HER MIND MADE UP AS TO WHAT SHE WAS GOING TO DO AT THIS HEARING.**



**"DOHERTY HAD JUST FILED IMPEACHMENT CHARGES AGAINST DRAGANCHUK 2 WEEKS EARLIER."**

# THE "NEUTRAL" RECEIVER.

THE COURT: You're entitled to an attorney at public expense --

***JOHN POLDERMAN WAS STANDING UP AND SMILING. HE COULDN'T CONTAIN HIMSELF.**

MR. DOHERTY: Mr. Polderman, look at you.

THE COURT: -- to assist you in doing that.

MR. DOHERTY: Your actions --

THE COURT: If you're making a request --

MR. DOHERTY: -- your consequences will be coming to you.

THE COURT: -- for an attorney you have to make it within --

MR. DOHERTY: For the record, we have James Noyes.

THE COURT: -- 42 days of today's date.

MR. DOHERTY: We have James Noyes. and Mark Andrek.

THE COURT: You are remanded to the sheriff.

(At 9:07 a.m. proceeding ended)

*DOHERTY CALLING OUT EX EMPLOYEES **JAMES NOYES** AND **MARK ANDREK**, WHO HAD NO LEGITIMATE REASON FOR BEING AT THIS HEARING.

DOHERTY HAD FIRED THEM BACK IN THE DAY FOR DRUG DEALING, AND DRUG USING. **POLDERMAN HIRED THEM BACK BASED ON HOW MUCH THEY HATED DOHERTY**, AND USED THEM TO INFILTRATE THE REST OF THE CREW.

**AFTER DOHERTY WAS TAKEN AWAY HERE, POLDERMAN, ANDREK AND NOYES ARE SEEN SHAKING HANDS AND CELEBRATING IN THE BACK.** ALONG WITH THEIR 4TH ACCOMPLICE TODD HEYWOOD, WHO HAD HIS CAMERA FOCUSED ON DOHERTY'S FAMILY THE ENTIRE TIME, EVEN AFTER HE WAS ASKED NOT TO.

**TOGETHER, THESE 4 WOULD THEN CONSPIRE TO HAVE DOHERTY UNLAWFULLY ARRESTED AGAIN 6 MONTHS LATER BASED ON FALSE POLICE REPORTS THEY ALL COLLABORATED TOGETHER ON.**



***DOHERTY STILL EXPERIENCES TRAUMA OVER THIS INCIDENT TO THIS DAY.**
FOR DRAGANCHUK & POLDERMAN, IT WAS JUST ANOTHER DAY AT THE OFFICE.

AFTER DOHERTY IS TAKEN AWAY, JOHN POLDERMAN, MARK ANDREK, AND JAMES NOYES ARE SEEN SHAKING HANDS AND CELEBRATING IN THE BACK.

**OF WHOM WOULD CONSPIRE TOGETHER AGAIN 6 MONTHS LATER, TO HAVE DOHERTY UNLAWFULLY ARRESTED ON 10/20/23.**

# FELLOW SCAVENGERS

# EXHIBIT

## CityPULSE

**THE "WANNABE" JOURNALISTS AT CITY PULSE, IN LANSING MI.**



BERL SCHWARTZ



TODD HEYWOOD

**GUILTY OF FRAUD, AIDING AND ABETTING, AND DECEIT WITH INTENT TO HARM.**

WHO HAD BEEN CAUGHT IN ALL KINDS OF INTENTIONAL FRAUD.

# WITHOUT ETHICS

(MORE OF JOHN POLDERMAN'S GANG, WHO SHARED SIMILAR CHARACTER)

**Without Integrity, Ethics or Pride: The True Story of How Berl Schwartz and His Lansing City Pulse Publication Undermined an Entire City for Greed, Profit and Revenge - Softcover**
**Vanderbilt, William R.**



Softcover
ISBN 10: 1480267120 /
ISBN 13: 9781480267121
Publisher: Createspace Independent Pub, 2012

**This specific ISBN edition is currently not available.**

Synopsis Edition details

For many years, City Pulse publisher, Berl Schwartz bounced around from newspaper to newspaper before launching his own publication in the small city of 114,000 and since has been recklessly using this publication to bully, conceal real facts and selectively filter news and to support his advertiser's, political co-horts and just about every gay topic and event in town He also is known to frequently use that paper to launch brutal attacks on those who speak out against him or who he feels have "wronged" him and whom he holds personal vendetta's against This time the people he wrongfully attacked fought back and this sent Schwartz into an uncontrollable hissy and Schwartz knew no boundaries in the spiteful and hateful attack he led on those who started the project and were fighting back, going as far as Schwartz making false reports of criminal activity while at the same time one of Schwartz's neighbors was claiming Schwartz sexually molested a neighborhood child. His paper stands accused of unethically and maliciously attacking an entire city and that communities effort to benefit their impoverished city out of greed Proceeds from the sale of this book benefit the American Family Association

(PUBLISHED OVER A DECADE AGO. AND YET SOMEHOW SILL ALLOWED TO OPERATE?)

**"HAS BEEN RECKLESSLY USING THIS PUBLICATION TO BULLY, AND CONCEAL REAL FACTS.**

"HE ALSO IS KNOWN TO FREQUENTLY USE THE PAPER TO LAUNCH BRUTAL ATTACKS ON THOSE WHO SPEAK OUT AGAINST HIM OR WHO HE FEELS HAVE "WRONGED" HIM."

"MAKING FALSE REPORTS OF CRIMINAL ACTIVITY, WHILE AT THE SAME TIME ONE OF SCHWARTZ'S NEIGHBORS WAS CLAIMING **SCHWARTZ SEXUALLY MOLESTED A NEIGHBORHOOD CHILD."**

CITY PULSE'S TODD HEYWOOD AND BERL SCHWARTZ CONSPIRED WITH CORRUPT RECEIVER JOHN POLDERMAN TO RUN SMEAR CAMPAIGN ARTICLES AGAINST DOHERTY THROUGHOUT 2023.

**CALLING HIM A "WANNABE", ETC.**

*AFTER DOHETY CAUGHT TODD HEYWOOD IN MULTIPLE ACTS OF INTENTIONAL FRAUD AS WELL.

**TODD HEYWOOD THEN SHOCKINGLY TRIES TO PLAY A "VICTIM" IN POLDERMAN'S ELABORATE SCHEME AFTER**

TO UNLAWFULLY IMPRISON DOHERTY BASED ON FALSE PRETENSES ON 10/20/23.

**(MORE PEOPLE THINKING THIS WAS ALL A GAME.)**

# CITY PULSE SMEAR CAMPAIGN

## (CONSPIRING WITH JOHN POLDERMAN ONCE AGAIN, AFTER THEY TOOK ILLEGAL CRYPTOCURRENCY **PAYMENT OF $4,800 FROM ROBINHOOD ACCOUNT)**

## **F.B.I.??????????????**



City Pulse
www.lansingcitypulse.com

The rise and fall of a wannabe marijuana magnate

Mar 16, 2023 — Michael Doherty stood on the roof of Lansing's iconic John Bean building, a 460,000 square-foot brick fortress on South Cedar Street, in July ...

City Pulse
https://www.lansingcitypulse.com

Ex-marijuana entrepreneur jailed for cyberstalking the mayor, others

Oct 22, 2023 — The gist of Doherty's complaint against Schwartz was that City Pulse was failing to report on "corruption" by Polderman, Draganchuk and others.

City Pulse
https://www.lansingcitypulse.com

Judge orders 'indecent' and 'scandalous' filings stricken in Rehbel...

Mar 17, 2023 — As detailed by City Pulse this week, Doherty's dreams of creating a recognized marijuana brand began to crumble around him in March 2022 ...

City Pulse
www.lansingcitypulse.com

Lansing's MD and Rehbel Industries sold for $2.25 million

Jun 23, 2023 — Lansing's MD and Rehbel Industries sold for $2.25 million. Owner Doherty released from jail after 77 days for contempt toward judge.

City Pulse
https://www.lansingcitypulse.com

Cuffed: Marijuana magnate wannabe jailed for criminal contempt

Apr 4, 2023 — Michael Doherty is handcuffed in Ingham County Circuit after accusing Judge Joyce Draganchuk of being corrupt. He was convicted of criminal ...

# AFTER REFERRING TO HIM AS "THE JACK DANIELS OF CANNABIS" THREE YEARS PRIOR.

Advertise Donate

CityPULSE

## 'The Jack Daniels of Cannabis'

View fullscreen




Michael Doherty, founder of Rehbel Industries, on the roof of the old John Bean Building, on South Cedar Street, which he is in the process of converting into one of the largest marijuana growing operations in the world.
LAWRENCE COSENTINO/CITY PULSE



Privacy - Terms

Posted Thursday July 30 2020 1:05 pm

lansingcitypulse.com

*DOHERTY HAD ALSO SPENT THOUSANDS OF DOLLARS IN ADVERTISING WITH CITY PULSE, OF WHICH IS THEIR MAIN SOURCE OF SURVIVAL.

APPARENTLY NONE OF WHICH MATTERED WHEN THEY FRAUDULENTLY WORKED WITH **JOHN POLDERMAN** TO IMPRISON AND DESTROY HIM.

# RECEIVER POLDERMAN LOSES OVER $30 MILLION IN 12 MONTHS.

CityPULSE

Main menu

Log in

## Lansing's MD and Rehbel Industries sold for $2.25 million

Owner Doherty released from jail after 77 days for contempt toward judge



NOT EVEN A REAL SALE, AS IT IS CONTINGEN UPON BORROWING $1 MILLION FROM SUPPOSED BUYER TO FIX ISSUES WITH THE BLDG THEY HAVEN'T TOUCHED IN A YEAR, OF WHICH FLOYD GATES COMMITTED TO AT 11/30/2 HEARING & MULTIPLE TIMES PRIOR.

**THROUGH FRAUD, AND PURE NEGLIGENCE.**

(ARTICLE PUBLISHED 6/23/23)

COMPANY HAD BEEN OFFICIALLY VALUED AT $33 MILLION ON 4/7/22.

# SHOW CAUSE FOR JOHN POLDERMAN

## MOTION TITLE:

SHOW CAUSE FOR MR JOHN POLDERMAN OF SIMON PLC AS TO WHY HE SHOULD NOT BE HELD IN CRIMINAL CONTEMPT FOR GROSS NEGLIGENCE INVOLVING LOSING $30 MILLION IN VALUE OR APPROXIMATELY $100K PER DAY, ALONG WITH EXTREME INTENTIONAL FRAUD AND MISCONDUCT.

MR POLDERMAN IS NOW DESPERATELY TRYING TO BORROW MONEY FROM OTHERS TO COVER UP HIS MISTAKES, AND TRYING TO GET THE COURT TO ILLEGALLY FORCE THE CITY INTO GIVING HIM A C OF O ON A BLDG THAT IS NOT NEARLY READY. WHICH UNFORTUNATELY, MS DRAGANCHUK IS BLINDLY FOLLOWING ALONG WITH HIS LEAD ONCE AGAIN.

SEE ATTACHED.

MCJC CANON 1-3, MCL 767.67, MCL 750.85, MCL 750.450, MCL 750.462A, MRPC 1.8, MRPC 2.4, MRPC 4.1-4.4, MRPC 5.1-5.6, MRPC 6.5, MRPC 8.1-8.5, AND RECEIVERSHIP ACT 16 OF 2018, MCL 769.26, MCL 750.422-423, MCL 750:356, MCL 438.41, MCR 8.100, MCL ARTICLE I SEC 17, MCR 9.100, FEDERAL SECURITIES FRAUD 18 USC 1348, RACKATEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT, MCL 750.157A, MCL 750.218, MCL 750.349B, 18 USC 402, MCL 600.1715, MCL 771.1, MCR SUMMARY, MCR 1.109, MCR CHAPTER 8, MCL 750.411s, MCL 750.411h, MCL 750.349B MCL 750.411i, ETC.

[signature] 7/7/2023

MICHAEL S. DOHERTY

# FOR LOSING $30 MILLION.

## OF WHICH DRAGANCHUK UNLAWFULLY SUPPRESSED.

# FRAUD ON TOP OF FRAUD

POLDERMAN HAS BEEN FIGHTING FOR SURVIVAL THE ONLY WAY HE KNOWS HOW. BY COVERING UP FRAUD WITH MORE FRAUD.

## RECEIVER LIABILITY FOR INTENTIONAL FRAUD

**A court-appointed receiver can be held Liabe for fraud and negligence** if they engage in dishonest or careless actions while managing a company or property under receivership, such as misrepresenting asset values, embezzling funds, or failing to exercise reasonable care in their duties, potentially leading to legal action against them by creditors or other interested parties; however, they generally have immunity for decisions made in good faith within the scope of their role as a receiver.

Key points about receiver liability:

Duty of care:

A receiver is expected to act with reasonable care and diligence in managing the assets under their control.

**Fraudulent Actions**

**If a receiver intentionally misrepresents Information, embezzles funds, or engages in other fraudulent activities, they can be held personally liable.**

Negligent actions:

Failure to properly investigate assets, overlooking potential claims, or making poor decisions without reasonable justification could constitute negligence.

## *FOR HE KNOWS HE'S PERSONALLY LIABLE IF HE GETS CAUGHT.

# SNOWBALL OF CORRUPTION

Has it ever struck you that corruption is a bit like a snowball tumbling down a mountainside? Bear with me here, the parallels are more profound than you might think. Picture a pristine snow-covered peak, where some unwitting miscreant kickstarts a tiny ball of snow down the slope. As it rolls, it picks up more snow, gaining momentum, increasing in size, threatening to become an avalanche. Once it's rolling, it's almost impossible to stop, causing damage and chaos in its wake.

Sounds eerily familiar, doesn't it?

Corruption, that societal cancer, grows and functions much like our metaphorical snowball. Let's dig a little deeper into this analogy, and hopefully, by the end of this article, we can find a way to avoid being flattened by that corruption snowball. Or better yet, stop it from rolling in the first place.

Lazy Sith · Follow

3 min read · Jul 11, 2023

***THE SNOWBALL OF CORRUPTION IN THIS CASE, AND OVERALL DAMAGE DONE BY WHITE-COLLAR CRIMINALS IS UNBELIEVABLE.**

# DESPERATELY TRYING TO SILENCE DOHERTY

# EXHIBIT

## ILLEGAL MOTION POLDERMAN CREATED ON 5/3/23 TO CLOSE DOHERTY'S PERSONAL ACCOUNT, AND SUBPEONA HIS BANK RECORDS TO OBTAIN HIS NEW HOME ADDRESS.

(AFTER MULTIPLE FAILED ATTEMPTS)

## INGHAM COUNTY CASE # 22-000202-C30

| | | |
|---|---|---|
| 370 05/17/2023 | | ORDER OF NOTIFICATION |
| 369 05/12/2023 | | NOTICE OF APPLICATION FOR RECEIVER'S FEES AND EXPENSES PURSUANT TO MCR 2.622 (F) AND NOTICE OF RIGHT TO OBJECT W/ PS |
| 368 05/03/2023 | * | PROOF OF SERVICE D. 05/01/2023 RE: SUBPOENA ORDER TO APPEAR AND OR PRODUCE DIRECTED TO JP MORGAN CHASE BANK |
| 367 04/27/2023 | | ORDER AUTHORIZING BORROWING AND RECEIVER'S CERTIFICATE 2 |
| 366 04/27/2023 | | CASE CLOSED C30 |
| 365 04/26/2023 | | GRANTED ON THE RECORD THE FOLLOWING EVENT, MOTION (MISC) |

OF WHICH HE USED TO STALK DOHERTY AND HIS FAMILY WITH. VERIFIED THROUGH POTTERVILLE POLICE REPORT 23-0169 FILED AGAINST POLDERMAN FOR AGGRAVATED STALKING.

POLDERMAN AND DRAGANCHUK REFUSED TO PROVIDE THE DETAILS OF THIS ORDER WHEN DOHERTY REQUESTED THEM TO.

INSTEAD, THEY WORKED TOGETHER TO ILLEGALLY SILENCE EVERYTHING.

DOHERTY HAD MET WITH SANTIAGO ARCAUT ON 12/30/22 AT CHASE BANK IN WEST LANSING,MI FOR 15 MINUTES WHEN HE ORIGINALLY OPENED UP HIS ACCOUNT. GOING OVER SERIOUS CONCERNS THAT JOHN POLDERMAN WOULD NOT BE ABLE TO USE IT SOMEHOW TO FIND HIM AND HIS FAMILY.

(SEE CHASE BANK ESCALATION CASE NO. 261935322)

## POLDERMAN CREATING A FRAUDULENT ORDER TO FIND WHERE DOHERTY AND HIS FAMILY LIVED AFTER 3 FAILED PRIOR ATTEMPTS.

*CASE WAS CLOSED. THERE WAS NO LEGITIMATE REASON FOR MESSING WITH DOHERTY'S PERSONAL BANK ACCOUNT.

# MOTION TO COMPEL

## MOTION TITLE:

TO COMPEL MS JOYCE DRAGANCHUK AND THE COURT TO REVEAL HER RELATIONSHIP AND FULL HISTORY WITH JOHN POLDERMAN AND SIMON PLC WITHIN 7 DAYS, AS REQUESTED IN THE 6/26/23 HEARING AND MULTIPLE TIMES PRIOR IN WRITING. CITING OVER 25 EXAMPLES OF VERIFIED JUDICIAL MISCONDUCT, INCLUDING PREJUDICE AND BIASED BEHAVIOR, ILLEGAL EX PARTE COMMUNICATION, LACK OF DUE PROCESS CONCERNING PROPERTY, INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS, WRONGFULLY APPOINTING A RECEIVER, CRUEL AND EXCESSIVE PUNISHMENT, AND FALSE IMPRISONMENT.

REFERENCING: MCR 9.100, MCJC CANON 1-3, MCL 767.67, MCL 750.450, MCL 750.85, MRPC 1.8, MRPC 2.4, MRPC 4.1-4.4, MRPC 5.1-5.6, MRPC 6.5, MRPC 8.1-8.5, AND RECEIVERSHIP ACT 16 OF 2018, MCL 769.26, MCL 750.422-423, MCR 8.100, MCL 750.85, MCL ARTICLE I SEC 17, MCL 37.2605 (2) (D), MCL 767.67, MCL 750.450, MCL ARTICLE I SEC 17, US CONSTITUTIONAL AMMENDMENT XIV SECTION 1.

[signature] 7/5/2023

MICHAEL S. DOHERTY

**OF WHICH DRAGANCHUK DRUNKENLY BATTED AWAY ONCE AGAIN.**

# DOHERTY FILES 2ND PPO AGAINST POLDERMAN

| STATE OF MICHIGAN<br>30th JUDICIAL CIRCUIT<br>Ingham COUNTY | NOTICE OF HEARING ON PETITION FOR PERSONAL PROTECTION ORDER | CASE NO. and JUDGE<br>23-2659-PH<br>MORGAN COLE |
|---|---|---|

Court address
313 W. Kalamazoo St., Lansing, MI 48933

(P65720)

Court telephone no.
(517) 483-6500

(A) Petitioner name: Michael S Doherty v Respondent name: John Polderman of Simon PLC

RECEIVED
SEP 28 2023

(B) TO: John Polderman of PLC
363 W. Big Beaver Rd
Troy, MI 48084 (ste 410)

313-585-5579 • 248-720-0290

(C) You are notified that the petitioner has requested a personal protection order be issued against you. A hearing has been scheduled to decide whether to issue the personal protection order.

Judge: PPO

Date: October 6, 2023

Time: 9:00AM

Location: court address above

2023 SEP 29 PM 3:
CLERK OF THE 30TH JUDICIAL CIRCUIT COURT
INGHAM COUNTY CLERK

If you require accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

If you do not attend this hearing, a personal protection order can still be entered against you.

(D) 9/28/2023
Date

Signature

**TO THE PETITIONER:**

The respondent must be served with this notice at least one day before the hearing date if you are asking for a domestic relationship PPO (CC 375 or CC 375M) or a nondomestic stalking PPO (CC 377 or CC 377M). If you filed a petition for a nondomestic sexual assault PPO (CC 395 or CC 395M), the respondent must be served with this notice at least two days before the hearing.

If the respondent is under 18 years of age, you must also serve the parents, guardians, or custodians of the respondent.

Approved, SCAO
Form CC 381, Rev. 3/23
MCR 3.705(A)(5), (B)
Page 1 of 1

Form Instructions

Distribute form to:
Court
Judge/Assignment clerk
Respondent
Petitioner
Return

# TO PROTECT HIMSELF & HIS FAMILY

# 10/6/23 PPO HEARING AGAINST POLDERMAN

DOHERTY 10/6/23 TRANSCRIPT COLE 100623[5]

But the one that I want to really focus on, I think it brings a legally interesting issue to the legal table, what your case has brought my mind to look at, and then of course I was up until

12

about two in the morning researching West Law to see if I could get any guidance from cases.

Really, your question is whether continuous, legal action taken against you on -- by others, by use of a legal system, constitute harassment.

THE PETITIONER: Yes.

THE COURT: And whether or not it is unconsented conduct --

**JUDGE COLE, WHO WAS ULTIMATELY TRYING TO HELP DOHERTY. (NOTICE SHE IS NOT LISTED IN THIS LAWSUIT.)**

SHE ADMITTED TO STAYING UP TILL 2AM TRYING TO FIGURE OUT WHETHER CONTINUOUS LEGAL ACTION TAKEN AGAINST ANOTHER CONSTITUTES HARASSMENT."

# "HE'S A MONSTER UNDERNEATH."

DOHERTY 10/6/23 TRANSCRIPT COLE 100623[6]

THE PETITIONER: Yes.

THE COURT: -- that would cause a reasonable person to feel terrorized, frightened, intimidated, et-cetera.

THE PETITIONER: Yes.

THE COURT: I think that's very interesting. I believe that's a very interesting concept. And a crafty argument as well.

Has Mr. Holderman(sic), or Polderman spoke with you, tried to contact you, let's say, in the past six months?

THE PETITIONER: Well, he is smart enough, okay? He is not as smart as he thinks he is. But he absolutely hired someone to come stalk our house, without question. This man will do whatever it takes. He's a monster underneath the

***LIKE LARRY NASSAR, PEOPLE HAVE TROUBLE SEEING IT BECAUSE HE'S "LICENSED".**

(A VERY IMPORTANT PART OF THIS CASE.)

# CONCEPT JUDGE COLE WAS LOOKING FOR:

**(OF WHICH DOHERTY FIGURED OUT AFTER DOING HUNDREDS OF HOURS OF RESEARCH IN THE LAW LIBRARY WHILE BEING ILLEGALLY DETAINED.)**

Civil Rights Division
U.S. Department of Justice
Menu

## Deprivation Of Rights Under Color Of Law

- Section 242 of Title 18 makes it a crime for a person acting under color of any law to willfully deprive a person of a right or privilege protected by the Constitution or laws of the United States.

For the purpose of Section 242, acts under "color of law" include acts not only done by federal, state, or local officials within their lawful authority, but also acts done beyond the bounds of that official's lawful authority, if the acts are done while the official is purporting to or pretending to act in the performance of his/her official duties. Persons acting under color of law within the meaning of this statute include police officers, prisons guards and other law enforcement officials, as well as judges, care providers in public health facilities, and others who are acting as public officials. It is not necessary that the crime be motivated by animus toward the race, color, religion, sex, handicap, familial status or national origin of the victim.

"MAKES IT A CRIME FOR A PERSON ACTING UNDER COLOR OF LAW

TO WILLFULLY DEPRIVE A PERSON OF A RIGHT OR PRIVELEGE PROTECTED BY THE CONSTITUTION OR LAWS OF THE UNITED STATES."

# TO SHERIFF WRIGGELSWORTH

# EXHIBIT

OFFICIAL MOTION SUBMITTED TO INGHAM COUNTY COURT, ALONG WITH BEING SENT TO **SHERIFF WRIGGELSWORTH** THROUGH CERTIFIED MAIL.

OF WHOM ASSUMED THAT BY SITTING BACK AND CONTINUING TO DO NOTHING IN REGARDS TO MR DOHERTY AND HIS SAFETY, HE WOULD NOT BE HELD LIABLE FOR INACTION.

**OR DELIBERATE INDIFFERENCE.**

"IN LAW, DELIBERATE INDIFFERENCE DESCRIBES A SITUATION **WHERE A PERSON, USUALLY A PUBLIC OFFICIAL, ACTS WITH A RECKLESS DISREGARD OF AN OBVIOUS RISK OF HARM.**"

# MORE NEGLECT

**MOTION: TO COMPEL INGHAM COUNTY SHERIFF SCOTT WRIGGELSWORTH TO IMMEDIATELY RELEASE THE FOLLOWING INFO THROUGH EMAIL MICHAELSDOHERTY25@GMAIL.COM, OR TO SUBMIT AS EVIDENCE IN THE JOYCE DRAGANCHUK PPO CASE NO 23-2184, BY 8/24/23.**

1. WHO INSTRUCTED INGHAM COUNTY DETECTIVES BRAD AND KELLY TO INTERROGATE MR DOHERTY WHILE HE WAS UNLAWFULLY IMPRISONED ON 4/26/23.
2. WHO THEN TOLD THEM TO STAND DOWN AFTER MR DOHERTY FILED MULTIPLE REQUESTS TO MEET WITH THEM AGAIN AFTERWARDS. OF WHICH THEY HAD CLEARLY BEEN INSTRUCTED NOT TO DO SO.
3. WHO FROM JOYCE DRAGANCHUK'S TEAM PUT FRAUDULENT COMMENTS IN THE INGHAM COUNTY JAIL SYSTEM REGARDING MR DOHERTY.
4. AND THEN WHO ILLEGALLY DELETED THEM FROM THE SYSTEM ONCE MR DOHERTY WAS INFORMED OF THEM BY A CONCERNED GUARD.
5. WHO ALL KNEW ABOUT DEFENDANT MICHAEL S. DOHERTY'S MULTIPLE REQUESTS TO BE TAKEN TO COURTHOUSE IN PERSON ON 4/26/23 BASED ON DRAGANCHUK ILLEGALLY SILENCING HIM IN THE PAST OVER ZOOM. WHO MADE THE CALL TO ULTIMATELY REFUSE TO HONOR HIS REQUESTS, AND BASED ON WHAT GROUNDS.
6. HARASSMENT, INTIMIDATION, AND ASSAULT WITH INTENT TO HARM CHARGES WILL BE BROUGHT UP AGAINST OFFICERS SEYMOUR, WELLING AND LECH IN THE NEAR FUTURE AS WELL, FOR WHAT SEEMS TO BE A PATTERN OF ABUSIVE AND NORMALIZED BEHAVIOR THROUGHOUT INGHAM COUNTY.
7. CHARGES WILL ALSO BE BROUGHT UP AGAINST INGHAM COUNTY IN GENERAL AT THIS POINT, FOR CREATING THE TOXIC ENVIRONMENT OF WHICH HAS ENABLED ALL OF THIS TO OCCUR.
8. FOR EX LANSING TOWNSHIP POLICE DETECTIVE JOHN DRAGANCHUK'S INVOLVEMENT TO BE REVEALED HERE IN FULL, AND ANY AND ALL COMMUNICATION HE HAD WITH MEMBERS OF INGHAM COUNTY JAIL, ETC. INCLUDING A FULL BREAK DOWN OF ANY COMMUNICATION OR INFLUENCE WITH SCOTT WRIGGELSWORTH.
9. REVEAL WHY MR WRIGGELSWORTH HAS REFUSED TO RESPOND TO ANY OF MR DOHERTY'S PROFESSIONAL REQUESTS TO MEET, AND ATTEMPTS TO RELAY INFORMATION OF CORRUPTION AND CRIME WITHIN INGHAM COUNTY TO HIM.
10. **REMINDER THAT PERJURY, OBSTRUCTION OF JUSTICE, AND AIDING AND ABETTING CRIMINALS ARE ALL VERY SERIOUS CHARGES IN THE COURT OF LAW.**

***BOTH REQUESTS FOR WRIGGELSWORTH & DETECTIVES ARE BEING SUBMITTED AS OFFICIAL MOTIONS, AND SENT CERTIFIED MAIL WITH TRACKING NUMBERS FOR FULL ACCOUNTABILITY.**

**STATUTE REFERENCE:** MCJC CANON 1-3, MCL 767.67, MCL 750.85, MCL 750.450, MCL 750.462A, MRPC 1.8, MRPC 2.4, MRPC 4.1-4.4, MRPC 5.1-5.6, MRPC 6.5, MRPC 8.1-8.5, AND RECEIVERSHIP ACT 16 OF 2018, MCL 769.26, MCL 750.422-423, MCL 750.356, MCL 438.41, MCR 8.100, MCL ARTICLE I SEC 17, MCR 9.100, FEDERAL SECURITIES FRAUD 18 USC 1348, RACKATEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT, MCL 750 157A, MCL 750.218, MCL 750.349B, 18 USC 402, MCL 600.1715, MCL 771.1, MCR SUMMARY, MCR 1.109, MCR CHAPTER 8, MCL 750.411s, MCL 750.411h, ETC.

MICHAEL S. DOHERTY 8/21/2023

SCOTT WRIGGELSWORTH NEVER BOTHERED RESPONDING TO THIS, OR ANY OF THE EMAILS HE WAS INCLUDED IN ON.

HIS BROTHER MARK WRIGGELSWORTH WAS ALSO INVOLVED IN A SCANDAL IN MASON, MI WHERE HE RESIGNED AS POLICE CHIEF IN 2024 OVER A SEX SCANDAL.

**APPARENTLY, CORRUPTION AND NEGLECT RUNS IN THE FAMILY?**

# DELIBERATE INDIFFERENCE

THE PREVIOUS REQUEST FOR HELP WAS SENT OUT TO SHERIFF WRIGGELSWORTH 2 MONTHS BEFORE DOHERTY WAS UNLAWFULLY IMPRISONED BY WRIGGELSWORTH.

To prove deliberate indifference, you must show that someone was aware of a substantial risk of harm and failed to take reasonable steps to prevent it.

Steps to prove deliberate indifference

1. Show that the defendant was aware of the risk of harm
2. Show that the defendant intentionally disregarded the risk
3. Show that the defendant's actions caused harm

Examples of deliberate indifference

- A police officer who fails to intervene when someone faces a substantial risk of serious harm

*DOHERTY WAS ATTACKED IN JAIL, AND HIS LIFE WAS THREATENED MULTIPLE TIMES.

JUST FOR STARTERS.

# "VICTIM'S ADVOCATE"

**Sent:** Friday, September 1, 2023 12:34 PM
**To:** so_brown@ingham.org
<so_brown@ingham.org>
**Subject:** Victim's Advocate

Melissa Brown,

Your assistant told me you had an emergency manager's mtg (regarding the storm from the week prior?) that conflicted with our scheduled mtg for 2pm Tuesday, 8/29/23.

is there a reason you're not trying to reschedule a new time, or responding to any of my messages as the Victim's Advocate of Ingham County?

As I warned you in our conversation, people within Ingham County, including Sheriff Wriggelsworth and Judge Joyce Draganchuk have been trying to cover up a massive amount of corruption that involves them all at this point.

I would be very disappointed if you've chosen to neglect your duty to protect victims and families like my own, in favor of protecting white collar criminals simply trying to cover their own rears instead.

See below for reference as a reminder of why your position exists in the first place. Correct me if I'm wrong, but I don't see anywhere that prevents you from doing your job if the sheriff himself is involved?

Thank You,
MD

**"CORRECT ME IF I'M WRONG, BUT I DON'T SEE ANYWHERE THAT PREVENTS YOU FROM DOING YOUR JOB IF THE SHERIFF HIMSELF IS INVOLVED?"**

# THE OTHER CHALLENGE DOHERTY FACED AS A 6'5 IRISHMAN WAS CONVINCING OTHERS HE WAS A VICTIM.

Victim Advocate Law and Legal Definition

victim advocate is an individual who interacts closely with victims of crime and support them in a number of ways. Victim advocates offer a wide range of services, from legal assistance to emotional help.

A victim advocate generally has an educational background in criminal justice, social services, or a similar field, in addition to experience in working with individuals going through traumatic circumstances. Victim advocates are usually available through local law enforcement stations or other state or regional government attorney offices, or social service agencies. The following is an example of a federal statute defining the term:

According to 42 USCS § 13925, the term "victim advocate" means a person, whether paid or serving as a volunteer, who provides services to victims of domestic violence, sexual assault, stalking, or dating violence under the auspices or supervision of a victim services program.

IN TODAY'S SOCIETY, IF YOU'RE A FEMALE AND YOU TELL SOMEONE YOU'VE BEEN RAPED, THEY GET IT RIGHT AWAY.

**BUT IF YOU'RE A WHITE MALE AND TRY TO TELL SOMEONE YOU'RE THE VICTIM OF A CRIME, THEY INTERNALLY ROLL THEIR EYES.**

# INGHAM COUNTY SCOTT WRIGGELSWORTH:

From Michael Doherty michaelsdoherty25@gmail.com

To adaenzer@ingham.org
jdraganchuk@ingham.com
so_brown@ingham.org
swriggelsworth@ingham.org

Cc Region2 Info region2-info@courts.mi.gov
dbasso@lsj.com
gmiles@detroitnews.com
malbom@freepress.com
mlelnick@freepress.com

Date Sep 7, 2023 at 12:35 PM

9/7/2023

- Scott Wriggelsworth, Sherriff of Ingham County.

- Andrew Daenzer, Captain within Ingham County Sheriff's Dept.

- And Melissa Brown, Victim's Advocate of Ingham County as well:

Is there a reason none of you are getting back to me on the matter of extreme criminal activity of which I have reported to you involving my case, and the safety of my family and I for months now?

You also have drug dealers illegally selling hundreds of pounds of a schedule one substance onto the streets of Ingham County, and theft of over $250K. All of which official police reports have been filed on, yet none of you seem to care?

**9/7/23**

**NO WONDER THEY'RE ALL REFUSING TO PROVIDE ANY OF THE FOIAS.**

**REFUSING TO INVESTIGATE DRUG TRAFFICKING ALLEGATIONS, AND THEFT OF OVER $250,000.**

***BECAUSE THEY INDIRECTLY IMPLICATED HIS BUDDY JOHN DRAGANCHUK, A WELL KNOWN COKEHEAD AROUND TOWN.**

Is this what is considered acceptable in Ingham County? If a corrupt judge is involved in extreme fraud and intent to harm, then you simply stand down when you're told to by that same judge?

For the record, this is aiding and abetting at its core. You are helping the corrupt Judge Joyce Draganchuk, whom I've included here, cover her tracks and continue a pattern of blind abuse and it is not ok nor legal.

What happened to the motto protect and serve? Seems now it's simply hide and cover our own.

Embarrassing really, especially since I was born here. And when all of this is exposed in a massive $125 Million Lawsuit that is forming as we speak including Ingham County, all of you will be personally held accountable for your willful neglect of duty and overall failure to act.

We all remember the Nassar cases, and how that worked out for his enablers after.

I would start researching negligence and personal liability for government/city employees immediately. Of which ultimately encourages you to do your job, and protect the tax paying citizens of whom you are paid by.

Thank You,

Michael S. Doherty
517-614-1939

**9/7/23**

(CONT'D)

**"WHAT HAPPENED TO THE MOTTO PROTECT & SERVE?**

**SEEMS NOW IT'S SIMPLY HIDE AND COVER YOUR OWN."**

# "WHAT HAPPENED TO THE MOTTO PROTECT AND SERVE?"

THESE PEOPLE HATED BEING TOLD TO SIMPLY DO THEIR JOB. PROVIDING THE MOTIVE TO DO WHAT THEY ENDED UP DOING.

**WHICH WAS UNLAWFULLY IMPRISONING DOHERTY BY ANY MEANS, TO "TEACH HIM A LESSON."**

# NEGLIGENCE

## MI CRIMINAL JI 16.18 GROSS NEGLIGENCE

(1) Gross negligence means more than carelessness. It means willfully disregarding the results to others that might follow from an act or failure to act. In order to find that the defendant was grossly negligent, you must find each of the following three things beyond a reasonable doubt:

* (2) First, that the defendant knew of the danger to another, that is, [he / she] knew there was a situation that required [him / her] to take ordinary care to avoid injuring another.

* (3) Second, that the defendant could have avoided injuring another by using ordinary care.

* (4) Third, that the defendant failed to use ordinary care to prevent injuring another when, to a reasonable person, it must have been apparent that the result was likely to be serious injury.

*Use Note*

Use where gross negligence is an element of the crime charged.

See M Crim JI 16.20, Contributory Negligence, where appropriate.

*History*

M Crim JI 16.18 (formerly CJI2d 16.18) was CJI 16:4:05.

*Reference Guide*

*Case Law*

*People v Orr*, 243 Mich 300, 307, 220 NW 777 (1928); *People v Rettelle*, 173 Mich App 196, 199, 433 NW2d 401 (1988).

**"WILLFULLY DISREGARDING THE RESULTS TO OTHERS THAT MIGHT FOLLOW FROM AN ACT OR FAILURE TO ACT."**

**(3) "THE DEFENDANT KNEW OF THE DANGER TO ANOTHER."**

# LIABILITY FOR NEGLIGENCE

## *MOST PEOPLE DO NOT UNDERSTAND HOW IMPORTANT THIS DOCUMENT IS CONCERNING PEOPLE IN OFFICE, AND WILLFUL NEGLECT OF DUTY.

**GOVERNMENTAL LIABILITY FOR NEGLIGENCE**
**Act 170 of 1964**

AN ACT to make uniform the liability of municipal corporations, political subdivisions, and the state, its agencies and departments, officers, employees, and volunteers thereof, and members of certain boards, councils, and task forces when engaged in the exercise or discharge of a governmental function, for injuries to property and persons; to define and limit this liability; to define and limit the liability of the state when engaged in a proprietary function; to authorize the purchase of liability insurance to protect against loss arising out of this liability; to provide for defending certain claims made against public officers, employees, and volunteers and for paying damages sought or awarded against them; to provide for the legal defense of public officers, employees, and volunteers; to provide for reimbursement of public officers and employees for certain legal expenses; and to repeal acts and parts of acts.

**History:** 1964, Act 170, Eff. July 1, 1965;—Am. 1970, Act 155, Imd. Eff. Aug. 1, 1970;—Am. 1978, Act 141, Imd. Eff. May 11, 1978;—Am. 1986, Act 175, Imd. Eff. July 7, 1986;—Am. 2002, Act 400, Imd. Eff. May 30, 2002.

**Compiler's note:** In Hyde v. University of Michigan Regents, 426 Mich 223 (1986), the Supreme Court stated that "1986 PA 175 was enacted, effective July 1, 1986." Act 175 was approved by the Governor July 6, 1986, and filed with Secretary of State July 7, 1986.

**Popular name:** Governmental Immunity Act

*The People of the State of Michigan enact:*

**691.1401 Definitions.**

Sec. 1. As used in this act:

(a) "Governmental agency" means this state or a political subdivision.

(b) "Governmental function" means an activity that is expressly or impliedly mandated or authorized by constitution, statute, local charter or ordinance, or other law. Governmental function includes an activity performed on public or private property by a sworn law enforcement officer within the scope of the law enforcement officer's authority, as directed or assigned by his or her public employer for the purpose of public safety.

(c) "Highway" means a public highway, road, or street that is open for public travel. Highway includes a bridge, sidewalk, trailway, crosswalk, or culvert on the highway. Highway does not include an alley, tree, or utility pole.

(d) "Municipal corporation" means a city, village, or township or a combination of 2 or more of these when acting jointly.

(e) "Political subdivision" means a municipal corporation, county, county road commission, school district, community college district, port district, metropolitan district, or transportation authority or a combination of 2 or more of these when acting jointly; a district or authority authorized by law or formed by 1 or more political subdivisions; or an agency, department, court, board, or council of a political subdivision.

(f) "Sidewalk", except as used in subdivision (c), means a paved public sidewalk intended for pedestrian use situated outside of and adjacent to the improved portion of a highway designed for vehicular travel.

(g) "State" means this state and its agencies, departments, commissions, courts, boards, councils, and statutorily created task forces. State includes a public university or college of this state, whether established as a constitutional corporation or otherwise.

(h) "Township" means a general law township or a charter township.

(i) "Volunteer" means an individual who is specifically designated as a volunteer and who is acting solely on behalf of a governmental agency.

**History:** 1964, Act 170, Eff. July 1, 1965;—Am. 1986, Act 175, Imd. Eff. July 7, 1986;—Am. 1999, Act 205, Imd. Eff. Dec. 21, 1999;—Am. 2001, Act 131, Imd. Eff. Oct. 15, 2001;—Am. 2012, Act 50, Imd. Eff. Mar. 13, 2012.

**Compiler's note:** Section 3 of Act 175 of 1986 provides:

"(1) Sections 1, 7, and 13 of Act No. 170 of the Public Acts of 1964, as amended by this amendatory act, being sections 691.1401, 691.1407, and 691.1413 of the Michigan Compiled Laws, shall not apply to causes of action which arise before July 1, 1986.

"(2) Section 6a of Act No. 170 of the Public Acts of 1964, as added by this amendatory act, shall apply to cases filed on or after July 1, 1986."

In Hyde v. University of Michigan Regents, 426 Mich 223 (1986), the Supreme Court stated that "1986 PA 175 was enacted, effective July 1, 1986." Act 175 was approved by the Governor July 6, 1986, and filed with Secretary of State July 7, 1986.

Enacting section 1 of Act 205 of 1999 provides:

"Enacting section 1. Sections 1 and 2 of 1964 PA 170, MCL 691.1401 and 691.1402, as amended by this amendatory act, and section 2a, as added by this amendatory act, apply only to a cause of action arising on or after the effective date of this amendatory act."

Enacting section 1 of Act 131 of 2001 provides:

"Enacting section 1. The provisions of this amendatory act do not limit or reduce the scope of a governmental function as defined by statute or common law."



## "THE STATE, ITS AGENCIES AND DEPARTMENTS, OFFICERS, AND EMPLOYEES."

**691.1408 Claim or civil action against officer or employee of governmental agency for injuries caused by negligence; services of attorney; payment of claim; judgment for damages; indemnification; payment or settlement of judgment; criminal action against officer or employee of governmental agency; services of attorney; reimbursement for legal expenses; liability on governmental agency not imposed.**

Sec. 8. (1) If a claim is made or a civil action is commenced against an officer, employee, or volunteer of a governmental agency for injuries to persons or property caused by negligence of the officer, employee, or volunteer while in the course of employment with or acting on behalf of the governmental agency and while acting within the scope of his or her authority, the governmental agency may pay for, engage, or furnish the services of an attorney to advise the officer, employee, or volunteer as to the claim and to appear for and represent the officer, employee, or volunteer in the action. The governmental agency may compromise, settle, and pay the claim before or after the commencement of a civil action. If a judgment for damages is awarded against an officer, employee, or volunteer of a governmental agency as a result of a civil action for personal injuries or property damage caused by the officer, employee, or volunteer while in the course of employment and while acting within the scope of his or her authority, the governmental agency may indemnify the officer, employee, or volunteer or pay, settle, or compromise the judgment.

(2) If a criminal action is commenced against an officer or employee of a governmental agency based on the conduct of the officer or employee in the course of employment, if the employee or officer had a reasonable basis for believing that he or she was acting within the scope of his or her authority at the time of the alleged conduct, the governmental agency may pay for, engage, or furnish the services of an attorney to advise the officer or employee as to the action, and to appear for and represent the officer or employee in the action. An officer or employee who has incurred legal expenses after December 31, 1975 for conduct



© Courtesy of www.legislature.mi.gov

described in this subsection may obtain reimbursement for those expenses under this subsection.

(3) A governmental agency may pay for, engage, or furnish the services of an attorney to advise an officer, employee, or volunteer of the governmental agency, and to appear for and represent the officer, employee, or volunteer, in connection with civil or criminal litigation or an investigation or proceeding if the litigation, investigation, or proceeding involves the officer, employee, or volunteer as a result of his or her conduct in the course of employment with or actions taken on behalf of the governmental agency, subject to the following limitations:

(a) If a claim is made or a civil action is commenced against the officer, employee, or volunteer, subsection (1) of this section governs the governmental agency's authority to pay for, engage, or furnish the services of an attorney to advise the officer, employee, or volunteer as to the claim and to appear for and represent the officer, employee, or volunteer in the action.

(b) If a criminal action is commenced against the officer, employee, or volunteer, subsection (2) of this section governs the governmental agency's authority to pay for, engage, or furnish the services of an attorney to advise the officer, employee, or volunteer as to the action, and to appear for and represent the officer, employee, or volunteer in the action.

(4) This section does not impose liability on a governmental agency.

(5) This section is not intended to affect existing constitutional, statutory, and common law powers and duties of the Attorney General.

**History:** 1964, Act 170, Eff. July 1, 1965;—Am. 1978, Act 141, Imd. Eff. May 11, 1978;—Am. 2002, Act 400, Imd. Eff. May 30, 2002;—Am. 2020, Act 357, Imd. Eff. Dec. 30, 2020.

**Compiler's note:** Enacting section 1 of Act 357 of 2020 provides:
"Enacting section 1. This amendatory act applies retroactively."

**Popular name:** Governmental Immunity Act

**"AS LONG AS THEY WERE ACTING WITHIN THE SCOPE OF HIS OR HER AUTHORITY."**

(AN IMPORTANT DISTINCTION, AND MADE FOR A REASON.)

IN A LEGAL CONTEXT, "WITHIN THE SCOPE" REFERS TO THE RANGE OF CONDUCT, ACTIVITY, OR DUTIES WITHIN WHICH SOMETHING ACTS, OR HAS POWER OR CONTROL.

THIS CONCEPT IS USED TO DEFINE THE **LIMITS** OF AN EMPLOYEE'S ACTIONS, OR A LEGAL AUTHORITY'S JURISDICTION."

# JURISDICTION

**1** : the power, right, or authority to interpret and apply the law

a matter that falls within the court's *jurisdiction*

**2 a** : the authority of a sovereign power to govern or legislate

**b** : the power or right to exercise authority : **CONTROL**

**3** : the limits or territory within which authority may be exercised

**"THE LIMITS OR TERRITORY WITHIN WHICH AUTHORITY MAY BE EXERCISED."**

# QUALIFIED IMMUNITY

## ("FOR ABSOLUTE, CORRUPTS ABSOLUTELY")

In Michigan, government officials and employees enjoy qualified immunity, meaning they are protected from civil liability for reasonable actions taken while performing their official duties, unless their conduct was grossly negligent or willful misconduct.

**Here's a more detailed explanation:**

**Qualified Immunity:**
This immunity is a legal principle that protects government officials, including law enforcement officers, from civil lawsuits for actions taken within the scope of their duties, as long as those actions were reasonable.

**Scope of Protection:**
Qualified immunity applies to actions taken within the scope of authority, meaning the official reasonably believed they were acting within their power and authority.

**Exceptions to Immunity:**
The immunity is not absolute and can be overcome if the official's conduct was:

- **Grossly negligent:** This means the conduct was a reckless disregard for the rights or safety of others.
- **Willful misconduct:** This refers to intentional wrongdoing or a deliberate disregard for the law.

**"PROTECTED UNLESS THEIR CONDUCT WAS GROSSLY NEGLIGENT OR WILLFUL MISCONDUCT."**

THEREFORE, ALL OFFICIALS AND PUBLIC OFFICERS LISTED IN THIS PACKET ARE

**PERSONALLY LIABLE FOR THEIR ACTIONS OR LACK THEREOF.**

WHICH WERE CLEARLY DONE OUTSIDE THE SCOPE OF AUTHORITY GIVEN TO THEM BY THE PEOPLE.

# MORE CORRUPTION

## (FROM SCOTT WRIGGELSWORTH'S BROTHER)

### New details on what led to Mason Police Chief's resignation

"Unfortunately, Mark was informed by the city manager that he could not attend city council meetings and is to have no interaction with the school's superintendent without her present"



"With all the speculation around his resignation, I felt it was important to inform the council why he resigned"

By Ta'Niyah Jordan

*Published: Feb. 6, 2024 at 8:35 PM EST*

TUESDAY, Feb. 6 — A federal civil rights lawsuit claims that Ingham County Clerk Barb Byrum and her husband used political influence to get their son reinstated to Mason schools after he was expelled for allegedly sexually assaulting another pupil.

Byrum's husband, Brad Delaney, is a detective sergeant in the Ingham County Sheriff's Office. Byrum is serving her third term as clerk. She was a state representative before being elected in 2013.

The suit names Byrum, Delaney, the school district and the principal and assistant principal of Mason High School as defendants in the suit, which only identifies their son by initials. The plaintiff is the mother of the girl that their son allegedly assaulted.

"Approximately 150 days after the suspension," the suit charges, (the son's) "parents petitioned — using their local political influence — the Mason Board of Education for reinstatement of" their son to Mason High School.

## INVOLVING INGHAM COUNTY AGAIN, AND WRONGFULLY USING POSITION & INFLUENCE REGARDING A SEX ASSAULT CASE.

# AND ABUSE OF POWER

## Youth reinstated to school in sex assault case is Ingham Co. Clerk Barb Byrum's son

Civil rights lawsuit alleges Byrum and husband used 'their local political influence' to get him re-enrolled



Ingham County Clerk Barb Byrum and her husband are plaintiffs in a suit that claims that their son's reinstatement to Mason High School violates the civil rights of a girl wh[illegible] allegedly sexually abused two years ago.

The parents of the expelled student, Ingham County Clerk Barb Byrum and Brad Delaney, who serves as a sergeant in the county's sheriff's department, were also listed as defendants.

It adds that Byrum and Delaney "were acting under their unique positions of power when they conspired with Mason Public School District and Board of Education."

## BARB BYRUM OF INGHAM COUNTY, CONSPIRING WITH SHERIFF'S DEPT.

*THE SAME CLERK WHO HELPED JOYCE DRAGANCHUK MAKE SOME THINGS "GO AWAY" IN DOHERTY'S CASE AS WELL.

## CAN WE PLEASE GET SOME HELP HERE, FROM THE FEDERAL GOVERNMENT??

# INGHAM COUNTY IS CLEARLY OUT OF CONTROL.

WITH THE MOST POWERFUL PLAYERS IN THE STATE ALL LIVING AMONGST EACH OTHER.

**AND USED TO GRANTING EACH OTHER SPECIAL FAVORS LIKE THIS FOR DECADES, WITH ZERO ACCOUINTABILITY.**

# MORE CORRUPT OFFICIALS

## (IN INGHAM COUNTY)

Michigan Government

### Former Michigan marijuana board chair, others face federal bribery charges



April 6, 2023

- *Federal officials say Rick Johnson accepted more than $100,000 in bribes while chairing state's medical marijuana board*
- *He and three others face bribery-related charges, investigation is ongoing*
- *All four defendants have reached plea agreements, officials said Thursday*

Former Michigan House Speaker Rick Johnson and three others face public corruption charges for bribery related to state marijuana licensing requests, federal officials announced Thursday. All four have already reached plea agreements with the government

At a press conference in Lansing, U.S Attorney for the Western District Mark Totten announced that Johnson was charged with accepting bribes for taking more than $100,000 in cash payments and other benefits from multiple sources while chairing the state's now-defunct medical marijuana licensing board

---

ONCE AGAIN, BY THE VERY PEOPLE WHO ARE SUPPOSED TO BE ENFORCING AND PROTECTING OTHERS.

**ESPECIALLY SURROUNDING CANNABIS. IT'S NOT THE PIONEERS OF THE INDUSTRY THAT WERE THE PROBLEM.**

(WHO WERE MORE EXCITED FOR THE INDUSTRY TO BE LEGIT AND TAXED THAN ANYTHING).

**IT WAS THE OFFICIALS, LIKE RICK JOHNSON, JOYCE DRAGANCHUK, AND JOHN POLDERMAN.**

WHO SAW THE MONEY, AND COULDN'T HELP THEMSELVES FROM BEING **"GANGSTERS".**

---

# ACTING ABOVE THE LAW

# PAYROLL TAX

(ACCOUNTS FOR 30% OF TOTAL FEDERAL REVENUE)



Patriot Software
https://www.patriotsoftware.com

Just How Much Does an Employer Pay in Payroll Taxes?

Dec 3, 2024 — Payroll tax percentage is 15.3% of an employee's gross taxable wages. In total, Social Security is 12.4%, and Medicare is 2.9%, but the taxes ...



Peter G. Peterson Foundation
https://www.pgpf.org

Payroll Taxes: What Are They and What Do They Fund?

May 1, 2023 — In 2022 payroll taxes made up 30 percent of total federal revenues. Most working Americans are subject to payroll taxes, which are usually ...

## DOHERTY'S PAYROLL WITH 50 EMPLOYEES WAS APPROXIMATELY $250,000 PER MONTH.

WHICH OVER THE COURSE OF SEVERAL YEARS

**AMOUNTED TO MILLIONS OF TAX DOLLARS PAID TO THE STATE AND FEDERAL GOVERNMENT**

FROM DOHERTY AND HIS COMPANIES.

**SO WHERE EXACTLY ARE THE TAX DOLLARS GOING IF THEY'RE NOT USED TO PROTECT FAMILIES LIKE DOHERTY'S?**

IN TIME OF NEED, WHEN THEY'RE BEING ABUSED BY THE SYSTEM AND ATTACKED BY CRIMINALS...

**PERHAPS OTHER COMPANIES AND INDIVIDUALS PAYING MILLIONS OF DOLLARS IN TAXES SHOULD BE CONCERNED AS WELL?**

# & MORE BUDDIES

WLNS-TV
Sep 21, 2024

Lansing Chief of Police Robert Backus and Ingham County Sheriff Scott Wriggelsworth hit the streets Friday.




Ingham County Prosecutor's Office

https://www.lansingstatejournal.com/story/news/2025/01/28/lansing-crime-dropping-murders-shooting-robberies/7... See more



LANSINGSTATEJOURNAL.COM
**Lansing police chief: Partnerships with community driving down crime stats**
"What this really comes down to ... is the strength...

**LPD ROBERT BACKUS, WHO INTENTIONALLY LEFT OUT $900 IN ESCULPATORY EVIDENCE** IN THE FALSE POLICE REPORT HE INITIATED ON 10/14/23

## INSTRUMENTAL IN UNLAWFULLY ARRESTING DOHERTY.

THEN YOU HAVE INGHAM COUNTY SHERIFF SCOTT **WRIGGELSWORTH,** WHO TOOK THE TORCH FROM THERE

**AND UNLAWFULLY IMPRISONED DOHERTY BASED ON 100% FALSE PRETENSES FOR ALMOST A YEAR.**

*PROSECUTOR JOHN **DEWANE** SHOWING HIS BUDDY **BACKUS** SOME LOVE AS WELL ON HIS PAGE.

# PROTECTING THEIR QUEEN BEE

## (AKA, PROSECUTOR JOHN DEWANE'S "MENTOR")

**Ingham County Prosecutor's Office**

In 2001, Joyce Draganchuk, who was the Chief Assistant Prosecutor at that time, was responsible for me being hired as an Assistant Prosecuting Attorney by Stuart J Dunnings III

Over the following years, Joyce was my mentor who provided me with the knowledge, training, and skills to become a successful felony trial attorney. She was a person I looked up to and I endeavored to follow in her footsteps in my career as a prosecuting attorney. Judge Draganchuk is the reason that I am in the position that I am in today.

Judge Draganchuk embodies the true essence of integrity, honesty, and compassion Throughout her distinguished career, she has consistently upheld the law with unwavering fairness, always ensuring that justice is served with both wisdom and humanity. Her decisions reflect not only a deep understanding of the law but also a profound respect for the people it impacts

With every case, civil or criminal, Judge Draganchuk demonstrated that a fair judgment is not just about the letter of the law but about recognizing the complexities of each individual situation. She listened with empathy, treated everyone with dignity, and led with the belief that true justice extends beyond the courtroom As such, she earned the trust and respect of colleagues, attorneys, and the community alike. I wish Judge Draganchuk the best in her retirement and this new chapter in her life

John J. Dewane
Ingham County Prosecuting Attorney

**Lansing State Journal**

Judge Joyce Draganchuk is retiring after 20 years on the circuit bench and 39 years of public service in the Lansing area



# (NO BIAS HERE WHATSOEVER)

**CONCERNING ONE OF DOHERTY'S MAIN ABUSERS.**
A FEMALE, WHO CAN ABSOLUTELY BE ABUSERS TOO.

***ALONG WITH HER COCAINE DEALING HUSBAND, JOHN.**
(VERIFIED BY MULTIPLE "PLUGS" ON THE INSIDE)

**EX LANSING DET, LIVING OFF A COP'S PENSION FOR THE LAST 17 YEARS?**

**YOU DO NOT RABIDLY PROTECT YOURSELVES LIKE THIS WITHOUT HAVING SOMETHING MAJOR TO HIDE.**

# PREDATORY WIFE AND HER "RICH KID" SON.

# EXHIBIT

THE PREDATORY LENDER'S WIFE MARY KAY BORISCH CALLING UP DOHERTY ON <u>10/10/23</u> IN ATTEMPTS TO FURTHER INTIMIDATE AND SILENCE HIM.






**THE SON DAVID BORISCH.**
Typical rich kid with a lost soul. Living off daddy's money, while never having a real job.

David was instrumental in gaining Doherty's trust initially, and luring him into his father's trap.

**DOHERTY FINALLY HAD ENOUGH ABUSE FROM THIS FAMILY. WHO HIDE BEHIND THEIR "FOUNDATION", WHILE USING IT AS A WEAPON TO DESTROY PEOPLE.**

DOHERTY RESPONDS WITH:

"IN COURT, YOUR SON WILL EITHER HAVE TO CHOOSE PERJURY OR PRISON. I DON'T CARE HOW LONG IT TAKES."

## "IN COURT, HE WILL EITHER HAVE TO CHOOSE PERJURY OR PRISON."

# DAVID BORISCH WHISPERING "ACCOUNTABILITY" AT DOHERTY'S OWN WEDDING.




**HER SON DAVID BORISCH HAD WHISPERED "ACCOUNTABILITY" IN DOHERTY'S EAR AT HIS OWN WEDDING ON 7/19/20.**

TWO DAYS AFTER DOHERTY WITHSTOOD YET ANOTHER ILLEGAL HOSTILE TAKEOVER ATTEMPT OF HIS COMPANY BY DAVID'S RUTHLESS FATHER, JONATHAN BORISCH.

*DOHERTY IS UNLAWFULLY ARRESTED 10 DAYS AFTER THIS CONVERSATION.

## INGHAM COUNTY ONCE AGAIN, "BLINDLY COVERING FOR PEOPLE THEY DON'T EVEN KNOW".

*JOYCE DRAGANCHUK AND HER CORRUPT WINGMAN JOHN POLDERMAN BEING AT THE CORE OF IT ALL.

# EX EMPLOYEE JAMES NOYES, WHO DOHERTY HAD TO FIRE FOR DRUG DEALING.


Re: Police Case No. 2023-0169, Aggravated Stalking

--------- Forwarded message ---------
From: **Michael Doherty**
<michaelsdoherty25@gmail.com>
Date: Wed, Oct 11, 2023 at 7:18 PM
Subject: Re: Case No. 2023-0169
To: Richard Barry <rbarry@pottervillemi.org>

Also,
Just received more evidence concerning the initial case I filed with you Chief.



I'm filing a PPO tomorrow morning and using this thread to back it up. This is me telling you point blank. You'll recieve the letter by mail, in Potterville.

PS. Everyone dies in 300, stop using a legend as your comfort blanket. It's pathetic.

10/11/23

JAMES NOYES ILLEGALLY OBTAINING DOHERTYS NEW HOME ADDRESS THROUGH POLDERMAN.

* VICTIMIZER REVEALED HE FOUND OUR FAMILYS NEW HOME ADDRESS IN ATTEMPTS TO INTIMIDATE

DOES THIS SOUND LIKE A "VICTIM" TO YOU?

AKA, THE SAME INDIVIDUAL WHO BECAME POLDERMAN'S LEAD WITNESS AGAINST DOHERTY THROUGH THE FILING OF FALSE POLICE REPORTS ON 10/14/23.

***REVEALS THAT HE ILLEGALLY OBTAINED DOHERTY'S HOME ADDRESS THROUGH POLDERMAN AS WELL. WHILE TRYING TO CALL HIM "PATHETIC".**

IN ATTEMPTS TO INTIMIDATE DOHERTY BY ABUSING THE SYSTEM, JUST LIKE HE'S LEARNED FROM POLDERMAN.

# WHEN DRUG DEALER JAMES NOYES AND OTHERS REALIZED THEY COULD GET AWAY WITH ABOUT ANYTHING

# EXHIBIT

## MOTION #422

## SUBMITTED 7/14/2023

### EMPLOYEES SELLING HUNDREDS OF POUNDS OF FAILED CANNABIS OUT OF THE BACK OF THE BLDG.

**ILLEGALLY ONTO THE STREETS OF LANSING. REPORTED ACCORDINGLY, TO JUDGE AND RECEIVER, OF WHOM TOOK NO ACTION FOR THEY ARE ENABLING IT. ALONG WITH POLICE CASE NO. 23-0121106.**

# THINGS LITERALLY BECAME A "FREE FOR ALL".

*INCLUDING TRAFFICKING HUNDREDS OF POUNDS OF FEDERALLY ILLEGAL SUBSTANCE ONTO THE STREETS OF INGHAM COUNTY AND LANSING.

# REPORTED TO INGHAM COUNTY DETECTIVES ON 4/26/23.

ALONG WITH LPD CHIEF ROBERT BACKUS IN JULY OF 2023 DURING A **12 MINUTE RECORDED CONVERSATION.**

**THIS OPERATION LOST THEIR LICENSE TO GROW LAST YEAR, AND HAS BEEN OPERATING ILLEGALLY WITHOUT A CERTIFICATE OF OCCUPANCY FOR AS LONG.**

**JOYCE DRAGANCHUK IS KEEPING THE ENTIRE OPERATION AFLOAT BY SIGNING ONE ILLEGAL ORDER AFTER ANOTHER, BECAUSE SHE KNOWS IF IT FAILS, IT EXPOSES THE ENTIRE THING FOR WHAT IT IS. WHICH IS A COMPLETE SCAM.**

**MEANWHILE JOHN POLDERMAN OF SIMON PLC CONTINUES TO PAY HIMSELF AN AVG OF $25,000 FROM THE OPERATION FOR SHOWING UP MAYBE ONCE A WEEK AND MAKING A FEW PHONE CALLS.**

**NO ONE IS ACTUALLY PAYING ATTENTION TO THE HAPPENINGS HERE SINCE THE FOUNDER WAS ILLEGALLY REMOVED LAST YEAR. ONE OF THE GUYS THEY LEFT IN CHARGE, JAMES NOYES, WAS FIRED FOR ILLEGALLY SELLING DRUGS ON THE PREMISE, BUT THEY HIRED HIM BACK FOR GOOD BEHAVIOR AFTER HE TURNED ON THE OWNER.**

**ANY OTHER OPERATION IN THE STATE WOULD'VE BEEN SHUT DOWN MONTHS AGO, AND IT'S TIME SOMEONE IMPARTIAL AND CONCERNED WITH ACTUAL LAW STEPPED IN AND DID JUST THAT. FOR EVERYONE'S SAKE.**

WHERE BACKUS ASSURED DOHERTY HE HAD **RELAYED THE INFO ON TO HIS CONTACTS AT THE D.E.A.** WHICH WAS TWO YEARS AGO?

***KEY EXCULPATORY EVIDENCE OF WHICH BACKUS INTENTIONALLY LEFT OUT OF HIS POLICE REPORT 3 MONTHS LATER ON 10/14/23.**

WHICH HE USED TO HAVE DOHERTY FALSELY ARRESTED, BY ANOTHER POLICE DEPARTMENT OUTSIDE HIS JURISDICTION.

BASED ON TESTIMONY FROM THE SAME "WITNESSES" OF WHOM DOHERTY HAD REPORTED FOR DRUG TRAFFICKING.

# WITNESS CREDIBILITY

A credible witness is a witness who comes across as competent and worthy of belief. Their testimony is assumed to be more than likely true due to their experience, knowledge, training, and sense of honesty. The judge and jurors will use these factors to determine whether they believe the witness is credible.

An attorney can show jurors a witness is not credible by showing: 1) inconsistent statements, 2) reputation for untruthfulness, 3) defects in perception, 4) prior convictions that show dishonesty or untruthfulness, and 5) bias . An attorney may also enhance a witness's credibility by showing the witness has always been consistent in their statements.

law.cornell.edu

**"ATTORNEY CAN SHOW A WITNESS IS NOT CREDIBLE BY SHOWING REPUTATION FOR UNTRUTHFULNESS, PRIOR CONVICTIONS, AND BIAS."**

# EXCULPATORY EVIDENCE

"EVIDENCE FAVORABLE TO THE DEFENDANT THAT EXONERATES THEM OF GUILT."

#422

**MOTION TITLE:**

CRIMINAL SHOW CAUSE FOR JAMES NOYES, MARK ANDREK, TYLER SIBLE, ROY PLOWMAN, TYLER TABER, ANTHONY WHITED + FOR SELLING HUNDREDS OF FAILED LBS OF MARIJUANA ILLEGALLY OUT THE BACK OF 1305 S CEDAR ST.

**SEE POLICE CASE NO. 23-0121106.**

IN DIRECT VIOLATION OF CRA, AND FEDERAL LAW. DELETING PRODUCT FROM METRC THROUGH INTENTIONAL FRAUD, AND DISTRIBUTING FAILED PRODUCT ONTO THE STREETS OF LANSING, MI. VERIFIED BY EVIDENCE, AND MULTIPLE WITNESSES.

IMMEDIATE REQUEST FOR ALL VIDEO FOOTAGE TO BE SUBPEONED AND CONFISCATED, BEFORE CRIMINAL OPERATION HAS TIME TO DELETE. ALONG WITH ALL METRC DETAILS INVOLVING FAILED PRODUCT AND IMPROPER DISPOSAL OF HUNDREDS OF POUNDS OF A FEDERALLY ILLEGAL, SCHEDULE 1 DRUG. TIME PERIOD AFTER RECEIVER ILLEGALLY TOOK OVER PROPERTY IN JULY OF 2022, THROUGH CURRENT DATE OF 7/14/23.

TWO OF INGHAM COUNTY'S "WITNESSES" AGAINST DOHERTY, 3 MONTHS BEFORE THEY WOULD TURN AROUND AND CLAIM TO BE "VICTIMS".

**THIS WAS AFTER THEY HAD BEEN STALKING DOHERTY AND HIS WIFE, ALONG WITH SHOWING UP TO EVERY HEARING WITH POLDERMAN.**

CRIMINAL INVESTIGATION AND ACCESSORY CHARGES SOUGHT FOR THE FOLLOWING INDIVIDUALS AS WELL: MS **JOYCE DRAGANCHUK** & **MICHAEL LEWYCKY** OF INGHAM COUNTY, **JOHN POLDERMAN** OF SIMON PLC, **JON BORISCH** & **DAVID BORISCH** OF GRAND RAPIDS, WALLOON LAKE, MI & NAPLES FL, **CHRIS STARK** OF SCI ADVISORS, **JOHN RUTHER** OF O'KEEFE & GVSU, **FLOYD GATES** OF BODMAN LAW, **AND ALL THEIR ASSOCIATES** BEHIND THE SCENES INVOLVING: DRUG TRAFFICKING AND DISTRIBUTION OF A CRIMINAL ENTERPRISE WITH A FEDERALLY ILLEGAL, SCHEDULE 1 DRUG. INTENTIONAL FRAUD, CONSPIRACY, GROSS NEGLIGENCE, GROSS MISCONDUCT OF LICENSED PROFESSIONALS, AIDING AND ABETTING, ABUSE OF POWER, AND AN OVERALL COMPLETE DISREGARD FOR THE LAW OF THIS LAND.

**EXHIBITS TO FOLLOW.**

MCJC CANON 1-3, MCL 767.67, MCL 750.85, MCL 750.450, MCL 750.462A, MRPC 1.8, MRPC 2.4, MRPC 4.1-4.4, MRPC 5.1-5.6, MRPC 6.5, MRPC 8.1-8.5, RECEIVERSHIP ACT 16 OF 2018: 554.1016 SEC 6 (3)(2)(B), 554.1017, 554.1032, MCL 769.26, MCL 750.422-423, MCL 750.356, MCL 438.41, MCR 8.100, MCL ARTICLE I SEC 17, MCR 9.100, FEDERAL SECURITIES FRAUD 18 USC 1348, RACKATEER INFLUENCED AND CORRUPT ORGANIZATIONS ACT, MCL 750.157A, MCL 750.218, MCL 750.349B, 18 USC 402, MCL 600.1715, MCL 771.1, MCR SUMMARY, MCR 1.109, MCR CHAPTER 8, MCL 750.411s, MCL 750.411h, ARTICLE I S 17, MCL 750.411i, CRIM JI 16.18, CRIM JI 8.1, MCL 750.85, ETC.

[signature] 7/14/2023

MICHAEL S. DOHERTY

***MORE INFORMATION THAT WAS SILENCED AND SUPPRESSED BY INGHAM COUNTY & JOYCE DRAGANCHUK.**

# GRAND THEFT

**MOTION TITLE:**

CRIMINAL SHOW CAUSE FOR JAMES NOYES, MARK ANDREK, TYLER SIBLE, ROY PLOWMAN, TYLER TABER, ANTHONY WHITED, ETC FOR **THEFT OF OVER** * **$250,000** FROM DEFENDANT'S OFFICE. **SEE POLICE CASE NO. 23-0121106.** INCIDENT HAS BEEN REPORTED MULTIPLE TIMES TO THE RECEIVER AND MS DRAGANCHUK OF THE COURT, OF WHOM CONTINUE TO ILLEGALLY SILENCE AND SUPPRESS ANYTHING DEFENDANT HAS TO SAY.

IMMEDIATE REQUEST FOR ALL VIDEO FOOTAGE TO BE SUBPEONED AND CONFISCATED, BEFORE CRIMINAL OPERATION HAS TIME TO DELETE. TIME PERIOD AFTER RECEIVER ILLEGALLY TOOK OVER PROPERTY IN JULY OF 2022, THROUGH CURRENT DATE OF 7/14/23.

***SAME INDIVIDUALS WERE INVOLVED IN STEALING $250,000 FROM DOHERTY'S OFFICE.**
REPORTED TO INGHAM COUNTY AND LPD IN 2023, WHO REFUSED TO INVESTIGATE.

# MORE FRAUD

From michaelsdoherty25@gmail.com

TAX FRAUD

On Mon, Oct 9, 2023 at 7:00 AM Michael Doherty <michaelsdoherty25@gmail.com> wrote:

10/9/2023

John Polderman, Steve Morris of Simon PLC, Tricia Mink, Jean Richardson, & Accomplices:

Is there a reason you continue to violate the court order below, while illegally working with Maner Costerisan to obstruct the IRS from getting tax information from me?

You obviously removed my access to Quikbooks after your criminal behavior was being exposed through such, but that is obviously your issue, not mine.

I would like that access regained by the end of today, towards the companies I built and you have now ranked.

Thank You,

Michael S. Doherty
517-614-1939

Does "Frank" know you guys are operating like this, and risking the entire firm over childish and sick games? I have requested this from you now nothing short of 20 times, and this very email will be forwarded to the Attorney General & Governor.

## "IS THERE A REASON YOU CONTINUE TO VIOLATE THE COURT ORDER BELOW?"

### THEN POLDERMAN COMES AFTER DOHERTY A WEEK LATER FOR SUPPOSEDLY VIOLATING THE SAME ORDER.

*THESE GUYS ARE NOT ACTUALLY THAT SMART, OR EVEN ORIGINAL. THEY'RE CRIMINALS.

# BY THE CORRUPT RECEIVER

Circuit Court Judge

This matter comes before the Court on the stipulation of the Receiver and Michael Doherty, and with reference to the following facts and circumstances:

On December 13, 2022, the Court Appointed Receiver, John Polderman filed an ex-parte motion seeking Michael Doherty to show cause as to why he should not be held in criminal contempt of court ("Motion") for contacting various employees. A hearing on the Receiver's Motion was scheduled for January 4, 2023 at 3:30 pm.

With the Court being otherwise fully advised of the premises:

IT IS HEREBY ORDERED that Michael Doherty shall, without any admission or plea of guilt or liability and no conviction, concurrent with the entry of this Order, pay the receivership estate the sum of $3,000.00, as fees and costs associated with the Motion and fees and costs associated with the alleged contemptuous conduct, the allegations of which Michael Doherty contests.

IT IS FURTHER HEREBY ORDERED that Michael Doherty or anyone acting in concert with him, shall not, directly or indirectly, contact, threaten, or interfere with, any current

---

employees of Rehbel Industries or MD Industries. This provision shall expire after one year, or upon termination of the receivership, whichever occurs sooner.

IT IS FURTHER HEREBY ORDERED that Michael Doherty shall not be incarcerated nor serve any probation nor pay any fine to the Court as a result of the Receiver's Motion.

IT IS FURTHER HEREBY ORDERED that the Receiver's Motion against Michael Doherty is dismissed with prejudice and no hearing on the Receiver's Motion shall be held.

IT IS FURTHER HEREBY ORDERED that the Receiver agrees to provide Michael Doherty, Lindsay Doherty, or their professionals, with viewable only access to Quickbooks for Rehbel Industries and MD Industries for all calendar years 2022 and prior, to the extent it is in the Receiver's possession or control in the manner that was previously granted.

Circuit Court Judge

John Polderman, P65720
Court Appointed Receiver

**"ORDERED THAT THE RECEIVER AGREES TO PROVIDE MICHAEL DOHERTY WITH ACCESS TO QUIKBOOKS."**

THE FACT THAT THIS EVEN NEEDED TO BE INCLUDED IN AN ORDER IN THE FIRST PLACE IS A STATEMENT ITSELF.

# TO LANSING CITY ATTORNEYS:

## "YOU UNDERSTAND WHAT YOU AND SMIERTKA ARE HELPING ENABLE?

**From:** Michael Doherty <michaelsdoherty25@gmail.com>
**Date:** October 9, 2023 at 7:10:13 AM EDT

**10/9/23**

**To:** "O'Boyle, Amanda" <Amanda.O'Boyle@lansingmi.gov>
**Cc:** "Backus, Robert" <Robert.Backus@lansingmi.gov>, SWRIGGELSWORTH@ingham.org
**Subject:** [EXTERNAL] Fwd: TAX FRAUD

You understand what you and Smiertka are helping enable here Ms O'Boyle?

If you do not start actually listening and taking action immediately to shut down criminal behavior in your city, I will make sure the courts strip you of your ability to practice law. For you will obviously have no place doing so.

MD

**ALL CIVIL ONCE AGAIN.**

COMMUNICATING WITH LANSING CITY ATTORNEYS, AND CC'ING LPD CHIEF ROBERT BACKUS AND INGHAM COUNTY SHERIFF SCOTT WRIGGELSWORTH.

**5 DAYS BEFORE LPD CAME UP WITH A FALSE POLICE REPORT ON 10/14/23, OF WHICH CHIEF BACKUS WAS INSTRUMENTAL IN CREATING** (SEE PG 135 OF PROSECUTION'S OWN DISCOVERY).

**NOT INCLUDING ANY OF THE HUNDREDS OF PAGES OF EXCULPATORY EVIDENCE THAT DOHERTY HAD PROVIDED TO HIM,** OR THE FACT THAT DOHERTY HAD FILED A POLICE REPORT WITH HIM 3 MONTHS EARLIER.

**DOHERTY ALSO HAD MULTIPLE MEETINGS WITH BACKUS AFTER** THE REPORT WAS FILED, OF WHICH DOHERTY RECORDED, REGARDING ALL OF THE FRAUD AND CORRUPTION HE WAS EXPERIENCING FROM THIS GROUP.

**SHERIFF WRIGGELSWORTH** THEN TAKES THE TORCH AND UNLAWFULLY IMPRISONS DOHERTY FOR 8 MONTHS IN INGHAM COUNTY JAIL. REFUSING TO ACKNOWLEDGE OR HEAR ANY OF THE MANY GRIEVANCES DOHERTY WAS FILING ON THE MATTER.

**FOR HIS PARTNER JOYCE DRAGANCHUK NEEDED THIS GUY TO JUST GO AWAY.**

***MORE EVIDENCE FROM INGHAM PROSECUTION'S OWN DISCOVERY.**
HIGHLIGHTING UNREAL NEGLIGENCE, ABUSE AND DELIBERATE INDIFFERENCE.

# FALSE POLICE REPORTS

**750.411a False report of crime or report of medical or other emergency; violation; penalty; payment of costs by juvenile; jurisdiction; definitions.**

Sec. 411a.

(1) Except as otherwise provided in subsections (2) and (3), a person who intentionally makes a false report of the commission of a crime, or intentionally causes a false report of the commission of a crime to be made, to a peace officer, police agency of this state or of a local unit of government, 9-1-1 operator, or any other governmental employee or contractor or employee of a contractor who is authorized to receive reports of a crime, knowing the report is false, is guilty of a crime as follows:

(a) Except as provided in subdivisions (b) through (e), if the report is a false report of a misdemeanor, the person is guilty of a misdemeanor punishable by imprisonment for not more than 93 days or a fine of not more than $500.00, or both.

(b) Except as provided in subdivisions (c) through (e), if the report is a false report of a felony, the person is guilty of a felony punishable by imprisonment for not more than 4 years or a fine of not more than $2,000.00, or both.

(c) Except as provided in subdivisions (d) and (e), if the false report results in a response to address the reported crime and a person incurs physical injury as a proximate result of lawful conduct arising out of that response, the person responsible for the false report is guilty of a felony punishable by imprisonment for not more than 5 years or a fine of not more than $20,000.00, or both.

(d) If the false report results in a response to address the reported crime and a person incurs serious impairment of a body function as a proximate result of lawful conduct arising out of that response, the person responsible for the false report is guilty of a felony punishable by imprisonment for not more than 10 years or a fine of not more than $25,000.00, or both.

legislature.mi.gov

**(b) "If the report is a false report of a felony, the person is guilty of a felony punishable by imprisonment for up to 4 years."**

CONTINUING TO THINK THEY'RE UNTOUCHABLE.

# FALSELY INITIATED BY LPD CHIEF ROBERT BACKUS.

LAPD - LANSING POLICE DEPARTMENT
Case Report

POLICE

Case No. 2351910211
Report Date/Time: 10/14/2023 2:21:51 PM
Reporting Officer: Colby, Jillian

***LPD ROBERT BACKUS. THE SAME GUY DOHERTY HAD BEEN STAYING IN TOUCH WITH FOR MONTHS CONCERNING ALL KINDS OF EXCULPATORY EVIDENCE, OF WHICH BACKUS INCLUDED NONE OF THIS.**

NARRATIVE:
Colby, Jillian
10/14/2023 2:31:51 PM
INFORMATION:

* On 10/14/23 I was given information by Chief Sosebee and Assistant Chief Backus regarding a concerning subject named Michael Shannon Doherty that is sending multiple harassing communications over a period of time regarding Mayor Schor, the City Attorney's Office, and also Judge Draganchuk. This subject has been ramping up his communications over the last 24 hour period. Michael Doherty is the previous owner of Rehbel dispensary which was located at 1305 S Cedar- inside the John Beam building.

A call for service also came in today from another party regarding this same subject, and this caller had similar information that was provided to me by both AC Backus and Chief Sosebee. Ofc. Stacey Meyers handled this call and has attached a supplemental report with further information.

***LANSING MAYOR ANDY SCHOR, WHO HAD BEEN INFORMED OF ALL OF THIS AS WELL, PROMOTED BACKUS TO CHIEF AFTERWARDS.**

OFFICER ACTIONS:

I have attached several emails that were forwarded to me by the Chief.

I am a member of the Behavioral Threat Assessment and Management Team managed by the Michigan State Police and have submitted a formal request for a BTAM Threat assessment on this subject due to the content of the communications that I have received. This request is still under review and pending investigation.

SUMMARY OF THE DOCUMENTS: ***EX EMPLOYEES FIRED BY DOHERTY, ILLEGALLY CONSPIRING TOGETHER TO DESTROY HIM.**

In essence, Doherty lost both of his multi-million dollar businesses in a receivership in civil litigation. This resulted in him having a 12 million dollar judgement against him issued by Judge Draganchuk in July 2023. His house was also seized as a result of the receivership due to it being in the business name and not his own. In July 2023, he had a courtroom outburst and Judge Draganchuk found him In Contempt and he was sentenced to 93 days in jail. He has since initiated new civil litigation against the attorneys that represented the Plaintiffs in that case that he lost.

I have reviewed the content of the communications that were sent to me. Mr. Doherty has filed multiple complaints with multiple agencies such as the FBI, Attorney Generals Office, Lansing Police Department, Judicial Tenure Committee. Doherty has sent a multitude of text messages to his former employees, in which he has been ordered by Judge Draganchuk to not have any contact with. He has violated that no contact order by sending an estimated 1500 text messages in group chats to several of his previous employees. There are many people involved in this, but I have only interviewed Noyer, Andrek, Polderman, Heywood. This behavior has been a pattern over the last 2-3 years, but due to the sheer volume, I am only going to attach the content from 10/12/2023- now. This date is particularly significant because it is the anniversary of his twin sons death/stillbirth. Doherty repeatedly text photos of the crematory certificates for his deceased children and makes comments about how everyone "killed his children". He and his wife, Lindsay Doherty, lost their twins after they were prematurely born at 23 weeks gestation and after a PICU stay at U of M children's hospital. Doherty blames everyone involved in these legal proceedings for causing undue stress which ultimately lead to the death of his children and he calls them all "murderers". Many of his texts are vague threats but nothing specific. It is very clear that this is ongoing harassment. Many of the text directed at Heywood are very derogatory, and homophobic in nature in regards to sexual orientation. All of the victims in this matter want to proceed with criminal prosecution at this point due to the accused continually harassing them and disrupting their lives.

I have also attached a documents of an email thread that was forwarded to me by Chief Backus, which also has John Polderman listed on the email chain, which is another violation of the court order.

VICTIMS STATEMENT( JAMES NOYES): ***FIRED BY DOHERTY FOR DRUG DEALING.**

Noyer is a previous employee of the accused. Noyer stated that he was the first employee to show up to court for a hearing regarding the civil litigation involved with the Rehbel business. This was sometime in 2022. Noyer stated that he was basically the "whistleblower" after that. The company was going to go under, which directly affects all of their livelihoods. Noyer describes the accused as "cult like" and he has been subjected to repeated harassment for years. The accused sends out thousands of messages in groupchats with himself and several of the other current or former employees of Rehbel. Over the last 7 days there have been approximately 1500 texts. Noyer is afraid for his

Case Report Page 3 of 5 | Reporting Officer: Colby, Jillian Case No. 2351910211 | Printed: October 18, 2023 - 10:33 AM

Certified Document - File Locator: ING-PRWBGP-6II9DIE2 - Monday, October 30, 2023 10:15 AM Eastern Daylight Time - Page 135 of 180

***HOW MANY TIMES DO THINGS LIKE THIS HAPPEN, AND PEOPLE ACTUALLY GET AWAY WITH IT?**

# INGHAM COUNTY'S "WITNESSES":

## 3 EX EMPLOYEES DOHERTY HAD FIRED, A TABLOID JOURNALIST WITH AIDS, AND AN ABUSER DOHERTY HAD FILED **2 PPOS AGAINST W/INGHAM COUNTY.**

**LAPD - LANSING POLICE DEPARTMENT**
**Case Report**

POLICE

Case No. 2351910211
Report Date/Time 10/14/2023 2:21:51 PM
Reporting Officer Colby, Jillian

life at this point. He stated that the accused is deranged, and has lost both of his businesses and house. He doesnt know what he is capable of at this point. When I asked him why he doesn't block the accused, he described it as not "if he will have a psychotic break, but when". He said that this continual harassment is frequently racist, nasty, and homophobic in nature. There are many indirect threats like "heads will roll....in court." Noyer stated that if he blocks the accused, then he wont know when an attack would be coming, and he wants to be ready and prepared if the accused comes for him and his family. The accused calls him a murderer and finds him and everyone involved in this case as directly responsible for the death of his premature twins. Noyer stated that because the accused believes this, he believes that he needs justice to be served one way or another. Noyer advised that he was told by the attorneys involved in the litigation that Judge Draganchuk had issued the no contact order stating that the accused is not to have contact with any of these people involved in his previous business. Noyer wants to press charges for this and is willing to cooperate in this investigation.

VICTIMS STATEMENT(MARK ANDREK): ***FIRED BY DOHERTY FOR DRUG USING.**

Andrek is another previous employee. He started out as a Laborer/harvester, but was eventually promoted to an office type spot because the accused told him that he liked him ... the finances were for the company. Andrek sta... ...inued and the business was "frozen", the accuse... ...ek also described this business as very "cu... ...d repeatedly told him everything is fine.

***OUT OF THE 22 PEOPLE INVOLVED IN THESE TEXTS, OF WHICH DOHERTY WAS ULTIMATELY WARNING EVERYONE OF THE CRIMINAL BEHAVIOR THAT WAS GOING ON HERE, THESE 5 WERE THE ONLY ONES POLDERMAN COULD GET TO GO ALONG WITH HIS LITTLE SCHEME.**

At this point, Andrek is included i... ...ening to put him in prison for 10-20 years and ... ...he is taking them as threats. He calls him "que... ...all of this is very disturbing and believes that t... ...ek agrees with Noyer in the fact that its easier to not block the accused because they want to be informed if an imminent threat is coming, which they believe that it is. * Andrek stated that he and these other employees in the group chat have all discussed this before and they have all agreed that is the only reason they haven't blocked him, because they truly believe he will "snap" and hurt people, and they want to be forewarned and not blindsided. Andrek has seen the accused in his truck parked down the street from his house sometime in the last month or two and is worried that this st... Andrek is on the s...

*AND NO, MARK DID NOT SEE "DOHERTY IN HIS TRUCK PARKED DOWN THE STREET FROM HIS HOUSE." HE WAS HOWEVER LEARNING FROM POLDERMAN.

VICTIMS STATEMENT( ALEC CENTENO): ***FIRED BY DOHERTY FOR GRAND LARCENY.**

I made contact with Centeno He has known the accused for about 2 years and was a license electrician for Rehbel. Whne things for the business began to go bad, he was fired by the accused He was brought in to a room full of 30 other employees, publicly humiliated and fired in front of everyone. Centeno advised that this was common for the accused and always how he conducted business. Once Doherty lost the business in the receivership, he was hired back to be an electrician by the new owners. Every since, he is subjected to the same harassments as everyone else. Doherty has asked him how its going to feel to be "raped" and "taken away from your family". Centeno has seen the accused drive by the building multiple times at 1305 S Cedar. Centeno stated that this behavior is escalating and he fears physical violence to himself and his family due to this continual harassment and behavior. Centeno wants to press charges for this and will cooperate with this investigation. Centeno is on the same group thread as the other victims in this matter.

ADDITIONAL STATEMENT FROM POLDERMAN: ***2 PPOS FILED AGAINST BY DOHERTY FOR FRAUD & DECEIT WITH INTENT TO HARM.**

Ofc Stacey Meyers took this statement but there was an issue with the evidence.com link working, so I contacted Polderman directly and he provided me some documents and screenshots/emails of harassment by the accused. Polderman stated that the accused has still been continuing to send him emails and telling him that he should be scared. "there's about to be a showdown for real" and that this is going to start affecting everyone's families

"Polderman is in fear for his life" and would like to press charges, and will cooperate with this investigation

DISPOSITION:

RTI- Seeking charges through ICPO for Aggravated Stalking,

752.796 Use of computer program, computer, computer system, or computer network to commit crime.

Case Report Page 4 of 5 | Reporting Officer: Colby, Jillian | Case No. 2351910211 | Printed October 18 2023 - 10:33 AM

Certified Document - File Location: ING PBWBGP 6II9DII2 - Monday, October 30, 2023 10:15 AM Eastern Daylight Time - Page 156 of 186

## JOHN POLDERMAN, THE GUY DOHERTY FILED 2 PPOS AGAINST, IS "IN FEAR FOR HIS LIFE".

***SEE MARK ANDREK INADVERTENTLY ADMITTING TO THIS HALF WAY DOWN ON PREVIOUS PAGE.**

**STATING: "HE AND THESE OTHER EMPLOYEES HAVE ALL DISCUSSED THIS BEFORE** (MAKING THE POLICE REPORT, TO COME UP WITH THE SAME STORY)."

**THE MICHIGAN PENAL CODE (EXCERPT)**
**Act 328 of 1931**

**750.157a Conspiracy to commit offense or legal act in illegal manner; penalty.**

- SEE MARK ANDREK ADMITTING TO THIS ON PREVIOUS PAGE.

Sec. 157a.

Any person who conspires together with 1 or more persons to commit an offense prohibited by law, or to commit a legal act in an illegal manner is guilty of the crime of conspiracy punishable as provided herein:

(a) Except as provided in paragraphs (b), (c) and (d) if commission of the offense prohibited by law is punishable by imprisonment for 1 year or more, the person convicted under this section shall be punished by a penalty equal to that which could be imposed if he had been convicted of committing the crime he conspired to commit and in the discretion of the court an additional penalty of a fine of $10,000.00 may be imposed.

(b) Any person convicted of conspiring to violate any provision of this act relative to illegal gambling or wagering or any other acts or ordinances relative to illegal gambling or wagering shall be punished by imprisonment in the state prison for not more than 5 years or by a fine of not more than $10,000.00, or both such fine and imprisonment.

(c) If commission of the offense prohibited by law is punishable by imprisonment for less than 1 year, except as provided in paragraph (b), the person convicted under this section shall be imprisoned for not more than 1 year nor fined more than $1,000.00, or both such fine and imprisonment.

(d) Any person convicted of conspiring to commit a legal act in an illegal manner shall be punished by imprisonment in the state prison for not more than 5 years or by a fine of not more than $10,000.00, or both such fine and

**"ANY PERSON WHO CONSPIRES TOGETHER WITH 1 OR MORE PERSONS TO COMMIT AN OFFENSE PROHIBITED BY LAW IS GUILTY OF THE CRIME OF CONSPIRACY."**

APPARENTLY, CONSPIRING AND ACTING IN CONCERT IS JUST FINE IN INGHAM COUNTY?

# DEVIL IS IN THE DETAILS

Case No | Printed 10/19/2023 11:36 AM | Page 1 of 3

**Officer Narrative**

Case Number: 2351910211
Subject: TODD HEYWOOD & JOHN POLDERMAN STATEMENTS/meyers
Entered On: 10/14/2023 12:45:00 PM
Entered By: Meyers, Stacey

***ILLEGALLY CONSPIRING TOGETHER ONCE AGAIN.**

Narrative

INFORMATION **BY WHO?**

On 10/14/2023 at 1157 hours, I was asked to make contact with Todd Heywood and John Polderman in regards to threatening text messages and emails from Michael Doherty

STATEMENT (Todd Heywood)

Todd Alan Heywood

[redacted]

**Lansing State Journal**

Published 11:02 a.m. ET Oct. 23, 2023 Subscribe Sign In
Oct. 23, 2023

Bean said there was no concern for the safety of city officials, buildings or infrastructure, and that the messages were not threatening. He added that

Todd Heywood started his career as a free lance reporter and one of his articles covered a story involving Michael Doherty. Doherty was not happy with the article, he felt that Heywood should of given him more of a positive review. Doherty has had a problem with Heywood ever sense and dislikes him now.

In March 2022, a lawsuit was filed with Ingham County Circuit division. The defendant Michael Doherty (owner of Rebel Industries and M.D Industries) was being sued for thirteen million dollars (case 22-000202-CB). Lawyer John Polderman from Simon Law PLC was serving for the plaintiff. Heywood was now a journalist for Channel 6 news and covering this case

*** THE ONLY STATEMENT THEY GOT RIGHT. EVEN THOUGH POLDERMAN WAS SUPPOSED TO BE ACTING AS A 100% NEUTRAL RECEIVER.**

April 3, 2022, Heywood started receiving harassing emails and text messages. These messages referred to his homosexuality as well as threatening his life. Heywood estimated he received over hundreds of messages from Doherty. Heywood has sent us emails and text messages that will be attached to this report. Heywood reported this to his employer, however Doherty stopped for a while and they decided not to take things further.

These emails and text messages started up again in October, 2023

***THE UNREAL AMOUNT OF NEGLIGENCE WITHIN THE SYSTEM IS HOW THESE PEOPLE OPERATE.**

Certified Document - File Locator: [illegible] - Monday, October [illegible], 2023 10:15 AM Eastern Daylight Time - Page [illegible]

***HENCE, HOW THESE PEOPLE HAVE BEEN ABLE TO GET AWAY WITH THIS FOR SO LONG.** IT TAKES HUNDREDS OF HOURS TO CATCH THEM, AND NO HOURLY ATTORNEY IS GOING TO DO THAT.

# UNCLEAN HANDS DOCTRINE

## "PREVENTS A PARTY FROM SEEKING RELIEF IN COURT IF THEY HAVE ENGAGED IN UNETHICAL BEHAVIOR."

The "unclean hands doctrine" is an equitable defense that prevents a party from seeking relief in court if they have engaged in inequitable or unethical behavior related to the subject matter of their claim, essentially meaning they must come to court with "clean hands".

Here's a more detailed explanation:

**What it is:**

The unclean hands doctrine is an equitable principle that states a party seeking relief in court must have acted fairly and ethically in the matter at hand.

**How it works:**

If a party seeking equitable relief (like an injunction or specific performance) has engaged in misconduct related to the subject matter of the case, the court may deny them relief, even if they would otherwise be entitled to it.

**Examples of misconduct:**

This misconduct can include fraud, deceit, unconscionability, bad faith, or other inequitable behavior.

**Not a defense to legal claims:**

While the unclean hands doctrine typically applies to equitable claims, some jurisdictions allow it as a defense to legal claims as well.

## "EXAMPLES OF MISCONDUCT INCLUDE FRAUD, DECEIT, AND BAD FAITH."

# THE AMOUNT OF EXCULPATORY EVIDENCE LPD INTENTIONALLY LEFT OUT IS STAGGERING

# EXHIBIT

**[Records Center] Police - FOIA Request :: P023033-013124**

**Toby White** <tobywhitelaw@gmail.com>
To: LANSING MI Records Center <lansingmi@govqa.us>

Wed, Mar 13, 2024 at 12:33 PM

Good afternoon,

I am reaching out regarding the above-mentioned FOIA request. It was estimated that the request would cost approximately $900. We are also wondering how much time it would take for all of the information to be compiled if we were to follow through with the request. Please advise, thank you very much!

Kendall [redacted]

[redacted]

Paralegal

Toby White Law

**$900**

***AVERAGE FOIA COST IS $25, TO GIVE AN IDEA OF HOW MUCH EXPULPATORY EVIDENCE LPD INTENTIONALLY LEFT OUT IN FURTHER ATTEMPTS TO "PROTECT THEIR OWN."**

THIS WAS THE ONLY WAY THEY WERE ABLE TO GET A JUDGE TO SIGN A FALSE ARREST WARRANT FOR DOHERTY ON 10/20/23.

AFTER ALL, HE HAD "PISSED OFF HALF THE CITY".

WORDS COMING DIRECTLY FROM INGHAM COUNTY PROSECUTOR RANDALL BEHRMANN'S MOUTH BEFORE THE HEARING ON 8/18/24.

OF WHICH WAS CLEARLY HIS MOTIVATING FACTOR FOR DOING WHAT HE DID TO DOHERTY.

**AS A REMINDER, YOU CAN'T SIMPLY ARREST SOMEONE BECAUSE YOUR BUDDIES DON'T LIKE THEM RANDALL.**

BESIDES, WHAT DOHERTY WAS ULTIMATELY ASKING AT THE CORE WAS FOR PEOPLE TO SIMPLY LISTEN AND DO THEIR JOB.

# *TYPICAL AMOUNT IS $25

# BRADY VIOLATIONS

A "Brady violation" occurs when the prosecution fails to disclose evidence that is favorable to the accused and/or material to their defense, violating their constitutional right to a fair trial, leading to potential sanctions, according to various sources.

**Key aspects of a Brady violation:**

**Origin:**

The term originates from the 1963 Supreme Court case Brady v. Maryland, which established that the prosecution has a duty to disclose exculpatory (evidence tending to show the defendant is not guilty) and impeachment evidence (evidence that might discredit a witness) to the defense.

**Nature of Evidence:**

Brady material encompasses any information that could potentially help the defendant, whether it negates guilt, reduces a potential sentence, or undermines a witness's credibility.

**No Request Required:**

A defendant does not need to explicitly request Brady material for the duty to disclose to apply. Prosecutors must proactively turn over such information.

## "WHEN THE PROSECUTION FAILS TO DISCLOSE EVIDENCE THAT IS FAVORABLE TO THE ACCUSED."

# ATTORNEY GENERAL

# EXHIBIT

ATTORNEY GENERAL'S OFFICE HAS REFUSED TO PROVIDE ANY INFORMATION REGARDING FOIA ON COMPLAINT NO AG2023-0382470-A, FILED BY MR DOHERTY ON 7/31/23.

3 MONTHS BEFORE HE WAS UNLAWFULLY ARRESTED BASED ON FALSE PRETENSES ON 10/20/23, INVOLVING THE EXACT INDIVIDUALS HE WAS TRYING TO REPORT TO THEM FOR MANIPULATING AND ABUSING THE SYSTEM.

THE ATTORNEY GENERAL'S OFFICE HAD ALSO ADMITTED TO BEING CONTACTED BY JOYCE DRAGANCHUK PERSONALLY, WHO WENT TO THE SAME LAW SCHOOL AS DANA NESSEL, AND OF WHOM CONVINCED THEM TO SHUT THE WHOLE COMPLAINT DOWN WITHOUT INITIATING ANY ACTUAL INVESTIGATION.

(SEE 16:25 RECORDED CONVERSATION DOHERTY HAD WITH ATTORNEY GENERAL HEAD OF CRIMINAL INVESTIGATIONS AUBREY SARGENT ON 8/7/23)

PROVING MORE PROFESSIONAL MISCONDUCT, WILFUL NEGLECT, CONSPIRACY TO INTERFERE WITH AN INVESTIGATION, FAILURE TO PROVIDE EXCULPATORY EVIDENCE, AND DECEIT WITH INTENT TO HARM.

***UNLAWFULLY REFUSING TO PROVIDE ANY FOIAS, WHICH THEY HAVE A HISTORY OF DOING.**

THE PROCESS TO FORCE THEM TO DO SO IS COST PROHIBITIVE FOR MOST, AND THEY KNOW THAT.

# NESSEL ORDERED TO RELEASE FOIA




## Dana Nessel loses FOIA case, ordered to release Whitmer kidnapping records

August 10, 2023

bridgemi.com

The ruling was a rebuke of Nessel's practice of publicly championing government transparency while refusing to release documents introduced in open court. Bridge Michigan and the Detroit Free Press have sought records, including search warrant affidavits, related to high-profile criminal cases or investigations undertaken by the attorney general's office, though the media outlets were not parties to the lawsuit ruled on Wednesday.

**"THE RULING WAS A REBUKE OF NESSEL PUBLICLY CHAMPIONING GOVERNMENT TRANSPARENCY, WHILE REFUSING TO RELEASE DOCUMENTS."**

# AG COMPLAINT #AG2023-0382470-A

## FILED 3 MONTHS BEFORE DOHERTY IS UNLAWFULLY IMPRISONED.

STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL

michigan.gov

CRIMINAL COMPLAINT/INQUIRY FORM

**Your complaint has been successfully submitted. Please print and/or save this confirmation for your records.**

Complaint Information

If so, Please list them here: LPD Police Case No. 23-0121106

**Complainant/Victim Information**

Your Last Name: Doherty
First Name: Michael
M.I.: S
Your Street Address: Po Box 12125
City: Lansing
Your State: MI
Your County: Ingham
Your Home Phone:
Your Work Phone:
Ext:
Fax Number:

**Subject of Complaint**

Complainee Last Name: Multiple
Complainee First Name: Multiple
Company Name:
Street Address:
City:
State:
Zip Code:
County:
Phone:
Fax Number:
Email:
Web Site Address:

**Complaint Detail/Inquiry Information**

Please provide any additional relevant information. You have approximately 8-10 typed pages and you may paste text from word processing documents. Include screen names, email addresses or any websites that are involved.

Multiple companies and individuals involved in a highly sophisticated white collar criminal enterprise. Involving hundreds of victims, and hundreds of millions of dollars wrongfully taken from them over the past decade. Victims are continued to be terrorized and assaulted as we speak. This case was officially reported to the FBI on 2/28/23. Judge Joyce Draganchuk was reported to the JTC on 3/18/23 for impeachment. She then wrongfully silenced and suppressed over a hundred motions that highlighted her involvement in the enterprise, and unlawfully imprisoned the victim for trying to expose her. This is a highly motivated, connected unit that will stop at nothing to gain another dollar by all means, while covering their tracks along the way. People have literally killed themselves over this, after this team bled them and their families dry of all resources and the ability to fight back. It's time this terrible group of criminals with bleached collars be exposed for the parasites they are, and held accountable to the fullest extent of the law. Side Note: Spoke with Nancy today from the financial crimes division, and I really appreciated her care and concern. One of the hardest parts about this whole thing has been getting people to listen over the last year, and finding the checks and balances to hold these people accountable. The fact that they specialize in conning and manipulating even judges has made them untouchable to most, and why they've been able to get away with this for so long. Thank you again in the name of my wife and child, and we look forward to hearing from you soon.
MICHAEL S. DOHERTY 517-614-1939

**AG COMPLAINT # AG2023-0382470-A**

SUBMITTED

**7/31/23.**

**LPD CASE NO. 23-0121106**

SUBMITTED JULY, 2023 AS WELL.

***INFORMATION THE ATTORNEY GENERAL AND LPD ARE CURRENTLY TRYING TO HIDE.**

COMPLAINT DETAIL INFORMATION WRITTEN OUT ON FOLLOWING PAGE:

(ALL OF WHICH WAS SILENCED AND SUPPRESSED.)

# "MULTIPLE COMPANIES AND INDIVIDUALS INVOLVED IN A HIGHLY SOPHISTICATED WHITE COLLAR CRIMINAL ENTERPRISE.

**INVOLVING HUNDREDS OF VICTIMS, AND HUNDREDS OF MILLIONS WRONGFULLY TAKEN FROM THEM OVER THE PAST DECADE.** VICTIMS ARE CONTINUED TO BE TERRORIZED AND ASSAULTED AS WE SPEAK.

THIS CASE WAS OFFICIALLY REPORTED TO THE FBI ON 2/28/23. JUDGE JOYCE DRAGANCHUK WAS REPORTED TO THE JTC ON 3/18/23 FOR IMPEACHMENT. SHE THEN WRONGFULLY SILENCED AND SUPPRESSED OVER A HUNDRED MOTIONS THAT HIGHLIGHTED HER INVOLVEMENT IN THE ENTERPRISE, AND UNLAWFULLY IMPRISONED THE VICTIM FOR TRYING TO EXPOSE HER.

THIS IS A HIGHLY MOTIVATED, CONNECTED UNIT THAT WILL STOP AT NOTHING TO GAIN ANOTHER DOLLAR BY ANY MEANS, WHILE COVERING THEIR TRACKS ALONG THE WAY. **PEOPLE HAVE LITERALLY KILLED THEMSELVES OVER THIS,** AFTER THIS TEAM BLED THEM AND THEIR FAMILIES DRY OF ALL RESOURCES AND ABILITY TO FIGHT BACK.

**IT'S TIME THIS TERRIBLE GROUP OF CRIMINALS WITH BLEACHED COLLARS BE EXPOSED FOR THE PARASITES THEY ARE, AND HELD ACCOUNTABLE TO THE FULLEST EXTENT OF THE LAW.**

SIDE NOTE: SPOKE WITH NANCY TODAY FROM FINANCIAL CRIMES DIVISION, AND I REALLY APPRECIATED HER CARE AND CONCERN. ONE OF THE HARDEST PARTS ABOUT THIS WHOLE THING HAS BEEN GETTING PEOPLE TO LISTEN OVER THE LAST YEAR, AND FINDING THE CHECKS AND BALANCES TO HOLD THESE PEOPLE ACCOUNTABLE.

**THE FACT THAT THEY SPECIALIZE IN CONNING AND MANIPULATING EVEN JUDGES HAS MADE THEM UNTOUCHABLE TO MOST, AND WHY THEY'VE BEEN ABLE TO GET AWAY WITH THIS FOR SO LONG.**

THANK YOU AGAIN IN THE NAME OF MY WIFE AND CHILD, AND WE LOOK FORWARD TO HEARING FROM YOU SOON. MICHAEL S. DOHERTY"

## (END OF COMPLAINT)

# ATTORNEY GENERAL SHUTTING COMPLAINT DOWN WITHOUT ANY INVESTIGATION

## 9/12/23

STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL

DANA NESSEL
ATTORNEY GENERAL

CRIMINAL INVESTIGATION DIVISION
P.O. BOX 30755
LANSING, MICHIGAN 48909
2860 EYDE PARKWAY
EAST LANSING, MICHIGAN 48823
3030 W. GRAND BOULEVARD
DETROIT, MICHIGAN 48202

September 12, 2023

Michael Doherty
509 Laurens Way
Potterville, MI 48876

Re: Complaint and Investigation

AG 2023-0382470-A

Dear Mr. Doherty:

I have reviewed the materials you provided to Lansing Police Department. I understand that you have filed a complaint with them as well as the Federal Bureau of Investigation and neither agency has referred this matter to our office for investigation. I also believe that you have filed a complaint with the Judicial Tenure Committee, which is the proper venue to pursue your claims. From the materials you provided there is no basis for further criminal investigation. While I understand you may not agree with this assessment the fact remains unless there is new evidence or facts this matter will be closed.

Sincerely,

Stephen C. Morse
Supervisory Special Agent
Criminal Investigations Division
517-335-7560

SCM

cc: Division Chief Aubrey Sargent

# AFTER THEIR OFFICE IS UNLAWFULLY PENETRATED BY JOYCE DRAGANCHUK.

(SEE 16 MIN RECORDED CONVERSATION WITH AG AUBREY SARGENT, THAT TOOK PLACE A MONTH BEFORE THIS LETTER WAS SENT OUT.)

# LPD ROBERT BACKUS, THE SAME GUY RESPONSIBLE FOR THE FALSE POLICE REPORT ON DOHERTY 3 WEEKS LATER.

**9/19/23**

**From:** Michael Doherty <michaelsdoherty25@gmail.com>
**Date:** September 19, 2023 at 10:40:35 AM EDT
**To:** "Backus, Robert" <Robert.Backus@lansingmi.gov>
**Cc:** Judicial Tenure <judicialtenure@courts.mi.gov>, Region2 Info <region2_info@courts.mi.gov>
**Subject:** [EXTERNAL] Investigation

Robert Backus,
Lansing Police Department

These guys are putting it back on you if you notice. And this is going to be a major deal.

Did you guys (Detective Sorg of LPD) not refer this to them for investigation, along with a 300 page summary of exhibits and evidence?

Morse absolutely did not read this. Him and his boss Aubrey Sargent had already made up their minds when they met with me on 8/1/23.

I then have Mr Sargent on tape (16:25 min, 8/7/23) admitting that Draganchuk had contacted him personally and illegally infiltrated the Attorney General's Office.

Please let me know today, 9/19/23.

I'm not playing with this if you can't tell. These people have been enabling criminals and endangering my family with their blind indifference, and heads are going to roll in the court of law.

I would prefer yours not be one of them.

MD

**From:** Michael Doherty <michaelsdoherty25@gmail.com>
**Date:** October 10, 2023 at 2:56:30 PM EDT
**To:** Floyd Gates <FGates@bodmanlaw.com>, John Polderman <jpolderman@simonattys.com>, Thesamuelgroup@gmail.com, cstark@sci-advisors.com, jborisch@sci-advisors.com, jruther@okeefellc.com
**Cc:** Anne Krupp <akrupp@transmi.com>, "Backus, Robert" <Robert.Backus@lansingmi.gov>, Berl Schwartz <publisher@lansingcitypulse.com>, JRichardson@simonattys.com, Lee@lansingcitypulse.com, "Miles, Gary" <gmiles@detroitnews.com>, "Stein, Michael" <mstein@fbinsmi.com>, TMink@simonattys.com, adaenzer@ingham.org, ccollison@ubmich.com, dbasso@lsj.com, kamara@lansingcitypulse.com, malbom@freepress.com, mlelrick@freepress.com, sargenta1@michigan.gov, smorris@simonattys.com, so_brown@ingham.org, SWRIGGELSWORTH@ingham.org, tyler@rehbel.com
**Subject:** [EXTERNAL] The "Monarch" Behind It All

# *ALL INDIVIDUALS BEING KEPT IN THE LOOP HERE, AND ALL OF WHOM REMAINED SILENT.

LPD ROBERT BACKUS, SCAO, JTC, FLOYD GATES OF BODMAN LAW, JOHN POLDERMAN OF SIMON PLC, DAVID BORISCH, CHRIS STARK OF SCI ADVISORS, JON BORISCH, JOHN RUTHER OF O'KEEFE, JEAN RICHARDSON OF SIMON PLC, TRICIA MINK OF SIMON PLC, INGHAM COUNTY CAPTAIN ANDREW DAENZER, CORTNEY COLLISON OF UNION BANK, DAN BASSO OF LANSING STATE JOURNAL, AUBREY SARGENT OF THE ATTORNEY GENERAL'S, STEVE MORRIS OF SIMON PLC, MELISSA BROWN OF INGHAM COUNTY, AND INGHAM COUNTY SHERIFF SCOTT WRIGGELSWORTH.

# WILLFUL NEGLECT OF DUTY

MICHIGAN LEGISLATURE

Michigan Compiled Laws Complete Through PA 103 of 2023

House: Adjourned until Tuesday, August 22, 2023 1:30:00 PM
Senate: Adjourned until Tuesday, August 22, 2023 10:00:00 AM

NAVIGATE SECTIONS
MCL Chapter Index
Chapter 750
Act 328 of 1931
328-1931-LXX
Section 750.478

**Section 750.478**
friendly link
printer friendly

**THE MICHIGAN PENAL CODE (EXCERPT)**
**Act 328 of 1931**

**750.478 Willful neglect of duty; public officer or person holding public trust or employment; penalty.**

Sec. 478.

When any duty is or shall be enjoined by law upon any public officer, or upon any person holding any public trust or employment, every willful neglect to perform such duty, where no special provision shall have been made for the punishment of such delinquency, constitutes a misdemeanor punishable by imprisonment for not more than 1 year or a fine of not more than $1,000.00.

**History:** 1931, Act 328, Eff. Sept. 18, 1931 ;-- CL 1948, 750.478 ;-- Am. 2002, Act 672, Eff. Mar. 31, 2003
**Former Law:** See section 25 of Ch. 156 of R.S. 1846, being CL 1857, § 5844; CL 1871, § 7677; How., § 9259; CL 1897, § 11329; CL 1915, § 14996; and CL 1929, § 16587.

Not Secure — legislature.mi.gov

*A PRETTY SERIOUS CHARGE, THAT SOMEHOW ALL THESE PEOPLE THOUGHT THEY COULD BEAT?

# DANA NESSEL'S WINGMAN



# AUBREY SARGENT

## SUPPOSEDLY HEAD OF CRIMINAL INVESTIGATIONS FOR THE ATTORNEY GENERAL'S OFFICE.

## WHO ADMITS TO DOHERTY WHILE BEING RECORDED THAT JOYCE DRAGANCHUK PENETRATED THEIR OFFICE AND ENCOURAGED THEM TO SHUT DOWN HIS COMPLAINT WITHOUT ACTUALLY INVESTIGATING IT.

*NESSEL HAPPENS TO HAVE GONE TO THE SAME COLLEGE AND LAWSCHOOL AS DRAGANCHUK, WHILE LIVING IN THE SAME COMMUNITY AS WELL.

AND WHO SEEMS TO BE MORE FOCUSED ON FLYING A RAINBOW FLAG NEXT TO THE AMERICAN ONE IN HER LOBBY, INSTEAD OF STANDING FOR WHAT THAT FLAG ACTUALLY REPRESENTS.

# 16:25 RECORDING INVOLVING THE ATTORNEY GENERAL




8/7/2023. 16:25 AUDIO CLIP W/ATTORNEY GENERAL HEAD OF INVESTIGATIONS AUBREY SARGENT.

WHERE HE REFUSES TO TAKE ANY EVIDENCE FROM DOHERTY CONCERNING THE COMPLAINT HE JUST FILED ON 7/31/23.

ALONG WITH SARGENT ADMITTING THAT JOYCE DRAGANCHUK, ONE OF THE INDIVIDUALS DOHERTY WAS REPORTING, HAD PENETRATED HIM PERSONALLY.

## WHERE AUBREY ADMITS THAT THE VERY PERSON DOHERTY WAS TRYING TO REPORT HAD CONTACTED HIM PERSONALLY AND TOLD HIM TO SHUT IT DOWN.

# EMAIL SENT TO AG SARGENT ON 8/8/23

**From:** JUSTICE VS GOLIATH <mick@justicevsgoliath.com>
**Sent:** Tuesday, August 8, 2023 11:18 AM
**To:** sargenta1@michigan.gov <sargenta1@michigan.gov>
**Cc:** morseS1@michigan.gov <morseS1@michigan.gov>
**Subject:** Re:

Mr Aubrey Sargent,
Supervisory Special Agent, Criminal Investigation Division for MI Attorney General, Dana Nessel.

We met yesterday (8/7/23), around 12pm in the lobby, with security Guards Maurice and Dana as witnesses. Quite honestly, I was very disappointed with our conversation.

First of all, you failed to tell me why you magically appeared downstairs as I was asking Maurice for the name of the person that instructed him from above to not take in any of my information. He originally told me it was a female, with the criminal appeals division.

Before we could get to the bottom of it, of which we were doing so professionally and productively, there you were. I was obviously surprised, and said "Aubrey, What an interesting coincidence".

## "FEMALE FROM THE CRIMINAL APPEALS DIVISION, WHO INSTRUCTED MAURICE NOT TO TAKE ANY OF MY INFORMATION?"

We proceeded to talk for about 15 minutes, where you refused to let Maurice go any further in his diligence, refused to tell me why you had appeared in the first place, and then refused to deny talking with Ms Joyce Draganchuk herself. Of which there was a long, telling pause when I confronted you about that very thing.

You also continued to deny having any knowledge of me or my case prior to our initial meeting, where it took three top dogs at the Attorney General's Office to tell a "random guy you didn't know" that you didn't accept papers? I found that quite unusual as well, and reminded you to be 100% honest in this matter as you would be liable for anything but.

Corruption and criminal injustice are serious things, and unfortunately you have dove right in here based on one person's agenda without fully realizing what you're getting involved with. The Attorney General and agencies alike are designed to remain neutral and protect the American people from the exact types of criminals you are now helping enable.

Which I let you know, now imply aiding and abetting charges to you personally.

# "CORRUPTION AND CRIMINAL INJUSTICE ARE SERIOUS THINGS

AND UNFORTUNATELY YOU HAVE DOVE RIGHT IN HERE BASED ON ONE PERSON'S AGENDA WITHOUT FULLY REALIZING WHAT YOU'RE GETTING INVOLVED WITH."

I have officially reported this group of white collar criminals to the AG's Office on 7/31/23 through an official complaint online. Stressing the fact that there are hundreds of other Michigan families being victimized and terrorized by this same group of white collar criminals as we speak.

(Of whom you've continued to defer to LPD?)

The case has also been officially reported to the FBI on 2/28/23, and Draganchuk has been reported for impeachment to the JTC as of 3/18/23. Of which I informed you of as well.

And yet still you do nothing? Still you are responding to my statements before I'm even finished speaking, obviously with your mind already made up.

So my questions now, before you continue aiding and abetting while obstructing Justice you may or may not be fully aware of (I'd start brushing up on the concept of ignorance being no defense in the court of law, very quickly) are:

"I HAVE OFFICIALLY REPORTED THIS GROUP OF WHITE COLLAR CRIMINALS TO THE AG'S OFFICE ON 7/31/23

**STRESSING THAT THERE ARE HUNDREDS OF OTHER MICHIGAN FAMILIES BEING TERRORIZED BY THIS SAME GROUP OF CRIMINALS AS WE SPEAK.**

AND YET STILL YOU DO NOTHING?"

# LIKE THE LARRY NASSAR SITUATION,

## WHICH UNFORTUNATELY TOOK PLACE IN THE SAME COMMUNITY.

THESE PEOPLE HAVE A HARD TIME BELIEVING THAT SOMEONE THEY KNOW HAS GONE BAD. **ESPECIALLY WHEN THAT SOMEONE IS A LICENSED "PROFESSIONAL".**

1. Who is instructing you behind the scenes? Who instructed Maurice to write that note to the other security guard? Draganchuk has obviously penetrated the Attorney General's office in an attempt to save herself and get more people involved to cover up her disaster here.
2. Has she penetrated Dana Nessel herself, as they obviously went to the same Law school back in the day at U of M, and we re both prosecutors.
3. Are you really willing to go to prison for them? Here's where I would start researching Governmental Liability, and what happens when Wilful Neglect and Intentional Fraud are at play.

Your prompt reply to these questions would be much appreciated, as this is an ongoing situation. Meanwhile, you are welcome to ask me any question under the Sun as well, like previously stated.

Thank You Sir,

**"DRAGANCHUK HAS OBVIOUSLY PENETRATED THE ATTORNEY GENERAL'S OFFICE** IN AN ATTEMPT TO SAVE HERSELF AND GET MORE PEOPLE INVOLVED TO COVER UP HER DISASTER HERE."

# "REMOVE ME FROM THIS THREAD!!"

# EXHIBIT

NO ANSWERS EVER CAME FROM **HEAD OF CRIMINAL INVESTIGATIONS** FOR THE ATTORNEY GENERAL AUBREY SARGENT.

THE ONLY RESPONSE DOHERTY EVER RECEIVED FROM AUBREY WAS AN EMAIL A FEW WEEKS LATER SAYING IN ALL CAPS **"REMOVE ME FROM THESE THREADS!"**

INVOLVING THE CRIMINAL ENTERPRISE MR DOHERTY WAS KEEPING HIM IN THE LOOP ON, OF WHICH HE APPARENTLY DIDN'T WANT TO **INVESTIGATE?**

***INSTEAD, HE SENT ATTORNEY GENERAL OFFICERS TO DOHERTY'S HOME A MONTH LATER WHERE HIS WIFE AND CHILD RESIDED OVER SOME TEXTS?**

**THEN SENDING ATTORNEY GENERAL OFFICERS TO DOHERTY'S HOUSE A MONTH LATER OVER SOME "TEXTS".**

# COMMUNICATION WITH THE GOVERNOR

# EXHIBIT

COMMUNICATION WITH GOVERNOR GRETCHEN WHITMER. SHE WAS SENT A 300 PAGE PACKET OF EVIDENCE ON 10/13/23, ONE WEEK BEFORE MR DOHERTY WAS WRONGFULLY ARRESTED.

THIS SAME PACKET WAS SENT THROUGH CERTIFIED MAIL WITH TRACKING NUMBERS TO THE ATTORNEY GENERAL'S OFFICE OF MI, AND THE HEADQUARTERS OF THE FBI.

MR DOHERTY ALSO STOPPED BY THE GOVERNOR'S EXECUTIVE OFFICE IN THE ROMNEY BLD AT 111 S. CAPITOL AVE IN LANSING, MI FIVE DIFFERENT TIMES IN THE MONTH OF SEPTEMBER OF 2023.

AGAIN, OVER A MONTH BEFORE MR DOHERTY WAS WRONGFULLY ARRESTED BASED ON RETALIATORY MOTIVES ON 10/20/23.

WHITMER'S DIRECTOR OF CONSTITUENT SERVICES, AMANDA YOUSEFF FINALLY REACHED OUT TO MR DOHERY AFTER HE FILLED OUT THE 5TH EMERGENCY CONTACT FORM FOR THE GOVERNOR.

MS YOUSEFF APOLOGIZED PROFUSELY FOR NOT GETTING BACK TO DOHERTY SOONER, AS THE FORM CLEARLY STATES THAT SOMEONE IS SUPPOSED TO GET BACK TO THE INDIVIDUAL WITHIN 2 HOURS, AND IT TOOK THEM OVER A MONTH.

AMANDA YOUSEFF ASSURED MR DOHERTY THAT HER AND WHITMER'S TEAM WOULD BE CHECKING INTO THE MATTER AND GETTING BACK TO HIM, OF WHICH NEVER HAPPENED.

MR DOHERTY TRIED REACHING OUT TO THE GOVERNOR'S OFFICE MULTIPLE TIMES WHILE BEING UNLAWFULLY IMPRISONED AS WELL, AND WAS MET WITH THE SAME CONTINUED INDIFFERENCE & NEGLECT.

DOHERTY HAD ALSO STOPPED INTO WHITMER'S EXECUTIVE OFFICE DOWNTOWN LANSING FIVE DIFFERENT TIMES IN THE MONTH OF SEPTEMBER, 2023.

***FILLING OUT EMERGENCY FORMS EACH TIME.**

# GRETCHEN WHITMER



TURNS OUT AFTER MULTIPLE ATTEMPTS OF REACHING OUT TO WHITMER FOR HELP AND BEING IGNORED, THAT SHE USED TO BE A PROSECUTOR UNDER JOYCE DRAGANCHUK IN 2016.

***ONE OF THE MAIN PLAYERS BEHIND ALL OF THIS MADNESS, OF WHOM SHE ALSO LIVES IN THE SAME COMMUNITY AS.**

ACCOUNTABILITY FOR CRIMINALS
PO BOX 13126 LANSING, MI

***11 DAYS BEFORE DOHERTY WAS UNLAWFULLY ARRESTED BY THE SAME GROUP HE WAS TRYING TO REPORT HERE FOR ABUSING THE SYSTEM.**

10/09/2023

**(MORE NEGLECT, & INDIFFERENCE)**

Governor Gretchen Whitmer,
Daughter of Richard Whitmer & Sharon H. "Sherry" Reisig,
Member of the Democratic Party, under current President Joe Biden.

Amanda Youseff, Director of Constituent Services,
and All Other Applicable Parties:

You are hereby put on notice that Simon PLC, a company headquartered out of Troy, MI has been sent disqualification notices on 10/2/2023. (See Exhibits) for Tracking Numbers & Confirmations.

It is requested that if the company does not follow through with certain actions by Oct 31, 2023, for the safety and well being of tax paying citizens of Michigan and beyond, that their company and all locations, of which continues to enable all of this horrific and illegal behavior, be dissolved immediately under the fullest extent of the law.

Based on interactions with the Attorney General, since officially submitting the complaint online on 7/31/2023 (See Exhibit). Lead investigator Aubrey Smith, and several others who have obviously been compromised by this very criminal enterprise, it is requested that you prepare yourselves to take further action immediately.

Dana Nessel, of whom went to the same law school as Judge Joyce Draganchuk, are together enabling this highly sophisticated group of white collar criminals at this point to cover their own rears.

Joyce Draganchuk was duped by this group 18 months ago, and has been doing everything in her power to prevent from that very thing reaching the surface.

***MORE NEGLECT AND INDIFFERENCE.**

# "ALTHOUGH YOU'VE FIXED A DECENT AMOUNT OF THE "DAMN ROADS", MY FAMILY AND I HAVE BEEN GETTING ANNIHILATED HERE, ALONG WITH HUNDREDS OF OTHER VICTIMS."

Including silencing and suppressing anything in her path, and now getting her buddy Dana involved.

If you cannot put politics aside and actually control these criminals of which have been operating freely within your state through corrupt judges like Ms Joyce Draganchuk for over a decade, then we will be forced to go above you in Federal Law and get the Proper Authorities finally involved there.

This is not a threat in any way, simply a plea for the last branch of enforcement authority here in Michigan to finally wake up and do their job, before we have to go above and have it done for them.

I was a donor of yours back in the day, $6,000 to be exact. This was a lot for me back then, and the maximum allowable contribution from a private citizen. I wrote the check at a party held by a mutual friend of ours, who raised you a lot more than that.

I have never been more disappointed since. Although you have fixed a decent amount of the "damn roads", my family and I have been getting annihilated here, along with hundreds of other victims. Your enforcement agencies barely even show up to work nowadays, let alone give a call back or actually care. Please Help.

- Please Review Packet Thoroughly, as the same one is being distributed to all Media Outlets, along with the US Attorney. Including the fact that you are receiving this personally as well.

The Time Is Now.

Thank You,

10/9/2023

MICHAEL S. DOHERTY
MICHAELSDOHERTY25@GMAIL.COM
517-614-1939.

***DOHERTY IS UNLAWFULLY IMPRISONED TWO WEEKS LATER.**

LESSON TO ALL PUBLIC OFFICIALS AND LAW ENFORCEMENT AT THIS POINT:

# STOP BLINDLY PROTECTING YOUR BUDDIES.

ESPECIALLY AT THE SACRIFICE OF THE VERY PEOPLE YOU ARE ELECTED AND PAID TO PROTECT.

THIS ENTIRE SITUATION SHOULD HAVE BEEN SQUASHED 3 YEARS AGO, IF PEOPLE WOULD HAVE SIMPLY LISTENED AND SHOWN A REASONABLE AMOUNT OF CARE.

LII Legal Information Institute Menu

# standard of care

Standard of care is an essential concept in determining whether a person was negligent and potentially liable for a tort . If a person breaches the standard that applies to them and their actions cause harm to another person, they will be liable for negligence.

The standard of care usually revolves around the concept of the reasonable person standard : whether someone acted with care as the average person would have in those circumstances. In

# reasonable person

A legal standard applied to defendants in negligence cases to ascertain their liability . All members of the community owe a duty to act as a reasonable person in undertaking or avoiding actions with the risk to harm others. If an

In a legal context, negligence is the failure to exercise the standard of care that a reasonable person would in a particular situation, leading to harm or injury. To prove negligence, a plaintiff typically needs to demonstrate a duty of care, breach of that duty, causation, and damages.

***INSTEAD, LOOK AT THE DAMAGE.**
AND THE AMOUNT OF PEOPLE WHO WERE NEGLIGENT OR WORSE.

# CONTACTING FBI

# EXHIBIT

## 2/27/23, FBI HEADQUARTERS




DOHERTY DRIVING TO FBI HEADQUARTERS IN WASHINGTON DC TO REPORT THE MASSIVE AMOUNT OF FRAUD AND CORRUPTION HE IS EXPERIENCING IN MICHIGAN WITH **JOHN POLDERMAN** AND COMPANY.

HE IS REDIRECTED TO THE DETROIT FBI OFFICE FIRST, WHERE HE FILES HIS FIRST COMPLAINT WITH THEM ON 2/28/23.

SEVERAL IN PERSON MEETINGS, AND PHONE CONVERSATIONS WITH MULTIPLE AGENTS SINCE.

# WHO DOES NOTHING




*2 ½ MONTHS BEFORE DOHERTY IS UNLAWFULLY IMPRISONED AGAIN, WHILE THE FBI DOES NOTHING.

**LANSING, MI FBI AGENT ASHCROFT.**

WHO ADMITTED TO DOHERTY THAT HE RECEIVED HIS 500 PG EVIDENTIARY PACKET, BRIEFLY FLIPPED THROUGH IT ONE MORNING, AND THEN SENT IT BACK OUT IN THE MAIL SOMEWHERE.

BECAUSE IT LOOKED "CIVIL".

## 8/11/2023

# F.B.I.

**PHONE CONVER-SATIONS AND FIVE IN PERSON MEETINGS WITH FBI SPECIAL AGENTS.**

*AT ONE POINT, LANSING FBI AGENT ASHCROFT ADMITS TO DOHERTY HE TOOK A 500 PG EVIDENTIARY PACKET OF HIS AND SENT IT BACK OUT IN THE MAIL SOMEWHERE.

# ONE OF DRAGANCHUK'S ILLEGAL ORDERS

At a session of this Court held in Lansing,
Ingham County, Michigan, on March 16, 2023

PRESENT: Hon. Joyce Draganchuk
Circuit Judge

On March 16, 2023, this Court issued an order granting the court-appointed receiver's ex-parte motion to strike pleadings/documents filed in this case file by in pro per Defendant Michael Doherty on March 2, 2023, through March 7, 2023. After carefully reviewing all of

1

the subject documents, the Court agreed with the receiver that Michael Doherty's filings do not comply with, among other court rules, MCR 2.119 governing motion practice, and MCR 3.606 governing show cause matters for contempt/misconduct. The Court also agreed that Defendant Michael Doherty's filings constitute offensive and inflammatory material, and are redundant, immaterial, impertinent, scandalous, and indecent, thereby warranting they be stricken pursuant to MCR 2.115(B).

The Court now incorporates the March 16, 2023 *Ex-Parte Order Striking Documents Filed by Michael Doherty*, and further orders sua sponte that all material filed by Defendant Michael Doherty in this case file between and including March 7, 2023, and the date of this order, are stricken pursuant to MCR 2.115(B) as redundant, immaterial, impertinent, scandalous, and indecent. Defendant Michael Doherty's filings are consistently and pervasively non-conforming with the Michigan Rules of Court, are harassing and scandalous, and pertain in part to matters germane to Defendant MD Industries, LLC which must be represented by an attorney.[1] For all of these reasons,

IT IS ORDERED that the Court Clerk shall immediately redact everything but the title of each of Defendant Michael Doherty's submissions filed on March 2, 2023 through the date of this Order.

IT IS FURTHER ORDERED that the Court Clerk shall seal all of Defendant Michael Doherty's documents pursuant to MCR 8.119(I)(1)(b) for good cause as described herein

[1] "[A] non-lawyer cannot proceed in propria persona on behalf of a corporation. . . . Rather, a corporation must be represented by an attorney, and a non-lawyer attempting to represent a corporation is engaged in the unauthorized practice of law." *City of Ann Arbor v St. James Church of God in Christ Ypsilanti*, unpublished opinion per curiam of the Court of Appeals, issued February 23, 2017 (Docket No. 330338), at 3 (citing *Detroit Bar Ass'n v Union Guardian Trust Co*, 282 Mich 707, 711; 281 NW 432 (1938); *Shenkman v Bragman*, 261 Mich App 412, 416; 682 NW2d 516 (2004); *Peters Prod, Inc v Desnick Broad Co*, 171 Mich App 283, 287; 429 NW2d 654 (1988); MCL 600.916).

2

**3/16/2023**

***AN ORDER DESIGNED TO PURELY SILENCE & SUPPRESS DOHERTY BASED ON THIN AIR, WITH NO ACTUAL EXAMPLES.**

**DRAGANCHUK ILLEGALLY SILENCED MR DOHERTY AT MULTIPLE HEARINGS AS WELL.**

**INCLUDING 4/26/23, WHERE SHE WOULDN'T EVEN LET HIM SPEAK AT ALL.**

*ILLEGALLY MUTING HIS MIC, TO WHERE HE WAS FORCED TO HOLD UP SIGNS FOR THE CAMERA.

## PREVENTING HIM FROM BEING ABLE TO DEFEND HIMSELF, OR EVEN SPEAK.

and in the March 16, 2023 *Ex-Parte Order Striking Documents Filed by Michael Doherty.*

IT IS FURTHER ORDERED that, in accordance with MCR 8 119(I)(3), Defendant Michael Doherty may be heard on the order to seal at the hearing currently scheduled with this Court on April 4, 2023. NEVER HAPPENED

IT IS FURTHER ORDERED that Defendant Michael Doherty is barred from filing anything with the Court that does not comport with the requirements of the Michigan Rules of Court ?

***ARBITRARILY SILENCING MR DOHERTY WHENEVER THEY FEEL LIKE IT.**

Hon. Joyce Draganchuk (P39417)
Circuit Judge

PROOF OF SERVICE

I certify that I served this Order upon the attorneys and in pro per party of record by placing a copy in sealed envelopes addressed to each and depositing them for mailing with the United States Mail at Lansing, Michigan, on March 16, 2023

**BECAUSE WHO'S GOING TO STOP THE CHIEF CIRCUIT JUDGE??**

Michael G Lewycky
Law Clerk/Court Officer

*MEANWHILE HER LAW CLERK LEWYCKY IS ACTUALLY DOING MOST OF THE WORK BEHIND THE SCENES. NOT SOME HOT SHOT ATTORNEY WITH YEARS OF EXPERIENCE AND DEALING WITH CRIMINALS LIKE POLDERMAN TRYING TO CON THEM ETC, BUT A SIMPLE LAW CLERK WHO'S JUST OUT OF COLLEGE AND IN EVER DENIAL OF BEING SO.

**MOST PEOPLE DON'T REALIZE THAT LAW CLERKS ARE NOT ACTUAL ATTORNEYS. WHICH IS SHOCKING, ESPECIALLY WHEN THEY ARE DOING THE MAJORITY OF THE WORK FOR A CHIEF CIRCUIT JUDGE.**

# RIGHT TO BE HEARD

## AN ESSENTIAL STAPLE OF THIS COUNTRY

ABA®

February 14, 2020

## Rule 2.6: Ensuring the Right to Be Heard

Share:

***JOYCE DRAGANCHUK LITERALLY TOLD MR DOHERTY ON THE RECORD THAT THE BASIC "RIGHT TO BE HEARD" DOES NOT APPLY IN HER COURTROOM.**

(A) A judge shall accord to every person who has a legal interest in a proceeding, or that person's lawyer, the right to be heard according to law.*

(B) A judge may encourage parties to a proceeding and their lawyers to settle matters in dispute but shall not act in a manner that coerces any party into settlement.

**THE CHAOS AND CORRUPTION WITHIN THIS CASE IS AN EXAMPLE OF WHAT HAPPENS WHEN THIS BASIC RIGHT IS INFRINGED UPON.**

# POTTERVILLE POLICE DEPT

# EXHIBIT

MORE BRADY VIOLATIONS, AND FAILING TO PRODUCE KEY EXCULPATORY EVIDENCE BY MR DOHERTY'S ARRESTING OFFICER RICHARD BARRY OF THE POTTERVILLE POLICE DEPARTMENT.

OF WHOM INTENTIONALLY HID 95% OF THE FULL CONTEXT BEHIND DOHERTY'S ARREST.

AND CONTINUES TO DO SO THROUGH FALSE STATEMENTS, AND A BLATANT REFUSAL TO PROVIDE INFO FOR THE OFFICIAL FOIA REQUEST MADE ON 1/24/24.

THIS IS JUST THE TIP OF THE ICEBURG OF THE AMOUNT OF CORRUPTION AND WILLFUL NEGLECT MR DOHERTY HAS BEEN DEALING WITH, AND DOCUMENTING THE ENTIRE WAY.

# CHIEF RICHARD BARRY

(FROM LEFT TO RIGHT)

Sent: Monday, February 3, 2025 9:00 PM
To: Richard Barry
<RBarry@pottervillemi.org>
Subject: FOIA REQUEST

Richard Barry,

Where are we at on the FOIA Request from 1/24/24, concerning Potterville Police Report 23-0169 etc?

Thank you.

Michael S. Doherty

---

RB Richard Barry Yesterday
To: Michael Doherty >

Mr. Doherty,

You did not submit a FOIA, an attorney's office did that represented you. The FOIA request was completed on February 2nd, 2024.

Respectfully,

Richard H. Barry III
Chief of Police
Potterville Police Department
319 N. Nelson St.
P.O. Box 488
Potterville, MI 48876
517-645-7802
517-645-7810 fax
517-667-0583 cell
rbarry@pottervillemi.org
pottervillemi.org

# "WHERE ARE WE AT ON THE FOIA REQUEST FROM OVER A YEAR AGO?"

# FALSE STATEMENTS

Inbox
9 Messages
**FOIA REQUEST**

**Michael Doherty** Yesterday
To: Richard Barry >

They did so per my request, that's correct. More than happy to fill out another one if you'd like to continue prolonging the process.

Meanwhile, is it true you didn't have anything in the actual report?

Michael S. Doherty

See More

**Richard Barry** Yesterday
To: Michael Doherty >

Mr. Doherty,

As I previously stated, I completed the FOIA on February 2nd, 2024. What was provided in the response was what was present. I am not sure what process you are referencing as the FOIA was completed.

**Michael Doherty** 12:01 AM
To: Richard Barry >

Richard Barry,

I was told you didn't have anything in the actual police report, even after all of the evidence I had forwarded you. Is this simply true or not?

If you didn't do anything wrong, there shouldn't be anything to hide here.

Thank you.

Michael S. Doherty

# "AS I PREVIOUSLY STATED, I COMPLETED THE FOIA."

# CHANGE IN DEMEANOR

# EXHIBIT

NOTICE THE CHANGE IN CHIEF BARRY'S DEMEANOR FROM ARROGANT AND DISMISSIVE, TO NERVOUS AND MUTE ONCE THE DETAILS OF HIS MISCONDUCT ARE HIGHLIGHTED.

ALTHOUGH MR DOHERTY PROVIDED BARRY WITH HUNDREDS OF PAGES OF EVIDENCE, INCLUDING A NEIHBOR'S TESTIMONY INVOLVING THE AGGRAVATED STALKING INCIDENT ON 8/1/23, BARRY DIDN'T INCLUDE ANY OF THIS WITHIN THE POLICE REPORT HE FILED 2 ½ MONTHS LATER ON 10/20/23.

DOHERTY'S ORIGINAL POLICE REPORT FILED WITH BARRY ON 8/14/23 (CASE NO. 23-0169), INVOLVED JOHN POLDERMAN OF SIMON PLC, HIS CONTINUAL ABUSE OF THE SYSTEM, INTIMIDATION AND AGGRAVATED STALKING OF MR DOHERTY AND HIS FAMILY.

CHIEF RICHARD BARRY ALSO "FORGOT" TO FILE THE SECOND POLICE REPORT MR DOHERTY INITITIATED WITH HIM IN HIS OFFICE IN POTTERVILLE ON 10/12/23.

THIS WAS AFTER DOHERTY REALIZED THAT JOHN POLDERMAN WAS ORCHESTRATING A FALSE POLICE REPORT AGAINST HIM. SOMETHING THAT CHIEF BARRY CHOSE TO SWEEP UNDER THE RUG ONCE AGAIN. BECAUSE HE APPARENTLY KNEW BEST.

SIMILAR TO THE NASSAR CASE, THE ONLY WAY WHITE COLLAR CRIMINALS CONTINUE OPERATING SO BOLDLY LIKE THIS, IS AN UNREAL AMOUNT OF INDIFFERENCE AND WILLFUL NEGLECT.

ESPECIALLY FROM THOSE SUPPOSEDLY IN CHARGE OF STOPPING SUCH BEHAVIOR. LIKE CHIEF RICHARD BARRY.

# ONCE HE'S CAUGHT

# FAILING TO FILE POLICE REPORTS

9 Messages
**FOIA REQUEST**

MD **Michael Doherty** 12:17 AM
To: Richard Barry >

While you're debating on how to answer the yes or no question regarding Potterville Police Report 23-0169, filed on 8/14/2023...

Is it also true that you simply "forgot" to file the additional police report I came to you on 10/12/23, regarding the Filing of a False Police Report?

This is especially surprising, since you were the one who suggested this in your office after I described the situation to you.

Michael S. Doherty

9 Messages
**FOIA REQUEST**

RB **Richard Barry** 12:19 AM
To: Michael Doherty >

Mr. Doherty,

I completed a report on the events that occurred in the jurisdictional limits. I wish you the best in all your endeavors. I will not be responding to any further emails regarding issues that occurred outside of the jurisdictional limits.

Respectfully,

*Richard H. Barry III*
Chief of Police
Potterville Police Department

## "IS IT ALSO TRUE THAT YOU SIMPLY 'FORGOT' TO FILE THE ADDITIONAL POLICE REPORT I CAME TO YOU ON 10/12/23?"

# "I WILL NOT BE RESPONDING TO ANY FURTHER EMAILS."

"SEE BELOW FOR DEFINITION OF JURISDICTIONAL LIMITS.

**OF WHICH HAS NOTHING TO DO WITH YOU FILLING OUT A POLICE REPORT PROPERLY,**

**OR BEING TRANSPARENT ABOUT YOUR ACTIONS AFTER."**

9 Messages
**FOIA REQUEST**

**MD** **Michael Doherty** 12:30 AM
To: Richard Barry >

Richard Barry,

See below for the definition of jurisdictional limits. Of which has nothing to do with you filling out a police report properly, or being transparent about your actions after.

Jurisdictional limits are the boundaries that define the extent of a court's authority to make decisions. These limits can be set by the law or constitution.




9 Messages
**FOIA REQUEST**

**MD** **Michael Doherty** 1:00 AM
To: Richard Barry >

Perhaps you're questioning whether you had jurisdiction over the Aggravated Stalking case I reported to you on 8/14/23. Involving criminals showing up to our house in Potterville, the town you are supposedly chief over, and trying to intimidate my wife and I?

The same criminals I had filed PPOs against on 8/9/23, of which I informed you about. Not only at the time of filing the report with you, but also on 10/12/23 when these same criminals were filing a false police report and trying to twist the whole thing against me.

Did it ever occur to you to question the fact that the main offender I was reporting to you, John Polderman, of whom I filed two PPOs against on 8/9/23 and 9/26/23 for Manipulation, Deceit With Intent To Harm, and Extreme Abuse of Process, ended up being the main "witness" against me regarding your arrest on 10/20/23?

"DID IT EVER OCCUR TO YOU TO QUESTION THE FACT THAT **THE MAIN OFFENDER I WAS REPORTING TO YOU, JOHN POLDERMAN** OF WHOM I FILED TWO PPOS AGAINST,

ENDED UP BEING THE MAIN "WITNESS" AGAINST ME REGARDING YOUR ARREST ON 10/20/23?"

# "NO ONE ELSE IS LISTENING, WHY SHOULD I?"

ACTUAL STATEMENT THAT CAME OUT OF POTTERVILLE POLICE CHIEF RICHARD BARRY'S MOUTH AS HE WAS FALSELY ARRESTING DOHERTY ON 10/20/23.
(SEE BODY CAM FOOTAGE.)

9 Messages

**FOIA REQUEST**

It would've probably helped if you would've read through any of that 300 page document I handed to you on 10/12/23, of which you admitted to not even touching 8 days later. As you were handing me to LPD, due to the fact that what they pulled was ultimately out of their jurisdiction.

Your silence is response enough at this point, if you want to continue down that path. Meanwhile I would be looking into Brady Violations pretty hardcore, along with personal liability for Wilful Neglect. There is still time to turn this around, but that time is now.

All the best,

Michael S. Doherty

***WHO ALSO ADMITTED TO NOT READING THROUGH ANY OF THE EVIDENCE DOHERTY HAD BEEN SENDING HIM FOR MONTHS.**

# FINAL REQUEST

Sent

MD From: Michael Doherty >
To: Richard Barry >
Cc: Toby White >
Bcc: mjprogan@yahoo.com >
February 10, 2025 at 12:04 PM

**1/24/24 FOIA**

Potterville Chief Richard Barry,

After further reviewing the info you provided to Toby White Law's office, there is a substantial amount we requested and that is missing. To prevent any further Brady Violations, please provide the following in full for pick up by 2/14/25.

1. The 2 police reports Mr Doherty filed with you personally sir. Report No 23-0169 filed on 8/14/23 for Aggravated Stalking against John Polderman and his accomplices, along with the Police Report Doherty filed with you around 10/12/23 for Filing Of A False Police Report, again against John Polderman and his accomplices. Of which you suggested.

**1/24/24 FOIA**

2. ALL Emails you were included in or sent to by Mr Doherty. (On 10/20/23, you stated that you only read about 3 of the 50 evidentiary emails you were included in on).

(2a) Along with any texts between you and Mr Doherty. These would have started around 8/1/23, the timing of the original Aggravated Stalking incident Mr Doherty reported to you.

3. ALL Body cam footage of Mr Doherty being in your office multiple times. All prior to his arrest on 10/20/23. Again, none of which you included in your initial FOIA information.

(3a) Please include body cam footage of Mr Doherty mtg with Officer Betts in your office on 10/12/23 as well.

4. Please provide a scanned copy of the 300 page packet you were given by Mr Doherty, again before his arrest.

## THE REMAINING 95% OF THE FOIA OF WHICH CHIEF BARRY INTENTIONALLY LEFT OUT.

AND DOHERTY'S ATTORNEY HAD BEEN TOO NEGLIGENT AND INCOMPETENT TO ACTUALLY TRACE DOWN.

# REFUSING TO PROVIDE COMPLETE FOIA

**1/24/24 FOIA**

(4a) Please provide the status of where this packet is now, and whether or not it ended up in the Eaton County Prosecutor's hands like you mentioned it would when Mr Doherty originally dropped it off to you.

Where you told him you would pass it that way to see if the Prosecutor would want to press criminal charges against the offenders Doherty was reporting to you.

Thank You Sir.

**1/24/24 FOIA REQUEST**

2/17/25

Chief Richard Barry of Potterville Police Department,

The date 2/14/25 has come and gone, and I have heard zero response from you concerning the remaining 95% of our FOIA Request. Of which you have refused to provide for the last year now.

Even worse, on multiple occasions you tried to convince Mr Doherty and his attorney through false statements that you had in fact provided everything, which was obviously not the case.

At some point you have to ask yourself why you are continually to operate this way sir, and refusing to provide key exculpatory evidence in Mr Doherty's case. For I assure you, the answer is very clear to the trained observer.

Professionally,

**"EVEN WORSE, ON MULTIPLE OCCASIONS YOU TRIED TO CONVINCE MR DOHERTY AND HIS ATTORNEY THROUGH FALSE STATEMENTS**

THAT YOU HAD IN FACT PROVIDED EVERYTHING, WHICH WAS OBVIOUSLY NOT THE CASE."

# POLICE MISCONDUCT

**Police misconduct** is inappropriate conduct and illegal actions taken by police officers in connection with their official duties. Types of misconduct include among others: sexual offences, coerced false confession, intimidation, false arrest, false imprisonment, falsification of evidence, spoliation of evidence, police perjury, witness tampering, police brutality, police corruption, racial profiling, unwarranted surveillance, unwarranted searches, and unwarranted seizure of property.

**"INAPPROPRIATE CONDUCT AND ILLEGAL ACTIONS TAKEN BY POLICE OFFICERS IN CONNECTION WITH THEIR OFFICIAL DUTIES."**

# LPD REFUSING TO PROVIDE FOIA AS WELL

# EXHIBIT

MR DOHERTY REACHING OUT TO LPD CHIEF ROBERT BACKUS REGARDING THE FOIA INFORMATION THAT HAD BEEN REQUESTED OF HIM OVER A YEAR AGO.

$900 OF EXPULPATORY EVIDENCE THAT HE AND FORMER CHIEF SOSEBEE INTENTIONALLY LEFT OUT OF THE POLICE REPORT THEY FILED ON 10/14/23 THAT WAS USED TO UNLAWFULLY ARREST DOHERTY.

BACKUS ALSO LEFT OUT THE FACT THAT DOHERTY HAD FILED A POLICE REPORT MONTHS EARLIER WITH LPD CONCERNING ALL OF THE CORRUPTION, AND THE FACT THAT HE WAS SCARED FOR HIS LIFE.

MULTIPLE PPOS WERE FILED WITH INGHAM COUNTY ON 8/9/23 AGAINST ALL INDIVIDUALS INVOLVED BY DOHERTY. OF WHICH AGAIN WERE NOT TAKEN SERIOUSLY, AND NOT INCLUDED IN THEIR REPORT.

NO RESPONSE FROM ROBERT BACKUS ONCE AGAIN. INSTEAD, SEE THE RESPONSE FROM TOBY WHITE THE DAY AFTER, FOR INTIMIDATION AND MORE NEGLECT FROM DOHERTY'S OWN ATTORNEY.

ANYTIME SUCH LACK OF TRANSPARENCY EXISTS, THERE'S A SERIOUS PROBLEM.

***OR TO EVEN RESPOND FOR THAT MATTER.**

APPARENTLY, LAWS DON'T NEED TO BE TAKEN SERIOUSLY BY THOSE WHO ENFORCE THEM IN INGHAM COUNTY.

# LANSING MAYOR ANDY SCHOR

WHO WAS WELL AWARE OF ALL THE EXCULPATORY EVIDENCE THAT WAS BEING INTENTIONALLY WITHELD BY ROBERT BACKUS.



MD
From: Michael Doherty >
To:
Cc:
February 17, 2025 at 1:20 PM

**1/24/24 FOIA REQUEST**

Chief Robert Backus of Lansing Police Dept,

First of all congrats on the promotion since the last time we met.

Can you tell me where we're at on the FOIA Request I had my attorney file with LPD on 1/24/2024? Last I heard, the estimate to compile it was $900.

Thank You Sir,

Michael S. Doherty
517-652-2614

**Lansing Mayor Schor officially selects new police chief**



A new police chief has been selected for the Lansing Police Department (LPD) by Mayor Andy Schor on Wednesday.

(JULY 10, 2024)

# DECIDES TO PROMOTE HIM.

THE SAME BACKUS WHO HAD THANKED DOHERTY FOR ALL THE HIS DETECTIVES WERE ABLE TO ENTER HIS BUILDING TO HELP CATCH CRIMINALS THROUGH THEIR STATE OF THE ART CAMERA SYSTEM.

WHO THEN LEFT DOHERTY COMPLETELY HANGING THE MINUTE HE WAS BEING ATTACKED BY CRIMINALS HIMSELF.

***AND EVEN WORSE, THEN AIDED AND ABETTED THOSE SAME CRIMINALS BY HELPING THEM FILL OUT A FALSE POLICE REPORT AGAINST DOHERTY ON 10/14/23.**

# ATTORNEY GENERAL REFUSING THE FOIA

## WHILE CLAIMING CASE IS STILL "UNDER INVESTIGATION"

MD Michael Doherty 2/4/25
To: Toby White >

**Re: FOIA REQUESTS**

Toby,

Please send me the response from the Attorney General today, where they refused to provide you with the FOIA Request because they claimed the case was "still under investigation". Even though they clearly closed the investigation on 9/12/23.

Thank you,

Michael S. Doherty
517-652-2614

MD Michael Doherty Thursday
To: Toby White >

You sent this
Feb 13, 2025 at 1:13 PM

**Re: Mtg. FOIA Paperwork Etc**

Toby,
Can you at least send me what I was asking for? Will literally take someone 10 minutes.

Michael 2/13/25

> On Feb 13, 2025, at 12:43 PM, Toby White <tobywhitelawyer@gmail.com> wrote:
>
> Hey Michael,
> BOTH Gidget and I have a contagious, coughing flu. So we are not going to be able to make it Friday (tomorrow).
>
> Thank you,
>
> **Toby White Law**

*THE AMOUNT OF EXCUSES, AND TIMES THIS MAN HAS CANCELED OR SIMPLY NOT SHOWN UP IS OUTRAGEOUS.

AFTER DOHERTY SENDS THIS MAN REQUESTS FOR MONTHS TO SIMPLY FORWARD A FEW EMAILS

**NOW HE SUDDENLY HAS A "CONTAGIOUS COUGHING FLU"?**

# INEFFECTIVE COUNSEL

< Sent 2/20/25

Michael Doherty 6:18 AM
To: Toby White >

You sent this
Today at 6:18 AM
Follow Up...

**MOTION TO DISMISS**

Toby,

Is there a reason you never filed the Motion To Dismiss, based on the fact that these guys had been violating the same Court Order for months before I supposedly did?

That's literally what their entire case is based on. On top of the fact that they have no credible witnesses against me.

Among other things, I asked you multiple times to do this from the very beginning, of which you never did.

Respectfully,

Michael S. Doherty
517-652-2614

---

Michael Doherty 11:53 AM
To: Toby White >

**INEFFECTIVE COUNSEL**

Ineffective Counsel is an understatement with you Toby.

Not only did you let your client get abused by the system through an unreal amount of Negligence on your part over the last year, but now you're entering into the criminal realm with attempts of Gaslighting that same client.

You may want to forward this to Gidget at this point so she's aware of your behavior as well.

MD

> On Feb 24, 2025, at 11:24 AM, Michael Doherty <michael.doherty25@icloud.com> wrote:

**"NOT ONLY DID YOU LET YOUR CLIENT GET ABUSED BY THE SYSTEM THROUGH AN UNREAL AMOUNT OF NEGLIGENCE ON YOUR PART OVER THE LAST YEAR**

BUT NOW YOU'RE ENTERING INTO THE CRIMINAL REALM WITH ATTEMPTS OF GASLIGHTING THAT SAME CLIENT."

# "IT'S AMAZING WHAT A PERSON WILL DO TO AVOID ACCOUNTABILITY."

# "MEANWHILE, YOU PUT MORE TIME AND EFFORT INTO THIS DISCUSSION THAN YOU DID WITH MY ENTIRE CASE."

MD Michael Doherty
To:

**Re: INEFFECTIVE COUNSEL**

It's amazing what a person will do to avoid accountability. Meanwhile, you put more time and effort into this discussion than you did with my entire case.

MD

> On Feb 24, 2025, at 12:02 PM, Toby White <tobywhitelawyer@gmail.com> wrote:
>
> Regrettably, I am now officially withdrawing as counsel Will you sign a stipulation to that effect, or do we need a hearing?
>
> Thank you,
>
> **Toby White Law**

---

**DOHERTY HAD BEEN ASKING FOR THE MAN TO FILE A MOTION TO DISMISS THE ENTIRE TIME HE WAS UNLAWFULLY IMPRISONED.**

**TOBY WHITE WAS TOO BUSY WORKING OUT A PLEA DEAL WITH HIS BUDDY** THAN ACTUALLY DOING HIS HOMEWORK AND FREEING DOHERTY.

***MORE NEGLIGENCE***

AND IMPORTANT CONTEXT TO SHOW HOW THIS GROUP OF CRIMINALS HAS BEEN ABLE TO GET AWAY WITH THEIR CON FOR SO LONG.

# **ANOTHER KEY ELEMENT IN THIS GROUP'S CON:** INCOMPETENT, AND UNMOTIVATED ATTORNEYS.

*GUYS LIKE WHITE COLLECT THEIR RETAINERS UPFRONT IN FULL, PUTTING ALL THEIR ENERGY INTO SELLING THEIR CLIENTS, AND THEN BARELY LIFT A FINGER AFTERWARDS.

## A RUSE THAT ISN'T EVEN LEGAL IN ITSELF.

# STRICKLAND V. WASHINGTON

In United States law, **ineffective assistance of counsel** (**IAC**[1]) is a claim raised by a convicted criminal defendant asserting that the defendant's legal counsel performed so ineffectively that it deprived the defendant of the constitutional right guaranteed by the Assistance of Counsel Clause of the Sixth Amendment to the United States Constitution. Ineffectiveness claims may only be brought where the defendant had the right to counsel, ordinarily during the critical stages of a prosecution.[2]

Having the "benefit of counsel" or "assistance of counsel" means that the criminal defendant has had a competent attorney representing them. Competence is defined as reasonable professional assistance and is defined in part by prevailing professional norms and standards. To prove they received ineffective assistance, a criminal defendant must show two things:

1. Deficient performance by counsel
2. Resulting prejudice, in that but for the deficient performance, there is a "reasonable probability" that the result of the proceeding would have differed.

The foregoing test was set forth in *Strickland v. Washington* (1984). In dissent, Justice

**"DEFENDANT'S LEGAL COUNSEL PERFORMED SO INEFFECTIVELY**

**THAT IT DEPRIVED THE DEFENDANT OF THE CONSTITUTIONAL RIGHT GUARANTEED BY THE SIXTH AMENDMENT."**

# BORISCH LOSES HIS FATHER'S COMPANY

# ABUSED BECOMES THE ABUSER

FEDERAL TRADE COMMISSION
PROTECTING AMERICA'S CONSUMERS

Menu

← Browse

## 20100848: Amphenol Corporation; Jonathan L. Borisch

Date: July 6, 2010
Transaction Number: 20100848
Acquiring Party: Amphenol Corporation
Acquired Party: Jonathan L. Borisch
Granting Status: Granted

### Acquired Entities

Borisch Manufacturing, Inc.

**AMPHENOL CORPORATION PERFORMS A HOSTILE TAKEOVER OF JON BORISCH'S MANUFACTURING COMPANY, OF WHICH HIS FATHER GAVE TO HIM.**

"Similarly, by becoming an abuser, someone who has been abused can play the role of the more powerful person in the relationship in an attempt to overcome the powerlessness they felt. Unfortunately, this is not effective, and they may repeatedly dominate others in a futile attempt to get over the weakness they experienced.[5]"

verywellmind.com

# TRYING TO LIVE A LIFESTYLE HE CAN'T AFFORD.

# EXHIBIT

## BORISCH HAS BEEN IN EXTREME FINANCIAL TROUBLE, HEIGHTENING HIS NEED TO GAIN ACCESS TO MORE CAPITAL BY ANY MEANS.

CRAIN'S GRAND RAPIDS BUSINESS

Retail

Judge rules Mercantile Bank can seize Up North property to pay off Tommy's Boats debts

Rachel Watson · September 13, 2024



*Tommy's Boats retail store in Comstock Park. Credit: Joe Boomgaard, Crain's Grand Rapids Business*

Mercantile Bank will be allowed to seize property held by Tommy's Boats owner Matthew Borisch and collect guarantees from family members to pay off outstanding debts as the West Michigan boat dealer's legal saga continues.

crainsgrandrapids.com

CRAIN'S GRAND RAPIDS BUSINESS

Real Estate

Lender accuses former Tommy's Boats owners of $10M unpaid debt on Walloon Lake holdings

Rachel Watson · February 18, 2025



*Hotel Walloon (pictured on the left) along Walloon Lake is among the properties named in the foreclosure lawsuit. Credit: Wikimedia Commons*

A Grand Rapids-area family credited for reviving a lakeside village in Charlevoix County is being sued by its lender for allegedly failing to repay a $10 million loan to support several of their hospitality and retail businesses.

crainsgrandrapids.com

*WHEN DOHERTY ASKED HIM TO INJECT MORE CAPITAL IN 2020 LIKE HIM AND HIS SON PROMISED, THEY WERE TOO BUSY BUYING THEIR FIFTH HOUSE IN FL FOR $5 MILLION.

# EXHIBIT

## BEAUTIFUL BOYS, LOGAN & PHOENIX.

OF WHOM WERE BORN 3 MONTHS PREMATURE ON 9/28/20, AND THEN PASSED TWO WEEKS LATER.

RIGHT AROUND THE TIME PREDATORY LENDER JON BORISCH WAS ILLEGALLY TRYING TO TAKE OVER DOHERTY'S COMPANY WITH EVERYTHING HE HAD.

PUTTING AN UNBELIEVABLE AMOUNT OF STRESS ON MR DOHERTY AND HIS WIFE, KNOWING FULL WELL SHE WAS PREGNANT.

**PUTTING AN UNBELIEVABLE AMOUNT OF STRESS ON DOHERTY'S WIFE WHEN SHE WAS PREGNANT.**

# TWIN BOYS

**TO ANYONE WHO CONTINUES TRYING TO TELL US THIS IS JUST CIVIL:**

Meet Logan Scott Doherty: **Born 3 months early, weighing 790 grams.**



He was born on September 28th, 2020 along with his brother **Pheonix Michael Doherty, 735 grams.** They were with us for about 2 weeks in the Nicu at Ann Arbor, and then passed.

Not peacefully. Not while they slept.
But instead in glass containers on ventilators, fighting for their lives. Poked and prodded every hour, with tubes coming in and out all over their bodies. Where the doctor actually cut into Logan's chest during his final hour and tried pumping his heart manually with his fingertips.

Boys are not supposed to be born at 23 weeks old for a reason. They were blind, had extreme health issues, and would've both been wheelchair bound for their entire lives had they made it. The bravest little boys on the planet, and who are now our guardian angels in heaven above.

This was the one and only time we got to hold him. And he almost died minutes after this picture was taken. One of many flatlines, that we would dread hearing about every night as we drove back to our house exhausted, and tried to get a few hours of sleep. Only to get ready to do it all over again the next day.

The complications in the womb arose around the time our predatory lender Jon Borisch was putting an enormous amount of unnecessary stress and pressure on my wife and I.

This was right after he attempted a hostile takeover of our company, 2 days before our wedding. And decided to punish me for not blindly submitting to him, like his sons do. Needless to say, Jon never even acknowledged our boys' deaths.

Who operates like this? What kind of people will sell their souls for money, while terrorizing anyone and everyone along their path...

People like Jon Borisch. John Polderman, and his boss "Frank" Simon of Simon PLC. Thank you.

# MANSLAUGHTER

## MOTION TITLE:

## TO HOLD JON BORISCH, MARY KAY BORISCH, DAVID "VALENTINE" BORISCH, AND CHRIS STARK ACCOUNTABLE FOR MULTIPLE COUNTS OF MANSLAUGHTER; WILFUL KILLING OF UNBORN QUICK CHILD. SEE MCL 750.322

MCJC CANON 1-3, MCL 767.67, MCL 750.85, MCL 750.450, MCL 750.462A, MRPC 1.8, MRPC 2.4, MRPC 4.1-4.4, MRPC 5.1-5.6, MRPC 6.5, MRPC 8.1-8.5, RECEIVERSHIP ACT 16 OF 2018: 554.1016 SEC 6 (3)(2)(B), 554.1017, 554.1032, MCL 769.26, MCL 750.422-423, MCL 750.356, MCL 438.41, MCR 8.100, MCL ARTICLE I SEC 17, MCR 9.100, FEDERAL SECURITIES FRAUD 18 USC 1348, RICO ACT, MCL 750.157A, MCL 750.218, MCL 750.349B, 18 USC 402, MCL 600.1715, MCL 771.1, MCR SUMMARY, MCR 1.109, MCR CHAPTER 8, MCL 750.411s, MCL 750.411h, ARTICLE I S 17, MCL 750.411i, CRIM JI 16.18, CRIM JI 8.1, MCL 750.85, MCL 750.478, MCL 450.4906, MCL 750.322.

MICHAEL S. DOHERTY 7/23/2023

# DEATH CERTIFICATES

MASON, MI 48854
BATTLE CREEK, MI 49016

(269) 963-1554

C M C

CENTRAL MICHIGAN CREMATORY

## Certificate of Cremation

Number : 99009

This is to certify that

**PHOENIX DOHERTY**

Who passed away on 10/13/2020
was cremated on 10/17/2020
by CENTRAL MICHIGAN CREMATORY
Funeral Home : PRAY

Authorized Signature ______________

G_5962.jpeg 7/23/23, 9:01 P

MASON, MI 48854
BATTLE CREEK, MI 49016

(269) 963-1554

C M C

CENTRAL MICHIGAN CREMATORY

## Certificate of Cremation

Number : 99008

This is to certify that

**LOGAN DOHERTY**

Who passed away on 10/12/2020
was cremated on 10/17/2020
by CENTRAL MICHIGAN CREMATORY
Funeral Home : PRAY

Authorized Signature ______________

# WILFUL KILLING OF UNBORN QUICK CHILD

MICHIGAN LEGISLATURE

Michigan Compiled Laws Complete Through PA 80 of 2023

House: Adjourned until Tuesday, August 22, 2023
Senate: Adjourned until Tuesday, August 22, 2023 10:00:00 AM

NAVIGATE SECTIONS
MCL Chapter Index
Chapter 750
Act 328 of 1931
328-1931-XLV
Section 750.322

## Section 750.322

friendly link
printer friendly

**THE MICHIGAN PENAL CODE (EXCERPT)**
**Act 328 of 1931**

**750.322 Manslaughter; wilful killing of unborn quick child.**

Sec. 322.

Wilful killing of unborn quick child—The wilful killing of an unborn quick child by any injury to the mother of such child, which would be murder if it resulted in the death of such mother, shall be deemed manslaughter.

**History:** 1931, Act 328, Eff. Sept. 18, 1931 ;-- CL 1948, 750.322
**Former Law:** See section 32 of Ch. 153 of R.S. 1846, being CL 1857, § 5742; CL 1871, § 7541; How., § 9106; CL 1897, § 11501; CL 1915, § 15223; and CL 1929, § 16739.

# BAD FAITH

AT THEIR FIRST MTG (2/23/22), FLOYD **GATES TRIED TO RELATE WITH MR DOHERTY THREE DIFFERENT TIMES ON HIS DEAD CHILDREN,** WITHIN A TWO HOUR TIME PERIOD. TO THE POINT OF BEING EXTREMELY AWKWARD.

DOHERTY ASSUMED HE WAS JUST SOCIALLY "OFF".

**A RED FLAG WENT OFF THOUGH WHEN GATES TRIED TELLING DOHERTY AND HIS LEGAL TEAM NOT TO WORRY ABOUT READING THROUGH THE "FOREBEARANCE AGREEMENT" DETAILS HE WAS WORKING ON, IT WAS BETTER TO JUST SIGN IT SO HE COULD CONTINUE "HELPING" DOHERTY.**

GATES WAS ON A BLIND MISSION FROM THE BEGINNING TO GAIN DOHERTY'S TRUST BY ANY MEANS NECESSARY, WHILE HE PUT TOGETHER AN AGREEMENT BASED ON FALSE PRETENSES WITH HIS PARTNER JOHN RUTHER.

**ILLEGALLY DESIGNED TO PUT DOHERTY IN DEFAULT, IMMEDIATELY FIVE DIFFERENT WAYS IF HE WOULD HAVE SIGNED IT.** (PART OF THE CON)

IF HE DIDN'T, THEY HAD A PLAN B LINED UP TO WRONGFULLY APPOINT THEIR CONNECTED RECEIVER JOHN POLDERMAN AS WELL.

OF WHOM GATES ADMITTED TO DOHERTY AND HIS ATTORNEY BEN PRICE ON 3/18/22 THAT HE HAD DONE MANY OF TIMES IN THE PAST.

**THESE MEN ARE CRIMINALS OF THE WORST KIND. THEY NEED TO BE INVESTIGATED, TRIED, AND PUT BEHIND BARS FOR A VERY LONG TIME.**

***FLOYD GATES TRIED TO RELATE WITH DOHERTY THREE DIFFERENT TIMES ON HIS DEAD CHILDREN TO GAIN HIS TRUST THROUGH BAD FAITH.**

# EXHIBIT

**A MESSAGE TO DOHERTY FROM ONE OF HIS TRUE EMPLOYEES. ONE HE DIDN'T HAVE TO FIRE.**

ABOUT 40 PEOPLE LOST THEIR JOBS OVER ALL THIS. ON TOP OF WHAT HAPPENED TO MR DOHERTY AND HIS FAMILY.

ALL BECAUSE ONE MAN **(PREDATORY LENDER JON BORISCH)** COULDN'T STAND HAVING SOMETHING THAT HE ULTIMATELY COULDN'T CONTROL.

**SO HE DESTROYED IT INSTEAD.**

**AT LEAST 40 GOOD PEOPLE AND THEIR FAMILIES LOST THEIR JOBS OVER ALL THIS.**

# EXHIBIT


I appreciate it! Still the coolest job I've ever had and am great full you guys gave me the opportunity! I gained some amazing memories and even better connections through it all. I completely agree and it's really shitty how everything happened. It just amazes me how easy people turned on you first chance they got. I don't understand how they could believe that company would've been better with out you. It went to complete shit after and everyone was just turning on each other for reason and actually believing those scumbags that they had a future still with whoever took it over. Rehbel was nothing without you guy's running it. That's why the employees that were against you will amount to nothing and continue to live in the past. It's sad and I apologize you guys have to deal with that and all the ungrateful people who you gave a chance and amazing opportunity to. I'm forever thankful for the amazing times I had being apart of the REHBEL family!
Thank you brother. Means a lot

# CONCLUSION

**KEEP IN MIND THAT ALL OF THIS WAS ASSEMBLED WHILE LPD HAS REFUSED TO GIVE MR DOHERTY'S HIS PHONE BACK FOR 2 YEARS NOW.**

(LUCKILY HE WAS PREPARED)

THE SAME DEPARTMENT OF WHICH COMMITTED UNBELIEVABLE AMOUNTS OF BRADY VIOLATIONS AND FALSE STATEMENTS TO UNLAWFULLY ARREST DOHERTY ON 10/20/23 TO SILENCE HIM.

OF WHOM HAS ALSO CONSPIRED WITH POTTERVILLE POLICE DEPARTMENT, AND THE ATTORNEY GENERAL'S OFFICE TO REFUSE TO PROVIDE ANY OF THE FOIA REQUESTS MADE ON 1/24/24 BY MR DOHERTY AND HIS ATTORNEY.

THIS IS WHY MR DOHERTY STARTED ALL OF THIS OFF WITH THE FOLLOWING QUOTE.

***"OUR GREAT REPUBLIC IS A GOVERNMENT OF LAWS, NOT OF MEN."***

**OF WHICH ONLY WORKS IF BEHAVIOR LIKE THIS IS BROUGHT TO THE LIGHT, AND COMPLETELY ERADICATED FOR OTHERS TO SEE.**

# "TRUTH VS TYRANNY"

THE FOLLOWING IS A PIECE DOHERTY CREATED, **WHILE BEING UNLAWFULLY IMPRISONED BY INGHAM COUNTY BASED ON 100% FALSE PRETENSES.**

WHERE HE SPENT 30 HOURS USING TOOTHPASTE AS GLUE, AND HIS FINGERNAILS FOR SCISSORS. AS HIS ONLY POSSESSION FOR ALMOST A YEAR WAS HIS WEDDING RING.

**WHILE BEING TRAPPED IN AN 8X10 CELL WITH METH ADDICTS, MURDERERS, AND CHILD MOLESTERS FOR 22 HOURS A DAY.**

THINK ABOUT THAT FOR A SEC…

THANK YOU FOR READING, AND ALL THE BEST
IN YOUR OWN BATTLES OUT THERE.

**MD**


"DEMOCRACY DIES BEHIND CLOSED DOORS."
-FEDERAL JUDGE DAMON J. KEITH
GOD ABOVE ALL.
Public
GOVERNMENTAL LIABILITY FOR NEGLIGENCE
Act 170 of 1964
WHITE
COLLAR CRIME.
They will Try To Break You.
VICTIM S
ter·ror·ize
"KILL TEAM"
FBI
ASLEEP
The Judicial oath
Strength
Honor
STILL
453,
28 U. S. C.
Constitution
Act of
1789,
LOSS OF FAITH
FAITH OVER FEAR
CIVIL RIGHT?
$
IN THE SYSTEM
WHAT IS
TO REMAIN
character integrity
tyr·an·ny
U.S. Code
LIFE
LIBERTY
PROPERTY
§ 242
ABSOLUTELY...
POWER CORRUPTS, AND ABSOLUTE
POWER CORRUPTS
750.478 Willful neglect of duty; public
officer or person holding public trust
POWER
Michigan
Can you make some time
Protect and Serve?
Service
T R U T H
GREED
FRAUD
DOES THIS CON
AGAINST ALL ENEMIES
organized crime
FOREIGN
AND DOMESTIC!
HOW DEEP
REALLY RUN?
MCL
under
color of law
OFFICIAL POLICE REPORT 23-0121106 HAS BEEN FILED ON THE MATTER,
MULTIPLE POLICE OFFICERS AND DETECTIVES OF BOTH INGHAM COUNTY AND LPD HAVE BEEN
NOTIFIED ABOUT, INCLUDING THE ATTORNEY GENERAL AND THE SPECIFIC LICENSING AND
REGULATION DEPARTMENTS THAT ARE SUPPOSED TO BE IN CHARGE OF HANDLING THINGS LIKE
THIS, ALONG WITH MULTIPLE WITNESSES
The Blind leading the blind
AND STILL, NO ONE ACTS?
NO ONE CARES...
IMPARTIAL JUSTICE
Deprivation of rights
They will try to crush your soul.
"JAILING YOU WAS ONE OF THE BEST DAYS OF MY CAREER".
For they sold theirs along time ago.